**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
(Civil Division)

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, ET AL. : | |
| : | Case No. 1:06CV00379 |
| Plaintiffs, : | Judge Ellen Segal Huvelle |
| : | Next Event: None Scheduled |
| v. : | |
| : | |
| LANDIS CONSTRUCTION CORPORATION, : | JURY TRIAL DEMANDED |
| ET AL. : | |
| : | |
| Defendants. : | |
| : | |

## ERRATA NOTICE

TO THE CLERK:

Plaintiffs' Complaint listed one Defendant as Paul Schuere. This Defendant was misnamed. This Defendant's correct name is Paul Scuderi. The First Amended Complaint filed as an Exhibit hereto replaces each mention of Schuere with Scuderi. It contains no other modifications. I will shortly be mailing a request to issue a Summons to Mr. Scuderi. I apologize for any inconvenience this has caused.

Respectfully submitted,

MESIROW & STRAVITZ, PLLC

Date: 3/6/06       By:   **/s/**
Eric N. Stravitz  (D.C. Bar #438093)
2000 Massachusetts Avenue
Suite 200
Washington, DC 20036
(202) 463-0303
(202) 861-8858 Fax
strav@erols.com

Counsel for Plaintiffs,
Federal Insurance Company and
Hartford Casualty Insurance Company

OF COUNSEL:

COZEN O'CONNOR
MARK E. UTKE
1900 Market Street
Philadelphia, PA  19103
215-665-2164

Attorney for Plaintiff, Federal Insurance Company

WHITE AND WILLIAMS
BRIAN E. TETRO
1800 One Liberty Place
Philadelphia, PA  19103
215-864-7000

Attorney for Plaintiff, Hartford Casualty Insurance Company