AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Federal Insurance Company, et al.

**SUMMONS IN A CIVIL CASE**

V.

Landis Construction Corporation, et al.

CASE NUMBER 1:06CV00379

JUDGE: Ellen Segal Huvelle

DECK TYPE: General Civil

DATE STAMP: 03/03/2006

CASE NUM]

TO: (Name and address of Defendant)

Landis Construction Corporation
6217 30th Street, NW
Washington, DC 20015

SERVE ON:
Ethan Landis
Registered Agent
7058 Spring Place, NW
Washington, DC 20012

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eric N. Stravitz

**MESIROW & STRAVITZ, PLLC**
2000 MASSACHUSETTS AVENUE, NW
SUITE 200
WASHINGTON, DC 20036

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON            MAR -3 2006
CLERK                                  DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE March 7, 2006 at 9:23 am |
| NAME OF SERVER *(PRINT)* Lorenzo Kenerson | TITLE private process server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

X☒XOther (specify): personal service on Sergio Obadia, Director and Authorized Representative of Landis Construction Corporation at 7058 Spring Place NW, Washington, DC 20012

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $50.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    March 7, 2006
             *Date*        *Signature of Server*

WASHINGTON PRE-TRIAL SERVICES, INC.
2000 Massachusetts Avenue NW 3rd Floor
Washington, DC 20036

*Address of Server*

Service includes Notice of Right to Consent to Trial Before
United States Magistrate Judge and Initial Electronic Case Filing
Order

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.