## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
### (Civil Division)

FEDERAL INSURANCE COMPANY
15 Mountain View Road
Warron, NJ 07061-1615

    and

HARTFORD CASUALTY INSURANCE
COMPANY
Hartford Plaza
690 Asylum Avenue
Hartford, CT 06115

    Plaintiffs,

       v.

LANDIS CONSTRUCTION
CORPORATION
6217 30th Street, NW
Washington, D.C. 20015

    and

WUERSTLIN APPLIANCE SERVICE
12756 Skaggsville Road
Highland, MD 20777

    and

MR. PAUL SCHUERE
25901 Woodfield Road
Damascus, MD 20872

Case No. 1:06CV00379
Honorable Ellen Segal Huvelle

### LINE ENTERING APPEARANCE

Please enter the appearance of Budow and Noble, P.C., Allan A. Noble, and

Michael J. Budow, as counsel for the Defendant Landis Construction Corporation.

**BUDOW AND NOBLE, P.C.**


_/s/_____
Allan A. Noble, 166926
anoble@budownoble.com


_/s/_____
Michael J. Budow, 206045
mbudow@budownoble.com
7201 Wisconsin Avenue
Suite 600
Bethesda, Maryland 20814
(301) 654-0896

## CERTIFICATE OF SERVICE

I do hereby certify that a true copy of the foregoing Defendant Landis Construction

Company's Line Entering Appearance was electronically filed this 27th day of March, 2006,

and mailed by United States mail, postage prepaid  to the following:

Eric N. Stravitz
Mesirow & Stravitz, PLLC
2000 Massachusetts Avenue, Suite 200
Washington, D.C. 20036
*Counsel for Plaintiffs Federal Insurance Company* and *Hartford Casualty Insurance Company*

Wuerstlin Appliance Service
12756 Skaggsville Road
Highland, Maryland 20777
*Defendant, Pro Se*


Paul Schuere
25901 Woodfield Road
Damascus, Maryland 20872
*Defendant, Pro Se*


_/s/_____
Allan A. Noble

2