**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
**(Civil Division)**

| | |
|---|---|
| FEDERAL INSURANCE COMPANY<br><br>and<br><br>HARTFORD CASUALTY INSURANCE COMPANY<br><br>    Plaintiffs,<br><br>    v.<br><br>LANDIS CONSTRUCTION CORPORATION<br><br>and<br><br>WUERSTLIN APPLIANCE SERVICE<br><br>and<br><br>MR. PAUL SCHUERE | Case No. 1:06CV00379<br>Honorable Ellen Segal Huvelle |

**CROSS CLAIM OF DEFENDANT LANDIS CONSTRUCTION CORPORATION AGAINST CO-DEFENDANTS WUERSTLIN APPLIANCE SERVICE AND PAUL SCHUERE**

Now comes the Defendant Landis Construction Corporation by their attorneys, Budow and Noble, P.C., Allan A. Noble, and Michael J. Budow, and files this Cross-Claim against the Co-Defendants Wuerstlin Appliance Center and Paul Schuere seeking indemnity and contribution and states as follows:

1.      That Plaintiffs have sued Defendant Landis Construction Corporation for damages allegedly arising out of a fire loss which occurred on May 9, 2005 at the premises known as 3248 North Street, N.W., Washington, D.C. 20007.

2.      The Complaint alleges that the Plaintiffs' damages were caused by the

negligence and/or breach of contract and/or breach of warranty of this Defendant, such wrongful conduct being specifically denied by this Defendant.

3. If there was any negligence, breach of contract and/or wrongful conduct on the part of any person, other than the Plaintiffs or the Plaintiffs' insureds, causing damage as alleged, then it was the actions or lack of action of the co-Defendants Wuerstlin Appliance Center and/or Paul Schuere which caused or contributed to the occurrence.

### COUNT I
### (Contribution)

4. This Defendant and Cross-Plaintiff incorporates and adopts by reference herein the allegations contained in paragraphs 1 through 3 of this Cross-Claim.

5. If this Defendant is adjudged negligent and/or is found guilty of breach of contract and/or breach of warranty in causing the alleged damages to the Plaintiffs, then the negligence and/or breach of contract and/or breach of warranty of the Co-Defendants Wuerstlin Appliance Center and Paul Schuere were the direct proximate and/or contributing cause of the occurrence and the resulting damages sustained by the Plaintiffs entitling this Defendant to contribution from Co-Defendants Wuerstlin Appliance Center and Paul Schuere.

WHEREFORE, Defendant Landis Construction Corporation demands that its right of contribution be enforced against Co-Defendants Wuerstlin Appliance Center and Paul Schuere for any judgment entered against Landis Construction Corporation above Landis' pro-rata share for damages allegedly sustained by Plaintiffs.

## COUNT II
(Indemnification)

6. Defendant Landis Construction Corporation incorporates and adopts by reference herein the allegations contained in paragraphs 1 through 3.

7. That the occurrence and resulting damages to Plaintiffs were directly and proximately caused by the sole negligence and/or sole breach of contract and/or sole breach of warranty of Cross-Defendants Wuerstlin Appliance Center and Paul Schuere.

8. If Defendant Landis Construction Corporation is adjudged responsible in causing the alleged damages to the Plaintiffs, then this Defendant was merely a passive actor with active negligence and/or breach of contract and/or breach of warranty of the Cross-Defendants Wuerstlin Appliance Center and Paul Schuere directly and proximately causing damages to the Plaintiffs.

9. If liability is assessed against this Defendant in this action for the alleged damages of the Plaintiffs, then this Defendant is entitled to indemnification from the Cross-Defendants Wuerstlin Appliance Center and Paul Schuere.

WHEREFORE, Defendant and Cross-Plaintiff Landis Construction Corporation demands indemnity from Cross-Defendants Wuerstlin Appliance Center and Paul Schuere for the amount of any judgment entered against this Defendant in this action for the damages alleged by the Plaintiffs, as well as costs and reasonable attorneys' fees.

**BUDOW AND NOBLE, P.C.**


_/s/_____
Allan A. Noble, 166926


_/s/_____
Michael J. Budow, 206045
7201 Wisconsin Avenue
Suite 600
Bethesda, Maryland 20814
(301) 654-0896

## CERTIFICATE OF SERVICE

I do hereby certify that a true copy of the foregoing Cross Claim was electronically filed this 27th day of March, 2006, and mailed by United States mail, postage prepaid to the following:

Eric N. Stravitz
Mesirow & Stravitz, PLLC
2000 Massachusettes Avenue, Suite 200
Washington, D.C. 20036
*Counsel for Plaintiffs Federal Insurance Company* and *Hartford Casualty Insurance Company*

Paul Schuere
25901 Woodfield Road
Damascus, Maryland 20872
*Defendant, Pro Se*

Wuerstlin Appliance Service
12756 Skaggsville Road
Highland, Maryland 20777
*Defendant, Pro Se*


_/s/_____
Allan A. Noble

4