**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
**(Civil Division)**

| | |
|---|---|
| FEDERAL INSURANCE COMPANY<br>15 Mountain View Road<br>Warron, NJ 07061-1615<br><br>and<br><br>HARTFORD CASUALTY INSURANCE<br>COMPANY<br>Hartford Plaza<br>690 Asylum Avenue<br>Hartford, CT 06115<br><br>    Plaintiffs,<br><br>    v.<br><br>LANDIS CONSTRUCTION<br>CORPORATION<br>6217 30th Street, NW<br>Washington, D.C. 20015<br><br>and<br><br>WUERSTLIN APPLIANCE SERVICE<br>12756 Skaggsville Road<br>Highland, MD 20777<br><br>and<br><br>MR. PAUL SCHUERE<br>25901 Woodfield Road<br>Damascus, MD 20872 | Case No. <u>1:06CV00379</u><br>Honorable Ellen Segal Huvelle |

**DEFENDANT LANDIS CONSTRUCTION CORPORATION'S RULE 7.1 DISCLOSURE STATEMENT**

Landis Construction Corporation is a corporation. It has no parent corporation and no publically held corporation that owns 10% or more of its stock.

**BUDOW AND NOBLE, P.C.**

\_/s/_____
Allan A. Noble, 166926


\_/s/_____
Michael J. Budow, 206045
7201 Wisconsin Avenue
Suite 600
Bethesda, Maryland 20814
(301) 654-0896

## CERTIFICATE OF SERVICE

I do hereby certify that a true copy of the foregoing Rule 7.1 Disclosure Statement was electronically filed this 27th day of March, 2006, and mailed by United States mail, postage prepaid to the following:

Eric N. Stravitz
Mesirow & Stravitz, PLLC
2000 Massachusettes Avenue, Suite 200
Washington, D.C. 20036
*Counsel for Plaintiffs Federal Insurance Company* and *Hartford Casualty Insurance Company*

Wuerstlin Appliance Service
12756 Skaggsville Road
Highland, Maryland 20777
*Defendant, Pro Se*

Paul Schuere
25901 Woodfield Road
Damascus, Maryland 20872
*Defendant, Pro Se*

\_/s/_____
Allan A. Noble

2