IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FEDERAL INSURANCE COMPANY  :
15 Mountain View Road  :
Warren, NJ 07061  :
  :
     and  :
  :
HARTFORD CASUALTY  :
INSURANCE COMPANY  :
Hartford Plaza, 690 Asylum  :
Hartford, CT 06115  :
  :
  :
     Plaintiffs  :
  :
     vs.  :    Case No. 1:06CV00379 ESH
  :
LANDIS CONSTRUCTION  :
CORPORATION  :
6217 30th Street, NW  :
Washington, D.C. 20015  :
  :
     and  :
  :
WUERSTLIN APPLIANCE SERVICE  :
12756 Scaggsville Road  :
Highland, MD 20777  :
  :
     and  :
  :
MR. PAUL SCHEURE  :
2901 Woodfield Road  :
Damascus, MD 20872  :
  :
     Defendants  :

## ANSWER OF DEFENDANT WUERSTLIN APPLIANCE SERVICE TO PLAINTIFFS' COMPLAINT

COMES NOW the Defendant, Wuerstlin Appliance Service, by and through its attorneys, McCarthy Wilson LLP and Edward J. Brown, and for its Answer to the Plaintiffs' Complaint states:

<u>FIRST DEFENSE</u>

That the Complaint fails to state a claim upon which relief can be granted;

<u>SECOND DEFENSE</u>

That all or part of the relief sought is barred by the applicable Statute of Limitations;

<u>THIRD DEFENSE</u>

That the Plaintiffs were contributorily negligent, which bars the relief sought;

<u>FOURTH DEFENSE</u>

That the Plaintiffs assumed the risk of injury, which bars the relief sought;

<u>FIFTH DEFENSE</u>

That the Plaintiffs failed to mitigate damages, which bars all or part of the relief sought;

<u>SIXTH DEFENSE</u>

That the Defendant denies the causal relationship of the Plaintiffs' alleged losses to this occurrence;

<u>SEVENTH DEFENSE</u>

That the Defendant Wuerstlin Appliance Service is not required to admit or deny the jurisdictional allegations of Paragraphs 11 and 12; and, therefore, denies same; that this Defendant also denies the allegations of paragraphs 17, 28, 28(a), 28(b), 28(c), 28(d),

28(e), 28(f), 28(g), 28(h), 28(i), 34, 35, 36, 43, 44, and 45, as well as  the Plaintiffs'

claims for damages;

EIGHTH DEFENSE

The remaining allegations contained in the Plaintiffs' Complaint are not

allegations directed to this party; and, therefore, Defendant Weurstlin Appliance Service

is without  sufficient information to either admit or deny the allegations of paragraph 1, 2,

3, 4, 5, 6, 8, 9, 10, 13, 14, 15, 16, 18, 19, 20, 21, 22, 23, 24, 25, 26(a), 26(b), 26(c), 26(d),

26(e), 26(f), 26(g), 26(h), 26(i) 29, 30, 31, 32, 33, 37, 38, 39, 40, 41, 42, 46, 47, and 48,

which serves as a denial of these allegations;

NINTH DEFENSE

That Defendant Wuerstlin Appliance Service admits the allegations contained in

paragraphs 7;

TENTH DEFENSE

That Defendant Wuerstlin Appliance Service generally denies all liability to the

Plaintiffs and any alleged damages arising therefrom.

Respectfully submitted,

McCARTHY WILSON LLP

_____/s/_____

Edward J. Brown
DC Bar #414365
100 South Washington Street
Rockville, Maryland  20850
(301) 762-7770
(301) 762-9079 Fax
browne@mcwilson.com
*Attorneys for Def. Wuerstlin*

## JURY DEMAND

Defendant Wuerstlin Appliance Service hereby demands a trial by jury on all issues raised herein.



Edward J. Brown

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing ANSWER OF DEFENDANT WUERSTLIN APPLIANCE SERVICE TO PLAINTIFFS' COMPLAINT was mailed first-class, postage prepaid, this 6th day of April, 2006 to:

Eric N. Stravitz, Esquire
MESIROW & STRAVITZ, PLLC
2000 Massachusetts Avenue
Suite 200
Washington, D.C. 20036

Mark E. Utke, Esquire
Cozen O'Connor, Esquire
1900 Market Street
Philadelphia, PA 19103

Brian E. Tetro, Esquire
White and Williams
1800 One Liberty Place
Philadelphia, PA 19103

LANDIS CONSTRUCTION
CORPORATION
6217 30th Street, NW
Washington, D.C. 20015

WUERSTLIN APPLIANCE SERVICE
12756 Scaggsville Road
Highland, MD 20777

MR. PAUL SCHEURE
2901 Woodfield Road
Damascus, MD 20872


_____/s/_____
Edward J. Brown