**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
(Civil Division)

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, ET AL. : | |
| : | Case No. 1:06CV00379 |
| Plaintiffs, : | Judge Ellen Segal Huvelle |
| : | Next Event: None Scheduled |
| v. : | |
| : | |
| LANDIS CONSTRUCTION CORPORATION, ET AL. : | JURY TRIAL DEMANDED |
| : | |
| Defendants. : | |

**PLAINTIFF, HARTFORD CASUALTY INSURANCE COMPANY'S RULE 7.1 DISCLOSURE STATEMENT**

Hartford Casualty Insurance Company is a corporation. Its parent corporation is Hartford Accident and Indemnity Company, which owns 100% of Hartford Casualty Insurance Company's stock. No publicly held corporation directly owns 10% or more of its stock.

Respectfully submitted,

MESIROW & STRAVITZ, PLLC

By: **/s/**_____
Eric N. Stravitz (D.C. Bar #438093)
2000 Massachusetts Avenue
Suite 200
Washington, DC 20036
(202) 463-0303
(202) 861-8858 Fax
strav@erols.com

        Counsel for Plaintiffs,
Federal Insurance Company and
Hartford Casualty Insurance Company

OF COUNSEL:

WHITE AND WILLIAMS
BRIAN E. TETRO
1800 One Liberty Place
Philadelphia, PA  19103
215-864-7000

Attorney for Plaintiff, Hartford Casualty Insurance Company

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing Rule 7.1 Disclosure Statement was electronically filed this 7th day of April, 2006, and sent by U.S. Mail, postage pre-paid to:

        Mr. Paul Schuere
25901 Woodfield Road
Damascus, Maryland 208729

        /s/_____
Eric N. Stravitz  (D.C. Bar #438093)