**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
(Civil Division)

_____

FEDERAL INSURANCE COMPANY, et al.                :
                                                 :
                              Plaintiffs,         :         Case No. 1:06CV00379.
                                                 :         Judge Ellen Segal Huvelle
              v.                                  :         Next Event:  Initial Scheduling
                                                 :          Conference:  6/6/06
LANDIS CONSTRUCTION CORPORATION, et al.           :
                                                 :
                              Defendants.          :
_____        :

**PLAINTIFF, FEDERAL INSURANCE COMPANY'S
RULE 7.1 DISCLOSURE STATEMENT**

Federal Insurance Company is a corporation.  Federal is a member of the Chubb Group of

Insurance Companies.  All of the capital stock of Federal is owned by the Chubb Corporation of

Warren, New Jersey.  No publicly held corporation directly owns 10% or more of its stock.

Respectfully submitted,

MESIROW & STRAVITZ, PLLC

BY:____/s/_____
        Eric N. Stravitz  (D.C. Bar #438093)
        2000 Massachusetts Avenue
        Suite 200
        Washington, DC 20036
        (202) 463-0303
        (202) 861-8858 Fax
        strav@erols.com

        Counsel for Plaintiffs,
        Federal Insurance Company and
        Hartford Casualty Insurance Company

OF COUNSEL:

COZEN O'CONNOR
MARK E. UTKE
1900 Market Street
Philadelphia, PA  19103
215-665-2164

Attorney for Plaintiff, Federal Insurance Company


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Rule 7.1 Disclosure

Statement was electronically filed this 11th day of April, 2006, and sent by U.S. Mail, postage

pre-paid to:

Mr. Paul Schuere
25901 Woodfield Road
Damascus, MD  20872


/s/_____
Eric N. Stravitz (D.C. Bar #438093)