**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
**(Civil Division)**

| | |
|---|---|
| FEDERAL INSURANCE COMPANY<br><br>    and<br><br>HARTFORD CASUALTY INSURANCE COMPANY<br><br>    Plaintiffs,<br><br>    v.<br><br>LANDIS CONSTRUCTION CORPORATION<br><br>    and<br><br>WUERSTLIN APPLIANCE SERVICE<br><br>    and<br><br>MR. PAUL SCUDERI | Case No. <u>1:06CV00379</u><br>Honorable Ellen Segal Huvelle |

**NOTICE OF CHANGE OF ADDRESS**

Please note that effective April 24, 2006, the address for the attorney for the Defendant Landis Construction Corporation will be changed. The new address will be:

> Suite 500 West, Air Rights Building
> 7315 Wisconsin Avenue
> Bethesda, Maryland 20814

The telephone number of counsel remains the same.

                               **BUDOW AND NOBLE, P.C.**

                               _/s/_____
                               Allan A. Noble, 166926
                               anoble@budownoble.com
                               Michael J. Budow, 206045
                               mbudow@budownoble.com
                               Suite 500 West, Air Rights Building
                               7315 Wisconsin Avenue
                               Bethesda, Maryland 20814
                               (301) 654-0896
                               Attorneys for Defendant Landis Construction
                               Corporation

## **CERTIFICATE OF SERVICE**

      I do hereby certify that a true copy of the foregoing Defendant Landis Construction Corporation's Notice of Change of Address was electronically filed this 18th day of April, 2006, and mailed by United States mail, postage prepaid to the following:

| | |
|---|---|
| Eric N. Stravitz<br>Mesirow & Stravitz, PLLC<br>2000 Massachusettes Avenue, Suite 200<br>Washington, D.C. 20036<br>*Counsel for Plaintiffs Federal Insurance Company and Hartford Casualty Insurance Company* | Wuerstlin Appliance Service<br>12756 Skaggsville Road<br>Highland, Maryland 20777<br>*Defendant, Pro Se* |
| Paul Schuere<br>25901 Woodfield Road<br>Damascus, Maryland 20872<br>*Defendant, Pro Se* | |

                               _/s/_____
                               Allan A. Noble

J:\CLIENTS\Erie\Landis Construction Corporation\Line(4-18-06).wpd