AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Federal Insurance Company, et al.

**SUMMONS IN A CIVIL CASE**

V.

Landis Construction Corp., et al.

CASE NUMBER: 1:06CV00379

TO: (Name and address of Defendant)

PAUL SCUDERI
25901 Woodfield Road
Damascus, MD 20872

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eric N. Stravitz

**MESIROW & STRAVITZ, PLLC**
2000 MASSACHUSETTS AVENUE, NW
SUITE 200
WASHINGTON, DC 20036

an answer to the amended complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the amended complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**                          APR 1 4 2006

CLERK                                                 DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | April 19, 2006 |
| NAME OF SERVER (PRINT)  Richard BANTEL | TITLE | Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Personally Seved upon PAUL SCUDERI @ his residence 25901 Woodfield Rd., Damascus, MD 20872

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-20-06
           Date

Signature of Server: Richard Bantel

WASHINGTON PRE-TRIAL SERVICES, INC.
2000 Massachusetts Avenue NW 3rd Floor
Washington, DC 20036

*Address of Server*

Service included Summons, Complaint, First Amended Complaint, Initial Electronic Case Filing Order, Attorney/Participant Registration Form, Consent to Proceed Before a United States Magistrate Judge for All Purposes and Notice of same

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.