**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
(Civil Division)

| | |
|---|---|
| FEDERAL INSURANCE COMPANY : <br> : <br> and : <br> : <br> HARTFORD CASUALTY INSURANCE COMPANY, : <br> : <br> Plaintiffs : <br> : <br> v. : <br> : <br> LANDIS CONSTRUCTION CORPORATION : <br> : <br> and : <br> : <br> WUERSTLIN APPLIANCE SERVICE : <br> : <br> and : <br> : <br> MR. PAUL SCHUERE, : <br> : <br> Defendants. : | C.A. No. 1:06-CV-00379 <br> Honorable Ellen Segal Huvelle <br> Next Event:  Initial Scheduling <br>  Conference – 6/6/06 |

**MOTION FOR ADMISSION PRO HAC VICE OF MARK E. UTKE**

Plaintiff, Federal Insurance Company, by and through Mesirow & Stravitz, PLLC, hereby moves this Honorable Court under Local Rule 83.2 for the *pro hac vice* admission of Mark E. Utke, Esquire, of the law firm of Cozen O'Connor to appear, file pleadings and participate as lead counsel for plaintiff in this case, and in further support of this Motion, states as follows:

1. Mr. Utke is a member of the law firm of Cozen O'Connor, located at 1900 Market Street, Philadelphia, Pennsylvania, 19103; telephone 215-665-2164.  He resides in the State of New Jersey, and has been a member in good standing of the Bars of the Commonwealth of Pennsylvania and the State of New Jersey since 1993.  During the previous two years, Mr. Utke was granted leave to appear *pro hac vice* in:

St. Paul Insurance Co. v. Fire Protection Testing, Inc., et al.
USDC D CT
C.A. No. 303-CV-1499(SRU)

National Grange Mutual Insurance Company a/s/o Joey Schnobrich
v. Western Massachusetts Electric Company, Inc.
USDC D MA
C.A. No. 03-30151 (KPN)

Vigilant Insurance Company v. Tony Bagdasian Plumbing
USDC D MD, NORTHERN DIVISION
C.A. No. 1:03-CV-03534 (CCB )

Royal Indemnity Company v. East Coast Cable & Communications
USDC D NH
C.A. No. 1:03-CV-00351(SVM)

St. Paul Insurance Company v. Guardian Fire Protection, et al.
USDC District of Columbia
C.A. No. 1:03-CV-01867 (HHK)

Great Northern Insurance Company v. Walsh and Sons Paving
USDC D NH
C.A. No. 05-CV-00311 (JD)

Transcontinental Insurance Company v. Jet Dynasty, Inc.
Court of Common Pleas, Hamilton County, Ohio
C. A. No. A0405244

Peerless Insurance Company v. Marley Engineered Products
USDC ED NY
C.A. No. CV-05-4848

Great Northern Insurance Company v. Fine-Line Building and Remodeling
USDC D Mass.
C.A. No. 05-CA-12534 (DPW)

Everest National Insurance Company v. Blue Ridge Fire Protection
USDC D MD
C.A. No. 05-CV-3356 (PJM)

Anderson Electric, Inc., et al. v. Barnstead Thermolyne Corp.
Circuit Court, 7th Judicial Circuit, Sangamon County, Illinois
No. 2000-L-179

Federal Insurance Company v. FSS Automatic Sprinkler
USDC D. Mass.
C.A. No. 05-10309 (WGY)

- 3 -

Mr. Utke has previously moved to appear *pro hac vice* in this Court, in the matter of <u>St. Paul Insurance Company v. Guardian Fire Protection</u>, USDC District of Columbia, (C.A. No. 1-03-CV-01867 (HHK)), before Judge Kennedy, which was resolved by settlement.. He is also a member in good standing of the Federal District Courts of New Jersey, the Western District of Michigan and the Eastern, Middle and Western Districts of Pennsylvania, as well as the Third Circuit Court of Appeals.

2. Mr. Utke has also served as lead counsel for plaintiff in several cases in other State and federal courts where he has been granted *pro hac vice* admission.

3. By his signature below, Mr. Utke certifies that he has never been disciplined by any Bar, and that he is a member in good standing of all of the Bars previously listed above.

4. Mr. Utke requests leave to appear *pro hac vice* in order to file pleadings and participate as lead counsel for plaintiff in this case. Mr. Utke agrees to abide by the Rules of this Court and to submit to the standards and procedures applicable to members of the Bar of the United States District for the District of Columbia.

5. Eric N. Stravitz, Esquire, is a member of the Bar of the United States District Court for the District of Columbia, and is serving as plaintiff's local counsel in this case.

WHEREFORE, plaintiff respectfully requests that this Honorable Court order that Mr. Utke be admitted *pro hac vice* to serve as lead counsel for plaintiff, Federal Insurance Company in this case.

Respectfully submitted,

MESIROW & STRAVITZ, PLLC

DATE: 4/24/06

BY: /s/
1    ERIC N. STRAVITZ (Bar No. 438093)
2000 Massachusetts Avenue, N.W.
Suite 200
Washington, DC 20036
202-463-0303

- 4 -

        COZEN O'CONNOR


BY:   /s/                         
     MARK E. UTKE
     1900 Market Street
     Philadelphia, PA  19103
     215-665-2164

     Attorneys for Plaintiff, Federal Insurance Company

Case 1:06-cv-00379-AK    Document 18    Filed 04/24/2006    Page 4 of 4