**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
(Civil Division)

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY | : | |
| and | : | |
| HARTFORD CASUALTY INSURANCE COMPANY, | : | |
| Plaintiffs | : | |
| | : | C.A. No. 1:06-CV-00379 |
| v. | : | Honorable Ellen Segal Huvelle |
| | : | Next Event: Initial Scheduling |
| LANDIS CONSTRUCTION CORPORATION | : | Conference – 6/6/06 |
| and | : | |
| WUERSTLIN APPLIANCE SERVICE | : | |
| and | : | |
| MR. PAUL SCHUERE, | : | |
| Defendants. | : | |

**MOTION FOR ADMISSION PRO HAC VICE OF BRIAN E. TETRO**

Plaintiff, Hartford Casualty Insurance Company, by and through Mesirow & Stravitz, PLLC, hereby moves this Honorable Court under Local Rule 83.2 for the *pro hac vice* admission of Brian E. Tetro, Esquire of the law firm of White and Williams to appear, file pleadings and participate as lead counsel for Plaintiff in this case, and in further support of this Motion, states as follows:

- 2 -

1.     Mr. Tetro is a member of the law firm of White and Williams, located at 1800 One Liberty Place, Philadelphia, PA 19103; telephone number 215-864-7070.  He resides in the Commonwealth of Pennsylvania, and has been a member in good standing of the Bars of the Commonwealth of Pennsylvania and the State of New Jersey since 1999.  During the previous three years, Mr. Tetro was granted leave to appear *pro hac vice* in:

> Moores v. Sunbeam Products, Inc.,
>
> U.S.D.C. D. ME
>
> 1:05-CV-00094-JAW
>
> Johnson, et al v. Addington Exploration,
>
> U.S.D.C. SD WV
>
> C.A. No.: 2:05-CV-0686
>
> Allstate Insurance Co. v. Bath and Body Works,
>
> U.S.D.C. WDPA
>
> No.: 04-CV-2295
>
> Selective Insurance Company a/s/o P.R.T.M. Enterprises, Inc. t/a Nirchi's Restaurant v. Ron Schmidt Construction, et al,
>
> State of New York
>
> Supreme Court, County of Broome
>
> No.: 2002-001880
>
> Assurance Company of America a/s/o KLM Rentals, Inc. v. Yakemore, et al,

      Superior Court of Connecticut, Judicial District of Waterbury

      No.: X-01-CV-04-4001224-S

Mr. Tetro is also a member in good standing of the Federal District Courts of New Jersey and the Eastern and Western Districts of Pennsylvania.

    2.    By his signature below, Mr. Tetro certifies that he has never been disciplined by any Bar, and that he is a member in good standing of all of the Bars previously listed above.

    3.    Mr. Tetro requests leave to appear *pro hac vice* in order to file pleadings and participate as lead counsel for Plaintiff in this case.

    4.    Mr. Tetro agrees to abide by the Rules of this Court and to submit to the standards and procedures applicable to members of the Bar of the United States District Court for the District of Columbia.

    5.    Eric N. Stravitz, Esquire is a member of the Bar of the United States District Court for the District of Columbia, and is serving as Plaintiff's local counsel in this case.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court Order that Mr. Tetro be admitted *pro hac vice* to serve as lead counsel for Plaintiff, Hartford Casualty Insurance Company.

        Respectfully submitted,

        MESIROW & STRAVITZ, PLLC

BY:  /s/ _____
       ERIC N. STRAVITZ (Bar No. 438093)
       2000 Massachusetts Avenue, N.W.
       Suite 200

- 4 -

                    Washington, DC  20036
                    202-463-0303

                    WHITE AND WILLIAMS LLP

BY:    /s/
                    BRIAN E. TETRO
                    1800 One Liberty Place
                    Philadelphia, PA 19103
                    (215) 864-7070

                    Counsel for Plaintiff, Hartford
                    Casualty Insurance Company

Date: 4/27/06