**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
**(Civil Division)**

| | |
|---|---|
| FEDERAL INSURANCE COMPANY | : |
| and | : |
| HARTFORD CASUALTY INSURANCE COMPANY | : |
| Plaintiffs | : |
| v. | : Case No. 1:06CV00379 |
| LANDIS CONSTRUCTION CORPORATION | : Judge Ellen Segal Huvelle<br>: Next Event: Initial Scheduling Conference<br>: 6/6/06 |
| and | : |
| WUERSTLIN APPLIANCE SERVICE | : |
| and | : |
| MR. PAUL SCUDERI | : |
| Defendants | : |

**DEFENDANT PAUL SCUDERI'S LCvR 7.1 DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

I, the undersigned counsel of record for Paul Scuderi, certify that to the best of my knowledge and belief, Defendant Paul Scuderi is an individual and not a corporation, affiliate or parent of any corporation. Paul A. Scuderi, Inc. has a financial interest in the outcome of this litigation as defined in LCvR7.1, but does not have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Paul Scuderi and Paul A. Scuderi, Inc. were insured with Montgomery Insurance which may have a financial interest in the outcome of the litigation.

        Respectfully submitted,

        ANDERSON & QUINN, LLC

          /s/ Alice Kelley Scanlon
        Alice Kelley Scanlon #437106
        John A. Rego #422378
        25 Wood Lane
        Rockville, Maryland 20850
        (301) 762-3303
        Counsel for Paul Scuderi

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 9th day of May, 2006 a copy of the foregoing was served via electronic filing and first-class mail, postage prepaid upon:

Eric N. Stravitz, Esquire
2000    Massachusetts Avenue
Suite 200
Washington, DC 20036
*Counsel for Plaintiffs*

Edward J. Brown, Esquire
McCarthy Wilson, LLP
100 South Washington Street
Rockville, MD 20850
*Counsel for Wuerstlin Appliance Service*

Allan A. Noble, Esquire
Michael J. Budow, Esquire
Budow & Noble, PC
Suite 500 West, Air Rights Building
7315 Wisconsin Avenue
Suite 600
Bethesda, MD 20814
*Counsel for Landis Construction Company*

          /s/ Alice Kelley Scanlon
        Alice Kelley Scanlon