IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY | : | |
| | : | |
|     and | : | |
| | : | |
| HARTFORD CASUALTY INSURANCE | : | |
| | : | |
|         Plaintiffs | : | |
| | : | |
|     vs. | : | Case No. 1:06CV00379 ESH |
| | : | Honorable Ellen Segal Huvelle |
| LANDIS CONSTRUCTION CORPORATION | : | Next Event: Initial Scheduling Conference: 6/6/06 |
| | : | |
|     and | : | |
| | : | |
| WUERSTLIN APPLIANCE SERVICE | : | |
| | : | |
|     and | : | |
| | : | |
| MR. PAUL SCUDERI | : | |
| | : | |
|         Defendants | : | |

## CROSS-DEFENDANT, WUERSTLIN APPLIANCE SERVICE'S, ANSWER TO AMENDED CROSS-CLAIM OF CROSS-PLAINTIFF, LANDIS CONSTRUCTION CORPORATION

COMES NOW Cross-Defendant, Wuerstlin Appliance Service, by its attorneys, McCarthy Wilson LLP and Edward J. Brown, and files this Answer to the Amended Cross-Claim of Cross-Plaintiff, Landis Construction Corporation, and states:

### First Defense

That the Cross-Claim fails to set forth a claim upon which Relief may be granted against this Cross-Defendant.

## Second Defense

That the Cross-Claim is barred by Cross-Plaintiff's alleged negligence.

## Third Defense

That the Cross-Claim is barred by the applicable Statute of Limitations.

## Fourth Defense

That Cross-Defendant generally denies liability to the Cross-Plaintiff.

## Fifth Defense

With respect to the specific allegations in the numbered paragraphs of the Amended Cross-Claim, Cross-Defendant responds as follows:

1.     Admitted.

2.     Admitted (as to the existence of the allegations and denials).

3.     Denied as to Cross-Defendant Wuerstlin Appliance Center. Cross-Defendant does not possess sufficient knowledge or information so as to form a belief as to the allegation against Co-Defendant Scuderi, and thus denies this allegation as well.

4.     Cross-Defendant incorporates herein by reference its prior responses.

5.     Denied.

6.     Cross-Defendant incorporates herein by reference its prior responses.

7.     Denied as to Cross-Defendant Wuerstlin Appliance Center. Cross-Defendant does not possess sufficient knowledge or information so as to form a belief as to the allegation against Co-Defendant Scuderi, and thus denies this allegation as well.

8.    Denied as to Cross-Defendant Wuerstlin Appliance Center. Cross-Defendant does not possess sufficient knowledge or information so as to form a belief as to the allegation against Co-Defendant Scuderi, and thus denies this allegation as well.

9.    Denied as to Cross-Defendant Wuerstlin Appliance Center. Cross-Defendant does not possess sufficient knowledge or information so as to form a belief as to the allegation against Co-Defendant Scuderi, and thus denies this allegation as well.

Respectfully submitted,

McCARTHY WILSON LLP

_____/s/_____
Edward J. Brown
DC Bar #414365
100 S. Washington Street
Rockville, Maryland 20850
(301) 762-7770
Attorney for Wuerstlin Appliance
Service

## Prayer for Jury Trial

Cross-Defendant Wuerstlin Appliance Service hereby prays for a trial by jury on all issues raised herein.

_____/s/_____
Edward J. Brown

3

## <u>Certificate of Service</u>

I hereby certify that a copy of the foregoing **Answer to Cross-Claim** was mailed first-class, postage prepaid, this _____ day of May, 2006, as well as <u>electronically filed</u>, to:

Eric N. Stravitz, Esquire
MESIROW & STRAVITZ, PLLC
2000 Massachusetts Avenue
Suite 200
Washington, D.C. 20036

Mark E. Utke, Esquire
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103

Brian E. Tetro, Esquire
WHITE AND WILLIAMS
1800 One Liberty Place
Philadelphia, PA 19103

Allan A. Noble, Esquire
Michael J. Budow, Esquire
BUDOW AND NOBLE, P.C.
7201 Wisconsin Avenue
Suite 600
Bethesda, Maryland 20814

Alice Kelley Scanlon, Esquire
25 Wood Lane
Rockville, Maryland 20850

_____/s/_____
Edward J. Brown