## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
### (Civil Division)

FEDERAL INSURANCE COMPANY
15 Mountain View Road
Warron, NJ 07061-1615

    and

HARTFORD CASUALTY INSURANCE
COMPANY
Hartford Plaza
690 Asylum Avenue
Hartford, CT 06115

    Plaintiffs,

        v.

LANDIS CONSTRUCTION
CORPORATION
6217 30th Street, NW
Washington, D.C. 20015

    and

WUERSTLIN APPLIANCE SERVICE
12756 Skaggsville Road
Highland, MD 20777

    and

MR. PAUL SCUDERI
25901 Woodfield Road
Damascus, MD 20872

Case No. 1:06CV00379
Honorable Ellen Segal Huvelle

### ANSWER OF DEFENDANT LANDIS CONSTRUCTION CORPORATION TO DEFENDANT/CROSS-PLAINTIFF WUERSTLIN APPLIANCE SERVICE'S CROSS-CLAIM

Now comes the Defendant Landis Construction Corporation by their attorneys,

Budow and Noble, P.C., Allan A. Noble, and Michael J. Budow, and for their Answer to

Defendant/Cross-Plaintiff Wuerstlin Appliance Service's Cross-Claim states as follows:

## FIRST DEFENSE

That the Cross-Claim fails to state any claims upon which relief may be granted.

## SECOND DEFENSE

That they incorporate and adopt by reference their Answer to the Amended Complaint.

## THIRD DEFENSE

Answering the specific allegations by corresponding paragraph number, they state as follows:

1.     That they admit that an Amended Complaint has been filed and that claims have been made within said Amended Complaint.

2.     Admitted.

3.     That they are not required to answer the allegations contained in paragraph 3.

4.     That they deny any acts of negligence on their part.

5.     That they incorporate and adopt by reference their Answers to paragraphs 1 - 4 as appropriate.

6.     That they admit that the Plaintiff's Amended Complaint contains allegations, but that they Answer same as set forth in this Defendant's Answer previously filed.

7.     Denied.

8.     They deny all allegations of negligence and deny that Wuerstlin Appliance Service is entitled to indemnification and/or contribution.

2

9.     That they incorporate and adopt by reference their Answer to the preceding paragraphs as appropriate.

10.     They deny all allegations of negligence and deny any joint liability.

11-16. That the allegations contained in these paragraphs are not directed towards this Defendant and therefore, this Defendant is not required to answer same.

### FOURTH DEFENSE

That any allegations not specifically admitted in this answer are hereby denied.

WHEREFORE, Defendant Landis Construction Company prays that the Cross-Claim filed by Defendant/Cross-Plaintiff Wuerstlin Appliance Service be dismissed with costs.

**BUDOW AND NOBLE, P.C.**

_/s/_____
Allan A. Noble, 166926

_/s/_____
Michael J. Budow, 206045
Suite 500 West, Air Rights Center
7315 Wisconsin Avenue
Bethesda, Maryland 20814
(301) 654-0896

## CERTIFICATE OF SERVICE

I do hereby certify that a true copy of the foregoing Defendant Landis Construction Company's Answer to Defendant/Cross-Plaintiff Wuerstlin Appliance Service's Cross-Claim was electronically filed this 23rd day of May, 2006, and mailed by United States mail, postage prepaid to the following:

Eric N. Stravitz, Esquire
Mesirow & Stravitz, PLLC
2000 Massachusettes Avenue, Suite 200
Washington, D.C. 20036
*Counsel for Plaintiffs Federal Insurance Company and Hartford Casualty Insurance Company*

Brian E. Tetro, Esquire
White and Williams
1800 One Liberty Place
Philadelphia, PA 19103
*Counsel for Plaintiff Hartford Casualty Insurance Company*

Mark E. Utke, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
*Counsel for Plaintiff Federal Insurance Company*

Edward J. Brown, Esquire
McCarthy Wilson, LLP
100 S. Washington Street
Rockville, Maryland 20850
*Counsel for Defendant Wuerstlin Appliance Service*

Alice Kelley Scanlon, Esquire
25 Wood Lane
Rockville, MD 20850
*Counsel for Defendant Paul Scuderi*

_/s/_____
Allan A. Noble

J:\CLIENTS\Erie\Landis Construction Corporation\AmendAnsWuerstlinCC(5-18-06).wpd

4