**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
**(Civil Division)**

FEDERAL INSURANCE COMPANY

    and

HARTFORD CASUALTY INSURANCE
COMPANY

    Plaintiffs,

        v.

LANDIS CONSTRUCTION
CORPORATION

    and

WUERSTLIN APPLIANCE SERVICE

    and

MR. PAUL SCUDERI

Case No. 1:06CV00379
Honorable Ellen Segal Huvelle

**DEFENDANT LANDIS CONSTRUCTION CORPORATION'S RULE 26(a)(1)**
**DISCLOSURES**

    Now comes the Defendant Landis Construction Corporation by their attorneys,

Budow and Noble, P.C., Allan A. Noble, and Michael J. Budow, and for their Rule

26(a)(1) Disclosures states as follows:

    A.    Persons having discoverable information.

    These persons known to this Defendant have information concerning the work

done at 3248 North Street, NW, Washington, D.C. 20007.

        1.    Christopher Landis, President
                Landis Construction Corporation
                6217 30th Street, NW
                Washington, D.C. 20015
                (202) 362-4236

2.      Andrew Kerr, Project Manager
Landis Construction Corporation
6217 30th Street, NW
Washington, D.C. 20015
(202) 362-4236

3.      Beverly Bernstein, Owner
3248 North Street, NW
Washington, D.C. 20007

4.      Paul Scuderi, Defendant
25901 Woodfield Road
Damascus, MD 20872

5.      Representatives of Downs Plumbing Company, Inc.

B.      Documents

See attached documentation.  If there is more documentation contained in the

Landis Construction Corporation file concerning the construction of this property, this

Disclosure will be supplemented.

C.      Not applicable

D.      At the time of the occurrence, Landis Construction Company was insured

by Erie Insurance Exchange, Commercial Policy Number Q37-0153290.  Dates of

coverage – December 1, 2005 through December 1, 2006.  Liability limits – One Million

dollars per occurrence.  If a copy of the Policy is required by any of the parties, a

request for same will be considered.

2

**BUDOW AND NOBLE, P.C.**

_/s/_____
Allan A. Noble, 166926
anoble@budownoble.com

_/s/_____
Michael J. Budow, 206045
Suite 500 West, Air Rights Center
7315 Wisconsin Avenue
Bethesda, Maryland 20814
(301) 654-0896
mbudow@budownoble.com

## CERTIFICATE OF SERVICE

I do hereby certify that a true copy of the foregoing Defendant Landis Construction

Company's Rule 26(a)(1) Disclosures was electronically filed this 13th day of June, 2006,

and mailed by United States mail, postage prepaid to the following:

Eric N. Stravitz, Esquire
Mesirow & Stravitz, PLLC
2000 Massachusetts Avenue, Suite 200
Washington, D.C. 20036
*Counsel for Plaintiffs Federal
Insurance Company* and *Hartford
Casualty Insurance Company*

Brian E. Tetro, Esquire
White and Williams
1800 One Liberty Place
Philadelphia, PA 19103
*Counsel for Plaintiff Hartford Casualty
Insurance Company*

Mark E. Utke, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
*Counsel for Plaintiff Federal
Insurance Company*

Edward J. Brown, Esquire
McCarthy Wilson, LLP
100 S. Washington Street
Rockville, Maryland 20850
*Counsel for Defendant Wuerstlin
Appliance Service*

Alice Kelley Scanlon, Esquire
25 Wood Lane
Rockville, MD 20850
*Counsel for Defendant Paul Scuderi*

_/s/_____
Allan A. Noble

J:\CLIENTS\Erie\Landis Construction Corporation\Rule26(6-13-06).wpd