



Beverly Bernstein
3248 N St. NW
Washington, DC 20007

Construction Contract

5/12/2003

**Dear Mrs. Bernstein;**

The following is an estimate is for work to be completed at the above address. The work is per the attached estimate & design sketches.

Total price from attached spreadsheet.                               $43,414

**Notes and payment schedule:**

1. ($ 10,000) required to start.
2. ($ 10,000) after floor is installed
3. ($ 10,000) after modified cabinets are installed and cabinets doors are hung.
4. ($ 10,000) after counter tops are installed and appliances are in place
5. Balance upon substantial completion of punch list

A. It is estimated that the work will be completed within 7 weeks from the start of construction.

B. Any change orders agreed to by customer and contractor during construction will be submitted in writing and become part of the contract upon signature by both parties. Agreed to change orders may also lengthen construction time. Payment of agreed to and completed change orders will be due with next scheduled draw.

C. Balances outstanding more than 15 days from billing will accrue interest at the rate of 1.5% per month.

D. The above price is valid for 40 days.

E. The use of clients power, bathroom facilities and phone line will be necessary for the duration of the project.

F. It is the customer's right to rescind this contract within three working days after this contract has been signed.

G. The customer has the right to terminate the contract if dissatisfied with the work, after providing reasonable notice of his intention to terminate and an opportunity for the contractor to remedy said deficient work.

---

DESIGN / BUILD & CONTRACTORS                                 TEL: (202) 362-4236
CHRIS LANDIS, AIA                                            CEL: (202) 321-7030
6217 30th STREET, NW                                         FAX: (202) 237-5252
WASHINGTON, D.C. 20015                          EMAIL: chris@landisconstruction.com
See Us Online at: www.landisconstruction.com         LICENSED, BONDED, INSURED





H. Customers agree, by signing this contract, not to discuss any construction work, outside of the scope of this contract with any sub-contractors working for Landis Construction Corp. for a term of at least one year from contract ratification.

I. The contractor (Landis Construction) shall provide the homeowner, at the time of final payment, with a signed release of all mechanics' liens, as well as a release of lien from all subcontractors. If any subcontractor to Landis Construction Corporation is not paid in full the client can pay the amount due the subcontractor out of money due Landis Development Corporation.

J. The Landis Construction Corporation is licensed as a home improvement contractor in the District of Columbia, License #2445 and Maryland, License #46257. Copies of our current license are available upon request.

K. The contractor has procured coverage of customer under contractor's insurance policy No. ACP 4108816 issued by Montgomery Mutual Insurance with limits for business liability of $1,000,000. gen. aggregate $2,000,000 and PCO aggregate $2,000,000.

L. The Landis Construction Corporation Warranties all labor and materials other than those covered by individual manufactures and that were purchased and installed by Landis Construction Corporation, for one year against defects in materials and workmanship.

_____   _____
Customer (Beverly B. Bernstein)   Date  May 12th 2003

_____   _____
Contractor   Date  5·12·2003
Christopher Landis AIA
Partner

---

DESIGN / BUILD & CONTRACTORS                   TEL: (202) 362-4236
CHRIS LANDIS, AIA                              CEL: (202) 321-7030
6217 30th STREET, NW                           FAX: (202) 237-5252
WASHINGTON, D.C. 20015                         EMAIL: chris@landisconstruction.com
See Us Online at: www.landisconstruction.com   LICENSED, BONDED, INSURED

## BERNSTEIN KITCHEN Estimate

Customer name: Beverly Bernstein
Customer Address: 3248 N st WDC 20007
Contact: Sal Fiorito Rubino
Phone Numbers: home: 202-362-8411
fax: 362-3777
fioritorubino@yahoo.com

From: **Landis Construction Corporation**
6217 30th St. NW Washington, D.C. 20015
phone- (202)362-4236 cell-(202)321-7030 fax-(202)237-5252

