**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
**(Civil Division)**

FEDERAL INSURANCE COMPANY, et al :
:
        Plaintiffs, :
:
v. : Case No. 1:06CV00379
: Judge Ellen Segal Huvelle
LANDIS CONSTRUCTION :
CORPORATION :
:
        Defendants. :
:

**LINE**

To the Clerk:

    Please enter the appearance of John A. Rego, Esquire as counsel for Defendant Paul Scuderi, Inc., in the above referenced matter.

                                        Respectfully submitted,
                                        ANDERSON & QUINN

                                        */s/ John A Rego*
                                        John A. Rego # 422378
                                        Alice Kelley Scanlon #467103
                                        25 Wood Lane
                                        Rockville, Maryland 20850
                                        (301) 762-3303
                                        Counsel for Paul A. Scuderi

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 15th day of June, 2006 a copy of the foregoing was served via electronic mail upon:

Eric N. Stravitz, Esquire
2000    Massachusetts Avenue
Suite 200
Washington, DC 20036
*Counsel for Plaintiff, Federal Insurance Company*

Mark E. Utke, Esquire
Cozen & O'Connor
1900 Market Street
Philadelphia, PA
*Counsel for Plaintiff, Federal Insurance Company*

Brian E. Tetro, Esquire
White & Williams, LLP
1800 One Liberty Place
Philadelphia, PA 19103
*Counsel for Plaintiff, Hartford Insurance*

Edward J. Brown, Esquire
McCarthy Wilson, LLP
100 South Washington Street
Rockville, MD 20850
*Counsel for Defendant, Wuerstlin Appliance Service*

Allan A. Noble, Esquire
Michael J. Budow, Esquire
Budow & Noble, PC
Suite 500 West, Air Rights Building
7315 Wisconsin Avenue
Suite 600
Bethesda, MD 20814
*Counsel for Defendant, Landis Construction Company*

David Corrigan, Esquire
Harman, Claytor, Corrigan, Wellman
Ginsbrook Corporate Center
4951 Lake Brook Drive, Suite 100
Glen Allen, VA 23060
*Counsel for Defendant, Bosch*

                                                               /s/ *John A. Rego*
                                                                  John A. Rego