**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
(Civil Division)

| | |
|---|---|
| FEDERAL INSURANCE COMPANY | : |
| and | : |
| HARTFORD CASUALTY INSURANCE COMPANY | : |
| Plaintiffs | : |
| v. | : Case No. 1:06CV00379<br>Judge Ellen Segal Huvelle |
| LANDIS CONSTRUCTION CORPORATION | : |
| and | : |
| WUERSTLIN APPLIANCE SERVICE | : |
| and | : |
| MR. PAUL SCUDERI | : |
| Defendants | : |

## DEFENDANT PAUL SCUDERI, INC.,'S RULE 26(a)(1) DISCLOSURES

Defendant, Paul Scuderi, Inc., through counsel and pursuant to Federal Rule of Civil Procedure 26(a)(1) submits the following as its initial Disclosure Statement:

A. <u>PERSONS HAVING DISCOVERABLE INFORMATION</u>

The following persons known to this Defendant may have information concerning issues in this lawsuit.

    1.     Paul Scuderi
             25901 Woodfield Road
             Damascus, Maryland 20872
             301-253-6833

    2.     William Seagle
              18552 Bowie Mill Road
             Olney, MAryland 20832

    3.     Derek Guertler
              115 North Wood Avenue
             Silver Spring, Maryland 20901

    4.     Sal Fioritorubino, Rubino Project Coordinator
             202-362-8411

    5.     Dale R. Benedick, EFI Global, Inc.
             PO Box 7247-7273
             Philadelphia, Pennsylvania 19170-7273

Mr. Benedick is an expert who investigated the premises and appliance involved.

6. Defendant reserves the right to rely on witnesses disclosed by other parties to this action and to supplement this disclosure should the identities of additional persons become known.

B. <u>DOCUMENTS</u>

Defendant attaches the following documents, which it currently has in its posession and upon which it may rely in support of defenses in this case.

C. Not applicable.

D. <u>INSURANCE</u>

At the time of this occurrence, Paul Scuderi, Inc. was insured by Montgomery Mutual Insurance Company, Policy Number CCP9520466. The dates of coverage were from November 20, 2004 through November 20, 2005. Liability limits for this policy were One Million Dollars ($1,000,000.00) per each occurrence. If a copy of the policy is requested by the parties, a request for production of the entire policy will be considered.

                                            Respectfully submitted,

                                            ANDERSON & QUINN

                                            */s/ John A. Rego*
                                            John A. Rego #422378
                                            Alice Kelley Scanlon #467103
                                            25 Wood Lane
                                            Rockville, Maryland 20850
                                            (301) 762-3303
                                            Counsel for Paul A. Scuderi

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of June, 2006 a copy of the foregoing was served via electronic mail upon:

Eric N. Stravitz, Esquire
2000   Massachusetts Avenue
Suite 200
Washington, DC 20036
*Counsel for Plaintiff, Federal Insurance Company*

Mark E. Utke, Esquire
Cozen & O'Connor
1900 Market Street
Philadelphia, PA
*Counsel for Plaintiff, Federal Insurance Company*

Brian E. Tetro, Esquire
White & Williams, LLP
1800 One Liberty Place
Philadelphia, PA 19103
*Counsel for Plaintiff, Hartford Insurance*

Edward J. Brown, Esquire
McCarthy Wilson, LLP
100 South Washington Street
Rockville, MD 20850
*Counsel for Defendant, Wuerstlin Appliance Service*

Allan A. Noble, Esquire
Michael J. Budow, Esquire
Budow & Noble, PC
Suite 500 West, Air Rights Building
7315 Wisconsin Avenue
Suite 600
Bethesda, MD 20814
*Counsel for Defendant, Landis Construction Company*

                                                     /s/ *John A. Rego*
                                                        John A. Rego