1 Paul A. Scuderi, Inc.

# Estimate

9811 Log House Ct.
Gaithersburg, MD 20882
Phone and Fax (301) 353-0903

| DATE | ESTIMATE NO. |
|---|---|
| 4/21/2003 | 348 |



**NAME / ADDRESS**

Sal Fioritorubino

| | PROJECT |
|---|---|
| | Beverly Bernstein |

| DESCRIPTION | QTY | COST | TOTAL |
|---|---|---|---|
| Demo electric in kitchen area. | 1 | 350.00 | 350.00 |
| Install 8 Lightolier 1005 white recessed fixtures w/ Par 30 bulbs. | 8 | 160.00 | 1,280.00 |
| Dimmer on above. | 1 | 120.00 | 120.00 |
| Install customer furnished fixtures in coffer ceiling. | 2 | 80.00 | 160.00 |
| Install dimmer on above. | 1 | 120.00 | 120.00 |
| Replace existing switches with new. | 8 | 50.00 | 400.00 |
| Raise 5 existing outlets into cabinets. | 5 | 105.00 | 525.00 |
| Install prefabricated lengths of plugmold (3-2' and 2 4') | 1 | 375.00 | 375.00 |
| Install 16 "hockeypuck" undercounter fixtures. | 16 | 35.00 | 560.00 |
| Install customer furnished fixture above table. | 1 | 80.00 | 80.00 |
| Install dimmer on above. | 1 | 120.00 | 120.00 |
| Install low outlet in eating area wall. | 1 | 85.00 | 85.00 |
| Rewire GD in existing location. | 1 | 60.00 | 60.00 |
| Rewire DW in existing location. | 1 | 60.00 | 60.00 |
| Rewire gas range outlet in existing area. | 1 | 60.00 | 60.00 |
| Demo 50amp circuit for electric range. | 1 | 60.00 | 60.00 |
| Wire 1200 CFM range hood (installed by others). | 1 | 140.00 | 140.00 |
| Wire 120 volt 2 drawer SubZero. | 1 | 140.00 | 140.00 |
| Wire 220 volt converction over. | 1 | 160.00 | 160.00 |
| Permit (If necessary) $350.00 | | 0.00 | 0.00 |

**TOTAL** $4,855.00



Capture Date: 20030513 Sequence #: 4010101084



No Electronic Endorsements Found



Capture Date: 20030612 Sequence #: 4010441297

---

**BEVERLY B. BERNSTEIN** 02-73
3248 N. STREET, N.W.
WASHINGTON, DC 20007

**BANK OF AMERICA**
15-120/540-0001

**1606**

PAY TO THE ORDER OF  Paul A. Scuderi                                          Date 5/13/2003

$ ***2,000.00

Two Thousand and 00/100************************************************************ DOLLARS

Security features included. Details on back.

Paul A. Scuderi

9811 Log House Court
Gaithersburg, MD 20882

Memo  on contract                                    *Beverly B. Bernstein*

⑆054001204⑆  00 20 306 206 78⑈  1606 ⑈0000 200000⑈

---

BANK OF AMERICA, NA BAL
[endorsement stamps]
4010441297

No Electronic Endorsements Found



Capture Date: 20030904 Sequence #: 3810200431

```
BEVERLY B. BERNSTEIN   02-73           BANK OF AMERICA              1658
    3248 N. STREET, N.W.                  15-120/540 - 0001
    WASHINGTON, DC 20007

PAY TO                                              Date 7/23/2003
THE ORDER
OF   Paul A. Scuderi                                $**1,155.00
     One Thousand One Hundred Fifty-Five and 00/100**************************   DOLLARS

     Paul A. Scuderi

     9811 Log House Court
     Gaithersburg, MD 20882
                                                    Beverly B. Bernstein
Memo   Balance on contract

⑈054001204⑈  0020306 20678⑈  1658  ⑈000011550O⑈
```

FOR DEPOSIT ONLY
PAUL A. SCUDERI, INC
37-0645-...

