UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUN 16 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FEDERAL INSURANCE COMPANY, et al., )
)
Plaintiffs, )
)
v. ) Civil Action No. 06-0379 (ESH)
)
LANDIS CONSTRUCTION CORPORATION, )
et al., )
)
Defendants. )
_____ )

## CONSENT TO PROCEED BEFORE
## A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES

In accordance with the provisions of 28 U.S.C. § 636(c)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial.

_____      _6/15/06_
Attorney for Defendant Paul Scuderi, INC.      Date

\* PREFERENCE FOR ASSIGNMENT TO MAGISTRATE JUDGE KAY

NOTICE: The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that the above-captioned matter be referred to a United States Magistrate Judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C.§ 636(c)(3) and the foregoing consent of the parties.

_Ellen S Huvelle_      _6/15/06_
ELLEN SEGAL HUVELLE      Date
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FEDERAL INSURANCE COMPANY, *et al.*, )
)
Plaintiffs, )
)
v. ) Civil Action No. 06-0379 (ESH)
)
LANDIS CONSTRUCTION CORPORATION, )
*et al.*, )
)
Defendants. )

FILED

JUN 1 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### CONSENT TO PROCEED BEFORE
### A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES

In accordance with the provisions of 28 U.S.C. § 636(c)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial.

_____          6/14/06
Attorney for the Plaintiffs                              Date

NOTICE:   The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

### ORDER OF REFERENCE

IT IS HEREBY ORDERED that the above-captioned matter be referred to a United States Magistrate Judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C.§ 636(c)(3) and the foregoing consent of the parties.

_____          6/15/06
ELLEN SEGAL HUVELLE                             Date
United States District Judge

TOTAL P.02

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUN 16 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>LANDIS CONSTRUCTION CORPORATION, )<br>*et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 06-0379 (ESH) |

### CONSENT TO PROCEED BEFORE
### A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES

In accordance with the provisions of 28 U.S.C. § 636(c)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial.

_____          _6-14-06_____
Attorney for Defendant Landis Construction           Date

NOTICE:   The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

### ORDER OF REFERENCE

IT IS HEREBY ORDERED that the above-captioned matter be referred to a United States Magistrate Judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C.§ 636(c)(3) and the foregoing consent of the parties.

_Ellen S Huvelle_____          _6/15/06_____
ELLEN SEGAL HUVELLE           Date
United States District Judge

TOTAL P.02

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FEDERAL INSURANCE COMPANY, et al., )
)
Plaintiffs, )
)
v. ) Civil Action No. 06-0379 (ESH)
)
LANDIS CONSTRUCTION CORPORATION, )
et al., )
)
Defendants. )

FILED
JUN 1 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CONSENT TO PROCEED BEFORE
## A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES

In accordance with the provisions of 28 U.S.C. § 636(c)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial.

_____        6/14/06
Attorney for Defendant Wuerstlin Appliance Serv.    Date

NOTICE:    The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that the above-captioned matter be referred to a United States Magistrate Judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C.§ 636(c)(3) and the foregoing consent of the parties.

_____        6/15/06
ELLEN SEGAL HUVELLE    Date
United States District Judge

TOTAL P.02