**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
(Civil Division)

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, et al. : | Case No. 1:06CV00379. |
| : | Magistrate Judge Alan Kay |
| Plaintiffs, : | Next Event: None Scheduled |
| v. : | |
| LANDIS CONSTRUCTION CORPORATION, et al. : | |
| Defendants. : | |

**CONSENT ORDER TO AMEND CAPTION AND SUBSTITUTE PARTY**

THIS MATTER having come before the Court on Motion of Mark E. Utke, Esquire, counsel for plaintiff, Federal Insurance Company, with the consent of all parties, and the Court having considered the arguments of counsel and for other good cause shown,

IT IS ON THIS _____ day of _____, 2006 ORDERED THAT:

1. The caption of Plaintiffs' First Amended Complaint is amended to substitute "Paul Scuderi, Inc." in place of "Mr. Paul Scuderi."

2. The previously filed answers and cross-claims of Landis Construction Corporation, Wuerstlin Appliance Service, and Mr. Paul Scuderi apply to this Amendment, without the need for further filing with the Court.

2

| COZEN O'CONNOR | WHITE AND WILLIAMS LLP |
|---|---|
| BY:   /s/Mark E. Utke   <br>       Mark E. Utke<br>       1900 Market Street<br>       Philadelphia, PA  19103<br>       215-665-2164<br>       Counsel for Plaintiff<br>       Federal Insurance Co. | BY:   /s/ Brian E. Tetro   <br>       Brian E. Tetro<br>       1800 One Liberty Place<br>       Philadelphia, PA  19103<br>       215-864-7070<br>       Counsel for Hartford Insurance Co. |
| BUDOW AND NOBLE, P.C. | ANDERSON & QUINN, LLC |
| BY:   /s/ Allan A. Noble   <br>       ALLAN A. NOBLE<br>       7315 Wisconsin Avenue<br>       Suite 500 West, Air Rights Building<br>       Bethesda, MD  20814<br>       301-654-0896<br>       Counsel for Landis Construction Co. | BY:  /s/ John A. Rego   <br>       JOHN A. REGO<br>       25 Wood Lane<br>       Rockville, MD  20850<br>       301-762-3303<br>       Counsel for Paul Scuderi, Inc. |
| | MCCARTHY WILSON, LLP |
| | BY:   /s/ Edward J. Brown   <br>       EDWARD J. BROWN<br>       100 S. Washington Street<br>       Rockville, MD  20850<br>       301-762-7770<br>       Counsel for Wuerstlin |

APPROVED BY:

_____
ALAN KAY, USMJ

\2624735\1 166378.000