## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| FEDERAL INSURANCE COMPANY | : |
| and | : |
| HARTFORD CASUALTY INSURANCE COMPANY | : |
| Plaintiffs | : |
| v. | : Case No. 1:06CV00379 |
| | : Magistrate Judge Alan Kay |
| LANDIS CONSTRUCTION CORPORATION | : |
| and | : |
| WUERSTLIN APPLIANCE SERVICE | : |
| and | : |
| MR. PAUL SCUDERI | : |
| Defendants | : |

### CERTIFICATE REGARDING DISCOVERY

I HEREBY certify that a copy of Defendant Paul Scuderi, Inc.'s Interrogatories to Plaintiff Hartford Casualty Insurance Company, Defendant Paul Scuderi, Inc.'s Interrogatories to Plaintiff Federal Insurance Company, Defendant Paul Scuderi, Inc.'s Request for Production of Documents to Plaintiff Hartford Casualty Insurance Company, Defendant Paul Scuderi, Inc.'s Request for Production of Documents to Plaintiff Federal Insurance Company, Defendant Paul Scuderi, Inc.'s Request for Production of Documents to Defendant Landis Construction Corporation, and Defendant Paul Scuderi, Inc.'s Request for Production of Documents to Defendant Wuerstlin Appliance Service, were served via first-class mail postage pre-paid, this 30th day of June, 2006 to:

Eric N. Stravitz, Esquire
2000    Massachusetts Avenue
Suite 200
Washington, DC 20036
*Counsel for Plaintiffs*

Mark E. Utke, Esquire
Cozen & O'Connor
1900 Market Street
Philadelphia, PA 19103
*Counsel for Plaintiff Federal Insurance Company*

>Brian E. Tetro, Esquire
>White & Williams, LLP
>1800 One Liberty Place
>Philadelphia, PC 19103
>*Counsel for PlaintiffHartford Insurance Company*
>
>Edward J. Brown, Esquire
>McCarthy Wilson, LLP
>100 South Washington Street
>Rockville, MD 20850
>*Counsel for Wuerstlin Appliance Service*
>
>Allan A. Noble, Esquire
>Michael J. Budow, Esquire
>Budow & Noble, PC
>Suite 500 West, Air Rights Building
>7315 Wisconsin Avenue
>Suite 600
>Bethesda, MD 20814
>*Counsel for Landis Construction Company*

and that I will retain the original of said documents in my possession, without alteration, until this case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided.

>Respectfully submitted,
>ANDERSON & QUINN
>
>  /s/ *John A. Rego*
>John A. Rego # 422378
>Alice Kelley Scanlon #467103
>25 Wood Lane
>Rockville, Maryland 20850
>(301) 762-3303
>Counsel for Paul A. Scuderi

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 30th day of June, 2006 a copy of the foregoing Certificate Regarding Discovery was served via first class mail, postage pre-paid upon:

Eric N. Stravitz, Esquire
2000    Massachusetts Avenue
Suite 200
Washington, DC 20036
*Counsel for Plaintiffs*

Mark E. Utke, Esquire
Cozen & O'Connor
1900 Market Street
Philadelphia, PA 19103
*Counsel for Federal Insurance Company*

Brian E. Tetro, Esquire
White & Williams, LLP
1800 One Liberty Place
Philadelphia, PC 19103
*Hartford Insurance Company*

Edward J. Brown, Esquire
McCarthy Wilson, LLP
100 South Washington Street
Rockville, MD 20850
*Counsel for Wuerstlin Appliance Service*

Allan A. Noble, Esquire
Michael J. Budow, Esquire
Budow & Noble, PC
Suite 500 West, Air Rights Building
7315 Wisconsin Avenue
Suite 600
Bethesda, MD 20814
*Counsel for Landis Construction Company*

                                                /s/ *John A. Rego*
                                                  John A. Rego