IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY, et al. | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| vs. | : | Case No. 1:06CV00379 |
| | : | Hon. Alan Kay |
| LANDIS CONSTRUCTION CORPORATION, et al. | : | |
| | : | |
| Defendants | : | |

## DEFENDANT WUERSTLIN APPLIANCE SERVICE'S MOTION FOR LEAVE TO LATE FILE

COMES NOW Defendant Wuerstlin Appliance Service, by and through its attorneys, McCarthy Wilson LLP and Edward J. Brown, and files this Motion for Leave to Late File its Rule 26(a)(1) Disclosure, and as reasons therefore states:

The Defendant seeks permission to file its Rule 26(a)(1) Disclosures with the Court on this late date. Due to an oversight by the Defendant's counsel, the Disclosures were delivered to the parties in this action but not properly filed with the Court. The Defendant simply requests that it be able to correct its early oversight and now file the Disclosures with the Court. The request will in no way prejudice the parties to this action.

WHEREFORE, Defendant Wuerstlin Appliance Service respectfully requests that this Court grant leave to late file its Rule 26(a)(1) Disclosure.

Respectfully submitted,

McCARTHY WILSON LLP

_____/s/_____
Edward J. Brown
DC Bar #414365
100 South Washington Street
Rockville, Maryland  20850
(301) 762-7770
(301) 762-9079 Fax
browne@mcwilson.com
*Attorneys for Def. Wuerstlin*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing DEFENDANT WUERSTLIN APPLIANCE COMPANY'S MOTION FOR LEAVE TO LATE FILE was mailed first-class, postage prepaid, this 5th day of October, 2006 to:

Eric N. Stravitz, Esquire
MESIROW & STRAVITZ, PLLC
2000 Massachusetts Avenue
Suite 200
Washington, D.C. 20036

Mark E. Utke, Esquire
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103

Brian E. Tetro, Esquire
WHITE AND WILLIAMS
1800 One Liberty Place
Philadelphia, PA 19103

Allan A. Noble, Esquire
Michael J. Budow, Esquire
BUDOW AND NOBLE, P.C.
7315 Wisconsin Avenue
Suite 500 West, Air Rights Bldg.
Bethesda, Maryland 20814

John A. Rego, Esquire
ANDERSON & QUINN, LLC
25 Wood Lane
Rockville, MD 20850

                                        /s/
                                    Edward J. Brown