IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL INSURANCE COMPANY : <br> : <br> and : <br> : <br> HARTFORD CAUSALTY : <br> INSURANCE : <br>       Plaintiffs : <br> : <br> vs. : <br> : <br> LANDIS CONSTRUCTION : <br> CORPORATION : <br> : <br> and : <br> : <br> WUERSTLIN APPLIANCE SERVICE : <br> : <br> Defendants/Cross-Defendants/ : <br> Cross-Plaintiffs : <br> : <br> and : <br> : <br> MR. PAUL SCUDERI : <br> : <br> Defendant/Cross Defendant : | Case No. 1:06CV00379 ESH <br> Honorable Ellen Segal Huvelle <br> Next Event: Initial Scheduling <br> Conference: 6/6/06 |

**DEFENDANT WUERSTLIN APPLIANCE SERVICE'S
RULE 26(a)(1) DISCLOSURES**

Comes now, the Defendant, Wuerstlin Appliance Service, by and through its attorneys, McCarthy Wilson LLP and Edward J. Brown, Esquire, and pursuant to *Federal Rule of Civil Procedure* 26(a)(1), submits the following Initial Disclosure Statement.

**I.**  **RULE 26(a)(1)(A)**
 **Witnesses**

    1.    Mr. Martin Wuerstlin

1

       WUERSTLIN APPLIANCE SERVICE
       12756 Scaggsville Road
       Highland, MD 2077

This individual is a member of the Defendant corporation. Martin Wuerstlin signed the Contract with Bosch to provide warranty service on all Bosch units.

2.    Thomas Douglas Smith
       3505 Susquehanna Drive
       Beltsville, MD 20705

This individual was a technician for the Defendant corporation. Mr. Smith is the technician who serviced the dishwasher unit at the premises.

3.    Terrance L. Duvall, P.E.
       National Fire Consultants Inc.
       717-H Fellowship Road
       Mount Laurel, NJ 08054

Mr. Terrance Duvall is an expert retained by the Defendant who investigated the premises.

## II.    **RULE 26(a)(1)(B)**

**Documents**

Pursuant to FED. R. CIV. P. 26(a)(1)(B), a copy of all documents in Defendant's possession that may support its claims or defenses are attached as Exhibit A.

## III.    **RULE 26(a)(1)(C)**

Not applicable.

**IV.	RULE 26(a)(1)(D)**

At the time of the alleged occurrence at the Plaintiff's insured's premises, Wuerstlin Appliance Service was insured by the Erie Insurance Exchange pursuant to a Fivestar Contractor's Policy (Ed. 2/02) Policy No.: Q30-2220047.  A copy of the policy has been attached as Exhibit B.  The Defendant was also insured under an excess policy, Business Catastrophe Policy (Policy No.: Q30-2270019), which will be made available to the parties if it becomes relevant.

Respectfully submitted,

McCARTHY WILSON LLP

_____/s/_____
Edward J. Brown
DC Bar #414365
100 South Washington Street
Rockville, Maryland  20850
(301) 762-7770
(301) 762-9079 Fax
browne@mcwilson.com
*Attorneys for Def. Wuerstlin*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing DEFENDANT / THIRD-PARTY PLAINTIFF WUERSTLIN APPLIANCE SERVICE'S INITIAL DISCLOSURES was mailed first-class, postage prepaid, this ___ day of JUNE, 2006 to:

Eric N. Stravitz, Esquire
MESIROW & STRAVITZ, PLLC
2000 Massachusetts Avenue
Suite 200
Washington, D.C. 20036

Mark E. Utke, Esquire

3

Cozen O'Connor, Esquire
1900 Market Street
Philadelphia, PA 19103   initial

Brian E. Tetro, Esquire
White and Williams
1800 One Liberty Place
Philadelphia, PA 19103

Allan A. Noble, Esquire
Michael J. Budow, Esquire
Budow and Noble, P.C.
7201 Wisconsin Avenue
Suite 600
Bethesda, Maryland 20814
(301) 654-0896

Alice Kelley Scanlon, Esquire
25 Wood Lane
Rockville, MD 20850
301-762-3303

                                                /s/
                                   Edward J. Brown