**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
(Civil Division)

| | |
|---|---|
| FEDERAL INSURANCE COMPANY<br><br>and<br><br>HARTFORD CASUALTY INSURANCE COMPANY<br><br>    Plaintiffs,<br><br>    v.<br><br>LANDIS CONSTRUCTION CORPORATION<br><br>and<br><br>WUERSTLIN APPLIANCE SERVICE<br><br>and<br><br>MR. PAUL SCUDERI<br><br>    Defendants. | Case No. 1:06CV00379<br>Honorable Ellen Segal Huvelle |

### CERTIFICATE REGARDING DISCOVERY

I hereby certify that on this 22nd day of December, 2006 I served a copy of Defendant Landis Construction Corporation's Answers to Plaintiffs' First Set of Interrogatories on all counsel, by first-class mail, postage prepaid, and that I will retain the original of this document in my possession, without alteration, and the original is available for inspection.

**BUDOW AND NOBLE, P.C.**

\_/s/_____
Allan A. Noble, 166926
anoble@budownoble.com
\_/s/_____
Michael J. Budow, 206045
Suite 500 West, Air Rights Center
7315 Wisconsin Avenue
Bethesda, Maryland 20814
(301) 654-0896
mbudow@budownoble.com

## CERTIFICATE OF SERVICE

I do hereby certify that a true copy of the foregoing Defendant Landis Construction Company's Certificate of Discovery regarding Answers to Plaintiffs' Interrogatories was electronically filed this 22nd day of December, 2006, and mailed by United States mail, postage prepaid to the following:

Eric N. Stravitz, Esquire
Mesirow & Stravitz, PLLC
2000 Massachusettes Avenue, Suite 200
Washington, D.C. 20036
*Counsel for Plaintiffs Federal Insurance Company* and *Hartford Casualty Insurance Company*

Brian E. Tetro, Esquire
White and Williams
1800 One Liberty Place
Philadelphia, PA 19103
*Counsel for Plaintiff Hartford Casualty Insurance Company*

Mark E. Utke, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
*Counsel for Plaintiff Federal Insurance Company*

Edward J. Brown, Esquire
McCarthy Wilson, LLP
100 S. Washington Street
Rockville, Maryland 20850
*Counsel for Defendant Wuerstlin Appliance Service*

Alice Kelley Scanlon, Esquire
25 Wood Lane
Rockville, MD 20850
*Counsel for Defendant Paul Scuderi*

\_/s/_____
Allan A. Noble