UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, *et al.*,<br>          Plaintiffs,<br>    v.<br><br>LANDIS CONSTRUCTION CORPORATION, *et al.*,<br>          Defendants. | Civil Action No. 06-379 (AK) |

## AMENDED SCHEDULING ORDER

Upon consideration of the Consent Motion to Amend the Scheduling Order [38] filed by the Parties in this case, it is this hereby

ORDERED that the Consent Motion is GRANTED with the effect that the Scheduling Order is amended as follows:

1. Plaintiffs' retained expert reports due by February 28, 2007;

2. Defendants' retained expert reports due by April 30, 2007;

3. Discovery Deadline by June 29, 2007;

4. Dispositive Motions filed by July 20, 2007;

5. Telephonic Status Conference set for July 31, 2007, at 10:30 a.m. Counsel for Plaintiff Federal Insurance Company should make arrangements for a teleconference and inform chambers of the call-in number.

DATED: January 16, 2007                     _____/s/_____
*nunc pro tunc* January 15, 2007            ALAN KAY
                                            UNITED STATES MAGISTRATE JUDGE