**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
**(Civil Division)**

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY | : | |
| | : | |
| and | : | |
| | : | |
| HARTFORD CASUALTY INSURANCE COMPANY | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | Case No. 1:06CV00379 |
| | : | Magistrate Judge Alan Kay |
| LANDIS CONSTRUCTION CORPORATION | : | |
| | : | |
| and | : | |
| | : | |
| WUERSTLIN APPLIANCE SERVICE | : | |
| | : | |
| and | : | |
| | : | |
| MR. PAUL SCUDERI | : | |
| | : | |
| Defendants | : | |

**CERTIFICATE REGARDING DISCOVERY**

I HEREBY CERTIFY that on this 30th day of March, 2007, I served on all counsel hereto copies of the following discovery, and that I will retain the original of these documents in my possession, without alternation until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been denied.

_____      Interrogatories

__X__      Answers to Interrogatories

_____      Request for Production of Documents

__X__      Responses to Request for Production of Documents

_____      Request for Admissions

| | |
|---|---|
| _____ | Responses to Request for Admissions |
| _____ | Notice of Deposition |
| _____ | Notice of Records Deposition |

Respectfully Submitted,
ANDERSON & QUINN, LLC


  /S/John A. Rego
John A. Rego
Adams Law Center
25 Wood Lane
Rockville, Maryland 20850
(301) 762-3303
*Counsel for Paul A. Scuderi*

## CERTIFICATE OF SERVICE

_____ I HEREBY CERTIFY that on this 30th day of March, 2007 a copy of the foregoing

Certificate Regarding Discovery was served via first class mail upon:

Eric N. Stravitz, Esquire
2000 Massachusetts Avenue, Suite 200
Washington, DC 20036
*Counsel for Plaintiffs*

Mark E. Utke, Esquire
Cozen & O'Connor
1900 Market Street
Philadelphia, PA 19103
*Counsel for Plaintiff Federal Insurance Company*

Brian E. Tetro, Esquire
White & Williams, LLP
1800 One Liberty Place
Philadelphia, PC 19103
*Counsel for Plaintiff Hartford Insurance Company*

Edward J. Brown, Esquire
McCarthy Wilson, LLP
100 South Washington Street
Rockville, MD 20850

*Counsel for Wuerstlin Appliance Service*

Allan A. Noble, Esquire
Michael J. Budow, Esquire
Budow & Noble, PC
Suite 500 West, Air Rights Building
7315 Wisconsin Avenue
Suite 600
Bethesda, MD 20814
*Counsel for Landis Construction Company*

      /S/ John A. Rego
      John A. Rego