**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)**

| | |
|---|---|
| FEDERAL INSURANCE COMPANY | : |
| | : |
| and | : |
| | : |
| HARTFORD CASUALTY INSURANCE | : |
| COMPANY | : |
| | : |
| Plaintiffs | : |
| | : |
| v. | : Case No. 1:06CV00379 |
| | : Magistrate Judge Alan Kay |
| LANDIS CONSTRUCTION | : |
| CORPORATION | : |
| | : |
| and | : |
| | : |
| WUERSTLIN APPLIANCE SERVICE | : |
| | : |
| and | : |
| | : |
| PAUL A. SCUDERI, Inc. | : |
| | : |
| Defendants | : |

**SECOND CONSENT MOTION TO AMEND SCHEDULING ORDER**

The Parties, through counsel and by consent, and pursuant to Federal Rule of Civil

Procedure 7(b), move this Court for an Order amending the Scheduling Order issued in the above

referenced matter and as reasons and grounds thereof state as follows:

1.      This lawsuit involves a fire loss which occurred at a private residence located at

3248 North Street, NW, Washington, D.C. on or about May 9, 2005.  It is alleged that on that

date, a fire occurred at the residence of Beverly Bernstein for which it is contended that the

defendants are responsible.  Ms. Bernstein alleges that the fire resulted in damages to her

premises in excess of One Million Two Hundred Thousand Dollars ($1,200,000.00), the damage

for which she was reimbursed by Federal Insurance Company and Hartford Casualty Insurance

Company, the Plaintiffs in this action.

2.      The Parties have exchanged written discovery and filed with the Court initial

Witness and Document Disclosures.  The Plaintiffs have filed expert disclosures and depositions

of certain principal witnesses have been taken.  However, several non-party witness depositions

remain and Defendants require additional time to designate and produce expert witnesses and

reports.  There is substantial documentary evidence which has been produced by the Parties to date as part of this written discovery.

3.    Due to causation issues, there will be required substantial expert discovery which will need to be taken in this case once fact discovery is completed by the Parties.  This expert discovery is somewhat complicated as to the precise mechanism and cause of the fire and alleged damages sustained by Ms. Bernstein in her residence.

4.    Counsel for all parties have conferred on these discovery issues and agree that an amendment of the Scheduling Order will facilitate additional discovery to be undertaken in this case and allow the parties to proceed in a reasonable and orderly fashion so as to properly evaluate the case and be fully prepared for potential mediation upon completion of fact and expert discovery.

5.    In this regard, and by consent, the parties request that the Scheduling Order issued in this case be amended as follows to allow them to complete discovery in an orderly, reasonable and comprehensive fashion:

        a.    Reports by Defendants' retained experts extended from April 30, 2007 to July 16, 2007;

        b.    Discovery Completed extended from June 29, 2007 to September 28, 2007;

        c.    Dispositive Motions Deadline extended from July 20, 2007 to October 19, 2007;

        D.    Status Conference extended from July 31, 2007 to October 31, 2007 to a time convenient to the Court.

6.    The parties, after conferring, believe that an amendment of the Scheduling Order, as requested by their consent, will serve the interests of justice by facilitating reasonable and orderly discovery, thus allowing the parties to evaluate comprehensively and properly for the purposes of mediation or Alternative Dispute Resolution their respective positions in this case.

7.    This is the second request for amendment of the Scheduling Order as filed by

the parties and this request will not affect the ultimate trial of this case should the case not be resolved prior to that time as a trial date has yet to be set by the Court and the parties.

   **WHEREFORE**, after conferring and by consent, the parties, through counsel, respectfully request that the Court grant their Consent Motion to Amend the Scheduling Order in this case.

