**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
(Civil Division)

| | |
|---|---|
| FEDERAL INSURANCE COMPANY<br><br>and<br><br>HARTFORD CASUALTY INSURANCE COMPANY<br><br>　　　Plaintiffs,<br><br>　　　　　v.<br><br>LANDIS CONSTRUCTION CORPORATION, et al.<br><br>　　　Defendants. | Case No. 1:06CV00379<br>Honorable Ellen Segal Huvelle |

**DEFENDANT LANDIS CONSTRUCTION CORPORATION'S**
**PRELIMINARY EXPERT DESIGNATION**

Now comes the Defendant, Landis Construction Corporation, by and through its attorneys, Budow and Noble, P.C., and Allan A. Noble, Esquire, and pursuant to this Court's Scheduling Order and Federal Rules of Civil Procedure 26(a)(2)(B), adopts and incorporates by reference the Preliminary Expert Designation filed by Co-Defendant Wuerstlin Appliance Service.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**BUDOW AND NOBLE, P.C.**

　　　　　　　　　　　　　　　　　　　　__/s/ Allan A. Noble, Esq._____
　　　　　　　　　　　　　　　　　　　　Allan A. Noble, 166926
　　　　　　　　　　　　　　　　　　　　anoble@budownoble.com
　　　　　　　　　　　　　　　　　　　　Suite 500 West, Air Rights Center
　　　　　　　　　　　　　　　　　　　　7315 Wisconsin Avenue
　　　　　　　　　　　　　　　　　　　　Bethesda, Maryland 20814
　　　　　　　　　　　　　　　　　　　　(301) 654-0896

## CERTIFICATE OF SERVICE

I do hereby certify that a true copy of the foregoing Defendant Landis Construction Corporation's Preliminary Expert Designation was electronically filed this 30th day of July, 2007 to the following:

Eric N. Stravitz, Esquire
Mesirow & Stravitz, PLLC
1307 New Hampshire Avenue
Suite 400
Washington, D.C. 20036
*Counsel for Plaintiffs Federal Insurance Company and Hartford Casualty Insurance Company*

Brian E. Tetro, Esquire
White and Williams
1800 One Liberty Place
Philadelphia, PA 19103
*Counsel for Plaintiff Hartford Casualty Insurance Company*

Mark E. Utke, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
*Counsel for Plaintiff Federal Insurance Company*

Edward J. Brown, Esquire
McCarthy Wilson, LLP
100 S. Washington Street
Rockville, Maryland 20850
*Counsel for Defendant Wuerstlin Appliance Service*

Alice Kelley Scanlon, Esquire
John A. Rego, Esquire
ANDERSON & QUINN, LLC
25 Wood Lane
Rockville, MD 20850
*Counsel for Defendant Paul Scuderi*

                                            _/s/ Allan A. Noble, Esq._____
                                            Allan A. Noble

J:\CLIENTS\Erie\Landis Construction Corporation\ExpertDesig(7-30-07).wpd