**IN THE UNITED STATES DISTRICT COURT**
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| FEDERAL INSURANCE COMPANY | : |
| and | : |
| HARTFORD CASUALTY INSURANCE COMPANY | : |
| Plaintiffs | : |
| v. | : Case No. 1:06CV00379 |
| | : Magistrate Judge Alan Kay |
| LANDIS CONSTRUCTION CORPORATION | : |
| and | : |
| WUERSTLIN APPLIANCE SERVICE | : |
| and | : |
| PAUL A. SCUDERI, INC. | : |
| Defendants | : |

## DEFENDANT PAUL A. SCUDERI, INC.'S PRELIMINARY EXPERT DESIGNATION

Defendant, Paul A. Scuderi, Inc., by and through counsel and pursuant to this Court's Scheduling Order and Federal Rule of Civil Procedure 26(a)(2)(B), states as follows:

Defendant may call as witnesses to present expert testimony in this case the following persons:

1. Dale R. Benedick, P.E., 4515 Daly Drive, Suite M, Chantilly, Virginia 20151.

Mr. Benedick is an electrical engineer and a licensed professional engineer with extensive experience in the design, manufacture and analysis of electrical systems and the evaluation of

1

electrical failures including fire investigations. Attached to this Designation is a copy of Mr. Benedick's most recent Curriculum Vitae.

Also attached to this Designation is Mr. Benedick's initial expert report. It is expected that Mr. Benedick will testify concerning the cause of the fire at issue, including, but not limited to, the application of the principles of the science of electrical engineering to the facts and evidence in this case. It is expected that Mr. Benedick will testify consistent with his examination and conclusions in the report attached hereto. Mr. Benedick will also testify in response to and rebut, as necessary, Plaintiffs' expert opinions.

It is expected that Mr. Benedict will testify that to date, there is nothing in the record of evidence in this case to suggest that anyone employed by Defendant, Paul A. Scuderi, Inc. violated any code, regulation, law, statute or industry standard which was or could have been the cause of the fire as alleged in this lawsuit. Moreover, it is expected that Mr. Benedick will testify that the length of time between any work performed by any agent of Paul A. Scuderi, Inc. and the fire itself, together with the fact that others performed work on the dishwasher in that time period, is inconsistent with the theory that any work performed by Paul A. Scuderi, Inc. caused the fire at issue. Moreover, it is expected that Mr. Benedick will testify that sufficient information and/or evidence has not been collected by Plaintiff's experts to properly set forth viable opinions to a reasonable degree of certainty or probability as to the exact cause or party responsible for the fire.

Mr. Benedick has reviewed the Complaint, Answers of Defendants, Plaintiff's Answers to Interrogatories, Co-Defendant's Answers to Interrogatories, Plaintiff's Response to Production of Documents and the attached documents and photographs, the expert reports and attachments of all Plaintiff's experts, the Depositions transcripts of Paul Scuderi, Christopher Landis, Sal Fiorito,

Margaret Rubino and Plaintiff's insured. Should any additional information or evidence become available during the course of these proceedings, Mr. Benedick reserves the right to amend and/or supplement his expert report, opinions and testimony.

A list of prior testimony and publications will be provided to the parties as requested. Mr. Benedick is charging $185.00 per hour as compensation for his services in this case.

2. Paul A. Scuderi

At all times relevant Mr. Scuderi was the principle owner of Paul A. Scuderi, Inc. Mr. Scuderi has been deposed in this case by the parties. It is expected that Mr. Scuderi will testify that he utilized BX cable in all connections made at the residence at issue and did not connect the subject dishwasher at issue. It is also expected that Mr. Scuderi will testify that he did not, on this project, use any Romex electrical wire.

It is also expected that Mr. Scuderi will testify that he complied with all relevant codes, laws, statutes, regulations and industry standards in the performance of any work at the subject residence and further complied with the District of Columbia's permitting laws and regulations for the performance of electrical work.

Mr. Scuderi is a Licensed Master Electrician, and was at all times relevant herein, in the District of Columbia.

3. Defendant reserves the right to present expert testimony from Martin King of Martin Churchill and Associates, Inc., 640 S. 19th Street, Arlington, Virginia 2202, in the field of evaluation and appraisal of Plaintiff's alleged damages in this case. Mr. King has yet to prepare a final report as discovery is ongoing with respect to Plaintiff's alleged damages but has reviewed and analized Plaintiff's damage submissions as well as discovery which has been completed to date and is

expected to testify that the additional living expense claimed is not within the parameters of the fair, reasonable and customary practices or charges, including, but not limited to, Plaintiff's extended stay at the Georgetown Inn for eleven months (11) following the incident.  Furthermore, Mr. King is expected to testify that the repair cost to the dwelling and the property were excessive, compared to those reasonable and customary charges and practices within the Washington, D.C. area.

4. Defendant adopts and incorporates by reference the preliminary Expert Designations filed by the Co-Defendants in this case.  Defendant also reserves the right to supplement and/or amend this Expert Designation as discovery proceeds in this case.  Defendant further reserves the right to present expert opinion from any retained expert designated by any other party in this case.

Respectfully submitted,

**ANDERSON & QUINN, LLC**

/s/ John A. Rego
John A. Rego, Esquire
Adams Law Center
25 Wood Lane
Rockville, Maryland 20850
*Attorney for Defendant Paul A. Scuderi, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing, **Expert Designation,** was sent via electronic mail on this 30th day of July, 2007, to the following:

4

Eric N. Stravitz, Esquire
2000    Massachusetts Avenue
Suite 200
Washington, DC 20036
*Counsel for Plaintiffs*

Mark E. Utke, Esquire
Cozen & O'Connor
1900 Market Street
Philadelphia, PA 19103
*Counsel for Plaintiff Federal Insurance Company*

Brian E. Tetro, Esquire
White & Williams, LLP
1800 One Liberty Place
Philadelphia, PC 19103
*Counsel for PlaintiffHartford Insurance Company*

Edward J. Brown, Esquire
McCarthy Wilson, LLP
100 South Washington Street
Rockville, MD 20850
*Counsel for Wuerstlin Appliance Service*

Allan A. Noble, Esquire
Michael J. Budow, Esquire
Budow & Noble, PC
Suite 500 West, Air Rights Building
7315 Wisconsin Avenue
Suite 600
Bethesda, MD 20814
*Counsel for Landis Construction Company*

    /s/  John A. Rego
John A. Rego