

4515 Daw Drive
Suite M
Chatilly, VA 20151
Tf: 703-802-9771
Tel: 800-358-9770
Fax: 703-802-9773
www.efiglobal.com

July 26, 2007

John Rego, Esq.
Anderson and Quinn
25 Wood Lane
Rockville, Maryland 20850

Re:   Dishwasher Malfunction
      Insured: Paul A. Scuderi, Inc.
      Date of Loss: 5/9/05
      Location of Loss: 3248 – 3250 N Street
                        Washington, D. C.
      Claim No: 602619100
      Our File No: 9837003476

Dear Mr. Rego,

Examination of the available evidence from 3248 N Street in Washington, D.C. revealed that a failure in the Bosch Dishwasher, Model Number SHY66C05UC/14, Serial Number 830400505 initiated the fire. Heat patterns on the dishwasher's interior revealed that the fire initiated in the bottom right front corner. A capacitor connected to the dishwasher motor was below the identified point of origin. Damage to the capacitor revealed that there was a failure within it. The failure of the capacitor generated sufficient heat to ignite surrounding combustible materials.

## EVIDENCE EXAMINATION

There was heat damage to the bottom front of the Bosch Dishwasher door, Model Number SHY66C05UC/14, Serial Number 830400505 removed from the kitchen at 3248 N Street in Washington, D. C. There was little heat damage to the top door's interior panel. Electrical insulation was burned off wiring to the controls inside the dishwasher door. Examination of an exemplar Bosch Model Number SHY66C06UC /14 Dishwasher showed that the wiring harness inside the dishwasher door was connected to wiring in the bottom of the dishwasher by a connector. Only the contacts from the mating connector remained in the wires located in the incident dishwasher's debris. There was no evidence of abnormal electrical activity on any of the mating connector contact surfaces. There was some heat damage, however, to the



racks and spray arm that were removed from the dishwasher. The spray arm was disfigured by excessive heat exposure on one side.

There was heat damage throughout the interior of the dishwasher tub. There was a distinct "V" heat pattern along the right side of the tub interior, beginning at the right front bottom. Examination of an exemplar Bosch Model Number SHY66C06UC /14 Dishwasher located the lowest point of the pattern as the location where the electrical power source entered. There was a metallic junction box attached to the bottom of the exemplar dishwasher at the location of the "V" pattern's lowest point. No evidence of the metallic junction box was found in the incident dishwasher bottom debris.

The incident dishwasher solenoid valve located at the opposite side from the electrical power entry into the dishwasher had very little heat damage. The side with minimal damage was the side closest to the left side of the dish washer and was protected from excessive heat exposure by the other side of the solenoid valve. There was significant heat damage to the other side of the solenoid valve. A capacitor was located above the location of the metallic junction box in the exemplar dishwasher. The capacitor in the remains of the incident dishwasher was extensively damage by excessive heat.

There were solid electrical conductors in a non-metallic sheathed cable in the debris of the exemplar dishwasher. These were near the capacitor at the approximate location of the metallic junction box. There was no evidence of a strain relief connector attached to the non-metallic sheathed cable or in the solidified melted debris of the dishwasher bottom. There was a copper bead formed on the end of one of the conductors. The non-metallic sheathed (NM) cable was imbedded in the bottom of the incident dishwasher debris. The NM cable was routed diagonally beneath the dishwasher, from the right front to the left rear of the dishwasher. A section of steel "fish tape" was also imbedded in the debris routed beneath the dishwasher parallel with the NM cable. The "fish tape" and non-metallic sheathed cable were separated preventing direct contact with each other.

A switch identified as the disconnect means to the dishwasher was mounted in a junction box. Armored cable that supplied electrical power to the switch entered the top of the junction box and was properly secured. There was an unoccupied, unsecured knockout opening in the bottom of the junction box. A non-metallic sheathed cable was secured through a connector on the left side of the junction box. Electrical insulation was burned off a portion of the cable from the point where the cable was separated.

## ANALYSIS AND CONCLUSIONS

Heat damage patterns on the available evidence removed from the kitchen at 3248 N Street in Washington, D. C. indicated that the fire initiated in the bottom right front corner of the dishwasher. Damage to the solenoid valve on the bottom left side of the dishwasher had significant heat damage on just the right side. The heating element was covered with solidified melted plastic. There was no visible evidence of overheating on the portion of the heating element visible through the solidified melted debris. Plastic connector housings melted and burned, exposing electrical contacts attached to electrical conductors. There was no visible evidence of excessive electrical current flow on the exposed contact surfaces. A capacitor attached to the dishwasher motor was heavily damaged by excessive localized heating and there were holes burned through the capacitor case. Visual examination revealed there was excessive heat damage to the capacitor's dielectric insulation and electrodes. An electrical conductor in a non-metallic sheathed cable, adjacent to the capacitor in the debris, had a bead formed on the end. The motor capacitor failed, producing sufficient localized heating to ignite surrounding combustible materials. The dielectric characteristics of the electrical insulation on the electrical power supply conductors were compromised from heat exposure due to the surrounding burning material. The electrical insulation's compromised dielectric characteristics allowed electrical leakage current to flow between opposing polarity conductors which further diminished the dielectric characteristics, allowing the opposing polarity conductors to connect. Heat produced by the connection of opposing polarity conductors was sufficient enough to melt the copper conductors that formed a bead when the conductors separated and cooled. The failure was a result of a dishwasher electrical component failure.

