IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY | : | C.A. NO. 1:06CV00379 |
| | : | Judge Alan Kay |
| and | : | |
| HARTFORD CASUALTY INSURANCE COMPANY | : | |
| Plaintiffs, | : | |
| v. | : | |
| LANDIS CONSTRUCTION CORPORATION | : | |
| and | : | |
| WUERSTLIN APPLIANCE SERVICE | : | |
| and | : | |
| MR. PAUL SCUDERI | : | |
| Defendants. | : | |

**PLAINTIFF FEDERAL INSURANCE COMPANY'S
MOTION TO EXCLUDE EXPERT REPORT AND TESTIMONY**

Plaintiff Federal Insurance Company, by undersigned counsel, hereby moves the Court for an Order Granting Plaintiff's Motion to Exclude the Report and Testimony of Defendant Wuerstlin Appliance Service's Proposed Expert, Martin L. King, A.S.A., C.R.

In support of this Motion, plaintiff relies upon the accompanying Memorandum of Points and Authorities, Attorney Certification, and accompanying Exhibit.

        Respectfully submitted,

        MESIROW & STRAVITZ, PLLC

Date: 1/7/08        By:   /s/ Eric N. Stravitz
        Eric N. Stravitz  (D.C. Bar #438093)
        1307 New Hampshire Avenue
        Suite 400
        Washington, DC 20036
        (202) 463-0303
        (202) 861-8858 Fax
        eric@metroDClaw.com
        *Counsel for Plaintiffs*
        *Federal Insurance Company and*
        *Hartford Casualty Insurance Company*

        COZEN O'CONNOR

        By:   /s/ Mark E. Utke
        Mark E. Utke (Admitted *Pro Hac Vice*)
        1900 Market Street
        Philadelphia, PA  19103
        (215) 665-2164
        (215) 665-2013 Fax
        mutke@cozen.com
        *Counsel for Plaintiff Federal Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of January, 2008, Plaintiff Federal Insurance Company's Motion to Exclude Expert Testimony, supporting Memorandum, Attorney Certification, proposed Order was served via ECF filing upon:

Brian E. Tetro, Esquire
WHITE & WILLIAMS, LLP
1800 One Liberty Place
Philadelphia, PA  19103
*Counsel for Plaintiff Hartford Insurance Company*

Edward J. Brown, Esquire
MC CARTHY WILSON, LLP
100 South Washington Street
Rockville, MD  20850
*Counsel for Wuerstlin Appliance Service*

Allan A. Noble, Esquire
Michael J. Budow, Esquire
BUDOW & NOBLE, PC
Suite 500 West, Air Rights Building
7315 Wisconsin Avenue, Suite 600
Bethesda, MD  20814
*Counsel for Landis Construction Company*

John A. Rego, Esquire
Alice Kelley Scanlon, Esquire
ANDERSON & QUINN
25 Wood Lane
Rockville, MD  20850
*Counsel for Paul A. Scuderi*

/s/ Eric N. Stravitz
Eric N. Stravitz