IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| FEDERAL INSURANCE COMPANY | C.A. NO. 1:06CV00379 |
| and | Judge Alan Kay |
| HARTFORD CASUALTY INSURANCE COMPANY | |
| Plaintiffs, | |
| v. | |
| LANDIS CONSTRUCTION CORPORATION | |
| and | |
| WUERSTLIN APPLIANCE SERVICE | |
| and | |
| MR. PAUL SCUDERI | |
| Defendants. | |

**ATTORNEY CERTIFICATION IN SUPPORT OF**
**MOTION TO EXCLUDE EXPERT REPORT AND TESTIMONY**

Mark E. Utke, Esquire, hereby certifies as follows:

1. I am an attorney-at-law and counsel for the plaintiff, Federal Insurance Company ("Federal"), in the above-captioned matter. I make this certification based on personal knowledge of the facts and circumstances regarding this matter.

2. This case arises from a residential fire that originated in an improperly wired dishwasher and occurred at 3248 North Street, NW, Washington, D.C., on May 9, 2005. The plaintiffs seek reimbursement for damages caused by that fire, and have alleged that the defendants are responsible for such damages.

3. This Court has entertained and granted two Consent Motions to Extend Discovery in this matter, to include extensions of time for the defendants to submit expert reports.

4. A complete copy of the plaintiff's claims file, including all documentation regarding damages sustained by plaintiff's insured was provided to all parties on July 5, 2006.

5. In accordance with this Court's Amended Scheduling Order, plaintiff Federal was required to make its expert disclosures no later than February 28, 2007. The plaintiff complied with this time limitation.

6. Defendants retained experts were required to submit their written disclosures by July 16, 2007.

7. On December 21, 2007, at 6:03 P.M., counsel for defendant Wuerstlin submitted a "Draft Report" of damages expert Martin L. King, A.S.A., C.R. A copy of this report is attached as Exhibit "A."

8. I have never consented to the late submission of an expert report on behalf of defendant Wuerstlin or any of the other defendants in this case.

9. All discovery in this case is scheduled to be completed no later than January 31, 2008.

10. The plaintiff is severely prejudiced by this late submission of an expert report on behalf of defendant Wuerstlin, as it will be unable to retain a potential rebuttal expert for the purpose of submitting expert opinion testimony before the expiration of all discovery.

11.     This Certification is submitted in support of plaintiff's Motion to Exclude the recent, untimely expert report submitted on behalf of defendant Wuerstlin, as that report unduly prejudices the plaintiff in this matter.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

DATE:   1/7/08                                   /s/ Mark E. Utke
                                                                    MARK E. UTKE

PHILADELPHIA\3490768\1  166378.000