IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY | : | C.A. NO. 1:06CV00379. |
| | : | Judge Alan Kay |
| and | : | |
| HARTFORD CASUALTY INSURANCE COMPANY | : | |
| Plaintiffs, | : | |
| v. | : | |
| LANDIS CONSTRUCTION CORPORATION | : | |
| and | : | |
| WUERSTLIN APPLIANCE SERVICE | : | |
| and | : | |
| MR. PAUL SCUDERI | : | |
| Defendants. | : | |

## **ORDER**

UPON CONSIDERING Plaintiff Federal Insurance Company's Motion to Exclude Expert Report and Testimony, any opposition thereto, and with good cause being shown,

IT IS on this _____ day of _____, 2008,

ORDERED that the report and testimony of Martin L. King, A.S.A., C.R., are precluded at trial.

BY THE COURT:

_____
ALAN KAY, U.S.M.J.