**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
**(Civil Division)**

| | |
|---|---|
| FEDERAL INSURANCE COMPANY<br><br>and<br><br>HARTFORD CASUALTY INSURANCE COMPANY<br><br>    Plaintiffs,<br><br>    v.<br><br>LANDIS CONSTRUCTION CORPORATION<br><br>and<br><br>WUERSTLIN APPLIANCE SERVICE<br><br>and<br><br>MR. PAUL SCUDERI<br><br>    Defendants. | Case No. 1:06CV00379<br>Honorable Ellen Segal Huvelle |

### DEFENDANT LANDIS CONSTRUCTION COMPANY'S PARTIAL CONSENT MOTION FOR THE ADMISSION OF PRO HAC VICE OF JONATHAN R. CARROLL

Comes now Defendant Landis Construction Company by and through Counsel Budow and Noble and Allan Noble and hereby files this Partial Consent Motion for the Admission Pro Hac Vice of Jonathan R. Carroll, pursuant to LCvR 83.2(d). With the exception of Counsel for Hartford Insurance Company, Counsel for all parties have consented to this motion. The undersigned, through his office, email and telephoned Counsel for Hartford, but has not received a response as of the filing of this Motion. The

undersigned Counsel is unaware of any reason why Counsel for Hartford would oppose this motion.

WHEREFORE, Defendant Landis Construction Corporation respectfully requests that this court grant its motion and admit Jonathan R. Carroll pro hac vice in this case.

**BUDOW AND NOBLE, P.C.**

/s/
_____
Allan A. Noble, 166926
Suite 500 West, Air Rights Center
7315 Wisconsin Avenue
Bethesda, Maryland 20814
(301) 654-0896

## CERTIFICATE OF SERVICE

I do hereby certify that a true copy of the foregoing Defendant Landis Construction Corporation's Partial Consent Motion for the Admission Pro Hac Vice of Jonathan Carroll was electronically filed and served this 18th day of January, 2008 to following:

| | |
|---|---|
| Eric N. Stravitz, Esquire<br>Mesirow & Stravitz, PLLC<br>1307 New Hampshire Avenue, NW<br>Suite 400<br>Washington, D.C. 20036<br>*Counsel for Plaintiffs Federal Insurance Company and Hartford Casualty Insurance Company* | Brian E. Tetro, Esquire<br>White and Williams<br>1800 One Liberty Place<br>Philadelphia, PA 19103<br>*Counsel for Plaintiff Hartford Casualty Insurance Company* |
| Mark E. Utke, Esquire<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103<br>*Counsel for Plaintiff Federal Insurance Company* | Edward J. Brown, Esquire<br>McCarthy Wilson, LLP<br>100 S. Washington Street<br>Rockville, Maryland 20850<br>*Counsel for Defendant Wuerstlin Appliance Service* |

Alice Kelley Scanlon, Esquire
25 Wood Lane
Rockville, MD 20850
*Counsel for Defendant Paul Scuderi*

                                                _/s/_____
                                                Allan A. Noble