**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
(Civil Division)

| | |
|---|---|
| FEDERAL INSURANCE COMPANY<br><br>and<br><br>HARTFORD CASUALTY INSURANCE COMPANY<br><br>    Plaintiffs,<br><br>    v.<br><br>LANDIS CONSTRUCTION CORPORATION<br><br>and<br><br>WUERSTLIN APPLIANCE SERVICE<br><br>and<br><br>MR. PAUL SCUDERI<br><br>    Defendants. | Case No. 1:06CV00379<br>Honorable Ellen Segal Huvelle |

### DECLARATION OF NON-MEMBER ATTORNEY JONATHAN R. CARROLL FOR ADMISSION PRO HAC VICE UNDER LCVR 83.2

I, Jonathan R. Carroll hereby declare and affirm under the penalties of perjury that the following is true:

1.     My name is Jonathan Ray Carroll.

2.     I practice law for the law offices of Budow and Noble, P.C., at Suite 500 West, Air Rights Center, 7315 Wisconsin Avenue, Bethesda, Maryland 20814.  My

      telephone number there is (301) 654-0986.  My email address is

      JCarroll@budownoble.com.

3.     I am a member in good standing of the Maryland Bar.

4.     I certify that I have not been disciplined by any bar.

5.     I have not been admitted pro hac vice once in the last two years.


                                                                                                              /s/
                                    Jonathan R. Carroll
                                    Suite 500 West, Air RightsCenter
                                    7315 Wisconsin Avenue
                                    Bethesda, Maryland 20814
                                    (301) 654-0896