**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
**(Civil Division)**

| | |
|---|---|
| FEDERAL INSURANCE COMPANY<br><br>　　and<br><br>HARTFORD CASUALTY INSURANCE COMPANY<br><br>　　Plaintiffs,<br><br>　　v.<br><br>LANDIS CONSTRUCTION CORPORATION<br><br>　　and<br><br>WUERSTLIN APPLIANCE SERVICE<br><br>　　and<br><br>MR. PAUL SCUDERI<br><br>　　Defendants. | Case No. 1:06CV00379<br>Honorable Ellen Segal Huvelle |

## **ORDER**

_____UPON Defendant Landis Construction's Partial Consent Motion for Admission, it is this _____ day of January, 2008 hereby

_____**ORDERED** that, Jonathan R. Carroll be and is hereby ADMITTED pro hac vice in the above-captioned case.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Honorable Ellen Segal Huvelle

I, Jonathan R. Carroll hereby declare and affirm under the penalties of perjury that the following is true:

1. My name is Jonathan Ray Carroll.

2. I practice law for the law offices of Budow and Noble, P.C., at Suite 500 West, Air Rights Center, 7315 Wisconsin Avenue, Bethesda, Maryland 20814.  My telephone number there is (301) 654-0986.

3. I am a member in good standing of the Maryland Bar.

4. I certify that I have not been disciplined by any bar.

5. I have not been admitted pro hac vice once in the last two years.

                                                                                                                                                   _____/s/_____
                                                                                                                                           Jonathan R. Carroll
Suite 500 West, Air RightsCenter
7315 Wisconsin Avenue
Bethesda, Maryland 20814
(301) 654-0896