**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
**(Civil Division)**

FEDERAL INSURANCE COMPANY,
ET AL.

Plaintiffs,

v.

LANDIS CONSTRUCTION
CORPORATION, ET AL.

Defendants.

Case No. 1:06CV00379
Honorable Ellen Segal Huvelle

**PRAECIPE**

Counsel for Hartford Casualty Insurance Company has indicated his consent to Landis Construction Corporation's Motion for the Admission of Jonathan R. Carroll Pro Hac Vice. Defendant Landis Construction Corporation's Motion for Admission of Jonathan R. Carroll has been consented to by all the parties.

**BUDOW AND NOBLE, P.C.**

/s/
____________________________

Allan A. Noble, 166926
Suite 500 West, Air Rights Center
7315 Wisconsin Avenue
Bethesda, Maryland 20814
(301) 654-0896

**CERTIFICATE OF SERVICE**

I do hereby certify that a true copy of the foregoing Defendant Landis Construction Corporation's Praecipe was electronically filed and served this 21st day of January, 2008 to following:

Eric N. Stravitz, Esquire
Mesirow & Stravitz, PLLC
1307 New Hampshire Avenue, NW
Suite 400
Washington, D.C. 20036
*Counsel for Plaintiffs Federal Insurance Company* and *Hartford Casualty Insurance Company*

Brian E. Tetro, Esquire
White and Williams
1800 One Liberty Place
Philadelphia, PA 19103
*Counsel for Plaintiff Hartford Casualty Insurance Company*

Mark E. Utke, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
*Counsel for Plaintiff Federal Insurance Company*

Edward J. Brown, Esquire
McCarthy Wilson, LLP
100 S. Washington Street
Rockville, Maryland 20850
*Counsel for Defendant Wuerstlin Appliance Service*

Alice Kelley Scanlon, Esquire
25 Wood Lane
Rockville, MD 20850
*Counsel for Defendant Paul Scuderi*

_/s/_________________________
Allan A. Noble

J:\CLIENTS\Erie\Landis Construction Corporation\Praeceipe(1-21-08).wpd