**Dawn Ramos**

**From:** Tetro, Brian [Tetrob@whiteandwilliams.com]
**Sent:** Wednesday, December 12, 2007 8:58 AM
**To:** Bud Brown; Utke, Mark
**Cc:** jrego@andersonquinn.com; anoble@budownoble.com; Susan Shoemaker; Kathryn E. Bonorchis
**Subject:** RE: Federal's claim

I know Attorney Noble sent a letter to the insured's personal attorney re the remaining fact depositions. Please let me know if he has been unresponsive, as I can call him directly to get that issue moving.

Brian E. Tetro, Esquire
White and Williams LLP
1800 One Liberty Place
Philadelphia, PA 19103-7395
Direct Dial: 215-864-7070
Direct Fax: 215-789-6670
tetrob@whiteandwilliams.com

****CONFIDENTIALITY NOTICE****

This E-Mail message and any documents accompanying this E-Mail transmission contain information from the law firm of White and Williams LLP which is "Privileged and confidential attorney-client communication and/or work product of counsel." If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution and/or the taking of or refraining from taking of any action in reliance on the contents of this E-Mail information is strictly prohibited and may result in legal action being instituted against you. Please reply to the sender advising of the error in transmission and delete the message and any accompanying documents from your system immediately. Thank you.

---

**From:** Bud Brown [mailto:browne@McWilson.com]
**Sent:** Tuesday, December 11, 2007 6:01 PM
**To:** Utke, Mark
**Cc:** Tetro, Brian; jrego@andersonquinn.com; anoble@budownoble.com; Susan Shoemaker; Kathryn E. Bonorchis
**Subject:** Federal's claim

Mark,

In order to expedite the report from our damages expert, it is possible for you or Olin (the artwork/contents expert) to provide the measurements for each of the items at issue. Although our expert will likely need to examine the paintings/etc, to finalize this aspect of his review, if we can obtain the measurement information before any examination this will expedite matters, and perhaps enable the parties to discuss a stipulation as the value of this component of Federal's claim. Please let me know, and please provide some dates in the next 30 days for an inspection (if necessary).

I had also previously inquired about potentially lost photographs mentioned in the Federal claim file on 6/28/2006. Can you determine whether these were ever located, and if not, what was photographed? Also, were there ever photographs taken of the artwork (and other items for which claims are asserted) while the objects were still in the house? Plaintiffs have produced some photos which depict some of the objects, but it appears that these were just "general" house photographs with some of the items coincidentally in the background, as opposed to an attempt to chronicle each item before removal.

Mark and Brian,



DEFENDANT'S EXHIBIT

Can you secure a couple of dates in mid January for the Plaintiffs liability experts and Corporate Designees--I am primarily interested in the claims representative with the most knowledge of the adjustment of the loss--and the representatives from Rolyn, Olin and Antonucci with the most hands-on knowledge of their services. I would like to take these three damages witnesses' depositions at least a week in advance of Defendants' damages experts' deposition.

All:

Do we have any new dates for the last three liability fact witnesses, which we had discussed taking on 11/30? My recollection is we wanted to take them sooner rather than later so the experts could have all information before finalizing their reports. Thanks--ejb

PRIVACY STATEMENT: This message and any attachments are confidential and are intended only for the addressee(s). This message may contain information that is protected by attorney client privilege or one or more legally recognized privileges. If the reader of this message is not an intended recipient or an authorized representative of an intended recipient, the sender did not intend to waive and does not waive any legal privilege or the confidentiality of the message and any attachments. If you receive this communication in error, please notify the sender immediately by return e-mail and delete this message from your computer and network without reading or saving the message and any attachments. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, and any attachments, is prohibited. Thank you.