**Bud Brown**

**From:** Bud Brown
**Sent:** Tuesday, July 10, 2007 11:02 AM
**To:** Tetro, Brian; Allan Noble; John Rego
**Cc:** Utke, Mark; Susan Shoemaker
**Subject:** RE: Re: Plaintiff, Hartford's Expert Disclosures in Bernstein

The Chubb claim notes reference a disc of 302 photos (see 5/22/06 entry). Can you email these photos and/or Fed Ex a copy of the disc to me? Thanks--ejb

**From:** Bud Brown
**Sent:** Thursday, May 24, 2007 5:11 PM
**To:** 'Tetro, Brian'; Allan Noble; John Rego
**Cc:** Utke, Mark; Susan Shoemaker
**Subject:** RE: Re: Plaintiff, Hartford's Expert Disclosures in Bernstein

No objection. I recall an e-mail re: a change of location for the depos. Can someone send a confirmation? Also, is anyone working on additional dates for other depositions? Thanks--ejb

**From:** Tetro, Brian [mailto:Tetrob@whiteandwilliams.com]
**Sent:** Friday, May 11, 2007 4:26 PM
**To:** Bud Brown; Allan Noble; John Rego
**Cc:** Utke, Mark
**Subject:** FW: Re: Plaintiff, Hartford's Expert Disclosures in Bernstein

Gentlemen:

After speaking with my real estate appraisal expert, he confirmed that he will need until the end of June to complete his report. I believe that will be the last extension that he will be requesting. Unless I hear from you to the contrary, I will assume that no one has any objection. Thanks for your cooperation.

Brian E. Tetro, Esquire
White and Williams LLP
1800 One Liberty Place
Philadelphia, PA 19103-7395
Direct Dial: 215-864-7070
Direct Fax: 215-789-6670
tetrob@whiteandwilliams.com

****CONFIDENTIALITY NOTICE****

This E-Mail message and any documents accompanying this E-Mail transmission contain information from the law firm of White and Williams LLP which is "Privileged and confidential attorney-client communication and/or work product of counsel." If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution and/or the taking of or refraining from taking of any action in reliance on the contents of this E-Mail information is strictly prohibited and may result in legal action being instituted against you. Please reply to the sender advising of the error in transmission and delete the message and any accompanying documents from your system immediately. Thank you.



DEFENDANT'S EXHIBIT

1/17/2008