## Dawn Ramos

| | |
|---|---|
| From: | D'Alessandro, Andrea [AD'Alessandro@cozen.com] |
| Sent: | Thursday, December 27, 2007 2:33 PM |
| To: | Bud Brown |
| Cc: | tetrob@whiteandwilliams.com; anoble@budownoble.com; mbudow@budownoble.com; jrego@andersonquinn.com; ascanlon@andersonquinn.com |
| Subject: | Bernstein - (166378) - 12/27/07 - Ltr to Edw Brown re 12/21 e-mail |
| Attachments: | #3485280-v1-PHILADELPHIA-Bernstein_-_12_27_07_-_Ltr_to_Edw_Brown_re_12_21_e-mail.DOC |

Mr. Brown: Attached is a letter from Mark Utke regarding the above-referenced matter.

Andrea D'Alessandro
Secretary to Mark E. Utke
12/27/07

Notice: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments, is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Service."

Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege..



1/22/2008



## COZEN
## O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com

Mark E. Utke
Direct Phone   215.665.2164
mutke@cozen.com

December 27, 2007

*VIA E-MAIL*
Edward J. Brown, Esquire
MCCARTHY WILSON, LLP
100 S. Washington Street
Rockville, MD  20850

    Re:   Federal Insurance Co., et al. v. Landis Construction Corp., et al.
          Case No. 1:06CV00379
          Our File No. 166378

Dear Mr. Brown:

    I am in receipt of your e-mail dated December 21, 2007. In that e-mail, you indicate that there was some form of understanding that the parties agreed to defer discovery on damages issues to a later date. I have no such recollection, and have reviewed my file for any correspondence or e-mails remotely relating to such an agreement. As I have indicated to you before, the plaintiffs are not interested in further delaying this matter, and have never consented to such an agreement.

    As to your comment regarding settlement, it is necessary for the defendants to offer a monetary sum on a case for it to reach a settlement. To date, despite an overwhelming indication that your client is the target defendant in this litigation,  you have not made any form of settlement offer. As to your comment regarding prior accommodations made by the defendants, you are once again misinformed. The prior discovery extensions were consented to by the plaintiffs so the defendants could continue to take extraneous depositions. In addition, the plaintiffs served their Expert Disclosures in February of 2007.

_____

      As to the dates that you are available for depositions in January or 2008, I have limited availability during that month. I am currently available January 7 and 8, as well as January 21, 22, and 24. Please provide me with the dates when your experts are available that coincide with these discovery dates. Thank you.

                                 Very truly yours,

                                   COZEN O'CONNOR

                                 MARK E. UTKE

MEU/ada

cc:    *Via E-Mail*
       Brian E. Tetro, Esq.
       Allan A. Noble, Esq.
       Michael J. Budow, Esq.
       John A. Rego, Esq.
       Alice Kelley Scanlon, Esq.

PHILADELPHIA\3485280\1 166378.000