```
                                                                    1
 1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
 2                      (Civil Division)                    COPY
 3      ---------------------------------------X
 4      FEDERAL INSURANCE COMPANY                :
 5           and                                 :
 6      HARTFORD CASUALTY INSURANCE COMPANY      :
 7                  Plaintiffs                   :
 8              v.                               :   Case No.:
 9      LANDIS CONSTRUCTION CORPORATION          :   1:06CV00379
10           and                                 :
11      WUERSTLIN APPLIANCE SERVICE              :
12           and                                 :
13      MR. PAUL SCUDERI                         :
14                  Defendants                   :
15      ---------------------------------------X
16            Deposition of BEVERLY BERNSTEIN
17                    Washington, D.C.
                  Tuesday, May 29, 2007
18                      11:00 a.m.
19
20      Job No.:  1-103203
21      Pages 1 - 74
22      Reported by:  Ellen L. Ford, RPR
```



DEFENDANT'S EXHIFBIT

JUN 14 2007

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

62

Q    Okay.  Are you making any claim for damages other than what the insurance companies have paid you in this case?

A    I don't think I am.  Where is Richard?  I don't know.  No.

MR. BROWN:  We can probably cut through a lot of questions and counsel, you can answer this. Are you planning to testify as to the value of any of the goods that were lost or damaged in the fire, or are you going to do it all through experts?

MR. TETRO:  Off the record.

(Discussion held off the record.)

BY MR. BROWN:

Q    It's probably looks unlikely that, ma'am, you'll be called to testify as to the damages in this case.  There are experts who are doing that.

If it turns out that one or both of the Plaintiff's attorneys want you to do that, we'll either reset that portion of the deposition or, more likely, just do that by paper questions.  Okay?

A    Fine.

Q    What I would asking to you do is pretty much

se arrange for LAD Court Reporting to transcribe the proceedings.
ease call me if you have any questions. Thanks.

> Brian E. Tetro, Esquire
> White and Williams LLP
> 1800 One Liberty Place
> Philadelphia, PA 19103-7395
> Direct Dial: 215-864-7070
> Direct Fax: 215-789-6670
> tetrob@whiteandwilliams.com
>
> ****CONFIDENTIALITY NOTICE****
>
> This E-Mail message and any documents accompanying this E-Mail
> transmission contain information from the law firm of White and Williams
> LLP which is "Privileged and confidential attorney-client communication
> and/or work product of counsel." If you are not the intended recipient,
> you are hereby notified that any disclosure, copying, distribution
> and/or the taking of or refraining from taking of any action in reliance
> on the contents of this E-Mail information is strictly prohibited and
> may result in legal action being instituted against you. Please reply to
> the sender advising of the error in transmission and delete the message
> and any accompanying documents from your system immediately. Thank you.
>
>
> -----Original Message-----
> From: Bud Brown [mailto:browne@McWilson.com]
> Sent: Monday, April 30, 2007 10:00 AM
> To: Bud Brown; Tetro, Brian; Utke, Mark; anoble@budownoble.com;
> jrego@andersonquinn.com
> Cc: awalters@budownoble.com; Susan Shoemaker; K_Noble@Intairnet.COM
> Subject: RE: Re: Bernstein
>
> Has anyone confirmed that today's conference call is off?  The new Order
> sets a new one in October, but I don't see that it expressly removed
> today's call.--ejb
>
> -----Original Message-----
> From: Bud Brown
> Sent: Friday, April 27, 2007 10:43 AM
> To: 'Tetro, Brian'; Utke, Mark; anoble@budownoble.com;
> jrego@andersonquinn.com
> Cc: awalters@budownoble.com; Susan Shoemaker; K_Noble@Intairnet.COM
> Subject: RE: Re: Bernstein
>
> I think we'll need to depose Mr. Bernstein, as he may have some damages
> information apart from the kitchen.  If his health is an issue, we might
> consider deferring his deposition until we see the evidence from the
> other witnesses.
>
> -----Original Message-----
> From: Tetro, Brian [mailto:Tetrob@whiteandwilliams.com]
> Sent: Friday, April 27, 2007 10:14 AM
> To: Bud Brown; Utke, Mark; anoble@budownoble.com;
> jrego@andersonquinn.com
> Cc: awalters@budownoble.com; Susan Shoemaker; K_Noble@Intairnet.COM
> Subject: RE: Re: Bernstein
>
> I just spoke with the insured's personal counsel and he is trying to
> provide all the witnesses for the date and time we agreed upon.  Two
> issues.