IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| FEDERAL INSURANCE COMPANY<br><br>and<br><br>HARTFORD CASUALTY INSURANCE COMPANY<br><br>Plaintiffs<br><br>v.<br><br>LANDIS CONSTRUCTION CORPORATION<br><br>and<br><br>WUERSTLIN APPLIANCE SERVICE<br><br>and<br><br>PAUL A. SCUDERI, INC.<br><br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:  Case No. 1:06CV00379<br>:  Magistrate Judge Alan Kay<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## CONSENT MOTION TO AMEND DISPOSITIVE MOTIONS DEADLINE

The Parties, through counsel and by consent, and pursuant to Federal Rule of Civil Procedure 7(b), move this Court for an Order amending the Scheduling Order issued in the above referenced matter and as reasons and grounds thereof state as follows:

1. This lawsuit involves a fire loss which occurred at a private residence located at 3248 North Street, NW, Washington, D.C. on or about May 9, 2005. It is alleged that on that date, a fire occurred at the residence of Beverly Bernstein for which it is contended that the defendants are responsible. Ms. Bernstein alleges that the fire resulted in damages to her premises in excess of One Million Two Hundred Thousand Dollars ($1,200,000.00), the damage for which she was reimbursed by Federal Insurance Company and Hartford Casualty Insurance Company, the Plaintiffs in this action.

2. Due to causation issues, the parties have taken to date 18 depositions. This discovery is somewhat complicated as to the precise mechanism and cause of the fire and alleged damages sustained by Ms. Bernstein in her residence.

3. Counsel for all parties have conferred and agree that an amendment of the Dispositive Motions Deadline is necessary to allow the parties to proceed in a reasonable and orderly fashion in the preparation of Dispositive Motions. Moreover, counsel, in coordinating their respective calendars have discovered several conflicts which necessitate this extension.

4. In this regard, and by consent, the parties request that the Scheduling Order issued in this case be amended as follows to allow them to file Dispositive Motions in an orderly, reasonable and comprehensive fashion:

   a. Dispositive Motions Deadline extended from April 11, 2008 to May 2, 2008.

5. The parties, after conferring, believe that an amendment of the Scheduling Order, as requested by their consent, will serve the interests of justice by facilitating reasonable and orderly filing of such Motions

6. This request will not affect the pre-trial or trial of this case should the case not be resolved prior to that time as a trial date has yet to be set by the Court and the parties.

**WHEREFORE**, after conferring and by consent, the parties, through counsel, respectfully request that the Court grant their Consent Motion to Amend Dispositive Motions Deadline.

Respectfully submitted,

| | |
|---|---|
| ANDERSON & QUINN | COZEN & O'CONNOR |
| /s/ John A. Rego | /s/ Mark E. Utke |
| John A. Rego #422378 | Mark E. Utke |
| Alice Kelley Scanlon #467103 | 1900 Market Street |
| 25 Wood Lane | Philadelphia, PA |
| Rockville, Maryland 20850 | (215) 655-2164 |
| (301) 762-3303 | *Counsel for Plaintiff, Federal* |
| *Counsel for Paul A. Scuderi* | *Insurance Company* |
| | |
| WHITE & WILLIAMS, LLP | McCARTHY WILSON, LLP |
| /s/ Brian E. Tetro | /s/ Edward J. Brown |
| Brian E. Tetro | Edward J. Brown #414365 |
| White & Williams, LLP | 100 South Washington Street |
| 1800 One Liberty Place | Rockville, MD 20850 |
| Philadelphia, PA 19103 | (301) 922-0694 |
| (215) 864-7070 | *Counsel for Defendant, Weurstlin Appliance* |
| *Counsel for Plaintiff, Hartford Insurance* | *Service* |

BUDOW & NOBLE, PC

/s/ Allan A. Noble
Allan A. Noble #166926
Suite 500 West, Air Rights Center
7315 Wisconsin Avenue
Suite 600
Bethesda, MD 20814
(301) 654-0896
*Counsel for Defendant, Landis Construction Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| FEDERAL INSURANCE COMPANY | : |
| and | : |
| HARTFORD CASUALTY INSURANCE COMPANY | : |
| Plaintiffs | : |
| v. | : Case No. 1:06CV00379 |
| | : Magistrate Judge Alan Kay |
| LANDIS CONSTRUCTION CORPORATION | : |
| and | : |
| WUERSTLIN APPLIANCE SERVICE | : |
| and | : |
| PAUL A. SCUDERI, INC. | : |
| Defendants | : |

## MEMORANDUM OF POINTS AND AUTHORITIES

1. The record herein.

2. The Court's prior Amended Scheduling Orders.

Respectfully submitted,

ANDERSON & QUINN

/s/ John A. Rego
John A. Rego #422378
Alice Kelley Scanlon #467103
25 Wood Lane
Rockville, Maryland 20850
(301) 762-3303
*Counsel for Paul A. Scuderi*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| FEDERAL INSURANCE COMPANY : | |
| and : | |
| HARTFORD CASUALTY INSURANCE : COMPANY : | |
| Plaintiffs : | |
| v. : | Case No. 1:06CV00379 |
| : | Magistrate Judge Alan Kay |
| LANDIS CONSTRUCTION : CORPORATION : | |
| and : | |
| WUERSTLIN APPLIANCE SERVICE : | |
| and : | |
| PAUL A. SCUDERI, INC. : | |
| Defendants : | |

### ORDER

Upon consideration of the Consent Motion to Amend the Dispositive Motions Deadline filed by the Parties in this case, it is this _____ day of _____, 2008

**ORDERED** that the Motion is **GRANTED**; and further

**ORDERED** that the Scheduling Order be amended as follows:

　　1.　　Dispositive Motions to be filed by May 2, 2008;

_____
United States Magistrate Judge Alan Kay

**Copies To:**

John A. Rego, Esquire
Alice Kelley Scanlon, Esquire
25 Wood Lane
Rockville, Maryland 20850
(301) 762-3303
*Counsel for Paul A. Scuderi*

Eric N. Stravitz, Esquire
2000   Massachusetts Avenue
Suite 200
Washington, DC 20036
*Counsel for Plaintiff, Federal Insurance Company*

Mark E. Utke, Esquire
Cozen & O'Connor
1900 Market Street
Philadelphia, PA
*Counsel for Plaintiff, Federal Insurance Company*

Brian E. Tetro, Esquire
White & Williams, LLP
1800 One Liberty Place
Philadelphia, PA 19103
*Counsel for Plaintiff, Hartford Insurance*

Edward J. Brown, Esquire
McCarthy Wilson, LLP
100 South Washington Street
Rockville, MD 20850
*Counsel for Defendant, Wuerstlin Appliance Service*

Allan A. Noble, Esquire
Budow & Noble, PC
Suite 500 West, Air Rights Building
7315 Wisconsin Avenue
Suite 600
Bethesda, MD 20814
*Counsel for Defendant, Landis Construction Company*