## BERNSTEIN KITCHEN Estimate

Customer name: **Beverly Bernstein**
Customer Address: MARGARET
Contact Sal Fiorito/Rubino
Phone Numbers: home: 202-362-8411
fax: 362-3777
fioritorubino@yahoo.com

From: **Landis Construction Corporation**
6217 30th St. NW Washington, D.C. 20015
phone- (202)362-4236  cell-(202)321-7030  fax-(202)237-525

Kitchen remodel

Date: 3/20/03

| # | Description | Retail Price |
|---|---|---|
| **100** | **Preparation** | |
| 101 | Dust protection/ floor protection and walk off mats | $425.00 |
| 102 | Administration | $500.00 |
| **200** | **Demolition & Haul away** | |
| 201 | Demolition of existing Kitchen according to letter. Keep some of the lower cabinets for customer. | $1,050.00 |
| 110 | Trash removal | $850.00 |
| 111 | Remove linoleum floor and sub floor due to new finished floor to be level with hallway | $225.00 |
| 112 | Remove 2 refers and 2 stoves | $100.00 |
| 113 | Remove drop ceiling | $175.00 |
| **300** | **Electrical install of kitchen** | |
| 301 | Demo existing electric | $650.00 |
| 301a | Rough in all necessary electric for kitchen remodel, does not include heavy-up service. | $2,800.00 |
| 301b | Install new GFI receptacles, Install eight new recessed owner provided light fixtures. Install two new Owner provided ceiling fixtures. Bring electric up to code and install all new electrical fixtures and wire for all new appliances to be installed. All | $1,200.00 |
| 303 | Install new owner provided under cabinet lights. | $425.00 |
| **400** | **Wood Working** | |
| 401 | Provide & install new upper doors on all upper and pantry cabinets.( 62) Doors to flat, paint grade, overlay, with hidden hinges. Owner to provide handles. | $10,840.00 |

(handwritten: $5000 LIGHTS)

Page 1

DEFENDANT'S EXHIBIT A

| | | |
|---|---|---:|
| 401a | Install new lower cabinets were necessary new drawers were necessary. New cabinet with three drawers $550 each, New drawer $85 per | $1,250.00 |
| 402 | Construct a sitting area with wainscoting, finish wall and ceiling above with a light fixture | $960.00 |
| 403 | Rework ceiling so a bulk head goes around the perimeter of kitchen to house new recessed task lights. | $1,250.00 |
| 404 | Install light valance for under counter lights | $400.00 |
| 405 | Replace lazy susan with pins and shelfs, replace doors with new doors for overlay doors. | $1,040.00 |
| **500** | **Plaster/Drywall** | |
| 501 | Patch, repair and install drywall were necessary | $1,325.00 |
| **600** | **appliances** | |
| 601 | Install all necessary appliances and exhaust hood using existing duct work | $1,250.00 |
| **700** | **Plumbing** | |
| 701 | Demo all plumbing in kitchen and cap off accordingly | $ 875.00 |
| 701 | Install all necessary plumbing, gas line work, and waterline to refrigerator. | $1,450.00 |
| **800** | **Counter tops** | |
| 801 | 56 sf of counter top @64.00 Level II granite. Eased edge. | $3,584.00 |
| **500** | **Finishes** | |
| 501 | Install Hardwood wide plank stained flooring with beveled edge. Flooring to match existing. 21 x9 | $3,500.00 |
| | Adjust height of existing floor with new layer of plywood so that finish floor is level with hallway. | $850.00 |
| 502 | Install owner provided tile backsplash. | $600.00 |
| 503 | Paint kitchen - wall and ceiling. Color to be provided by owner. | $1,100.00 |
| 504 | Paint cabinets - Paint face frames. Bottoms and exposed sides, and doors both sides. Prime & two coats. Does not include any painting on the inside of cabinets. | $1,800.00 |
| | **PROJECT TOTAL** | **$40,474.00** |