



**Beverly Bernstein**
3248 N St. NW
Washington, DC 20007

**Construction Contract**

4/28/2003

**Dear Mrs. Bernstein;**

The following is an estimate is for work to be completed at the above address. The work is per the attached estimate & design sketches.

Total price from attached spreadsheet.                               $52,714

**Notes and payment schedule:**

1. ($ 10,000) required to start.
2. ($ 10,000 after floor is installed
3. ($ 10,000) after modified cabinets are installed and cabinets doors are hung.
4. ($ 10,000) after electrical rough-in is complete
5. ($ 10,000) after counter tops are installed and appliances are in place
5. Balance upon substantial completion of punch list

A. It is estimated that the work will be completed within 7 weeks from the start of construction.

B. Any change orders agreed to by customer and contractor during construction will be submitted in writing and become part of the contract upon signature by both parties. Agreed to change orders may also lengthen construction time. Payment of agreed to and completed change orders will be due with next scheduled draw.

C. Balances outstanding more than 15 days from billing will accrue interest at the rate of 1.5% per month.

D. The above price is valid for 40 days.

E. The use of clients power, bathroom facilities and phone line will be necessary for the duration of the project.

F. It is the customer's right to rescind this contract within three working days after this contract has been signed.

G. The customer has the right to terminate the contract if dissatisfied with the work, after providing reasonable notice of his intention to terminate and an opportunity for the contractor to remedy said deficient work.

---

DESIGN / BUILD & CONTRACTORS
CHRIS LANDIS, AIA
6217 30th STREET, NW
WASHINGTON, D.C. 20015
See Us Online at: www.landisconstruction.com

TEL: (202) 362-4236
CEL: (202) 321-7030
FAX: (202) 237-5252
EMAIL: chris@landisconstruction.com
LICENSED, BONDED, INSURED

DEFENDANT'S
EXHIBIT
B




H. Customers agree, by signing this contract, not to discuss any construction work, outside of the scope of this contract with any sub-contractors working for Landis Construction Corp. for a term of at least one year from contract ratification.

I. The contractor (Landis Construction) shall provide the homeowner, at the time of final payment, with a signed release of all mechanics' liens, as well as a release of lien from all subcontractors. If any subcontractor to Landis Construction Corporation is not paid in full the client can pay the amount due the subcontractor out of money due Landis Development Corporation.

J. The Landis Construction Corporation is licensed as a home improvement contractor in the District of Columbia, License #2445 and Maryland, License #46257. Copies of our current license are available upon request.

K. The contractor has procured coverage of customer under contractor's insurance policy No. ACP 4108816 issued by Montgomery Mutual Insurance with limits for business liability of $1,000,000. gen. aggregate $2,000,000 and PCO aggregate $2,000,000.

L. The Landis Construction Corporation Warranties all labor and materials other than those covered by individual manufactures and that were purchased and installed by Landis Construction Corporation, for one year against defects in materials and workmanship.

---

Customer                                                  Date

---

Contractor                                                Date
Christopher Landis AIA
Partner

DESIGN / BUILD & CONTRACTORS                              TEL.: (202) 362-4236
CHRIS LANDIS, AIA                                         CEL.: (202) 321-7030
6217 30th STREET, NW                                      FAX: (202) 237-5252
WASHINGTON, D.C. 20015                                    EMAIL: chris@landisconstruction.com
See Us Online at: www.landisconstruction.com              LICENSED, BONDED, INSURED

# BERNSTEIN KITCHEN Estimate

Customer name: **Beverly Bernstein**
Customer Address: 3248 N st WDC 20007
Contact: Sal Fiorito Rubino
Phone Numbers: home: 202-362-8411
fax: 362-3777
fioritorubino@yahoo.com

From: **Landis Construction Corporation**
6217 30th St. NW  Washington, D.C. 20015
phone- (202)362-4236  cell-(202)321-7030  fax-(202)237-5252

