



Capture Date: 20030513 Sequence #: 4010101084

Check from Beverly B. Bernstein to Paul A. Scuderi, dated 5/12/2003, for $1,700.00 ("One Thousand Seven Hundred and 00/100"). Memo: kitchen remodel. Address: 9811 Log House Court, Gaithersburg, MD 20882.

No Electronic Endorsements Found



DEFENDANT'S EXHIBIT G



Capture Date: 20030612 Sequence #: 4010441297



No Electronic Endorsements Found



Capture Date: 20030904 Sequence #: 3810200431

```
BEVERLY B. BERNSTEIN  02-73        BANK OF AMERICA              1658
3246 N. STREET N.W.                15-120/540-0001
WASHINGTON, DC  20007

PAY TO                                              Date 7/23/2003
THE ORDER
OF   Paul A. Scuderi                                $**1,155.00
One Thousand One Hundred Fifty-Five and 00/100*********************  DOLLARS

Paul A. Scuderi

9811 Log House Court
Gaithersburg, MD  20882
                                              Beverly B. Bernstein
Memo  Balance on contract

⑊054001204⑊  0020306 20678⑊  1658  ⑊00000115500⑊
```

No Electronic Endorsements Found