

3244969

TOUCAN BUSINESS FORMS, INC. (301) 577-4444

★★★ GOVERNMENT OF THE DISTRICT OF COLUMBIA

EP- 1380

BLRA - 81B (11/98)

# ELECTRICAL (GENERAL) POST CARD PERMIT

PLEASE PRINT

ADDRESS OF WORK: 3248 N Street Washington DC NW

APPLICANT'S NAME: Paul A. Scherer Inc — ☐ HOMEOWNER ☑ CONTRACTOR

TYPE OF WORK: ☐ ALTERATION ☐ REPAIR ☑ REPLACEMENT IN KIND ☐ NEW CONSTRUCTION

E

FEE: $15.00

BRIEF DESCRIPTION OF WORK: [illegible]

ELECTRICAL CONTRACTOR ADDRESS: 9811 [illegible] Ct. Gaithersburg, MD 20882

CONTRACTOR LICENSE NO. 1165

MASTER ELECTRICIAN LICENSE NO. 200112

APPLICANT'S PHONE: 240 872-

APPLICANT'S SIGNATURE: [signature]

IMPORTANT RESTRICTIONS: THIS POSTCARD PERMIT IS VALID ONLY FOR ELECTRICAL WORK OF THE TYPES SPECIFIED IN THE CONDITIONS OF PERMIT ON THE PERMIT COVER SHEET.