BRADFORD ASSOCIATES
ANDREW KERR

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

- - - - - - - - - - - - - - x
FEDERAL INSURANCE COMPANY       :
and HARTFORD CASUALTY           :
INSURANCE COMPANY,              :
                                :
         Plaintiffs     : Case No. 1:06CV00379
                                :
    v.                          :
                                :
LANDIS CONSTRUCTION             :
CORPORATION and WUERSTLIN       :
APPLIANCE SERVICE and           :
PAUL A. SCUDERI, INC.,          :
                                :
         Defendants     :
                                :
- - - - - - - - - - - - - - x

Wednesday, November 7, 2007
Washington, D.C.

Deposition of
ANDREW KERR
a witness, called for examination by counsel for the co-plaintiff, Hartford Casualty, pursuant to notice, held at the offices of Arent Fox, 1050 Connecticut Avenue, N.W, Washington, D.C., beginning at 12 p.m., before Frances M. Freeman, a Notary Public in and for the District of Columbia, when were present on behalf of the respective parties:

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM  FORDASSOCIATES.COM

DEFENDANT'S
EXHIBIT
I

BRADFORD ASSOCIATES
ANDREW KERR

Page 18

1  done -- strike that.
2      With regards to the installation of the
3  dishwasher, who performed that work?
4      A  Well, installation is a --
5      Q  Pretty broad term?
6      A  Yes.
7      Q  Did Landis do any work whatsoever with regard
8  to anything related to the installation of the
9  dishwasher?
10     A  Yes.
11     Q  What did Landis do?
12     A  Set it in place. And by Landis, I assume you
13 mean our employees?
14     Q  Correct.
15     A  Just set it in place.
16     Q  What does that mean exactly?
17     A  Well, the appliances were purchased and
18 sitting in the garage for at least a month, maybe
19 more, before they were actually taken up to the
20 kitchen. So it would have meant unpacking, uncrating.
21     The crating of these things is usually -- can
22 be pretty extensive. There may be, you know, serious

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
ANDREW KERR

Page 19

1  bolts running through. So it would be unpacking,
2  uncrating and then moving them upstairs to the kitchen
3  area, sliding them into place.
4      Q  Now, at this point, has someone removed the
5  old dishwasher, then?
6      A  Yes. It would have happened during the
7  demolition. That would have been one of the very
8  first things that happened.
9      Q  And that would be something that Landis would
10 have done as well?
11     A  Demolition, yes. The demolition associated
12 with removing the unit itself, yes.
13     Q  Do you actually discard the dishwasher, the
14 old dishwasher or do you give it back to the
15 Bernsteins so she could sell it or --
16     A  It is up to the homeowner. I don't remember
17 what she decided.
18     Q  But you would carry out her instructions one
19 way or the other whether it be to give it back to her
20 or just toss it?
21     A  Yes.
22     Q  At the point where you are setting up the

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
ANDREW KERR

Page 20

1  dishwasher, do you have any idea when that work would
2  have been done?
3      A  Do you mean do I have a date when that would
4  have been done?
5      Q  It doesn't have to be a specific date, but a
6  general -- sometime -- in relation to when you started
7  in March of '03 doing the walk through.
8      A  Sort of based on the general flow of a
9  kitchen remodel job. It would have been near the end.
10     Q  Any reason why that would be?
11     A  Well, you have to have other pieces in place
12 in order to actually put the -- install the
13 dishwasher.
14     Q  And do you have any idea roughly without
15 looking at your notes when the project would have
16 reached its completion?
17     A  No. Not without looking at my notes.
18     Q  Do you want to look through the package and
19 get an idea as to when it would be?
20     A  Yes. The last date for my job costing was
21 October 17th. So generally speaking, if I'm -- you
22 know, at that point it is probably punch out,

