DEPOSITION OF CHRISTOPHER K. LANDIS
CONDUCTED ON TUESDAY, APRIL 10, 2007

Page 1

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Civil Division

------------------------------------:

FEDERAL INSURANCE COMPANY,          :

    and                             :

HARTFORD CASUALTY INSURANCE         :

COMPANY,                            :
            Plaintiffs            : Case No.
v.                                  : 1:06CV00379
LANDIS CONSTRUCTION CORPORATION     :
    and                             :

WUERSTLIN APPLIANCE SERVICE         :

    and                             :

PAUL SCUDERI, INC.,                 :

            Defendants            :

------------------------------------:

Deposition of CHRISTOPHER K. LANDIS

Rockville, Maryland

Tuesday, April 10, 2007

12:39 p.m.

Job No.: 1-100149

Pages 1 - 61

Reported By: Susan B. Fillmore, R.P.R.

L.A.D. REPORTING DEOGRAPHY
(202)861-3410  (800)292-4789  (...)  03)288-0026  (410)539-3664

DEFENDANT'S EXHIBIT J

1   was doing the electrical work at the site?

2   A   Yes.

3   Q   And do you know --

4   A   It was not in my scope of work, and he was

5   the only electrician hired to do the work. So it's

6   a process of elimination.

7   Q   Do you know if Mr. Scuderi's company was

8   hired by Landis as a subcontractor?

9   A   Absolutely not.

10  Q   Was there ever any kind of coordination

11  between Mr. Scuderi and employees of Landis

12  regarding who was going to do what at the job

13  site?

14  A   Any coordination would have been a

15  courtesy.

16  Q   Do you know if that took place?

17  A   If Andrew called and said, you know, come

18  on down, the appliances are ready to hook up, that

19  would be considered a courtesy. If I had put money

20  in my contract to manage the electric, that would be

21  a different story.

22  Q   And Mr. Kerr still works for you on a

DEPOSITION OF CHRISTOPHER K. LANDIS
CONDUCTED ON TUESDAY, APRIL 10, 2007

Page 45

1    says, "The hardwiring of all appliances was
2    presumably done by Ms. Bernstein's" -- excuse me --
3    "electrician, although we were not present when this
4    was done."  When you say "we were not present,"
5    you're talking about any representative from Landis
6    Corporation, correct?
7        A    Yes.
8        Q    I'm inferring from that that nobody from
9    Landis has any firsthand personal knowledge as to
10   who actually connected the electrical connections to
11   the dishwasher; is that correct?
12       A    That's correct.
13       Q    Okay.  And you certainly don't have any
14   firsthand personal knowledge that the electrical
15   connections to the dishwasher itself were done by
16   anybody from Scuderi; is that correct?
17       A    That's correct.
18       Q    Now, if you flip to page 6, answer 17, and
19   I'm asking you this not out of criticism but out of
20   clarification.  It says, the answer to interrogatory
21   No. 17 says, "This was part of the electrical
22   connection done by the electrician.  Landis was not

DEPOSITION OF CHRISTOPHER K. LANDIS
CONDUCTED ON TUESDAY, APRIL 10, 2007

Page 46

```
 1   involved in this procedure."
 2           Is it fair to say that nobody from Landis
 3   actually has firsthand personal knowledge about the
 4   work that was done by the electrician?
 5       A   That's, that's true, that would -- it
 6   should really mean that it was within the
 7   electrician's scope of work to do that.  Whether he
 8   did it or not, we can't --
 9           MR. NOBLE:  Just to save counsel time,
10   that's counsel's language.
11           MR. REGO:  I understand that.
12           MR. NOBLE:  Okay.
13   BY MR. REGO:
14       Q   I just wanted to make sure.  You had one
15   answer that it was presumably done, because it
16   implied that you didn't know, and one answer that
17   says, that implies that you did actually know.  And
18   want to make sure that they're both presumably.
19       A   Right.  I think in talking to Andrew, you
20   could verify that Mr. Scuderi's workers were on the
21   job and that they had roughed things in at certain
22   points.  I mean, he could speak more to that issue.
```