IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| FEDERAL INSURANCE COMPANY<br><br>and<br><br>HARTFORD CASUALTY INSURANCE COMPANY<br><br>    Plaintiffs,<br><br>    v.<br><br>LANDIS CONSTRUCTION CORPORATION<br><br>and<br><br>WUERSTLIN APPLIANCE SERVICE<br><br>and<br><br>MR. PAUL SCUDERI<br><br>    Defendants. | Case No. <u>1:06CV00379</u><br>Magistrate Judge Alan Kay |

### ORDER

UPON consideration of Defendant Landis Construction Corporation's Motion for Summary Judgment and supporting Memorandum of Points and Authorities, and any Opposition thereto, it is by the Court this _____ day of _____, 2008,

**ORDERED** that Defendant Landis Construction Corporation's Motion for Summary Judgment be and is hereby GRANTED; and it is further,

**ORDERED** that summary judgment be and is hereby entered in favor of Defendant Landis Construction Corporation against the Plaintiffs, and it is further,

**ORDERED** that the Plaintiffs' Amended Complaint against Landis Construction Corporation be and is hereby dismissed with prejudice.

_____
Magistrate Judge Alan Kay

copies to:

Eric N. Stravitz, Esquire
Mesirow & Stravitz, PLLC
1307 New Hampshire Avenue, NW
Suite 400
Washington, D.C. 20036
*Counsel for Plaintiffs Federal Insurance Company and Hartford Casualty Insurance Company*

Mark E. Utke, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
*Counsel for Plaintiff Federal Insurance Company*

John Rego, Esquire
25 Wood Lane
Rockville, MD 20850
*Counsel for Defendant Paul Scuderi*

Brian E. Tetro, Esquire
White and Williams
1800 One Liberty Place
Philadelphia, PA 19103
*Counsel for Plaintiff Hartford Casualty Insurance Company*

Edward J. Brown, Esquire
McCarthy Wilson, LLP
100 S. Washington Street
Rockville, Maryland 20850
*Counsel for Defendant Wuerstlin Appliance Service*

Allan A. Noble, 166926
Budow and Noble, P.C.
Suite 500 West, Air Rights Center
7315 Wisconsin Avenue
Bethesda, Maryland 20814
*Counsel for Defendant Landis Construction Corporation*