# Estimate

Paul A. Scuderi, Inc.
9811 Log House Ct.
Gaithersburg, MD 20882
Phone and Fax (301) 353-0903

| DATE | ESTIMATE NO. |
|---|---|
| 4/21/2003 | 348 |



**NAME / ADDRESS**

Sal Fioritorubino

**PROJECT**

Beverly Bernstein

| DESCRIPTION | QTY | COST | TOTAL |
|---|---|---|---|
| Demo electric in kitchen area. | 1 | 350.00 | 350.00 |
| Install 8 Lightolier 1005 white recessed fixtures w/ Par 30 bulbs. | 8 | 160.00 | 1,280.00 |
| Dimmer on above. | 1 | 120.00 | 120.00 |
| Install customer furnished fixtures in coffer ceiling. | 2 | 80.00 | 160.00 |
| Install dimmer on above. | 1 | 120.00 | 120.00 |
| Replace existing switches with new. | 8 | 50.00 | 400.00 |
| Raise 5 existing outlets into cabinets. | 5 | 105.00 | 525.00 |
| Install prefabricated lengths of plugmold (3-2' and 2 4') | 1 | 375.00 | 375.00 |
| Install 16 "hockeypuck" undercounter fixtures. | 16 | 35.00 | 560.00 |
| Install customer furnished fixture above table. | 1 | 80.00 | 80.00 |
| Install dimmer on above. | 1 | 120.00 | 120.00 |
| Install low outlet in eating area wall. | 1 | 85.00 | 85.00 |
| Rewire GD in existing location. | 1 | 60.00 | 60.00 |
| Rewire DW in existing location. | 1 | 60.00 | 60.00 |
| Rewire gas range outlet in existing area. | 1 | 60.00 | 60.00 |
| Demo 50amp circuit for electric range. | 1 | 60.00 | 60.00 |
| Wire 1200 CFM range hood (installed by others). | 1 | 140.00 | 140.00 |
| Wire 120 volt 2 drawer SubZero. | 1 | 140.00 | 140.00 |
| Wire 220 volt converction over. | 1 | 160.00 | 160.00 |
| Permit (If necessary) $350.00 | | 0.00 | 0.00 |

**TOTAL** $4,855.00

EXHIBIT 2