```
                                                              1

         IN THE UNITED STATES DISTRICT COURT

            FOR THE DISTRICT OF COLUMBIA

                   (Civil Division)

    ---------------------------------------X

    FEDERAL INSURANCE COMPANY              :

         and                               :

    HARTFORD CASUALTY INSURANCE COMPANY    :

              Plaintiffs                   :

         v.                                : Case No.:

    LANDIS CONSTRUCTION CORPORATION        : 1:06CV00379

         and                               :

    WUERSTLIN APPLIANCE SERVICE            :

         and                               :

    MR. PAUL SCUDERI                       :

              Defendants                   :

    ---------------------------------------X

            Deposition of BEVERLY BERNSTEIN

                   Washington, D.C.

                 Tuesday, May 29, 2007

                      11:00 a.m.


    Job No.: 1-103203

    Pages 1 - 74

    Reported by: Ellen L. Ford, RPR
```

EXHIBIT 3



L.A.D. REPORTING & DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

DEPOSITION OF BEVERLY BERNSTEIN
CONDUCTED ON TUESDAY, MAY 29, 2007

9

1  We're trying to learn or find out what you know about
2  the fire and the events leading up to the fire and the
3  damages. Okay?
4       A    I understand that.
5       Q    All right. I'm going to assume if you
6  answer my questions that you understand them; is that
7  fair?
8       A    Certainly.
9       Q    Okay. Let me start, if I may, let me just
10 ask you some general questions about yourself. Okay?
11      A    Yes, you may.
12      Q    Okay. Your name is Beverly. And your
13 middle name?
14      A    Bildman, B-i-l-d-m-a-n.
15      Q    Okay. Bernstein?
16      A    Yes.
17      Q    And Mrs. Bernstein, where do you live?
18      A    3248 N Street, Northwest, D.C, 20007.
19      Q    Okay. And that is the location of the fire
20 that happened on May 9, 2005?
21      A    Yes.
22      Q    Okay. Who lives there with you?

1       A       No one.

2       Q       Okay. I understand, though, that you're

3   married?

4       A       Yes.

5       Q       What is the name of your husband?

6       A       Leo M. Bernstein.

7       Q       And where does Mr. Bernstein live now?

8       A       He was -- he lives at 3248. We have an Inn

9   in the country, and he goes back and forth. And I'm

10  incapacitated, so I don't go back and forth much

11  anymore.

12      Q       Okay. And you say, "in the country". Where

13  is that?

14      A       Middletown, Virginia. Wayside Inn.

15      Q       Okay. Now, are you the sole owner of 3248

16  N Street?

17      A       Yes, I am.

18      Q       How long have you owned that property?

19      A       I'm not sure but I think --

20      Q       Approximately.

21      A       -- maybe 16 years or 18 years.

22      Q       Okay. Are you the sole owner?

11

1   A   Yes.

2   Q   Were you the sole owner back on May 9, 2005?

3   A   Yes, yes, I was.

4   Q   During those 16 or 18 years, has anyone else
5   been a co-owner with you at this property?

6   A   No.

7   Q   Couple more questions about your background.
8   How far did you go in school?

9   A   Oh, to GW, an AA -- well, three years.

10   Q   And did you receive a degree?

11   A   I received my AA and then a year later I was
12   married.

13   Q   Okay.  And when did you get your AA degree
14   approximately?

15   A   1946.

16   Q   And what's the date of your marriage?

17   A   This is second marriage.

18   Q   Okay.  The marriage to Mr. Bernstein.

19   A   June 24th, 1969.

20   Q   Okay.  Are you retired now or do you work?

21   A   I've never worked.

22   Q   Okay.

DEPOSITION OF BEVERLY BERNSTEIN
CONDUCTED ON TUESDAY, MAY 29, 2007

12

| | | |
|---|---|---|
| 1 | A | Housewife and mother. |
| 2 | Q | How many children do you have? |
| 3 | A | Two. |
| 4 | Q | What are their ages? |
| 5 | A | 51, daughter, and 55, son. |
| 6 | Q | Do they live locally here? |
| 7 | A | No, they do not. |
| 8 | Q | Now, who is Margaret Rubino? |
| 9 | A | She's a woman whom I've hired through the |
| 10 | | years and been a friend who is -- yes. |
| 11 | Q | Did she do some work for you? |
| 12 | A | Yes. |
| 13 | Q | Tell me what kinds of things Mrs. Rubino did |
| 14 | | for you. |
| 15 | A | She was my legs. |
| 16 | Q | Was she like an assistant? |
| 17 | A | Mm-hmm. |
| 18 | Q | Is that -- |
| 19 | A | Yes. |
| 20 | Q | Now, going back to May 9, 2005, as I |
| 21 | | understand it -- well, let me withdraw that question. |
| 22 | | Who is Sal Fiorito? |

