

# United Electric Supply Co., Inc.
An EPIQ Company®
Employee Partners Invest in Quality

FED. ID. # 51- 0102767

- Wilmington, DE (302) 322-3333
- Dover, DE (302) 674-8361
- Fenwick Island, DE (302) 539-7541
- Vineland, NJ (856) 691-6668
- Lancaster, PA (717) 392-8500

- Huntingdon Valley, PA (215) 322-2510
- Waldorf, MD (301) 645-6300
- Rockville, MD (301) 340-1631
- Baltimore, MD (410) 319-0222
- Beltsville, MD (301) 210-3333

Regional Distribution Center
- Jessup, MD (410) 799-1464
  or (301) 621-2200

**INVOICE NUMBER: 2748419-00**

PAGE 1

SOLD TO: PAUL A. SCUDERI, INC.
26901 WOODFIELD ROAD
DAMASCUS    MD 20872

SHIP TO: PAUL A. SCUDERI, INC.
9811 LOG HOUSE COURT
GAITHERSBURG    MD 20882

| WHSE | SLMN | PURCHASE ORDER NO | DATE | SHIP VIA | TERMS |
|---|---|---|---|---|---|
| 23 | T31 | GEORGETOWN | 05/21/03 | TR-1 | 1% 10TH PROX, NET 30 |

| ORDERED | BILLED | ITEM NO / DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 10 | 10 | BRI501DC2<br>3/8" DC SET SCRW BX/GFD CONN<br>100 PER BOX  BRIDGEPORT | C | 9.748 | .97 |
| 6 | 6 | LEV1240<br>RUBBER MED LAMP HOLDER | C | 122.106 | 7.33 |
| 5 | 5 | STC52511234<br>BOX 4" SQ 1 1/2D W/1/2-3/4 KO | C | 41.875 | 2.09 |
| 5 | 5 | MUL11201<br>MULB11201 4-IN SQ BLANK CVR | C | 23.305 | 1.17 |
| 5 | 5 | STCCX<br>BOX SWITCH 3 IN X 2 IN, 3 1/2<br>IN DEEP GANGABLE, WITH EARS,<br>ARMORED CABLE/METAL CLAD<br>CLAMPS | C | 159.372 | 7.97 |
| 250 | 250 | BX122AL<br>FLEXIBLE ARMORED CABLE AC<br>12AWG 2C 600V ALUMINUM ARMOR<br>250FOOT COIL OD = .467 | M | 195.396 | 48.85 |
|  |  | *** MERCH TOTAL ***<br>MD SALES TAX |  |  | 68.38<br>3.42 |
|  |  | DON'T WAIT TIL THE STORM HITS<br>Special Pre-season Prices on<br>Generac Standby Power Systems<br>Now thru April 30, 2006 |  |  |  |
|  |  |  |  | PLEASE PAY LAST AMOUNT | 71.80 |

** IF PAID BY 06/10/03  DEDUCT    .68 **

THANK YOU FOR YOUR ORDER. UNLESS THIS ORDER IS COVERED BY A SEPARATE WRITTEN AGREEMENT SIGNED BY UNITED, IN WHICH CASE THAT AGREEMENT WILL GOVERN, ALL SALES GOVERNED BY THE TERMS AND CONDITIONS SET FORTH ON THE REVERSE SIDE HEREOF WHICH TERMS AND CONDITIONS ARE INCORPORATED HEREIN BY REFERENCE. AND BY ORDERING GOODS FROM UNITED, PURCHASER AGREES (I) TO BE BOUND BY SUCH TERMS AND CONDITIONS AND (II) THAT INCONSISTENT PROVISIONS IN PURCHASER'S FORMS SHALL HAVE NO EFFECT

DETACH AND RETURN WITH REMITTANCE

PLEASE REMIT TO:



# United Electric Supply
An EPIQ Company®
Employee Partners Invest in Quality

P.O. BOX 8500-6340
PHILADELPHIA, PA 19178-6340

SOLD TO:
PAUL A. SCUDERI, INC.
25901 WOODFIELD ROAD
DAMASCUS    MD 20872

| TOTAL AMOUNT DUE | 71.80 |
|---|---|
| INVOICE NUMBER | 2748419-00 |
| INVOICE DATE | 05/21/03 |
| CUSTOMER NUMBER | 640400 |

F101 REV 11/04



EXHIBIT
5(a)