# United Electric Supply Co., Inc.
An EPIQ Company®
Employee Partners Insuring Quality

FED. ID. # 51-0102767

- Wilmington, DE (302) 322-3333
- Dover, DE (302) 674-8351
- Fenwick Island, DE (302) 659-7541
- Vineland, NJ (856) 691-6968
- Lancaster, PA (717) 392-8500

- Huntingdon Valley, PA (215) 322-2510
- Waldorf, MD (301) 645-6300
- Rockville, MD (301) 340-1631
- Baltimore, MD (410) 319-0222
- Beltsville, MD (301) 210-3333

Regional Distribution Center
- Jessup, MD (410) 799-1484
  or (301) 621-2200

**INVOICE NUMBER** 2751354-00

PAGE NO 1

SOLD TO: PAUL A. SCUDERI, INC.
25901 WOODFIELD ROAD
DAMASCUS MD 20872

SHIP TO: WILL CALL
PAUL A SCUDERI, INC.

| WHSE | SLMN | PURCHASE ORDER NO | DATE | SHIP VIA | TERMS |
|------|------|-------------------|----------|-----------|---------------------|
| 23 | T31 | BERNSTIEN | 06/26/03 | WILL CALL | 1% 10TH PROX, NET 30 |

| ORDERED | BILLED | ITEM NO / DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---------|--------|-----------------------|------|------------|----------------|
| 10 | 10 | LIG1076WH<br>1000 SERIES WHITE BAFFLE TRIM | E | 10.231 | 102.31 |
| 10 | | S75PAR30LNCAPNFL12<br>14768 75PAR30 LN/CAP NFL 120V | E | 5.253 | .00 |
| 20 | 20 | LEV5320ICP<br>RECEPTACLE DUPLEX IVORY, 15AM 125V, CONTRACTOR PACK | C | 40.380 | 8.08 |
| 5 | 5 | LEV1451I<br>SP 15A 120V IVORY AC SW LEVIT | C | 52.350 | 2.62 |
| 6 | 6 | LEV1453I<br>SWITCH 3-WAY W/GROUNDING SCRE 15AMP, 120V, IVORY | C | 87.650 | 5.26 |
| 2 | 2 | LEV54504 2I<br>SWITCH 4-WAY FRAMED TOGGLE, IVORY, 15AMP, 120/277V | C | 633.600 | 12.67 |
| 10 | 10 | MUL99101<br>1 DUPLEX REC. WRINKLE IVORY | C | 24.318 | 2.43 |
| 4 | 4 | MUL99071<br>1G TOGGLE SWITCH WRINKLE IVOR | C | 26.082 | 1.04 |
| 3 | 3 | MUL99072<br>2G TOGGLE SWITCH WRINKLE IVOR | C | 52.164 | 1.56 |
| | | *** MERCH TOTAL *** | | | 135.97 |
| | | MD SALES TAX | | | 6.80 |

** IF PAID BY 07/10/03 DEDUCT 1.36 **

**PLEASE PAY LAST AMOUNT** 142.77

THANK YOU FOR YOUR ORDER. UNLESS THIS ORDER IS COVERED BY A SEPARATE WRITTEN AGREEMENT SIGNED BY UNITED, IN WHICH CASE THAT AGREEMENT WILL GOVERN, ALL SALES GOVERNED BY THE TERMS AND CONDITIONS SET FORTH ON THE REVERSE SIDE HEREOF OF WHICH TERMS AND CONDITIONS ARE INCORPORATED HEREIN BY REFERENCE, AND BY ORDERING GOODS FROM UNITED, PURCHASER AGREES (i) TO BE BOUND BY SUCH TERMS AND CONDITIONS AND (ii) THAT INCONSISTENT PROVISIONS IN PURCHASER'S FORMS SHALL HAVE NO EFFECT

DETACH AND RETURN WITH REMITTANCE

PLEASE REMIT TO:



**United Electric Supply**
An EPIQ Company®
Employee Partners Insuring Quality

P.O. BOX 8500-6340
PHILADELPHIA, PA 19178-6340

SOLD TO:
PAUL A. SCUDERI, INC.
25901 WOODFIELD ROAD
DAMASCUS MD 20872

| TOTAL AMOUNT DUE | 142.77 |
|------------------|---------|
| INVOICE NUMBER | 2751354-00 |
| INVOICE DATE | 06/26/03 |
| CUSTOMER NUMBER | 640400 |

EXHIBIT 5(b)