

# United Electric Supply Co., Inc.
**An EPIQ Company®**
Employee Partners Ensuring Quality

FED. ID. # 51-0102767

- Wilmington, DE (302) 322-3333
- Dover, DE (302) 674-8951
- Fenwick Island, DE (302) 539-7541
- Vineland, NJ (856) 691-6666
- Lancaster, PA (717) 392-8500

- Huntingdon Valley, PA (215) 322-2510
- Waldorf, MD (301) 645-6900
- Rockville, MD (301) 340-1631
- Baltimore, MD (410) 319-0222
- Beltsville, MD (301) 210-3333

Regional Distribution Center
- Jessup, MD (410) 799-1464
  or (301) 621-2200

**INVOICE NUMBER** 2753956-00
**PAGE NO** 1

**SOLD TO:** PAUL A. SCUDERI, INC.
26901 WOODFIELD ROAD
DAMASCUS   MD 20872

**SHIP TO:** WILL CALL
PAUL SCUDERI

| WHSE | SLMN | PURCHASE ORDER NO | DATE | SHIP VIA | TERMS |
|---|---|---|---|---|---|
| 23 | T22 | N STREET | 07/25/03 | TR-1 | 1% 10TH PROX, NET 30 |

| ORDERED | BILLED | ITEM NO / DESCRIPTION | UNIT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 4 | 4 | MUL99071<br>1G TOGGLE SWITCH WRINKLE IVOR | C | 26.082 | 1.04 |
| 4 | 4 | LEV14612I<br>SP 15A 120V IVORY AC SW LEVIT | C | 54.968 | 2.20 |
| 2 | 2 | MUL11226<br>MULB 11226 1G SW RING_1/2 | C | 32.424 | .65 |
| 2 | 2 | LUTAY103PHIV<br>DIMMING ARIADNI 1000 WATT 3 WAY DIMMER IVORY | E | 40.672 | 81.14 |
| 20 | 20 | BRI501DC2<br>3/8" D/S SET SCRW BX/GFD CONN 100 PER BOX   BRIDGEPORT | C | 9.748 | 1.95 |
| 1 | | LEV88023<br>WALLPLATE SWITCH, 5-GANG, 5-TOGGLE, WHITE | C | 441.229 | .00 |
| 2 | 2 | MUL99102<br>2G DUPLEX REC. WRINKLE IVORY | C | 52.164 | 1.04 |
| | | *** MERCH TOTAL *** | | | 88.02 |
| | | MD SALES TAX | | | 4.40 |

DON'T WAIT TIL THE STORM HITS
Special Pre-season Prices on
Generac Standby Power Systems
Now thru April 30, 2006

**PLEASE PAY LAST AMOUNT** 92.42

** IF PAID BY 08/10/03 DEDUCT   .88 **

THANK YOU FOR YOUR ORDER. UNLESS THIS ORDER IS COVERED BY A SEPARATE WRITTEN AGREEMENT SIGNED BY UNITED, IN WHICH CASE THAT AGREEMENT WILL GOVERN, ALL SALES GOVERNED BY THE TERMS AND CONDITIONS SET FORTH ON THE REVERSE SIDE HEREOF WHICH TERMS AND CONDITIONS ARE INCORPORATED HEREIN BY REFERENCE, AND BY ORDERING GOODS FROM UNITED, PURCHASER AGREES (I) TO BE BOUND BY SUCH TERMS AND CONDITIONS AND (II) THAT INCONSISTENT PROVISIONS IN PURCHASER'S FORMS SHALL HAVE NO EFFECT

DETACH AND RETURN WITH REMITTANCE

---

**PLEASE REMIT TO:**

# United Electric Supply
**An EPIQ Company®**
Employee Partners Ensuring Quality

P.O. BOX 8500-6340
PHILADELPHIA, PA 19178-6340

**BOLD TO:**
PAUL A. SCUDERI, INC.
25901 WOODFIELD ROAD
DAMASCUS   MD 20872

| TOTAL AMOUNT DUE | 92.42 |
|---|---|
| INVOICE NUMBER | 2753956-00 |
| INVOICE DATE | 07/25/03 |
| CUSTOMER NUMBER | 640400 |



EXHIBIT 5(C)