HOME DEPOT CREDIT SERVICES
DEPT32 - 2002374514
PO BOX 6029
THE LAKES, NV 88901-6029

PAUL A SCUDERI INC
9811 LOG HOUSE CT
GAITHERSBURG, MD 20882-270

Please make checks payable to HOME DEPOT CREDIT SERVICES

Payment Due Date: 09/16/03

---

**Invoice: 1181460**

Amount Due: 125.37
Invoice Date: 08/04/03

Store: 000002560
GERMANTOWN, MD

| SKU# | PRODUCT | QUANTITY | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|
| 000005 | DISCOUNT | 1.0000 | 22.32- | 22.32- |
| 196783 | GROUNDBAR | 1.0000 EA | 3.27 | 3.27 |
| 268550 | WIRE | 1.0000 RL | 12.95 | 12.95 |
| 277304 | WIRE | 100.0000 LF | 0.65 | 65.00 |
| 593435 | STAPLES | 1.0000 EA | 1.87 | 1.87 |
| 593435 | STAPLES | 1.0000 EA | 1.87 | 1.87 |
| 682454 | IC CAN NEW C | 6.0000 EA | 9.46 | 56.76 |

SUBTOTAL 119.40
TAX 5.97
SHIPPING 0.00
TOTAL 125.37

---

**Invoice: 83328**

Amount Due: 381.69
Invoice Date: 08/05/03

Store: 000002560
GERMANTOWN, MD

| SKU# | PRODUCT | QUANTITY | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|
| 153729 | LIGHT BULB | 1.0000 EA | 9.97 | 9.97 |
| 153729 | LIGHT BULB | 1.0000 EA | 9.97 | 9.97 |
| 173901 | WIRE | 1.0000 EA | 3.00 | 3.00 |
| 173901 | WIRE | 1.0000 EA | 3.00 | 3.00 |
| 173901 | WIRE | 1.0000 EA | 3.00 | 3.00 |
| 173901 | WIRE | 1.0000 EA | 3.00 | 3.00 |
| 173901 | WIRE | 1.0000 EA | 3.00 | 3.00 |
| 173901 | WIRE | 1.0000 EA | 3.00 | 3.00 |
| 173901 | WIRE | 1.0000 EA | 3.00 | 3.00 |
| 173901 | WIRE | 1.0000 EA | 3.00 | 3.00 |
| 267194 | 350MCMCBLCUT | 1.0000 EA | 52.75 | 52.75 |
| 320501 | WIRE | 1.0000 RL | 54.00 | 54.00 |
| 351584 | 4IN LOW CAN | 1.0000 EA | 29.97 | 29.97 |
| 351584 | 4IN LOW CAN | 1.0000 EA | 29.97 | 29.97 |
| 351584 | 4IN LOW CAN | 1.0000 EA | 29.97 | 29.97 |
| 351584 | 4IN LOW CAN | 1.0000 EA | 29.97 | 29.97 |
| 351584 | 4IN LOW CAN | 1.0000 EA | 29.97 | 29.97 |
| 389871 | WIRE | 12.0000 FT | 1.42 | 17.04 |
| 515192 | ELEC 10 ROLL | 1.0000 EA | 4.50 | 4.50 |
| 677507 | RECTANG BOX | 1.0000 EA | 3.25 | 3.25 |
| 677507 | RECTANG BOX | 1.0000 EA | 3.25 | 3.25 |
| 844347 | FRICTION TPE | 1.0000 RL | 1.96 | 1.96 |

SUBTOTAL 363.51
TAX 18.18
SHIPPING 0.00
TOTAL 381.69

---

BERNSTEIN

---

**Invoice: 9073849**

Amount Due: 154.89
Invoice Date: 08/06/03

Store: 000002560
GERMANTOWN, MD

| SKU# | PRODUCT | QUANTITY | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|
| 113717 | SPLITTER | 1.0000 EA | 3.96 | 3.96 |
| 114052 | 100'CXRG6/EW | 1.0000 EA | 19.97 | 19.97 |
| 114052 | 100'CXRG6/EW | 1.0000 EA | 19.97 | 19.97 |
| 184933 | 2X4X8 #2 PRI | 30.0000 EA | 2.89 | 86.70 |
| 830900 | WRLSPLINDRBL | 1.0000 EA | 16.91 | 16.91 |

SUBTOTAL 147.51
TAX 7.38
SHIPPING 0.00
TOTAL 154.89

---

**Invoice: 1101051**

Amount Due: 73.13
Invoice Date: 08/14/03

Store: 000002560
GERMANTOWN, MD

| SKU# | PRODUCT | QUANTITY | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|
| 172058 | SWITCH BOX | 1.0000 EA | 1.65 | 1.65 |
| 172058 | SWITCH BOX | 1.0000 EA | 1.65 | 1.65 |
| 172058 | SWITCH BOX | 1.0000 EA | 1.65 | 1.65 |
| 172058 | SWITCH BOX | 1.0000 EA | 1.65 | 1.65 |
| 172058 | SWITCH BOX | 1.0000 EA | 1.65 | 1.65 |
| 368767 | BX WIRE | 1.0000 EA | 8.50 | 8.50 |
| 368820 | BX WIRE | 1.0000 EA | 29.00 | 29.00 |
| 589632 | WHITE PLATE | 1.0000 EA | 0.38 | 0.38 |
| 589632 | WHITE PLATE | 1.0000 EA | 0.38 | 0.38 |
| 589632 | WHITE PLATE | 1.0000 EA | 0.38 | 0.38 |
| 589632 | WHITE PLATE | 1.0000 EA | 0.38 | 0.38 |
| 617159 | RECESS HOUSE | 1.0000 EA | 9.54 | 9.54 |
| 617159 | RECESS HOUSE | 1.0000 EA | 9.54 | 9.54 |
| 617159 | RECESS HOUSE | 1.0000 EA | 9.54 | 9.54 |
| 617159 | RECESS HOUSE | 1.0000 EA | 9.54 | 9.54 |
| 617159 | RECESS HOUSE | 1.0000 EA | 9.54 | 9.54 |
| 617159 | RECESS HOUSE | 1.0000 EA | 9.54 | 9.54 |
| 617159 | RECESS HOUSE | 1.0000 EA | 9.54 | 9.54 |

SUBTOTAL 123.59
TAX 6.18
SHIPPING 0.00
INVOICE TOTAL 129.77
GIFT CERTIFICATE 56.64-
TOTAL 73.13

---

Please Direct Inquiries to: Phone: 1-800-685-6691  Fax: 1-800-266-7308



EXHIBIT 5(d)