```
***   INVOICE   ***      PAGE   INVOICE #              FAX SENT
*******************      ----   ---------         --------- ----------
                          1   6081819 00            11:18:09  03/16/06
```

DOMINION ELECTRIC GAITHERSBURG                SHIP VIA : COUNTER PICKUP
16608 OAKMONT AVENUE
                                              CUST ORD#: N ST.
GAITHERSBURG        MD 20877

SOLD TO:                                      SHIP TO:
----------                                    ----------
PAUL A. SCUDERI, INC.                         PAUL A. SCUDERI, INC.
25901 WOODFIELD ROAD                          9811 LOG HOUSE COURT

DAMASCUS            MD 20872                   GAITHERSBURG      MD 20882

| WH | TAX | SLM | TYPE | CUST | INV-DATE | TERMS |
|----|-----|-----|------|------|----------|-------|
| 6 | 2 | 99 | 11 | 229200 | 06/02/03 | DISC 10TH 25TH PROX |

| LINE | ORDQTY | SHPQTY | BOQTY | DESCRIPTION | U/M | PRICE | EXTENDED |
|------|--------|--------|-------|-------------|-----|-------|----------|
| 1 | 8 | 8 | | LOL1102P1<br>1102P1 PREWIRED FRAME-IN KIT | E | 10.390 | 83.12 |
| 2 | 3 | 3 | | RAC125<br>125 8B BOX 1/2 KO 1-1/2 D | C | 68.800 | 2.06 |
| | | | | TE274 | | 40.320 | 1.21 |
| 3 | 3 | 3 | | MUL54FC<br>11101 8B BLNK PLT 4 RND 54FC | C | | |
| | | | | SALES TAX | | | 4.32 |

```
                    OPENING OCTOBER 2005
                    DOMINION ELECTRIC SUPPLY
                    MANASSAS, VA  571-921-1050
                    7471 MASON KING COURT
      IF PAID BY 07/10/03   DEDUCT          .89

                                         SUB TOTAL    86.39
                                         TAX           4.32
                                         GRAND TOTAL  90.71
```

EXHIBIT

5(e)