

Capture Date: 20030513 Sequence #: 4010101084



BEVERLY B. BERNSTEIN 02-73
3248 N. STREET, N.W.
WASHINGTON, DC 20007

BANK OF AMERICA
15-120/540 - 0001

1582

PAY TO
THE ORDER
OF   Paul A. Scuderi

Date 5/12/2003
$ **1,700.00

One Thousand Seven Hundred and 00/100******************************************

DOLLARS

Paul A. Scuderi

9811 Log House Court
Gaithersburg, MD 20882

Memo   kitchen remodel

⑆054001204⑆ 002030620678⑈ 1582 ⑆000170000⑈

No Electronic Endorsements Found



EXHIBIT
6(a)