

Capture Date: 20030612 Sequence #: 4010441297



No Electronic Endorsements Found

