

Capture Date: 20030904 Sequence #: 3810200431

---

BEVERLY B. BERNSTEIN 02-73
3248 N. STREET N.W.
WASHINGTON, DC 20007

BANK OF AMERICA
15-120/540-0001

1658

PAY TO THE ORDER OF  Paul A. Scuderi

Date 7/23/2003
$ **1,155.00

One Thousand One Hundred Fifty-Five and 00/100********************************************  DOLLARS

Paul A. Scuderi

9811 Log House Court
Gaithersburg, MD 20882

Memo  Balance on contract

*Beverly B Bernstein*

⑆054001204⑆ 0020306 20678⑈ 1658 ⑈0000115500⑈

---

BANK OF AMERICA NA 54
...
...   09/04/03

3810200431

FOR DEPOSIT ONLY
PAUL A. SCUDERI, INC.

No Electronic Endorsements Found

EXHIBIT
6 (C)