```
                                                              1
 1    U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
 2                      Civil Division
 3    -----------------------------------:
 4    FEDERAL INSURANCE COMPANY,         :
 5         and                           :
 6    HARTFORD CASUALTY INSURANCE        :
 7    COMPANY,                           :
                 Plaintiffs              :  Case No.
 8    v.                                 :  1:06CV00379
      LANDIS CONSTRUCTION CORPORATION    :
 9         and                           :
10    WUERSTLIN APPLIANCE SERVICE        :
11         and                           :
12    PAUL SCUDERI, INC.,                :
13               Defendants              :
14    -----------------------------------:

15           Deposition of CHRISTOPHER K. LANDIS
16                   Rockville, Maryland
17                Tuesday, April 10, 2007
18                       12:39 p.m.
19
20    Job No.:  1-100149
21    Pages  1 - 61
22    Reported By:  Susan B. Fillmore, R.P.R.
```

EXHIBIT 7



L.A.D. REPORTING & DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

7

1  through each one.
2      A    Yes.
3      Q    Okay.  If you need to take a break at any
4  time, just let us know.  I don't think we're going
5  to be that long with you today.
6           Can you tell me what your current position
7  is.
8      A    I'm an owner, a partner in Landis
9  Construction Corporation.
10     Q    And how is that business organized?
11     A    It's an S chapter.
12     Q    Are there officers to the company?
13     A    Myself and my bother, that's it.
14     Q    And what's his name?
15     A    Ethan Landis.
16     Q    Okay.  Is Ethan actively involved in the
17 business?
18     A    He is.
19     Q    Are there any other partners in the
20 business?
21     A    None.
22     Q    How many employees do you have?

DEPOSITION OF CHRISTOPHER LANDIS
CONDUCTED ON TUESDAY, APRIL 10, 2007

9

```
1        A     Probably about 20 back in that day.
2        Q     Do you recall who the project managers
3   were back in May of '03?
4        A     Andrew Kerr and Matt Fiest.
5        Q     Do you know if Andrew and Matt performed
6   work at the Bernstein residence?
7        A     Only Andrew did.
8        Q     Okay.  And I know we spoke off the record
9   as to what the type of responsibilities Andrew had
10  at that residence.  Can you tell us on the record
11  what Mr. Kerr's position and responsibilities were
12  at the Bernstein residence.
13       A     His title was the project manager, so he's
14  responsible once the sale is made, for mobilization,
15  client interface, ordering long-lead items, and
16  scheduling employees and subcontractors that are
17  within Landis's contract.
18       Q     Let me show you a document that we have
19  marked as Chris Landis 1, and it appears to be a
20  proposal dated May 12 of 2003 to Mrs. Bernstein for
21  work to be performed at the Bernstein residence.  Do
22  you see that?
```

14

1    A    And Margaret Rubino.  That's her name.

2    Q    Okay, so your understanding is it's
3 Margaret Rubino and Sal Fiorito.

4    A    Yes.

5    Q    Okay.  And in some of the documents, we've
6 seen Sal Fiorito Rubino but --

7    A    Whatever.  That's somebody else's
8 confusion.

9    Q    Okay.  You know them as those names.

10   A    I do.

11   Q    Okay.  What role did Sal play in the
12 construction project?

13   A    He was the client's rep.  Technically he
14 could be described as the general contractor.

15   Q    Did he perform any work at the site?

16   A    He could have, but not to my knowledge.

17   Q    Okay.  So if I asked you what work did
18 Mr. Rubino do --

19   A    Not to my knowledge.  He had performed
20 other work for Mrs. Bernstein prior to this
21 engagement.

22   Q    Do you know what his background is?

15

```
1      A     Yes.
2      Q     What is it?
3      A     He's an artist.
4      Q     Is he a handyman of sorts?
5      A     He's very handy.
6      Q     Prior to this project, did you know who
7    Sal was?
8      A     I did.
9      Q     In what capacity?
10     A     As a neighbor and as a elementary school
11   parent in the same school that my children go to.
12     Q     So you know him socially, as well as
13   living in the same neighborhood?
14     A     Yes.
15     Q     Have you spoken with Sal regarding the
16   fire?
17     A     No.
18     Q     Have you ever talked to him about any work
19   he did in the Bernstein residence --
20     A     No.
21     Q     Make sure you let me finish my question.
22     A     Oh, sorry.
```

