BRADFORD ASSOCIATES
ANDREW KERR

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

- - - - - - - - - - - - - - - x

FEDERAL INSURANCE COMPANY :
and HARTFORD CASUALTY :
INSURANCE COMPANY, :
    :
    Plaintiffs   : Case No. 1:06CV00379
    :
v.   :
    :
LANDIS CONSTRUCTION :
CORPORATION and WUERSTLIN :
APPLIANCE SERVICE and :
PAUL A. SCUDERI, INC., :
    :
    Defendants   :
    :
- - - - - - - - - - - - - - - x

EXHIBIT 8

                    Wednesday, November 7, 2007
                    Washington, D.C.
Deposition of
            ANDREW KERR
a witness, called for examination by counsel for the
co-plaintiff, Hartford Casualty, pursuant to notice,
held at the offices of Arent Fox, 1050 Connecticut
Avenue, N.W, Washington, D.C., beginning at 12 p.m.,
before Frances M. Freeman, a Notary Public in and for
the District of Columbia, when were present on behalf
of the respective parties:

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
ANDREW KERR

Page 70

1  Q  This project lasted about, what, four or five
2  months?
3  A  Something like that.  Yes.
4  Q  About how often per week would you go to this
5  particular project site during that four or five-month
6  period?
7  A  It would be an average once to twice a week.
8  Some weeks it may be more; some weeks it would be
9  less.
10  Q  When you went out there on that
11  one-to-twice-a-week time period, is there any kind of
12  average as to how much time you would spend at each
13  visit?
14  A  I couldn't tell you.  It would be completely
15  dependent on the reason for me going out there.
16  Q  You did testify, I just want to make sure I
17  have this, that you have absolutely no personal
18  knowledge as to who made the connection between the
19  dishwasher and the hardwire.  Correct?
20  A  I don't.
21  Q  And you never saw any electrical work taking
22  place by Scuderi or anybody employed by Scuderi that

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
ANDREW KERR

Page 71

1  you know of?
2  A  Not to my recollection, no.
3  MR. REGO:  That's all I have.
4  EXAMINATION BY COUNSEL FOR DEFENDANT WUERSTLIN
5  APPLIANCE
6  BY MR. BROWN:
7  Q  Mr. Kerr, I represent Wuerstlin Appliance.
8  Have you ever had any contact with Wuerstlin
9  Appliance?
10  A  No.
11  Q  And other than something that Mr. Noble or
12  any other attorney may have told you, do you have any
13  knowledge of Wuerstlin Appliance being involved in
14  this whole case?
15  A  Not until you mentioned it today.
16  Q  Let me just try to get a couple clarification
17  questions, although, a smart person would stop there.
18  But I've never been accused of being --
19  MR. NOBLE:  Quit while you are ahead.
20  BY MR. BROWN:
21  Q  I just want to make sure.  You said that you
22  thought an electrician should have done this

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
ANDREW KERR

Page 72

1  hardwiring, but "should" is a term that's a little
2  debatable.
3  Do you know as you sit here today whether the
4  D.C. code, which was in effect at the time of any
5  attempted hook-ups, required or did not require that
6  to be done by a licensed electrician?
7  A  I believe the D.C. code states that all
8  electrical work should be done by a licensed
9  electrician.
10  Q  Do you know that for a fact?  That's what I'm
11  trying to find out.
12  A  I don't know the exact wording.  But I would
13  say that's a very safe assumption.
14  Q  And who purchased the dishwasher?
15  A  I don't recall.
16  Q  And in the stack of documents you have there,
17  you may have the invoice or that may be in another
18  stack, the invoice appears, and I can pull out mine if
19  it's not in your file, appears to indicate that
20  Beverly Bernstein purchased the dishwasher.
21  Is that consistent with your recollection?
22  A  It would be especially based on the fact that

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
ANDREW KERR

Page 73

1  the appliances showed up so early long before we
2  wanted them.
3  Q  And I can show you that.  Do you have it in
4  there?  In yours?
5  A  I haven't found it yet.
6  Q  Does that affect the manner in which the job
7  is done by Landis if the homeowner buys the dishwasher
8  as opposed to you guys buying it?
9  A  Not particularly, no.
10  Q  On some projects, do you buy it?
11  A  Oh, yeah.  I haven't found it yet, by the
12  way.  I can keep looking.
13  Q  Let me show you.
14  (Thereupon, a discussion was held off the
15  record.)
16  BY MR. BROWN:
17  Q  Back on the record.  This came from Maggie
18  Rubino's file.
19  A  Uh-huh (Affirmative).
20  Q  The top document that's clipped there, which
21  appears to me to be the invoice for the dishwasher.
22  And I think somebody -- it was circled actually in the

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM