BRADFORD ASSOCIATES
FITZALBERT BARCLAY

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

- - - - - - - - - - - - - - x
FEDERAL INSURANCE COMPANY    :
and HARTFORD CASUALTY        :
INSURANCE COMPANY,           :
                             :
       Plaintiffs         : Case No. 1:06CV00379
                             :
  v.                         :
                             :
LANDIS CONSTRUCTION          :
CORPORATION and WUERSTLIN    :
APPLIANCE SERVICE and        :
PAUL A. SCUDERI, INC.,       :
                             :
       Defendants         :
                             :
- - - - - - - - - - - - - - x

EXHIBIT 9

        Wednesday, November 7, 2007
        Washington, D.C.

Deposition of
      FITZALBERT BARCLAY
a witness, called for examination by counsel for the defendant Wuerstlin, pursuant to notice, held at the offices of Arent Fox, 1050 Connecticut Avenue, N.W., Washington, D.C., beginning at 1:30 p.m., before Frances M. Freeman, a Notary Public in and for the District of Columbia, when were present on behalf of the respective parties:

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
FITZALBERT BARCLAY

Page 6

1  have a right to ask us to repeat it, to clarify it, to
2  explain it to you until you are comfortable with it.
3  Okay?
4      A   Okay.
5      Q   If you don't ask us to do that, though,
6  we're going to take that to mean you understood the
7  question.
8      A   Okay.
9      Q   We don't expect this to take too long. But
10 if you are tired, you want a break, want to use the
11 restroom, it is not an endurance contest, so just let
12 us know.
13     A   Okay.
14     Q   Try to avoid using uh-huhs and uh-uhs and
15 gestures. People do that and we'll prompt you if you
16 do, but if you could make sure you give a verbal
17 answer. That will make a nice clean record for the
18 court reporter?
19         Also, if you let me finish my question before
20 you answer, I will try to extend that same courtesy to
21 you, that is, let you finish your answer before my
22 next question, that makes for a nice clean record.

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
FITZALBERT BARCLAY

Page 7

1  Okay?
2      A   Yes, sir.
3      Q   Let me get a little background information.
4  What is your date of birth?
5      A   12/8/46.
6      Q   And is English your first language?
7      A   Yes, sir.
8      Q   How long have you lived at that North Dakota
9  Road address?
10     A   Five years.
11     Q   Were you born in this country?
12     A   No, sir.
13     Q   What is your --
14     A   Jamaica.
15     Q   Where they speak the Queen's English as
16 opposed to the here.
17     A   Yes, sir.
18     Q   If you have any trouble, though,
19 understanding, as I said, make sure you ask me to be
20 clear. Okay?
21     A   All right.
22     Q   Who is your employer today?

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
FITZALBERT BARCLAY

Page 8

1      A   I'm self-employed.
2      Q   How long have you been self-employed?
3      A   15 years.
4      Q   How long have you lived in the United States?
5      A   35 years.
6      Q   Before you became self-employed, who were you
7  employed by?
8      A   Murray Electric.
9      Q   And where are they located?
10     A   They used to be at 6514 14th Street,
11 Northwest.
12     Q   Do they still exist?
13     A   No. They don't exist anymore.
14     Q   How long did you work for Murray?
15     A   12 years.
16     Q   And then before that, where did you work?
17     A   In Jamaica.
18     Q   Were you always employed in the electrical
19 field since you have come to the United States?
20     A   Yes, sir.
21     Q   Did you do electrical work in Jamaica?
22     A   Yes, sir.

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
FITZALBERT BARCLAY

Page 9

1      Q   Do you hold today any licenses, certificates?
2      A   For D.C., yes.
3      Q   What do you hold?
4      A   First, I got a journeyman and then I have a
5  master's in electrical.
6      Q   And what year did you get your master's?
7      A   That was in '96.
8      Q   Do you have a copy of that license?
9      A   No, I don't have anything with me because I
10 just leave work and come here. I don't even know what
11 this --
12     Q   Do you believe that license would have been
13 active in 2003, 2004, 2005?
14     A   Yes, sir.
15     Q   And what does that license allow you to do?
16     A   To do electrical work in any building.
17     Q   And in D.C., is there a residential versus a
18 commercial?
19     A   Residential and commercial.
20     Q   You can do both if you are licensed?
21     A   Both.
22     Q   You said you are self-employed?

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

## BRADFORD ASSOCIATES
## FITZALBERT BARCLAY

Page 10

1   A  Yes, sir.
2   Q  Do you have a business name?
3   A  I use my middle name as Murphy Electric.
4   Q  Do you have an ad in the phone book or
5 something if I wanted to find you?
6   A  Yes, it is not really -- I didn't put an ad.
7 I don't know how it get in the book. People call me
8 from the phone book.
9   Q  And how long have you practiced under the
10 name Murphy Electric?
11   A  Since 15 years.
12   Q  Did you do anything to prepare for today's
13 Deposition?
14   A  No, sir, because I don't know what thing's
15 about.
16   Q  Did you speak to anybody?
17   A  I speak to Chris briefly.
18   Q  Chris Wallis?
19   A  Chris Wallis.
20   Q  And what's your relationship with Mr. Wallis?
21   A  Just I would say my halfway boss.
22   Q  Why?

