```
                                                                    1
 1            IN THE UNITED STATES DISTRICT COURT

              FOR THE DISTRICT OF COLUMBIA
 2                    (Civil Division)                  COPY
 3   ----------------------------------------X

 4   FEDERAL INSURANCE COMPANY              :

 5        and                                :

 6   HARTFORD CASUALTY INSURANCE COMPANY    :

 7             Plaintiffs                    :

 8        v.                                 :   Case No.:

 9   LANDIS CONSTRUCTION CORPORATION        :   1:06CV00379

10        and                                :

11   WUERSTLIN APPLIANCE SERVICE             :

12        and                                :

13   MR. PAUL SCUDERI                        :

14             Defendants                    :

15   ----------------------------------------X

16            Deposition of MARGARET RUBINO

17                  Washington, D.C.

                 Tuesday, May 29, 2007

18                    12:50 p.m.

19

20   Job No.:  1-103203

21   Pages 1 - 118

22   Reported by:  Ellen L. Ford, RPR
```



EXHIBIT 10

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

DEPOSITION OF MARCIE RUBIN
CONDUCTED ON TUESDAY, MAY 29, 2007

29

1   case -- or maybe you don't know -- is who if anyone
2   hardwired the Bosch dishwasher --
3       A   Yes.
4       Q   -- that allegedly is responsible for this
5   fire.  That's one of the issues.
6       A   Mm-hmm.
7       Q   Do you have any idea who hardwired the
8   dishwasher?
9       A   No.
10      Q   Any idea at all?
11      A   No.
12      Q   Has anyone ever told you who they thought
13  might have hardwired the dishwasher?
14      A   No.  Not to my recollection.
15      Q   Have you ever asked anyone --
16      A   No.
17      Q   -- that question?
18      A   No.
19      Q   Never been curious?
20      A   To me, the issue was not who had wired it,
21  but was even just the choice of the dishwasher so --
22      Q   When you say it was an issue of the choice

Case 1:06-cv-00379-AK   Document 54-17   Filed 05/02/2008   Page 3 of 4
DEPOSITION OF MARGARET RUBINO
CONDUCTED ON TUESDAY, MAY 29, 2007

30

```
 1    of the dishwasher, what do you mean by that?
 2         A    Well, after the fire happened to us -- I say
 3    "us", I mean after the fire happened, anecdotally, we
 4    heard of other Bosch dishwashers, quote unquote,
 5    flaming out.  So no, I hadn't asked specific questions
 6    as to who had installed it at the time.
 7         Q    Okay.
 8         A    Seemed more of a fault of the dishwasher.
 9         Q    Okay.  Feel free to bash Bosch because
10    everybody else in this case is doing it.  But that's
11    all right.
12         You never asked your husband -- strike that.  Let
13    me ask you.
14         A    No, you'll ask have to ask him.
15         Q    Did you ever ask him who he thought
16    hardwired the dishwasher?
17         A    No.
18         Q    Do you understand what I mean by the terms
19    hardwire?
20         A    Yes, I do.
21         Q    And what is that, just so we know your
22    understand?
```

DEPOSITION OF MARGARET RUBINO
CONDUCTED ON TUESDAY, MAY 29, 2007

104

1  Scuderi, Inc. with regard to this renovation project
2  or refurbishing project?
3      A   Who what do you mean by retained?
4      Q   Who hired Mr. Scuderi?
5      A   Mrs. Bernstein did.
6      Q   Okay.  But who actually contacted
7  Mr. Scuderi then to get him involved with the project?
8      A   I did.
9      Q   Okay.  Anyone from Landis play any role in
10 selecting or hiring Mr. Scuderi?
11     A   No.
12     Q   Okay.  And I think you testified before that
13 you did not know who hardwired the dishwasher.
14     A   No.
15     Q   Other than Mr. Scuderi, can you think of
16 anyone else who could possibly have done that hardwire
17 connection?
18         MR. REGO:  Objection; calls for
19 speculation.
20     Q   You can still answer.
21     A   Well, it was either Scuderi or Landis.
22     Q   Okay.