1

```
 1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
 2                      (Civil Division)
 3   ---------------------------------------X
 4   FEDERAL INSURANCE COMPANY               :
 5           and                             :
 6   HARTFORD CASUALTY INSURANCE COMPANY     :
 7              Plaintiffs                   :
 8              v.                           :   Case No.:
 9   LANDIS CONSTRUCTION CORPORATION         :   1:06CV00379
10           and                             :
11   WUERSTLIN APPLIANCE SERVICE             :
12           and                             :
13   MR. PAUL SCUDERI                        :
14              Defendants                   :
15   ---------------------------------------X
16              Deposition of SAL FIORITO
17                   Washington, D.C.
                   Tuesday, May 29, 2007
18                      3:10 p.m.
19
20   Job No.:  1-103203
21   Pages 1 - 79
22   Reported by:  Ellen L. Ford, RPR
```

EXHIBIT 11



L.A.D. REPORTING &
DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

25

1  don't. I don't recognize the type and the format
2  which is what I would tend to recognize is the format
3  on this kind of thing.
4       Q    I think that's been established as something
5  that Scuderi sent to someone, and your name is on it.
6  So --
7       A    All right.
8       Q    So you tell me --
9       A    And I didn't see it.
10      Q    Okay.
11      A    And very possibly because of my
12  friendship -- my guess would be because of my
13  friendship with -- in an attempt to expedite things as
14  often happens in these jobs, I think Paul Scuderi,
15  knowing I was a friend of his friend Charlie, put my
16  name on it.
17      I mean, he probably didn't even know that
18  Margaret's company was named Rooms and Gardens, Inc.
19  and probably would have put that on. But no, I have
20  not seen it.
21      Q    Okay. Do you have any idea who hardwired
22  the dishwasher that's an issue in this case?

26

1  A  Absolutely not. Absolutely not. I can't
2  tell you how little -- you know, other than
3  Mr. Safety, which is my son's nickname for me -- other
4  than what Mr. Safety thinks about in terms of what's
5  logical and what I know about electricity and so on
6  and so forth, and leaving things to experts where
7  possible and affordable that I know -- I have no
8  concern about items, objects, dishwashers, functional
9  things, because I guess I make an assumption about
10 above and beyond -- well, at a certain level of
11 quality, I think I make an assumption about somebody
12 else being in charge of making sure that that's right.
13    For instance, when our Amila (phonetic)
14 appliances or something comparable were installed in
15 our house, some company in Maryland who's authorized
16 by the Amila representative came in. And that
17 thing -- that did not come up with these appliances.
18 No individuals from KitchenAid or Bosch or anybody
19 else were there any suggestion made of an installation
20 whether by plug or by wiring. I don't know if this is
21 wired. I assume it's wired and not plugged, but
22 anyway.

DEPOSITION OF SAL FIORITO
CONDUCTED ON TUESDAY, MAY 29, 2007

27

1   Q   All right.

2   A   I don't.

3   Q   All right. Whose decision was it to select
4   the Bosch dishwasher that was installed in the
5   Bernstein residence in 2003?

6   A   I believe it was my decision.

7   Q   Based on?

8   A   Function and looks. I took -- which is
9   something I do all the time -- I try -- I think part
10  of my job is to make -- is to make people who are
11  using something all the time, people who are workers,
12  make sure that they take -- have the least amount of
13  effort with their machines. Machines should work for
14  them, they should not work for machines.

15      As such, I would bring the largest glasses, the
16  largest plates, take them to a place and test the
17  dishwashers, see how they slide, she how it works
18  ergonomically, I'm interested in ergonomics.

19      And I'm also -- you know, obviously I pay
20  attention to perceived reputation and looks. What the
21  doors look like and so on, but obviously I am
22  influenced by reputation, as well.

1  Q   Okay. Do you know what it means to hardwire
2  the dishwasher?
3  A   Yeah. That means without the use of a plug,
4  taking two or three wires, depending on the -- a
5  dishwasher I believe is only 110. And it must -- and
6  not 220. So it would be three wires at the most;
7  positive, negative and neutral. And then wiring it
8  directly inside of a box to an equivalent set of wires
9  on the back of the dishwasher. Is that correct? I
10 don't even know if that's correct, but I think that's
11 it.
12 Q   All right. Did you have anything to do with
13 hardwiring this dishwasher?
14 A   Absolutely not.
15 Q   Excuse me?
16 A   Absolutely not. I don't believe I even put
17 a door handle on the Bernstein's kitchen, you know, as
18 a finishing touch. I don't believe I did any personal
19 physical work on that kitchen itself.
20 Q   Okay. Have you in the past ever hardwired
21 dishwashers?
22 A   No.

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202)861-3410 (800)292-4789 (301)762-8282 (703)288-0026 (410)539-3664