Kitchen remodel

Date: Revised 4-29-2003

| # | Description | Retail Price |
|---|---|---|
| **100** | **Preparation** | |
| 101 | Dust protection/ floor protection and walk off mats | $425.00 |
| 102 | Administration | $500.00 |
| **200** | **Demolition & Haul away** | |
| 201 | Demolition of existing Kitchen according to letter. Keep some of the lower cabinets for customer. | $1,050.00 |
| 110 | Trash removal | $850.00 |
| 111 | Remove linoleum floor and sub floor due to new finished floor to be level with hallway | $225.00 |
| 112 | Remove 2 refers and 2 stoves | $100.00 |
| 113 | Remove drop ceiling | $175.00 |
| **300** | **Electrical Install of kitchen** | |
| 301 | Remove all duplex receptacles and plug mold in kitchen as required for proper demolition. | |
| | Re-circuiting in existing panel as required for installation. All new over counter receptacles shall be plug mold. | |
| | Install all new receptacles as shown on drawings. Re | |
| | Fixtures furnished will be under cabinet low-voltage puck lights & recessed lights. All other fixtures will be provided by others. | By others |
| **400** | **Wood Working** | |
| 401 | East elevation-Supply and install 15 new doors with euro hinges. S&I 1 new 36"base cabinet with 3 drawers and 150 lb. Full extension slides. S&I 1 new 30" base cabinet with 3 drawers and 150lb. full extension slides. S&I 2 new panels for the under counter sub Aero. S&I 2 new 30" upper cabinets with doors by range hood. S&I shelf for microwave under existing cabinet. Soffit face for over range hood and 1 side panel for upper cabinet. | $9,297.40 |

| # | Description | Amount |
|---|---|---|
| 402 | South Elevation: S&I 10 new doors with euro hinges. S&I 3 new 25"drawer bases with 4 drawers each. Slides to be 75lb full extention.S&I 2 new corner full over lay double hinge doors. Leave lazy susan in place. | $6,507.20 |
| 403 | West Elevaton:S&I 12 new doors with euro hinges. S&I 1 trash pull out base base cabinet with trash can. S&I 1 valance over sink, & 1 end panel on ref. Cabinet. | $4,228.00 |
| 404 | General: Install supplied cabinet pulls on wall and base cabinets. Install supplied crown mold at ceiling. S&I chair rail and base molding at seating area. Install supplied door moldings and ;linth blocks. The doors, drawer fronts, valance, and side panels include a Lacquer finish color TBD | $2,520.00 |
| 408 | Rework ceiling so a bulk head goes around the perimeter of kitchen to house new recessed task lights. | $1,250.00 |
| 409 | Replace flip down table top with wood top stained to match floor. | $240.00 |
| 410 | Supply and Install special grill for existing ac system | $215.00 |
| **500** | **Plaster/Drywall** | |
| 501 | Patch, repair and install drywall were necessary | $1,650.00 |
| **600** | **Appliances** | |
| 601 | Install all necessary appliances and exhaust hood using existing duct work | $1,250.00 |
| **700** | **Plumbing** | |
| 701 | Demo all plumbing in kitchen and cap off accordingly | $875.00 |
| 702 | Install all necessary plumbing, gas line work, and waterline to refrigerator. | $1,450.00 |
| **800** | **Counter tops** | |
| 801 | 48 sf of counter top @64.00 Level II marble. Eased edge. | $3,585.00 |
| **500** | **Finishes** | |
| 501 | Install Hardwood wide plank stained flooring with beveled edge. Flooring to match existing. 21 x9 | $3,072.00 |
| 502 | Adjust height of existing floor with new layer of plywood so that finish floor is level with hallway. | $850.00 |
| 503 | Install owner provided tile backsplash. Seal tile before and after instalation. | $1,200.00 |
| 504 | Paint kitchen - walls and ceiling. Color to be provided by owner. | $1,100.00 |
| 505 | Paint cabinets - Paint face frames. Prime & two coats. Does not include any painting on the inside of cabinets. | $800.00 |
| | **PROJECT TOTAL** | $43,414.60 |

PAGE 2

## Downs Plumbing Co. Inc.
5006C Cook Road
Beltsville, Maryland 20705

# Invoice

| DATE | INVOICE # |
|---|---|
| 7/22/2003 | 3878 |

**BILL TO**
Landis Construction
6217 30th Street NW
Washington, DC 20015

*Beverly Bernstein*

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
|  | Due on receipt | 3248 N Street |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
|  | Downs Plumbing installed customer supplied kitchen faucet, dishwasher, garbage disposal, basket strainer, and ice maker. Downs Plumbing ran ice maker line. | 410.00 | 410.00 |