BANK OF AMERICA NA BAL
...0569071887... E4819 61 P01
...02706455  09/04/03
3810200431

No Electronic Endorsements Found

## Permit EP-1377

**ELECTRICAL (GENERAL) POST CARD PERMIT**
GOVERNMENT OF THE DISTRICT OF COLUMBIA
BLRA-61B (11/98)

- ADDRESS OF WORK: 328 N STREET WASHINGTON DC NW
- APPLICANT'S NAME: Paul A. Genori, Jr.
- TYPE OF WORK: ☐ HOMEOWNER ☑ CONTRACTOR
  - ☐ ALTERATION
  - ☐ REPAIR
  - ☑ REPLACEMENT IN KIND
  - ☐ NEW CONSTRUCTION
- BRIEF DESCRIPTION OF WORK: Appliance
- ELECTRICAL CONTRACTOR: Gaithersburg 7811 Los Hope St.
- ADDRESS: Gaithersburg MD 20878
- MASTER ELECTRICIAN LICENSE NO.: 200112
- APPLICANT'S PHONE: 240-876-7222
- CONTRACTOR LICENSE NO.: 1165
- APPLICANT'S SIGNATURE: [signature]
- FEE: $15.00

IMPORTANT RESTRICTIONS: THIS POSTCARD PERMIT IS VALID ONLY FOR ELECTRICAL WORK OF THE TYPES SPECIFIED IN THE CONDITIONS OF PERMIT ON THE PERMIT COVER SHEET.

---

## Permit EP-1378

**ELECTRICAL (GENERAL) POST CARD PERMIT**
GOVERNMENT OF THE DISTRICT OF COLUMBIA
BLRA-61B (11/98)

- ADDRESS OF WORK: 328 N STREET WASHINGTON DC NW
- APPLICANT'S NAME: Paul A. Genori, Jr.
- TYPE OF WORK: ☐ HOMEOWNER ☑ CONTRACTOR
  - ☐ ALTERATION
  - ☑ REPAIR
  - ☐ REPLACEMENT IN KIND
  - ☐ NEW CONSTRUCTION
- BRIEF DESCRIPTION OF WORK: Appliance
- ELECTRICAL CONTRACTOR ADDRESS: 7811 Los Hope St. Gaithersburg MD 20878
- MASTER ELECTRICIAN LICENSE NO.: 200112
- APPLICANT'S PHONE: 240-876-7222
- CONTRACTOR LICENSE NO.: 1165
- APPLICANT'S SIGNATURE: [signature]
- FEE: $15.00

IMPORTANT RESTRICTIONS: THIS POSTCARD PERMIT IS VALID ONLY FOR ELECTRICAL WORK OF THE TYPES SPECIFIED IN THE CONDITIONS OF PERMIT ON THE PERMIT COVER SHEET.

---

## Permit EP-1376

**ELECTRICAL (GENERAL) POST CARD PERMIT**
GOVERNMENT OF THE DISTRICT OF COLUMBIA
BLRA-61B (11/98)

- ADDRESS OF WORK: 328 N STREET WASHINGTON DC N.W.
- APPLICANT'S NAME: Paul A. Genori, Jr.
- TYPE OF WORK: ☐ HOMEOWNER ☑ CONTRACTOR
  - ☑ ALTERATION
  - ☐ REPAIR
  - ☐ REPLACEMENT IN KIND
  - ☑ NEW CONSTRUCTION
- BRIEF DESCRIPTION OF WORK: 10 outlets (name) 10 fixtures
- ELECTRICAL CONTRACTOR ADDRESS: Gaithersburg 9811 Los Hope St. Gaithersburg MD 20878
- MASTER ELECTRICIAN LICENSE NO.: 200112
- APPLICANT'S PHONE: 240-876-7222
- CONTRACTOR LICENSE NO.: 1165
- APPLICANT'S SIGNATURE: [signature]
- FEE: $15.00

IMPORTANT RESTRICTIONS: THIS POSTCARD PERMIT IS VALID ONLY FOR ELECTRICAL WORK OF THE TYPES SPECIFIED IN THE CONDITIONS OF PERMIT ON THE PERMIT COVER SHEET.