Respectfully submitted,

ANDERSON & QUINN                                    COZEN & O'CONNOR

   */s/ John A. Rego*                                   */s/ Mark E. Utke*
John A. Rego #422378                                Mark E. Utke
Alice Kelley Scanlon #467103                        1900 Market Street
25 Wood Lane                                        Philadelphia, PA
Rockville, Maryland 20850                           (215) 655-2164
(301) 762-3303                                      *Counsel for Plaintiff, Federal*
*Counsel for Paul A. Scuderi*                        *Insurance Company*


WHITE & WILLIAMS, LLP                               McCARTHY WILSON, LLP


   */s/ Brian E. Tetro*                                  */s/ Edward J. Brown*
Brian E. Tetro                                      Edward J. Brown #414365
White & Williams, LLP                              100 South Washington Street
1800 One Liberty Place                             Rockville, MD 20850
Philadelphia, PA 19103                             (301) 762-7770
(215) 864-7070                                      *Counsel for Defendant, Weurstlin Appliance*
*Counsel for Plaintiff, Hartford Insurance*         *Service*

BUDOW & NOBLE, PC


   */s/ Allan A. Noble*
Allan A. Noble #166926
Michael J. Budow #206045
Suite 500 West, Air Rights Center
7315 Wisconsin Avenue
Suite 600
Bethesda, MD 20814
(301) 654-0896
*Counsel for Defendant, Landis*
*Construction Company*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**(Civil Division)**

FEDERAL INSURANCE COMPANY     :
    :
    and     :
    :
HARTFORD CASUALTY INSURANCE     :
COMPANY     :
    :
    Plaintiffs     :
    :
    v.     :    Case No. 1:06CV00379
    :    Magistrate Judge Alan Kay
LANDIS CONSTRUCTION     :
CORPORATION     :
    :
    and     :
    :
WUERSTLIN APPLIANCE SERVICE     :
    :
    and     :
    :
PAUL A. SCUDERI, Inc.     :
    :
    Defendants     :

**MEMORANDUM OF POINTS AND AUTHORITIES**

1.    The record herein.

2.    The Court's Amended Scheduling Order.

Respectfully submitted,

ANDERSON & QUINN

*/s/ John A. Rego*
John A. Rego #422378
Alice Kelley Scanlon #467103
25 Wood Lane
Rockville, Maryland 20850
(301) 762-3303
*Counsel for Paul A. Scuderi*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)**

FEDERAL INSURANCE COMPANY  :
                                                          :
    and                                        :
                                                          :
HARTFORD CASUALTY INSURANCE  :
COMPANY                                           :
                                                          :
        Plaintiffs                     :
                                                          :
      v.                                       :    Case No. 1:06CV00379
                                                          :    Magistrate Judge Alan Kay
LANDIS CONSTRUCTION               :
CORPORATION                                   :
                                                          :
    and                                        :
                                                          :
WUERSTLIN APPLIANCE SERVICE  :
                                                          :
    and                                        :
                                                          :
PAUL A. SCUDERI, Inc.                      :
                                                          :
        Defendants                    :

## **ORDER**

Upon consideration of the Second Consent Motion to Amend the Scheduling Order filed

by the Parties in this case, it is this _____ day of _____, 2007

      **ORDERED** that the Motion is **GRANTED**; and further

      **ORDERED** that the Scheduling Order be amended as follows:

      1.      Defendants' retained expert reports due by July 16, 2007;

      2.      Discovery Completed by September 28, 2007;

      3.      Dispositive Motions filed by October 19, 2007;

      4.      Status Conference scheduled for October 31, 2007 at _____.

                                           _____
                                           United States Magistrate Judge Alan Kay

**Copies To:**

John A. Rego, Esquire
Alice Kelley Scanlon, Esquire
25 Wood Lane
Rockville, Maryland 20850
(301) 762-3303
*Counsel for Paul A. Scuderi*

Eric N. Stravitz, Esquire
2000    Massachusetts Avenue
Suite 200
Washington, DC 20036
*Counsel for Plaintiff, Federal Insurance Company*

Mark E. Utke, Esquire
Cozen & O'Connor
1900 Market Street
Philadelphia, PA
*Counsel for Plaintiff, Federal Insurance Company*

Brian E. Tetro, Esquire
White & Williams, LLP
1800 One Liberty Place
Philadelphia, PA 19103
*Counsel for Plaintiff, Hartford Insurance*

Edward J. Brown, Esquire
McCarthy Wilson, LLP
100 South Washington Street
Rockville, MD 20850
*Counsel for Defendant, Wuerstlin Appliance Service*

Allan A. Noble, Esquire
Michael J. Budow, Esquire
Budow & Noble, PC
Suite 500 West, Air Rights Building
7315 Wisconsin Avenue
Suite 600
Bethesda, MD 20814
*Counsel for Defendant, Landis Construction Company*