No evidence was collected by EFI Global, Inc for this project. No evidence was to be retained by EFI Global, Inc for this project. We appreciate the opportunity to work on this matter for Anderson and Quinn. If you have any questions on the above, or the case in general, please give us a call.

Sincerely,
EFI Global, Inc

*Dale R. Benedick*

Dale R. Benedick, P.E.

Enclosures:
-Photographic log and photographs

PHOTOGRAPHIC LOG
DISHWASHER MALFUNCTION

1. Front of Bosch Model Number SHY66C05UC /14 Serial Number 830400505 Dishwasher door removed from the kitchen at 3248 N Street in Washington, D. C.

2. Back interior panel of Bosch Dishwasher door.

3. Heat damage and soot deposits inside the Bosch Dishwasher door viewed from the bottom of the door.

4. Location of identification label on the side of the dishwasher door.

5. Identification label on the side of the dishwasher door removed from 3248 N Street in Washington, D.C.

6. Debris inside the dishwasher tub removed from 3248 N Street in Washington, D. C.

7. Debris inside the dishwasher tub removed from 3248 N Street in Washington, D. C.

8. Sorted debris removed from the dishwasher tub.

9. Heat damage to dish washer spray arm.

10. Spray arm inside the exemplar Bosch Model Number SHY66C06UC /14 Dishwasher.

11. Heat damage to the rear interior of the dishwasher tub.

12. Heat damage to the right interior side of the dishwasher tub.

13. Heat pattern along the right front interior side of the dishwasher tub.

14. Heat pattern along the right front interior side of the dishwasher tub.

15. Heat pattern from right front bottom interior expanding upward along the right interior side of the dishwasher tub.

16. Front and top of exemplar Bosch Model Number SHY66C06UC /14 Dishwasher.

17. Control panel on top of exemplar dishwasher.

4

18. Location of identification label on exemplar dishwasher front access door.

19. Identification label on exemplar Bosch Model Number SHY66C06UC /14 Dishwasher front access door.

20. Left side and rear of exemplar Bosch Dishwasher.

21. Right side and rear of exemplar Bosch Dishwasher.

22. Underside of exemplar Bosch Dishwasher bottom showing location of channels provided for electrical wiring and plumbing.

23. Apparatus in interior of exemplar Bosch Dishwasher bottom.

24. Location of motor starting capacitor, motor and heater in interior of exemplar Bosch Dishwasher bottom.

25. Wiring harness between the controls at the top of the exemplar dishwasher door interior and the bottom of the exemplar dishwasher.

26. Electrical control connectors to controls at the top of the exemplar dishwasher door interior.

27. Wiring harness that was between the controls at the top of the incident dishwasher door interior and the bottom of the dishwasher on top of the remains of the of the incident dishwasher bottom.

28. Electrical contacts of the control connectors attached to wiring harness wires from the remains of the incident dishwasher bottom.

29. Undamaged side of solenoid valve from incident dishwasher.

30. Damaged side of solenoid valve from incident dishwasher.

31. Top of incident dishwasher bottom remains.

32. Top of incident dishwasher bottom remains.

33. Solid electrical supply conductor attached to internal wiring with remains of a wirenut.

34. Ends of solid electrical supply conductors to the incident dishwasher.

35. Bead formed at the end of one of the electrical supply conductors to the incident dishwasher.

36. Bead formed at the end of one of the electrical supply conductors to the incident dishwasher.

37. Capacitor imbedded in the incident dishwasher debris.

38. Motor and end of heating element imbedded in the incident dishwasher debris.

39. Terminations to heating element of incident dishwasher.

40. Damaged capacitor imbedded in the incident dishwasher debris.

41. Damage to the incident dishwasher capacitor.

42. Non-metallic sheathed (Romex) cable and steel fish tape imbedded in the bottom of the incident dishwasher debris.

43. Non-metallic sheathed (Romex) cable and steel fish tape imbedded in the bottom of the incident dishwasher debris.

44. Damage to the incident dishwasher capacitor.

45. Damage to the incident dishwasher capacitor.

46. Disconnect switch to the incident dishwasher mounted in junction box. Unused open knockout visible at the bottom of the junction box.

47. Non-metallic sheathed (Romex) cable secured to the left side of the junction box.

48. Armored (BX) cable secured to the top of the junction box.

49. Identification of non-metallic sheathed (Romex) cable secured to the left side of the junction box.

4515 Daly Drive, Suite M  Telephone:
Chantilly, Virginia 20151  703/802-9771
  800/358-9770

## DALE R. BENEDICK, P.E.

Consulting Engineer, Electrical
EFI Global, Inc.

PROFESSIONAL SUMMARY

* Bachelor of Science Degree in Electrical Engineering.

* Licensed Professional Engineer.