Kitchen remodel

Date: Revised 4-28-2003

| # | Description | Retail Price |
|---|---|---|
| **100** | **Preparation** | |
| 101 | Dust protection/ floor protection and walk off mats | $425.00 |
| 102 | Administration | $500.00 |
| **200** | **Demolition & Haul away** | |
| 201 | Demolition of existing Kitchen according to letter. Keep some of the lower cabinets for customer. | $1,050.00 |
| 110 | Trash removal | $850.00 |
| 111 | Remove linoleum floor and sub floor due to new finished floor to be level with hallway | $225.00 |
| 112 | Remove 2 refers and 2 stoves | $100.00 |
| 113 | Remove drop ceiling | $175.00 |
| **300** | **Electrical Install of kitchen** | |
| 301 | Remove all duplex receptacles and plug mold in kitchen as required for proper demolition. | |
| | Re-circuiting in existing panel as required for installation. All new over counter receptacles shall be plug mold. | |
| | Install all new receptacles as shown on drawings. Re | |
| | Fixtures furnished will be under cabinet low-voltage puck lights & recessed lights. All other fixtures will be provided by others. | $9,600.00 |
| **400** | **Wood Working** | |
| 401 | East elevation-Supply and install 15 new doors with euro hinges. S&I 1new 36"base cabinet with 3 drawers and 150 lb. Full extension slides.S&I 1 new 30" base cabinet with 3 drawers and 150lb. full extension slides. S&I 2 new panels for the under counter sub Aero. S&I 2 new 30" upper cabinets with doors by range hood. S&I shelf for microwave under existing cabinet. Soffit face for over range hood and 1 side panel for upper cabinet. | $9,297.40 |

| | | |
|---|---|---|
| 402 | South Elevation: S&I 10 new doors with euro hinges. S&I 3 new 25"drawer bases with 4 drawers each. Slides to be 75lb full extention. S&I 2 new corner full over lay double hinge doors. Leave lazy susan in place. | $6,507.20 |
| 403 | West Elevaton: S&I 12 new doors with euro hinges. S&I 1 trash pull out base base cabinet with trash can. S&I I valance over sink, & 1 end panel on ref. Cabinet. | $4,228.00 |
| 404 | General: Install supplied cabinet pulls on wall and base cabinets. Install supplied crown mold at ceiling. S&I chair rail and base molding at seating area. Install supplied door moldings and ;linth blocks. The doors, drawer fronts, valance, and side panels include a Lacquer finish color TBD | $2,520.00 |
| 408 | Rework ceiling so a bulk head goes around the perimeter of kitchen to house new recessed task lights. | $1,250.00 |
| 409 | Replace flip down table top with wood top stained to match floor. | $240.00 |
| 410 | Supply and install special grill for existing ac system | $215.00 |
| **500** | **Plaster/Drywall** | |
| 501 | Patch, repair and install drywall were necessary | $1,650.00 |
| **600** | **appliances** | |
| 601 | Install all necessary appliances and exhaust hood using existing duct work | $1,250.00 |
| **700** | **Plumbing** | |
| 701 | Demo all plumbing in kitchen and cap off accordingly | $875.00 |
| 702 | Install all necessary plumbing, gas line work, and waterline to refrigerator. | $1,450.00 |
| **800** | **Countertops** | |
| 801 | 48 sf of counter top @64.00 Level II marble. Eased edge. | $3,585.00 |
| **500** | **Finishes** | |
| 501 | Install Hardwood wide plank stained flooring with beveled edge. Flooring to match existing. 21 x9 | $3,072.00 |
| 502 | Adjust height of existing floor with new layer of plywood so that finish floor is level with hallway. | $850.00 |
| 503 | Install owner provided tile backsplash. | $900.00 |
| 504 | Paint kitchen - walls and ceiling. Color to be provided by owner. | $1,100.00 |
| 505 | Paint cabinets - Paint face frames. Prime & two coats. Does not include any painting on the inside of cabinets. | $800.00 |
| | **PROJECT TOTAL** | **$52,714.60** |