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
ANDREW KERR

Page 21

1  finishing up, last few meetings with the customer.
2  Substantial completion would have probably been a
3  couple weeks before that.
4      Q  So sometime early October of '03 then?
5      A  Yes.
6      Q  Are you familiar with the names either Sal
7  Rubino or Margaret Rubino?
8      A  I am.
9      Q  What is your understanding of these names and
10 how do you know them?
11     A  Sal and Margaret were the designers for the
12 job. They were really the go-between between us and
13 Beverly Bernstein.
14     Q  Did you ever talk or meet with them at all?
15     A  With them, yes.
16     Q  When would you have first spoken with Rubino
17 and what would you have talked about? Sal Rubino,
18 that is.
19     A  I don't actually recall having direct
20 communications with Sal. It was more with Margaret.
21     Q  And what was your understanding of what
22 Margaret Rubino's role was here?

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
ANDREW KERR

Page 26

1  before running wires. So, basically, we would get it
2  up to a point that was ready for the electrical work
3  to begin. We would pull off the job and he would do
4  his electrical work and then we'd come back when he
5  was finished.
6      Q  If you can go into as much detail as possible
7  about running the wires. Which wires are you
8  referring to? And I guess they were being hooked up
9  to different appliances? Is that what you are getting
10 at?
11     A  Anything that the plan called for. I don't
12 recall off the top of my head what the scope of the
13 work was. We weren't really involved with that.
14     Q  When you say you weren't really involved with
15 that, is that because you -- Landis did not hire Paul
16 Scuderi?
17     A  We didn't hire him nor did we have any
18 responsibility for electrical work. So, basically, it
19 was get it to the point where they can do it, pull
20 off, they do their work. Then when they are done, we
21 come back.
22     Q  When you say you didn't have any

BRADFORD ASSOCIATES
ANDREW KERR

Page 27

1  responsibility for the electrical work, is that
2  because it is not part of the contract? It's not
3  something you were paid for --
4      A  Correct.
5      Q  -- or hired to do?
6      A  Yes to both of those.
7      Q  Thanks.
8         Who, if anyone, did Paul Scuderi take
9  instructions from or get orders from, if you know?
10     A  I would imagine.
11        MR. REGO: Don't speculate.
12        THE WITNESS: I don't know.
13        BY MR. TETRO:
14     Q  Is it possible that they would take orders or
15 instructions from the person that contracted or hired
16 Paul Scuderi?
17     A  I would imagine -- yes.
18     Q  Did you ever see Paul Scuderi ever talk with
19 Margaret or Sal Rubino in person at the site?
20     A  I don't recall.
21     Q  And what about Paul Scuderi talk with Mrs.
22 Bernstein at the site?

BRADFORD ASSOCIATES
ANDREW KERR

Page 28

1      A  I don't recall.
2      Q  Were you at the site when the dishwasher, the
3  new dishwasher was operational?
4      A  Yes.
5      Q  Was that something that Landis or you
6  yourself want to make sure it was done?
7      A  Was installed?
8      Q  Was installed, but also working, actually
9  operational?
10     A  Only to the extent that we would have turned
11 it on with the intent of making sure that it wasn't
12 flooding the kitchen.
13     Q  Do you have any personal recollection of the
14 dishwasher, the new dishwasher being operational and
15 working properly?
16     A  No. I don't have any recollection of it. It
17 would have been a standard procedure to run it,
18 possibly, but I don't have any recollection.
19     Q  Is this something that you probably would
20 have checked to make sure it worked, though, without
21 actually specifically recalling that?
22     A  As a general rule, we would turn it on to

BRADFORD ASSOCIATES
ANDREW KERR

Page 29

1  make sure it is functioning and not flooding.
2      Q  Did you yourself or anyone else ever call
3  Paul Scuderi back out after the dishwasher was tested
4  to make sure it was working?
5      A  No. I didn't.
6      Q  Are you familiar with the phrase of
7  hardwiring a dishwasher?
8      A  Uh-huh (Affirmative).
9         MR. UTKE: You have to answer yes or no.
10        THE WITNESS: I'm sorry. Yes, I do. Right.
11        BY MR. TETRO:
12     Q  What is your understanding of what hardwiring
13 a dishwasher means?
14     A  That's as opposed to the dishwasher having a
15 plug at the end and just plugging it into an outlet.
16     Q  So are you sort of connecting wiring from the
17 house to the wiring for the dishwasher, basically? Is
18 that what hardwiring is?
19     A  Sort of.
20     Q  Go into as much detail as you know it.
21     A  There is generally speaking -- on any
22 appliance, there is a box with wires that need to be