DEPOSITION OF BEVERLY BERNSTEIN
CONDUCTED ON TUESDAY, MAY 29, 2007

14

```
 1  nature?
 2      A    None.
 3      Q    Okay.  Do you have anybody else who acts as
 4  a handyman or an assistant to you around the house?
 5      A    No.  Oh, Mr. Christopher Wallis, my property
 6  manager.
 7      Q    Christopher Walsh?
 8      A    Wallis, W-a-l-l-i-s.
 9      Q    What does Mr. Wallis do?
10      A    He's my property manager.
11      Q    What properties does he manage?
12      A    He manages maybe 90 but -- I don't know.  My
13  home is also an apartment house.
14      Q    Okay.  Go ahead.
15      A    He's the manager of the apartments.
16      Q    How many apartments does your house have?
17      A    Seven.
18      Q    Can you generally describe the house, the
19  layout for me?
20      A    Yes.  Private entrance to the main house,
21  and a separate entrance to the apartments on the
22  left-hand -- right-hand side of the building.
```

DEPOSITION OF BEVERLY BERNSTEIN
CONDUCTED ON TUESDAY, MAY 29, 2007

23

1        MR. GALE: Should we go off the record?

2        MR. HULME: Can we go off the record?

3        MR. NOBLE: Yes.

4  (Discussion held off the record.)

5  BY MR. NOBLE:

6     Q    Mrs. Bernstein, as I understand it, you

7  personally don't hold on to these records, but either

8  your accountant or Miss Rubino would have custody of

9  these records; is that fair?

10    A    I'm certain. I mean, I'm positive they

11 must.

12    Q    Okay. All right.

13    A    My accountant is a very detail-minded

14 person.

15    Q    Okay.

16        MR. HULME: Done with this?

17        MR. NOBLE: Sure.

18    Q    I'm going to ask you the $64 question.

19 Okay? Do you have any idea who hardwired the Bosch

20 dishwasher that everyone feels was responsible for

21 this fire?

22    A    I'm going to take out an ad in the newspaper

24

1  to remind everybody in the world never to get a Bosch.
2      Q   Okay. Well --
3          MR. HULME: His question was, do you
4  know who wired it?
5      A   No.
6      Q   Do you have any idea at all?
7      A   No, not at all.
8      Q   I have to ask that question.
9      A   Okay. Who wins? Who gets the $64?
10     Q   Well, nobody. But we're going to hang that
11 out there and ask somebody else.
12         How is Mr. Bernstein's health?
13     A   I wish my health were that good. Fine. 92
14 years old and fine.
15     Q   Okay. Did he have anything to do with the
16 renovation of your kitchen in 2003?
17     A   No.
18     Q   Do you know a fellow by the name of Bob --
19 and I'm going to spell the last name --
20 A-c-h-i-m-o-v-i-c?
21     A   Yes.
22     Q   Who is that?

DEPOSITION OF BEVERLY BERNSTEIN
CONDUCTED ON TUESDAY, MAY 29, 2007

25

```
 1      A    He's -- he works for Mr. Christopher Wallis,
 2  my property manager.
 3      Q    Okay.  Do you know what work he does for
 4  Mr. Wallis?
 5      A    I know what he does for me.
 6      Q    What does he do for you?
 7      A    When I can't walk, he makes chair glides for
 8  the steps I have to take.  We have an elevator in the
 9  house, but there are certain steps I have to take.
10  Sometimes I fall a great deal, so I'm in casts and he
11  does that sort of thing for me.  And he shovels in the
12  winter.  Sort of a handyman.
13      Q    Okay.  Would he fix things around the house?
14      A    Not especially that I know of.
15      Q    Is he still working for you or is he working
16  for Mr. Wallis?
17      A    Yes.
18      Q    Okay.  How long has he worked for
19  Mr. Wallis?
20      A    I wouldn't know.  15 years or more.
21      Q    Was he working for Mr. Wallis in 2003?
22      A    Yes.
```