16

1    Q    In all fairness to you --
2    A    Yes.
3    Q    -- the whole question could change
4 basically on a couple of words.
5    A    Sure.
6    Q    On how many occasions did you meet with
7 Sal prior to reaching the estimate that we have
8 marked as Landis 1?
9    A    Possibly two or three times.
10   Q    Did you have an understanding that Sal was
11 going to do any of the work entailed in the
12 renovation of the kitchen?
13   A    No.
14   Q    Okay. Is it typical for Landis to use
15 subcontractors to complete various projects that
16 they write an estimate for?
17   A    Absolutely.
18   Q    Let me refer you to the last page of this
19 estimate. And there's a subcategory. It's 600.
20 It's marked Appliances, and the entry says, Install
21 all necessary appliances and exhaust hood using
22 existing ductwork. And there's an entry for a

DEPOSITION OF CHRISTOPHER K. LANDIS
CONDUCTED ON TUESDAY, APRIL 10, 2007

45

1  says, "The hardwiring of all appliances was
2  presumably done by Ms. Bernstein's" -- excuse me --
3  "electrician, although we were not present when this
4  was done."  When you say "we were not present,"
5  you're talking about any representative from Landis
6  Corporation, correct?
7       A    Yes.
8       Q    I'm inferring from that that nobody from
9  Landis has any firsthand personal knowledge as to
10 who actually connected the electrical connections to
11 the dishwasher; is that correct?
12      A    That's correct.
13      Q    Okay.  And you certainly don't have any
14 firsthand personal knowledge that the electrical
15 connections to the dishwasher itself were done by
16 anybody from Scuderi; is that correct?
17      A    That's correct.
18      Q    Now, if you flip to page 6, answer 17, and
19 I'm asking you this not out of criticism but out of
20 clarification.  It says, the answer to interrogatory
21 No. 17 says, "This was part of the electrical
22 connection done by the electrician.  Landis was not

46

1  involved in this procedure."

2         Is it fair to say that nobody from Landis
3  actually has firsthand personal knowledge about the
4  work that was done by the electrician?
5     A    That's, that's true, that would -- it
6  should really mean that it was within the
7  electrician's scope of work to do that.  Whether he
8  did it or not, we can't --
9         MR. NOBLE:  Just to save counsel time,
10 that's counsel's language.
11        MR. REGO:  I understand that.
12        MR. NOBLE:  Okay.
13 BY MR. REGO:
14    Q    I just wanted to make sure.  You had one
15 answer that it was presumably done, because it
16 implied that you didn't know, and one answer that
17 says, that implies that you did actually know.  And
18 want to make sure that they're both presumably.
19    A    Right.  I think in talking to Andrew, you
20 could verify that Mr. Scuderi's workers were on the
21 job and that they had roughed things in at certain
22 points.  I mean, he could speak more to that issue.

47

1   I personally have no knowledge and did not ever see
2   any or meet any of Mr. Scuderi's workers on the job.
3   BY MR. REGO:
4       Q    And you testified that before this job
5   began, you knew Sal Fiorito personally, correct?
6       A    Yes.
7       Q    Okay. And I think you made a comment that
8   he was very handy. What did you mean by that?
9       A    He has renovated his own house and put on
10  a substantial addition.
11      Q    Is he capable of making his own electrical
12  connections when he does those, do you know?
13          MR. UTKE: I object to the form.
14      A    Yeah, it's total speculation on my part.
15  I mean, anybody can do an electrical connection.
16  BY MR. REGO:
17      Q    Okay. Let me ask you about the permitting
18  process. Do you know, in your position with Landis,
19  whether the permits under D.C. for a job such as the
20  one we're talking about now are required to be
21  obtained by the homeowner, by the contractor or by
22  the subcontractor?