## BRADFORD ASSOCIATES
## FITZALBERT BARCLAY

Page 11

1   A  I work for him. He calls me up when he needs
2 stuff done and I go.
3   Q  Does Mr. Wallis, to your knowledge, manage
4 properties other than Mrs. Bernstein's?
5   A  Yes.
6   Q  How many?
7   A  That, I don't know.
8   Q  That's fine. We're going to depose him next.
9 How much of your business comes from Mr. Wallis?
10   A  I would say about 50 percent.
11   Q  Is your relationship with him, though,
12 strictly one of independent contractor?
13   A  Yes.
14   Q  And does he usually pay you or does the
15 customer usually pay you?
16   A  No, I get paid from his company.
17   Q  When did you first have any relationship,
18 involvement with the Bernstein properties?
19   A  I would say that would be in about '95.
20   Q  As I understand it, there is a house and then
21 apartments -- in Georgetown?
22   A  Yes.

## BRADFORD ASSOCIATES
## FITZALBERT BARCLAY

Page 12

1   Q  Do they have other properties that you work
2 at?
3   A  No.
4   Q  There has been some indication Mr. Bernstein
5 owns or runs an inn or a hotel out in Virginia?
6   A  I have no idea, sir.
7   Q  So the only property that you know of that's
8 owned or run by the Bernsteins would be those
9 properties in Georgetown where there is a house and an
10 apartment?
11   A  That's correct.
12   Q  Do you refer to the properties as separate
13 when you are working out there?
14   A  Yes.
15   Q  Is it clear if I say the house and the
16 apartment is what we're talking about?
17   A  That's great, because that's the way I kind
18 of address them.
19   Q  Do you still work for the Bernsteins?
20   A  Yes. I would say yes, but not recent. Not
21 for the past two years.
22   Q  Do you know why?

## BRADFORD ASSOCIATES
## FITZALBERT BARCLAY

Page 13

1   A  Well, there is nothing there to do.
2   Q  So as far as you know, your relationship with
3 Mr. Wallis and/or the Bernsteins is still good?
4   A  Oh, yeah.
5   Q  So if there is an electrical problem
6 tomorrow, you would expect they would call you?
7   A  Oh, yes.
8   Q  And particularly with respect to the
9 Bernsteins, when you get paid, does that check come
10 from the Bernsteins or come from Mr. Wallis' company?
11   A  Well, the check comes from the company. I
12 don't know how he gets paid. I send my bill to the
13 company and I get paid.
14   Q  Which company?
15   A  Fred A. Smith Company.
16   Q  Freddy Smith?
17   A  Fred A. Smith.
18   Q  And is that Mr. Wallis' company?
19   A  He works for that company.
20   Q  What types of things have you done in the
21 past at the Bernsteins' house, the residence?
22   A  The main house?

BRADFORD ASSOCIATES
FITZALBERT BARCLAY

Page 22

1  Q  As an employee?
2  A  Just running around doing stuff for them.
3     When I was working with Murray Electric
4  Company, that's how I get to know people at Fred A.
5  Smith Company.
6  Q  Is that a property management company?
7  A  Yes.
8  Q  When the call with Ms. Rubino asked you to do
9  some lighting work with respect to this kitchen
10 renovation, did you go out there to even look at the
11 kitchen and the project to see what the lighting work
12 would entail?
13 A  No, sir. I didn't.
14 Q  So it was strictly a telephone call?
15 A  Yes, sir.
16 Q  Do you remember going to the kitchen after it
17 was renovated?
18 A  I don't recall if I go in there or not to do
19 any work. I don't recall going into the kitchen,
20 because there's no reason for me going in there.
21 Q  You have been in the kitchen before it was
22 renovated?

BRADFORD ASSOCIATES
FITZALBERT BARCLAY

Page 23

1  A  Before. Yes.
2  Q  Did you ever see the kitchen when it was
3  renovated?
4  A  Yes, I did.
5  Q  Why were you in the kitchen that day?
6  A  I was going through from the main house to
7  the apartment. And I go through the kitchen.
8  Q  Do you remember how long before the fire that
9  was?
10 A  Probably about six months, period.
11 Q  And you are aware there was a fire that was
12 or affected the kitchen area. Correct?
13 A  Yes, I did learn that after.
14 Q  Any other times that you would have been in
15 the kitchen between the renovation and the fire?
16 A  No, sir.
17 Q  And your recollection is it was just a
18 pass through?
19 A  Just a pass through.
20 Q  Did they show you anything?
21 A  No, sir.
22 Q  Or even -- who let you through?