*18u 7/28*

*OK to pay*

| | Total | $410.00 |
|---|---|---|



**ERIE INSURANCE GROUP**
Home Office • Erie, Pennsylvania 16530

# CERTIFICATE OF INSURANCE
- THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY -

CERTIFICATE HOLDER COPY

| NAME AND NUMBER OF AGENCY | DATE ISSUED 08/28/2004 |
|---|---|
| ABLE INSURANCE AGENCY, INC.    BB1633 | NAME AND ADDRESS OF CERTIFICATE HOLDER OR OTHER |

| NAME AND ADDRESS OF NAMED INSURED | |
|---|---|
| BDM PLUMBING & HEATING<br>DOWNS PLUMBING INC D/B/A *<br>5006 COOK RD STE C<br>BELTSVILLE MD 20705-2041 | LANDIS CONSTRUCTION CORP<br>6217 30TH STREET N W<br>WASHINGTON DC 20015- |

This is to certify that policies, as indicated by Policy Number below, are in force for the Named Insured at the time that the certificate is being issued.

| TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE | POLICY EXPIRATION DATE | LIMITS OF INSURANCE | |
|---|---|---|---|---|---|
| **GENERAL LIABILITY**<br>COMMERCIAL GENERAL LIABILITY<br>OCCURRENCE FORM<br>GEN'L AGGREGATE LIMIT APPLIES<br>PER: PROJECT | Q460152451 | 10/01/2004 | 10/01/2005 ✓ | EACH OCCURRENCE | $ 1000000 |
| | | | | FIRE DAMAGE (Any one premises) | $ 1000000 |
| | | | | MED EXP (Any one person) | $ 5000 |
| | | | | PERSONAL & ADV INJURY | $ 1000000 |
| | | | | GENERAL AGGREGATE | $ 2000000 |
| | | | | PRODUCTS-COMP/OP AGG | $ 2000000 |
| | | | | BODILY INJURY (EACH PERSON) | $ |
| | | | | BODILY INJURY (EACH ACCIDENT) | $ |
| | | | | PROPERTY DAMAGE | $ |
| | | | | BODILY INJURY AND PROPERTY DAMAGE COMBINED | $ |
| | | | | EACH OCCURRENCE | |
| | | | | AGGREGATE | |
| **WORKERS COMPENSATION AND EMPLOYERS LIABILITY** | Q940102159 | 10/01/2004 | 10/01/2005 | STATUTORY | |
| | | | | BODILY INJURY BY   ACCIDENT   $ 100000   EACH ACCIDENT | |
| | | | | DISEASE  $ 500000   POLICY LIMIT | |
| | | | | DISEASE  $ 100000   EACH EMPLOYEE | |

**COPY**

DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/EXCLUSIONS ADDED BY ENDORSEMENT/SPECIAL PROVISIONS

CANCELLATION FOR NON-PAYMENT, CAUSE OR NAMED INSURED'S REQUEST: When an automobile policy is cancelled, written notice will be mailed to the Certificate Holder. When any of the above described policies (other than automobile) are cancelled before the expiration date thereof, The ERIE will endeavor to mail written notice to the Certificate Holder after the decision to cancel. Failure to mail such notice shall impose no obligation or liability of any kind upon The ERIE, its Agents or representatives.

[X] CANCELLATION FOR SPECIAL CONTRACTS: (If the box is checked, this certificate involves a special contract and the following cancellation provisions apply.) When an automobile policy is cancelled, written notice will be mailed to the Certificate holder. When any of the above described policies (other than automobile) are cancelled before the expiration thereof, The ERIE will endeavor to mail ___30___ days written notice to the Certificate Holder after the decision to cancel. Failure to mail such notice shall impose no obligation or liability of any kind upon The ERIE, its Agents or representatives.

This certificate is issued for information purposes only. It does not list, amend, extend, or otherwise alter the terms and conditions of insurance coverage contained in the Policy(ies) indicated above issued by The ERIE. The terms and conditions of the Policy(ies) govern the insurance coverage as applied to any given situation. Any party can request a policy and/or Declaration by asking the insured or the Agent. Limits shown may have been reduced by claims paid.

**ERIE INSURANCE GROUP**

SEE REVERSE SIDE

AUTHORIZED ___   *Marc Cipriani*