---

## Permit EP-1379

**ELECTRICAL (GENERAL) POST CARD PERMIT**
GOVERNMENT OF THE DISTRICT OF COLUMBIA
BLRA-61B (11/98)

- ADDRESS OF WORK: 328 N STREET WASHINGTON DC NW
- APPLICANT'S NAME: Paul A. Genori, Jr.
- TYPE OF WORK: ☐ HOMEOWNER ☑ CONTRACTOR
  - ☐ ALTERATION
  - ☑ REPAIR
  - ☐ REPLACEMENT IN KIND
  - ☐ NEW CONSTRUCTION
- BRIEF DESCRIPTION OF WORK: Appliance
- ELECTRICAL CONTRACTOR ADDRESS: 7811 Los Hope St. Gaithersburg MD 20878
- MASTER ELECTRICIAN LICENSE NO.: 200112
- APPLICANT'S PHONE: 240-876-7222
- CONTRACTOR LICENSE NO.: 1165
- APPLICANT'S SIGNATURE: [signature]
- FEE: $15.00

IMPORTANT RESTRICTIONS: THIS POSTCARD PERMIT IS VALID ONLY FOR ELECTRICAL WORK OF THE TYPES SPECIFIED IN THE CONDITIONS OF PERMIT ON THE PERMIT COVER SHEET.

| | |
|---|---|
| ★★★ GOVERNMENT OF<br>▅▅▅ THE DISTRICT<br>▅▅▅ OF COLUMBIA | EP- 1380 |
| BLRA - 61B<br>(11/98) | ELECTRICAL (GENERAL) POST CARD PERMIT<br>PLEASE PRINT |

| ADDRESS OF WORK | 3248 N STREET WASHINGTON DC NW | | |
|---|---|---|---|
| APPLICANT'S NAME | Paul A. Scurrer Jr | ☐ HOMEOWNER | ☑ CONTRACTOR |
| TYPE OF WORK | ☐ ALTERATION<br>☐ REPAIR<br>☑ REPLACEMENT IN KIND<br>☐ NEW CONSTRUCTION | **E** | FEE: **$15.00** |
| BRIEF DESCRIPTION OF WORK | Aparment | | |
| ELECTRICAL CONTRACTOR ADDRESS | 9811 Log House Ct.<br>Gaithersburg, MD 20882 | CONTRACTOR LICENSE NO. | 1162 |
| MASTER ELECTRICIAN LICENSE NO. | 200112 | APPLICANT'S SIGNATURE | [signature] |
| APPLICANT'S PHONE | 240 672- | | |

IMPORTANT RESTRICTIONS: THIS POSTCARD PERMIT IS VALID ONLY FOR ELECTRICAL WORK OF THE TYPES SPECIFIED IN THE CONDITIONS OF PERMIT ON THE PERMIT COVER SHEET.

TOUCAN BUSINESS FORMS, INC. (301) 577-4444

3244969



# United Electric Supply Co., Inc.
An EPIQ Company®
Employee Partners Insuring Quality

FED. ID. # 51- 0102767

**INVOICE NUMBER: 2748419-00**

PAGE NO: 1

- Wilmington, DE (302) 322-3333
- Dover, DE (302) 674-8351
- Fenwick Island, DE (302) 539-7541
- Vineland, NJ (856) 691-6668
- Lancaster, PA (717) 392-8500

- Huntingdon Valley, PA (215) 322-2510
- Waldorf, MD (301) 645-6300
- Rockville, MD (301) 340-1631
- Baltimore, MD (410) 319-0222
- Beltsville, MD (301) 210-3333