* Over thirty years of diversified experience in the design, manufacture and analysis of electrical systems.

* Primary Areas of Consultations:
    Power distribution systems
    Commercial, industrial and domestic wiring
    Instrumentation and Controls
    Industrial Automation
    National Electrical Code

PROFESSIONAL EXPERIENCE

1994-Present   EFI Global, Inc. (formerly Engineering and Fire Investigations)
Washington, DC, Branch, Chantilly, Virginia
Consulting Engineer
Evaluation of electrical failures in system construction, component design, equipment and apparatus. Consults on fires, electrocutions and lightning strikes.

1988-1994   ELECTRONIC INSTRUMENTATION AND TECHNOLOGY, INC.
Sterling, Virginia
Vice President, Technology
Established a professional engineering staff for a manufacturer of electronic instrumentation modules to pursue future product development. Responsible for keeping the company current in the latest electronic developments, training the contract manufacturing staff to accommodate this latest technology and directing the engineering staff in the development of new products. Developed a material identification system to improve inventory flow control. Reviewed and recommended corrective action in the infrastructure of the company to decrease inventory levels.


EXHIBIT 2

Resume of: Dale R. Benedick, P.E.                -2-

| | |
|---|---|
| 1974-1988 | **HONEYWELL, INC., INDUSTRIAL PROGRAMMABLE CONTROL DIVISION**<br>York, Pennsylvania<br><u>System Engineering Manager</u><br>Participated in integrating ISSC into the Honeywell organization while assisting the marketing department in investigating customer needs in plant automation. Lead the development of a self learning system used to identify exact location of machine failures based on a knowledge base learned during initial machine design. Designed and developed the company's IPC 300 family of Industrial Programmable Control Systems used for controlling a wide range of industrial machinery. Designed the architecture for a completely new third generation programmable controller product line. Coordinated and directed the technical design efforts of 16 engineers in the detailed design and development of the IPC 620 Programmable Controller System and the IPC 623 Loader/Monitor. |
| 1973-1974 | **ENSCO, INC.**<br>Springfield, Virginia<br><u>Research Development Engineer</u><br>Designed and coordinated system development and installation of data acquisition systems for use in special testing of the dynamics of railroad cars on revenue freight trains. Had data system responsibility for tests on a loaded boxcar and for a 52 car freight train. Designed and developed a portable automatic cable evaluator to test cables for opens and shorts. |
| 1970-1973 | **COMPUTER SCIENCES CORPORATION, SYSTEMS DIVISION**<br>Falls Church, Virginia<br><u>System Designer</u><br>Designed a process control system to automate an ammunition plant. Responsibilities included hardware configuration design and process control strategy. As technical director of the project, was responsible for the planning and directing of the technical activities in hardware configuration, control design, system software and field installation. |
| 1969-1970 | **FAIRCHILD HILLER CORP., SPACE AND ELECTRONICS SYSTEM DIV.**<br>Germantown, Maryland<br><u>Design Engineer</u><br>Designed the Weapon Delivery Sequencing electronics for the Coded Integrated Armament Control System used on the F-14. Assisted Grumman in refining the specifications for the Coded Integrated Armament Control System and assisted in the system design to ensure that backup power source integration did not adversely effect system operation. |

Resume of: Dale R. Benedick, P.E.                -3-

| | |
|---|---|
| 1965-1969 | UNITED AIRCRAFT, PRATT AND WHITNEY AIRCRAFT DIVISION<br>East Hartford, Connecticut<br><u>Electrical Engineer</u><br>Designed a low level Analog to Digital Converter and a random access 1000 point crossbar scanner capable of scanning signals as low as 1 mv with less than 1% error. Designed an Automatic Pressure Transducer Calibration System capable of supplying precision pressures under program control to 20 precision pressure transducers simultaneously while collecting and storing precision parameters from each transducer for off-line transducer characterization. Designed and directed the development and installation of an on-line Data Acquisition System that collected up to 200 temperature readings and up to 348 pressure readings transmitted directly to a main frame computer for data processing. Results of the data processing were returned to the on-line system for display on a CRT monitor. |
| 1963-1965 | UNITED STATES GOVERNMENT, UNITED STATES NAVAL SUPPLY DEPOT<br>Mechanicsburg, Pennsylvania<br><u>Electrical Engineer</u><br>Cataloging and purchasing repair parts for newly designed navigational and interior communication equipment. |

## EDUCATION

| | |
|---|---|
| 1971-1972 | University of Maryland, College Park, Maryland<br>Graduate courses in computer system design. |
| 1967-1969 | University of Connecticut, Storrs, Connecticut<br>Graduate courses in system design and automation theory |
| 1961-1963 | Pennsylvania State University, University Park, Pennsylvania<br>Bachelor of Science degree in Electrical Engineering |
| 1959-1961 | York College of Pennsylvania, York, Pennsylvania<br>Associate of Science degree in Engineering |

## REGISTRATION

Licensed Professional Engineer, Connecticut, 1968.

## PROFESSIONAL MEMBERSHIPS

Institute of Electrical and Electronic Engineers
Instrument Society of America
National Society of Professional Engineers