## BRADFORD ASSOCIATES
## ANDREW KERR

Page 30

1  connected to a power source.
2       Usually, the way that happens is that a tail,
3  essentially, is put on the dishwasher or any other
4  appliance, electrical appliance, for that matter, and
5  run into a junction box.
6    Q  Do you have any personal knowledge about who
7  made the connection, the hardwire connection between
8  the dishwasher power wiring and the house circuit
9  wire?
10   A  Between the dishwasher and the house?  No.
11   Q  Am I correct in saying that's what hardwiring
12 means, making those connections?
13   A  Yeah.  That, generally, yes.
14   Q  But you have no personal knowledge of who
15 actually made that connection?
16   A  No.
17   Q  What would be your understanding of who of
18 all the parties involved, the subcontractors involved
19 with this project, who would be assigned the
20 responsibility for making that connection?
21      MR. REGO:  Objection to the form of the
22 question.

## BRADFORD ASSOCIATES
## ANDREW KERR

Page 31

1       MR. NOBLE:  The form of the question is
2  rather confusing.
3       BY MR. TETRO:
4    Q  Let me rephrase it, then.  What is your
5  understanding of who should have been responsible for
6  making that connection?
7       MR. REGO:  Objection to the form of the
8  question.  Calls for a legal conclusion.  Also calls
9  for speculation.
10      MR. BROWN:  Objection.
11      BY MR. TETRO:
12   Q  You can answer.
13      MR. NOBLE:  You can answer if you can.
14      THE WITNESS:  My opinion?  Is that what you
15 are asking for, my opinion of whom should have been
16 responsible for --
17      BY MR. TETRO:
18   Q  Based on the fact that you were project
19 manager for this job and your years of experience --
20   A  The electrician.
21      MR. REGO:  Move to strike the answer.
22      MR. UTKE:  Let me ask it differently.  Do

## BRADFORD ASSOCIATES
## ANDREW KERR

Page 32

1  you have an understanding of who was going to connect
2  the electric to the dishwasher?
3       THE WITNESS:  The electrician.
4       BY MR. TETRO:
5    Q  What makes you say that?  It may be obvious,
6  but just put it on the record anyway.
7    A  If it's electrical work, it is done by the
8  electrician.
9    Q  Would the hard wiring of the dishwasher in
10 your opinion have to be done by a licensed
11 electrician?
12   A  Should be, yes.
13   Q  Now, you mentioned before about you had
14 spoken with Mr. Scuderi in person.  Did you ever speak
15 to him by phone?
16   A  Yes.
17   Q  And when would you have called him or how
18 many times would you have called him?
19   A  I couldn't tell you.  I don't know.
20   Q  Do you remember the purpose of any of those
21 phone calls?
22   A  It would have been -- and based on

## BRADFORD ASSOCIATES
## ANDREW KERR

Page 33

1  experience, not on a specific recollection, but it
2  would have been based on scheduling.
3    Q  Again, just saying, I have gotten this amount
4  of work done, it is ready for you to do your work?
5    A  Correct.
6    Q  Did you ever have a conversation with him in
7  which you indicated that appliances are ready to be
8  hooked up?
9    A  I don't recall a specific conversation, no.
10   Q  Is that a conversation you could have had,
11 though?
12   A  Sure.
13      MR. REGO:  Objection.
14      BY MR. TETRO:
15   Q  The testimony of Chris Landis deposed back in
16 April of '07, and I can just read this into the
17 record, if that's fine with everyone here, it is a
18 transcript --
19      MR. NOBLE:  Help yourself.
20      MR. TETRO:  Page 29.
21      MR. REGO:  Is there a question pending?
22      MR. TETRO:  I'm going to read into the