28

1   A   Go ahead. No. And all my furniture was
2   ruined, and floors, and walls.
3   Q   Okay.
4   A   And my health was affected greatly.
5   Q   When you say "we", are you talking about
6   Miss Rubino and Mr. Fiorito?
7   A   What was that?
8   Q   When you said "we" before in the selection
9   process for the dishwasher.
10  A   I don't know. We talked to a lot of people.
11  Q   Who is "we"?
12  A   I -- I'm just talking to my friends about
13  it. Nobody heard about it then. It's gotten popular
14  now. I do notice in the newspaper, I don't know how
15  many thousands have been recalled because of fires in
16  the kitchens of dishwashers.
17  Q   Now, after the dishwasher was installed in
18  2003 --
19  A   Yes.
20  Q   -- were there any -- did you or anybody in
21  your household experience any problems --
22  A   Yes.

1  Q  -- with the dishwasher?

2  A  Yes.

3  Q  Tell me about that.

4  A  I don't remember, except we were calling the
5  person out to come and fix it. I never had that
6  problem.

7  Q  Okay. What was the problem, do you recall?

8  A  I can't even remember now. It wasn't
9  working or it was -- I know it wasn't satisfactory
10 from the very beginning.

11 Q  Do you recall anyone coming out to do any
12 kind of work or service on the dishwasher from the
13 time it was installed in 2003 up through the time of
14 the fire?

15 A  Probably, but I can't be specific. You
16 would have to --

17 Q  Okay.

18 A  I know they were constantly being called.

19 Q  All right. There was an electrician, Mr.
20 Scuderi who was hired to do electrical work for the
21 renovation. Do you recall that?

22 A  I've been recalled that that's -- I never

30

1   knew his name.

2   Q   Okay.  Do you know who made the selection of

3   Mr. Scuderi to do the electric work?

4   A   Margaret would have that answer.

5   Q   All right.  Same question about the choice

6   of Landis Construction to be the contractor.  Do you

7   know who made that decision?

8   A   Margaret would be the person to ask.

9   Q   Okay.  Did you experience any difficulty or

10  problems with any of the work that Landis Construction

11  did on your kitchen?

12  A   No.

13  Q   Do you remember when the dishwasher first

14  became operational, when you first used it?

15  A   I really don't.  I know one thing we do now

16  with our new dishwasher.  We don't turn it on unless

17  somebody is in the kitchen watching it.

18  Q   Okay.

19  A   Because my son experienced the same thing

20  with his dishwasher in New Jersey.

21  Q   Okay.  Did you have any dealings at all with

22  Mr. Scuderi, the electrician?

31

1    A    Never.

2    Q    All right.

3    A    Never met him that I know of.

4    Q    How about anybody at Landis Construction?

5    A    I met -- I'm sure I met Mr. Landis.

6    Q    All right. Was it more than one occasion?

7    A    I don't remember that, either.

8    Q    Do you recall what you said or did at the
9  time you met him?

10   A    No. It was like introduced and very fine
11 gentleman.

12   Q    Do you recall anybody else at Landis
13 Construction you may have dealt with other than Chris
14 Landis?

15   A    Nope.

16   Q    The records of any payments for the
17 renovations to the kitchen, would Miss Rubino have
18 those?

19   A    I'm sure my accountant, my CPA, or she would
20 have those.

21   Q    Okay. Are you aware of any pictures,
22 photographs taken of the kitchen during renovation?

55

1  only my housekeeper and the gentleman who -- she's
2  been with me 14, 15 years. The gentleman who drives
3  me and cleans house, he's been there for 19, 20 years.
4      Q    Who is the housekeeper?
5      A    Winnifred, W-i-n-n-i-f-r-e-d, Miller,
6  M-i-l-l-e-r.
7      Q    And is she still your housekeeper?
8      A    (non-verbal response.)
9      Q    Yes?
10          MR. HULME:  You have to say yes or no.
11     A    Yes.
12     Q    But she doesn't live-in, obviously, she's
13  got her own address?
14     A    No.
15     Q    And I think you identified the man who does
16  the driving and the handiwork on the record before,
17  but what's his name again, just so I have it here?
18     A    Carl Hyde, H-y-d-e.
19     Q    And was there anybody else in the house that
20  day?  Not somebody who is there all the time, but a
21  visiter or anybody else who would have been --
22     A    I couldn't remember that.