BRADFORD ASSOCIATES
FITZALBERT BARCLAY

Page 24

1  A  Carl.
2  Q  Carl is?
3  A  He is actually the maintenance person on the
4  property.
5  Q  Do you know if Carl has any electrical
6  background?
7  A  That, I don't know.
8  Q  Did you and Carl ever talk about problems at
9  the house?
10 A  No.
11 Q  When you go out there if somebody has told
12 you, whether it is Maggie Rubino or Mr. Wallis has
13 told you to fix something, do you ever try to find out
14 what the history is, what the problem is, that type of
15 stuff?
16 A  Yes, I will find Carl and tell him, I come to
17 fix the light. Which light it is. He will show it to
18 me.
19 Q  Have you ever seen signs or any kind of
20 indication that somebody had tried to fix stuff on
21 their own before they called you out?
22 A  No.

BRADFORD ASSOCIATES
FITZALBERT BARCLAY

Page 25

1  Q  Do you have any reason to believe people were
2  doing that at the Bernstein house?
3  A  I would have no reason to believe.
4  Q  Were you ever told about a dishwasher?
5  A  No. Yes, after --
6  Q  The fire?
7  A  -- the fire.
8  Q  What were you told?
9  A  That the dishwasher caught on fire. That's
10 all I know.
11 Q  Who told you that?
12 A  I don't remember if I heard it from the house
13 or Mr. Wallis. I don't remember. But I know I heard
14 it.
15 Q  When you say the house, who do you mean,
16 Carl?
17 A  Yes, like somebody in the house. I don't
18 remember.
19 Q  Did you ever speak to, I think it is,
20 Winnifred who I understand is sort of the housekeeper?
21 A  She's the housekeeper. Not about that issue.
22 Q  What kind of things did you talk to Winnifred

BRADFORD ASSOCIATES
FITZALBERT BARCLAY

Page 34

1   Q  Did any of the electrical work you ever
2   performed at the house malfunction?
3   A  No, sir.
4   Q  The issue, then, the dispute about you doing
5   electrical work, to your knowledge, wasn't an issue of
6   quality?
7   A  No, sir.
8   Q  They trusted you to do the electrical work --
9   A  Yes, sir.
10  Q  -- fine?  It was just a matter of who was
11  going to tell you to do it?
12  A  Yes.
13  Q  And you believe that it was only one time and
14  one time only that either Margaret or Sal had you do
15  electrical work without going through Mr. Wallis?
16  A  Just that one time.
17  Q  And only that time?
18  A  Only that time.
19  Q  Do you have any information about Landis
20  Construction, what their involvement was in this?
21  A  Don't know of them.
22  Q  Do you know about any information about Mr.

BRADFORD ASSOCIATES
FITZALBERT BARCLAY

Page 35

1   Scuderi or his company, about his involvement in any
2   of this?
3   A  Don't know them.
4   Q  Do you have any knowledge about a Mr.
5   Wuerstlin or a Mr. Smith or Wuerstlin Appliance of any
6   of their involvement in any of this?
7   A  Never heard of those names.
8   Q  Did you ever have any specific information on
9   any specific instance where the dishwasher was either
10  not working or not working well?
11  A  No, sir.
12  Q  Were you ever there when there were
13  appliances that weren't hooked up or just sort of
14  sitting around the kitchen during that renovation
15  project?
16  A  No, sir.
17  Q  Do you know who hooked up the dishwasher?
18  A  I have no idea, sir.
19  Q  On any occasion?
20  A  No.
21  Q  Did anybody ever ask you that question?
22  A  No, sir.

BRADFORD ASSOCIATES
FITZALBERT BARCLAY

Page 36

1   Q  Do you know the difference between Romex and
2   BX wire?
3   A  Yes.
4   Q  Do you know whether Romex wire was ever used
5   at any time as a connection from the house power to
6   the dishwasher?
7       MR. UTKE:  Object to the form.
8       THE WITNESS:  Well, on that dishwasher?
9       BY MR. BROWN:
10  Q  Right.
11  A  I have no idea on that dishwasher.
12  Q  What about other dishwashers?
13  A  Dishwasher, yes, you can use Romex.  You can
14  use BX.
15  Q  You are talking about anywhere?
16  A  Anywhere.
17  Q  At the Bernstein house, do you know what was
18  the wire connection from the dishwasher that the new
19  one replaced?
20      MR. UTKE:  Object to the form.
21      THE WITNESS:  No, sir.
22      BY MR. BROWN:

BRADFORD ASSOCIATES
FITZALBERT BARCLAY

Page 37

1   Q  When you saw the dishwasher the day after the
2   fire, do you remember whether it had Romex, BX or some
3   other type of cable hooked to it?
4       MR. UTKE:  I object to the form.
5       THE WITNESS:  I don't recall because I wasn't
6   really looking for that.  I just peek in there and saw
7   it sitting there.  I couldn't go through, so I got to
8   turn back.  So I don't know.
9       BY MR. BROWN:
10  Q  Were you curious at all yourself as an
11  electrician about what might have caused this fire?
12      MR. UTKE:  Object to form.
13      THE WITNESS:  No, sir.
14      BY MR. BROWN:
15  Q  Why not?
16      MR. UTKE:  Object to form.
17      THE WITNESS:  I have no idea what.  It could
18  be a lot of stuff.  I have no idea what happened.
19      BY MR. BROWN:
20  Q  Your belief is that in 2003, 2004, 2005, it
21  would have been okay to power that dishwasher with
22  Romex cable going from the power supply to the