Regional Distribution Center
- Jessup, MD (410) 799-1464
  or (301) 621-2200

SOLD TO: PAUL A. SCUDERI, INC.
25901 WOODFIELD ROAD
DAMASCUS        MD 20872

SHIP TO: PAUL A. SCUDERI, INC.
9811 LOG HOUSE COURT
GAITHERSBURG    MD 20882

| WHSE | SLMN | PURCHASE ORDER NO | DATE | SHIP VIA | TERMS |
|---|---|---|---|---|---|
| 23 | T31 | GEORGETOWN | 05/21/03 | TR-1 | 1% 10TH PROX, NET 30 |

| ORDERED | BILLED | ITEM NO / DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 10 | 10 | BRI501DC2<br>3/8" D/C SET SCRW BX/GFD CONN<br>100 PER BOX    BRIDGEPORT | C | 9.748 | .97 |
| 6 | 6 | LEV12RD<br>RUBBER MED LAMP HOLDER | C | 122.106 | 7.33 |
| 5 | 5 | STC52511234<br>BOX 4" SQ 1 1/2D W/1/2-3/4 KO | C | 41.875 | 2.09 |
| 5 | 5 | MUL11201<br>MULB 11201 4-IN SQ BLANK CVR | C | 23.305 | 1.17 |
| 5 | 5 | STCCX<br>BOX SWITCH 3 IN X 2 IN, 3 1/2<br>IN DEEP GANGABLE, WITH EARS,<br>ARMORED CABLE/METAL CLAD<br>CLAMPS | C | 159.372 | 7.97 |
| 250 | 250 | BX122AL<br>FLEXIBLE ARMORED CABLE AC<br>12AWG 2C 600V ALUMINUM ARMOR<br>250FOOT COIL OD = .467 | M | 195.396 | 48.85 |
|  |  | *** MERCH TOTAL *** |  |  | 68.38 |
|  |  | MD SALES TAX |  |  | 3.42 |
|  |  | DON'T WAIT TIL THE STORM HITS<br>Special Pre-season Prices on<br>Generac Standby Power Systems<br>Now thru April 30, 2006 |  |  |  |
|  |  |  |  | PLEASE PAY LAST AMOUNT | 71.80 |

** IF PAID BY 06/10/03  DEDUCT    .68 **

THANK YOU FOR YOUR ORDER. UNLESS THIS ORDER IS COVERED BY A SEPARATE WRITTEN AGREEMENT SIGNED BY UNITED, IN WHICH CASE THAT AGREEMENT WILL GOVERN, ALL SALES GOVERNED BY THE TERMS AND CONDITIONS SET FORTH ON THE REVERSE SIDE HEREOF WHICH TERMS AND CONDITIONS ARE INCORPORATED HEREIN BY REFERENCE, AND BY ORDERING GOODS FROM UNITED, PURCHASER AGREES (I) TO BE BOUND BY SUCH TERMS AND CONDITIONS AND (II) THAT INCONSISTENT PROVISIONS IN PURCHASER'S FORMS SHALL HAVE NO EFFECT.

DETACH AND RETURN WITH REMITTANCE

PLEASE REMIT TO:

**United Electric Supply**
An EPIQ Company®
Employee Partners Insuring Quality

P.O. BOX 8500-6340
PHILADELPHIA, PA 19178-6340

SOLD TO:
PAUL A. SCUDERI, INC.
25901 WOODFIELD ROAD
DAMASCUS        MD 20872

| TOTAL AMOUNT DUE | 71.80 |
|---|---|
| INVOICE NUMBER | 2748419-00 |
| INVOICE DATE | 05/21/03 |
| CUSTOMER NUMBER | 640400 |

F101 REV 11/04



# United Electric Supply Co., Inc.
### An EPIQ Company®
Employee Partners Insuring Quality

FED. ID. # 51-0102767

**INVOICE NUMBER** 2751354-00

PAGE NO. 1

- Wilmington, DE (302) 322-3333
- Dover, DE (302) 674-8351
- Fenwick Island, DE (302) 539-7541
- Vineland, NJ (856) 691-6668
- Lancaster, PA (717) 392-8500

- Huntingdon Valley, PA (215) 322-2510
- Waldorf, MD (301) 645-6300
- Rockville, MD (301) 340-1631
- Baltimore, MD (410) 319-0222
- Beltsville, MD (301) 210-3333

Regional Distribution Center
- Jessup, MD (410) 799-1464
  or (301) 621-2200

SOLD TO: PAUL A. SCUDERI, INC.
25901 WOODFIELD ROAD
DAMASCUS    MD 20872

SHIP TO: WILL CALL
PAUL A SCUDERI, INC.