BRADFORD ASSOCIATES
ANDREW KERR

Page 62

1  know.
2      No.
3      BY MR. UTGE:
4      Q   At any time -- do you have any background in
5  electricity or electrical knowledge?
6      A   Only based on experience from work
7  experience, but not a formal electrical training, no.
8      Q   So no formal training but what would be
9  fairly described as a handyman type of background?
10     A   I don't even know if I -- I would qualify it
11 by saying it is -- my electrical knowledge is based on
12 general construction experience being around the trade
13 significantly for a lot of time and talking with and
14 observing electricians.
15     Q   Do you know if any of the Landis employees
16 that were working on this site have a background in
17 electricity, formalized training in electric?
18     A   No.
19     Q   No, you don't know, or, no --
20     A   No, they don't. The Landis employees that
21 were working there have no formal electrical training.
22     Q   Is there any instruction given to Landis

BRADFORD ASSOCIATES
ANDREW KERR

Page 63

1  employees regarding the hook up of power to
2  appliances?
3      A   There is -- you mean on this specific job in
4  general?
5      Q   Let me rephrase it. I'll put it into a
6  different form for you.
7          At any time does Landis tell its employees,
8  if necessary, it is okay for you to hook up a
9  particular appliance?
10     A   No.
11     Q   At any time does Landis tell its employees,
12 don't touch the electricity going to appliances
13 because they are being hooked up by another
14 subcontractor?
15     A   I would tell people that are not qualified to
16 do things, not to touch them, yes.
17     Q   Fair enough. Now, Sal Rubino, you stated
18 that you had seen him, correct me if I'm wrong, is it
19 one occasion you met him?
20     A   You know, I don't remember specifically. I
21 should say I do remember seeing him at the job on
22 occasion. I couldn't specifically tell you when or

BRADFORD ASSOCIATES
ANDREW KERR

Page 64

1  how often or how many times. I just remember I have a
2  recollection of seeing him there at some points.
3      Q   Do you have any recollection of him ever
4  pitching in to help out at the job site --
5      A   No.
6      Q   -- in any nature?
7      A   No. No recollection.
8          MR. UTKE:   That's all the questions I have
9  for you. Thank you.
10         EXAMINATION BY COUNSEL FOR DEFENDANT SCUDERI
11         BY MR. REGO:
12     Q   My name is John Rego. I represent Mr.
13 Scuderi in this case.
14         It is fair too say, isn't it, that the hook
15 up of the hardwired dishwasher wasn't the only
16 electrical work being done in this kitchen. Correct?
17     A   Correct.
18     Q   There was other electrical work such as
19 lights, other appliances, things like that. Correct?
20     A   Correct.
21     Q   Do you have any recall of a specific
22 conversation with Mr. Scuderi or somebody employed by

BRADFORD ASSOCIATES
ANDREW KERR

Page 65

1  Paul Scuderi, Inc., regarding the hook-up of an oven
2  and a bread warmer?
3      A   No.
4      Q   No specific recollection?
5      A   No.
6      Q   Do you have any personal knowledge of -- let
7  me ask you this. Did you ever see any of the
8  electrical cable that was in the kitchen while it was
9  exposed?
10     A   Sure, yeah.
11     Q   Do you have any personal knowledge as to what
12 kind it was? Let me ask you this. Do you know what
13 BX and Romex cable is?
14     A   I do.
15     Q   Do you have any recollection of seeing any BX
16 cable?
17     A   I have seen it in pictures. I don't have any
18 recollection of what I saw during the construction.
19     Q   Do you have any knowledge of what sort of
20 electrical cables anyone from Scuderi might have used
21 during the course of this renovation project? Aside
22 from what you have seen in the pictures, do you have