| WHSE | SLMN | PURCHASE ORDER NO | DATE | SHIP VIA | TERMS |
|---|---|---|---|---|---|
| 23 | T31 | BERNSTIEN | 06/26/03 | WILL CALL | 1% 10TH PROX, NET 30 |

| ORDERED | BILLED | ITEM NO / DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 10 | 10 | LIG1076WH<br>1000 SERIES WHITE BAFFLE TRIM | E | 10.231 | 102.31 |
| 10 |  | S75PAR30LNCAPNFL12<br>14768 75PAR30 LN/CAP NFL 120V | E | 5.253 | 00 |
| 20 | 20 | LEV5320ICP<br>RECEPTACLE DUPLEX IVORY, 15AM 125V, CONTRACTOR PACK | C | 40.380 | 8.08 |
| 6 | 6 | LEV1461 2I<br>SP 15A 120V IVORY AC SW LEVIT | C | 52.350 | 2.82 |
| 6 | 6 | LEV1463 2I<br>SWITCH 3-WAY W/GROUNDING SCRE 15AMP, 120V, IVORY | C | 87.650 | 5.26 |
| 2 | 2 | LEV1464 2I<br>SWITCH 4-WAY FRAMED TOGGLE, IVORY, 15AMP, 120/277V | C | 633.600 | 12.67 |
| 10 | 10 | MUL99101<br>1 DUPLEX REC. WRINKLE IVORY | C | 24.318 | 2.43 |
| 4 | 4 | MUL99071<br>1G TOGGLE SWITCH WRINKLE IVOR | C | 26.082 | 1.04 |
| 3 | 3 | MUL99072<br>2G TOGGLE SWITCH WRINKLE IVOR | C | 52.164 | 1.56 |
|  |  | *** MERCH TOTAL *** |  |  | 135.97 |
|  |  | MD SALES TAX |  |  | 6.80 |

** IF PAID BY 07/10/03 DEDUCT   1.36 **

PLEASE PAY LAST AMOUNT     142.77

THANK YOU FOR YOUR ORDER. UNLESS THIS ORDER IS COVERED BY A SEPARATE WRITTEN AGREEMENT SIGNED BY UNITED, IN WHICH CASE THAT AGREEMENT WILL GOVERN, ALL SALES GOVERNED BY THE TERMS AND CONDITIONS SET FORTH ON THE REVERSE SIDE HEREOF WHICH TERMS AND CONDITIONS ARE INCORPORATED HEREIN BY REFERENCE, AND BY ORDERING GOODS FROM UNITED, PURCHASER AGREES (i) TO BE BOUND BY SUCH TERMS AND CONDITIONS AND (ii) THAT INCONSISTENT PROVISIONS IN PURCHASER'S FORMS SHALL HAVE NO EFFECT

DETACH AND RETURN WITH REMITTANCE

PLEASE REMIT TO:



## United Electric Supply
### An EPIQ Company®
Employee Partners Insuring Quality

P.O. BOX 8500-6340
PHILADELPHIA, PA 19178-6340

SOLD TO:
PAUL A. SCUDERI, INC.
25901 WOODFIELD ROAD
DAMASCUS    MD 20872

| TOTAL AMOUNT DUE | 142.77 |
|---|---|
| INVOICE NUMBER | 2751354-00 |
| INVOICE DATE | 06/26/03 |
| CUSTOMER NUMBER | 640400 |

F101 REV 11/04



# United Electric Supply Co., Inc.
**An EPIQ Company**
*Employee Partners Insuring Quality*

- Wilmington, DE (302) 322-3333
- Dover, DE (302) 674-8951
- Fenwick Island, DE (302) 539-7541
- Vineland, NJ (856) 691-6666
- Lancaster, PA (717) 392-8500

FED. ID. # 51-0102767

- Huntingdon Valley, PA (215) 322-2510
- Waldorf, MD (301) 645-6300
- Rockville, MD (301) 340-1631
- Baltimore, MD (410) 319-0222
- Beltsville, MD (301) 210-3333

**Regional Distribution Center**
- Jessup, MD (410) 799-1464
  or (301) 621-2200

**INVOICE NUMBER** 2753956-00
**PAGE NO** 1

SOLD TO: PAUL A. SCUDERI, INC.
25901 WOODFIELD ROAD
DAMASCUS      MD 20872

SHIP TO: WILL CALL
PAUL SCUDERI

| WHSE | SLMN | PURCHASE ORDER NO | DATE | SHIP VIA | TERMS |
|---|---|---|---|---|---|
| 23 | T22 | N STREET | 07/25/03 | TR-1 | 1% 10TH PROX, NET 30 |

| ORDERED | BILLED | ITEM NO / DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 4 | 4 | MUL99071<br>1G TOGGLE SWITCH WRINKLE IVOR | C | 26.082 | 1.04 |
| 4 | 4 | LEV1461-2I<br>SP.15A 120V IVORY AC SW LEVIT | C | 54.968 | 2.20 |
| 2 | 2 | MUL11226<br>MULB 11226 1G SW RING_1/2 | C | 32.424 | .65 |
| 2 | 2 | LUTAY103PHIV<br>DIMMING ARIADNI 1000 WATT 3 WAY DIMMER IVORY | E | 40.672 | 81.14 |
| 20 | 20 | BRI501DC2<br>3/8" D/G SET SCRW BX/GFD CONN 100 PER BOX   BRIDGEPORT | C | 9.748 | 1.95 |
| 1 | | LEV88023<br>WALLPLATE SWITCH, 6-GANG, 6-TOGGLE, WHITE | C | 441.229 | .00 |
| 2 | 2 | MUL99102<br>2G DUPLEX REC. WRINKLE IVORY | C | 52.164 | 1.04 |
| | | *** MERCH TOTAL *** | | | 88.02 |
| | | MD SALES TAX | | | 4.40 |

DON'T WAIT TIL THE STORM HITS
Special Pre-season Prices on
Generac Standby Power Systems
Now thru April 30, 2006

**PLEASE PAY LAST AMOUNT**      92.42

** IF PAID BY 08/10/03 DEDUCT    .88 **

THANK YOU FOR YOUR ORDER. UNLESS THIS ORDER IS COVERED BY A SEPARATE WRITTEN AGREEMENT SIGNED BY UNITED, IN WHICH CASE THAT AGREEMENT WILL GOVERN, ALL SALES GOVERNED BY THE TERMS AND CONDITIONS SET FORTH ON THE REVERSE SIDE HEREOF WHICH TERMS AND CONDITIONS ARE INCORPORATED HEREIN BY REFERENCE, AND BY ORDERING GOODS FROM UNITED, PURCHASER AGREES (i) TO BE BOUND BY SUCH TERMS AND CONDITIONS AND (ii) THAT INCONSISTENT PROVISIONS IN PURCHASER'S FORMS SHALL HAVE NO EFFECT

DETACH AND RETURN WITH REMITTANCE

PLEASE REMIT TO:

# United Electric Supply
**An EPIQ Company**
*Employee Partners Insuring Quality*

P.O. BOX 8500-6340
PHILADELPHIA, PA 19178-6340

SOLD TO: PAUL A. SCUDERI, INC.
25901 WOODFIELD ROAD
DAMASCUS      MD 20872

| TOTAL AMOUNT DUE | 92.42 |
|---|---|
| INVOICE NUMBER | 2753956-00 |
| INVOICE DATE | 07/25/03 |
| CUSTOMER NUMBER | 640400 |



HOME DEPOT CREDIT SERVICES
DEPT32 - 2002374514
PO BOX 6029
THE LAKES, NV 88901-6029

ACCOUNT: 6035 3220 0237 4514
PAUL A SCUDERI INC
A/P
9811 LOG HOUSE CT
GAITHERSBURG, MD 20882-270

Please make checks payable to HOME DEPOT CREDIT SERVICES

Payment Due Date: 09/16/03

---

Invoice: 1181460

Amount Due: 125.37
Invoice Date: 08/04/03

Store: 000002560
GERMANTOWN, MD

| SKU# | PRODUCT | QUANTITY | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|
| 000005 | DISCOUNT | 1.0000 | 22.32- | 22.32- |
| 196783 | GROUNDBAR | 1.0000 EA | 3.27 | 3.27 |
| 268550 | WIRE | 1.0000 RL | 12.95 | 12.95 |
| 277304 | WIRE | 100.0000 LF | 0.65 | 65.00 |
| 593435 | STAPLES | 1.0000 EA | 1.87 | 1.87 |
| 593435 | STAPLES | 1.0000 EA | 1.87 | 1.87 |
| 682434 | IC CAN NEW C | 6.0000 EA | 9.46 | 56.76 |

SUBTOTAL 119.40
TAX 5.97
SHIPPING 0.00

TOTAL 125.37

---

Invoice: 83328

Amount Due: 381.69
Invoice Date: 08/05/03

Store: 000002560
GERMANTOWN, MD

| SKU# | PRODUCT | QUANTITY | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|
| 153729 | LIGHT BULB | 1.0000 EA | 9.97 | 9.97 |
| 153729 | LIGHT BULB | 1.0000 EA | 9.97 | 9.97 |
| 173901 | WIRE | 1.0000 EA | 3.00 | 3.00 |
| 173901 | WIRE | 1.0000 EA | 3.00 | 3.00 |
| 173901 | WIRE | 1.0000 EA | 3.00 | 3.00 |
| 173901 | WIRE | 1.0000 EA | 3.00 | 3.00 |
| 173901 | WIRE | 1.0000 EA | 3.00 | 3.00 |
| 173901 | WIRE | 1.0000 EA | 3.00 | 3.00 |
| 173901 | WIRE | 1.0000 EA | 3.00 | 3.00 |
| 173901 | WIRE | 1.0000 EA | 3.00 | 3.00 |
| 267194 | 350MCMCBLCUT | 1.0000 EA | 52.75 | 52.75 |
| 320501 | WIRE | 1.0000 RL | 54.00 | 54.00 |
| 351584 | 4IN LOW CAN | 1.0000 EA | 29.97 | 29.97 |
| 351584 | 4IN LOW CAN | 1.0000 EA | 29.97 | 29.97 |
| 351584 | 4IN LOW CAN | 1.0000 EA | 29.97 | 29.97 |
| 351584 | 4IN LOW CAN | 1.0000 EA | 29.97 | 29.97 |
| 351584 | 4IN LOW CAN | 1.0000 EA | 29.97 | 29.97 |
| 389871 | WIRE | 12.0000 FT | 1.42 | 17.04 |
| 515192 | ELEC 10 ROLL | 1.0000 EA | 4.50 | 4.50 |
| 677507 | RECTANG BOX | 1.0000 EA | 3.25 | 3.25 |
| 677507 | RECTANG BOX | 1.0000 EA | 3.25 | 3.25 |
| 844347 | FRICTION TPE | 1.0000 RL | 1.96 | 1.96 |

SUBTOTAL 363.51
TAX 18.18
SHIPPING 0.00

TOTAL 381.69

---

*BERNSTEIN*

---

Invoice: 9073849

Amount Due: 154.89
Invoice Date: 08/06/03

Store: 000002560
GERMANTOWN, MD

| SKU# | PRODUCT | QUANTITY | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|
| 113717 | SPLITTER | 1.0000 EA | 3.96 | 3.96 |
| 114052 | 100'CXRG6/EW | 1.0000 EA | 19.97 | 19.97 |
| 114052 | 100'CXRG6/EW | 1.0000 EA | 19.97 | 19.97 |
| 184933 | 2X4X8 #2 PRI | 30.0000 EA | 2.89 | 86.70 |
| 830900 | WRLSPLNDRBL | 1.0000 EA | 16.91 | 16.91 |

SUBTOTAL 147.51
TAX 7.38
SHIPPING 0.00

TOTAL 154.89

---

Invoice: 1101051

Amount Due: 73.13
Invoice Date: 08/14/03

Store: 000002560
GERMANTOWN, MD

| SKU# | PRODUCT | QUANTITY | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|
| 172058 | SWITCH BOX | 1.0000 EA | 1.65 | 1.65 |
| 172058 | SWITCH BOX | 1.0000 EA | 1.65 | 1.65 |
| 172058 | SWITCH BOX | 1.0000 EA | 1.65 | 1.65 |
| 172058 | SWITCH BOX | 1.0000 EA | 1.65 | 1.65 |
| 172058 | SWITCH BOX | 1.0000 EA | 1.65 | 1.65 |
| 368767 | BX WIRE | 1.0000 EA | 8.50 | 8.50 |
| 368820 | BX WIRE | 1.0000 EA | 29.00 | 29.00 |
| 589632 | WHITE PLATE | 1.0000 EA | 0.38 | 0.38 |
| 589632 | WHITE PLATE | 1.0000 EA | 0.38 | 0.38 |
| 589632 | WHITE PLATE | 1.0000 EA | 0.38 | 0.38 |
| 589632 | WHITE PLATE | 1.0000 EA | 0.38 | 0.38 |
| 617159 | RECESS HOUSE | 1.0000 EA | 9.54 | 9.54 |
| 617159 | RECESS HOUSE | 1.0000 EA | 9.54 | 9.54 |
| 617159 | RECESS HOUSE | 1.0000 EA | 9.54 | 9.54 |
| 617159 | RECESS HOUSE | 1.0000 EA | 9.54 | 9.54 |
| 617159 | RECESS HOUSE | 1.0000 EA | 9.54 | 9.54 |
| 617159 | RECESS HOUSE | 1.0000 EA | 9.54 | 9.54 |
| 617159 | RECESS HOUSE | 1.0000 EA | 9.54 | 9.54 |

SUBTOTAL 123.59
TAX 6.18
SHIPPING 0.00
INVOICE TOTAL 129.77
GIFT CERTIFICATE 56.64-

TOTAL 73.13

---

Please Direct Inquiries to: Phone: 1-800-685-6691 Fax: 1-800-266-7308

```
*** INVOICE  ***         PAGE  INVOICE #              FAX SENT
*******************      ----  ----------             --------- ----------
                           1   6081819 00              11:18:09  03/16/06

DOMINION ELECTRIC GAITHERSBURG                SHIP VIA : COUNTER PICKUP
16608 OAKMONT AVENUE
                                              CUST ORD#: N ST.
GAITHERSBURG       MD 20877

SOLD TO:                                      SHIP TO:
---------                                     ---------
PAUL A. SCUDERI, INC.                         PAUL A. SCUDERI, INC.
25901 WOODFIELD ROAD                          9811 LOG HOUSE COURT

DAMASCUS           MD 20872                   GAITHERSBURG        MD 20882


 WH    TAX   SLM   TYPE      CUST    INV-DATE    TERMS
 --    ---   ---   ----    ------   --------    ------------------------
  6     2    99     11     229200   06/02/03    DISC 10TH 25TH PROX

LINE ORDQTY SHPQTY BOQTY  DESCRIPTION      U/M       PRICE       EXTENDED
---- ------ ------ ------ -----------------------  ---------   ----------
  1     8      8          LOL1102P1          E        10.390        83.12
                          1102P1 PREWIRED FRAME-IN KIT
  2     3      3          RAC125             C        68.800         2.06
                          125 8B BOX 1/2 KO 1-1/2 D
                          TE274
  3     3      3          MUL54FC            C        40.320         1.21
                          11101 8B BLNK PLT 4 RND 54FC
                          SALES TAX                                  4.32




                          OPENING OCTOBER 2005
                          DOMINION ELECTRIC SUPPLY
                          MANASSAS, VA  571-921-1050
                          7471 MASON KING COURT
           IF PAID BY 07/10/03   DEDUCT        .89

                                              SUB TOTAL      86.39
                                              TAX             4.32
                                              GRAND TOTAL    90.71
```