BRADFORD ASSOCIATES
WINNIFRED MILLER

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

- - - - - - - - - - - - - - x
FEDERAL INSURANCE COMPANY
and HARTFORD CASUALTY          :
INSURANCE COMPANY,             :
                               :
         Plaintiffs    :  Case No. 1:06CV00379
                               :
    v.                 :
                               :
LANDIS CONSTRUCTION            :
CORPORATION and WUERSTLIN      :
APPLIANCE SERVICE and          :
PAUL A. SCUDERI, INC.,         :
                               :
         Defendants    :
                               :
- - - - - - - - - - - - - - x

EXHIBIT 12

                Wednesday, November 7, 2007
                Washington, D.C.

Deposition of
        WINNIFRED MILLER
a witness, called for examination by counsel for the defendant Wuerstlin, pursuant to notice, held at the offices of Arent Fox, 1050 Connecticut Avenue, N.W., Washington, D.C., beginning at 4 p.m., before Frances M. Freeman, a Notary Public in and for the District of Columbia, when were present on behalf of the respective parties:

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

## BRADFORD ASSOCIATES
## WINNIFRED MILLER

Page 6

1   repeat it or explain it or clarify it.
2       If you don't do that, we'll just assume you
3   understood the question.
4     A   Right.
5     Q   If you need a break, you want to take a rest
6   room break or a fresh air break, whatever, go ahead.
7   I don't expect this to be very long.
8       And just try to let me finish my question
9   before you answer. I will try to give you that same
10  courtesy --
11    A   Okay.
12    Q   -- before I start my next question when you
13  are answering.
14    A   Sure.
15    Q   Try to avoid uh-huh, uh-uhs, gestures.
16  Everybody does it. If you do it, we'll just --
17    A   No, I don't.
18    Q   Good. Just try to say yes, no or answer --
19    A   Yes.
20    Q   We'll see. Even Mr. Wallis did it. He is
21  very precise in his British way. But if it happens,
22  we'll be a little rude and say, just say yes or no.

## BRADFORD ASSOCIATES
## WINNIFRED MILLER

Page 7

1     A   Okay.
2     Q   The address you live at, that's your home.
3   Correct?
4     A   That's my home.
5     Q   You don't live at Mrs. Bernstein's property?
6     A   No.
7     Q   And you have never lived in one of those
8   apartments there?
9     A   No.
10    Q   How long have you lived at the Quintanna
11  Place address?
12    A   I'm living there from 1979.
13    Q   Who is your current employer?
14    A   Right now?
15    Q   Yes.
16    A   Mrs. Beverly Bernstein.
17    Q   And do you know if you are an employee or a
18  contractor? Do you know if you get a W-2 or a 1099
19  from them?
20    A   From Mrs. Bernstein?
21    Q   Right.
22    A   Every year I file tax. I do.

## BRADFORD ASSOCIATES
## WINNIFRED MILLER

Page 8

1     Q   Do you know the difference between an
2   employee and a contractor?
3     A   Not a contractor no. I never get a W-2 form
4   from a contractor.
5     Q   Do you know if you get a 1099 form from them?
6     A   No, sir. I don't recall that at all.
7     Q   Okay. But that's the only person you work
8   for?
9     A   Mrs. Bernstein.
10    Q   Correct?
11    A   Yes.
12    Q   She is the only one?
13    A   Yes.
14    Q   Are you at that house five days a week?
15    A   Yes, sir. From -- between 11 to 11:30 until
16  7:30, 8 o'clock.
17    Q   And was that the same back in 2003 up to the
18  fire?
19    A   Uh-huh (Affirmative).
20    Q   Yes?
21    A   Yes.
22    Q   See how easy it is to do that?

## BRADFORD ASSOCIATES
## WINNIFRED MILLER

Page 9

1     A   Yes.
2     Q   We're going to focus primarily on that time
3   period that goes from the kitchen renovation project
4   up to the fire. Okay?
5     A   Yes.
6     Q   So most of my questions are going to be about
7   that time period. Okay?
8     A   Yes.
9     Q   Because I'm more interested in that than what
10  is happening now. But has your job basically stayed
11  the same from then until today?
12    A   Yes. Five days a week. I don't work on
13  weekends.
14    Q   What do you or what did you do for Mrs.
15  Bernstein back in that time period of 2003 up to 2005?
16  What do you do day-to-day?
17    A   Day-to-day?
18    Q   Right.
19    A   I do laundry, cooking. I make lunch and I
20  make dinner.
21    Q   And is your title housekeeper or --
22    A   Yes.

BRADFORD ASSOCIATES
WINNIFRED MILLER

Page 18

1   Q   When they were redoing the kitchen, though,
2   do you have a recollection, a memory, that is, do you
3   remember whether she still lived at the house or
4   whether she moved out of the house at that time?
5   A   When they were doing the kitchen, I think
6   they were still living there.
7   Q   Okay. When they were redoing the kitchen,
8   they put in some new appliances. And at some point it
9   is done. They have a nice new kitchen. Right? Do
10  you remember that?
11      You have to say yes or no.
12  A   Are you talking about the first or the
13  second?
14  Q   Before the fire.
15      Our understanding is that by October of 2003
16  the kitchen was done, the contractors left and Mrs.
17  Bernstein had a nice new kitchen now. Do you
18  remember that?
19  A   Uh-huh (Affirmative).
20  Q   Yes?
21  A   Yes.
22  Q   From the day that that nice new kitchen was

BRADFORD ASSOCIATES
WINNIFRED MILLER

Page 19

1   in to the day that the fire happened, do you remember
2   any problems with anything in the kitchen?
3   A   I don't recall.
4   Q   One way or the other?
5   A   I don't.
6   Q   Were you in the kitchen at any point when the
7   contractors -- before the fire when they were just
8   redoing the kitchen for Mrs. Bernstein, were you there
9   when they were working?
10  A   I come to work. But we didn't cook there.
11  Q   Where did you cook?
12  A   Next door. There is an apartment next door,
13  Apartment 1. That is where I fixed the food and bring
14  it over.
15  Q   How were you washing the dishes when they
16  were doing that renovation job?
17  A   Next door.
18  Q   There is a dishwasher there?
19  A   Yes. Apartment 1.
20  Q   Did you see anybody doing any hook-up work?
21  Do you know what I mean by hook-up work, connecting
22  appliances?

BRADFORD ASSOCIATES
WINNIFRED MILLER

Page 20

1   A   No, I did not.
2   Q   Do you know who hooked up the electrical
3   supply to that dishwasher that was in there before the
4   fire?
5   A   I don't.
6   Q   Do you know what Murphy, the man named
7   Murphy does at the properties, at the Bernsteins'
8   house?
9   A   Murphy.
10  Q   You know who Murphy is. Right?
11  A   Yes.
12  Q   He was here earlier today.
13  A   Uh-huh (Affirmative).
14  Q   I don't know if you saw him.
15  A   No, I did not.
16  Q   Do you know what he did at the Bernsteins'
17  house?
18  A   I know if there is like maybe light or so,
19  but I don't know really, because I don't go around
20  with them.
21  Q   Have you seen Mr. Murphy do work in the
22  kitchen?

BRADFORD ASSOCIATES
WINNIFRED MILLER

Page 21

1   A   No. I did not.
2   Q   Have you seen Mr. Murphy work anyplace else?
3   A   In the house?
4   Q   Right.
5   A   I really -- I don't have the -- I don't
6   remember, to be honest. You know?
7   Q   How did you find out about the fire?
8   A   How I find out? My coworker called me.
9   Q   Who is that?
10  A   Told me, Carl.
11  Q   Were you there that day -- the fire happened
12  at night. Right?
13  A   Uh-huh (Affirmative).
14  Q   Yes?
15  A   Yes. I'm sorry.
16  Q   See how easy it is. Everybody does it.
17      Do you remember that you were there the
18  day -- that is, when the fire happened that night, had
19  you been there before that that day?
20  A   Yes, I come to work the day.
21  Q   When you left, had you left the dishwasher
22  running?

## BRADFORD ASSOCIATES
## WINNIFRED MILLER

Page 22

1   A   Yes.
2   Q   Was there anything unusual or out of the
3   ordinary about how the dishwasher was working that
4   day?
5   A   The dishwasher -- ordinarily, would the
6   dishwasher work?  Listen, let me explain.  I explain.
7   Q   You tell me.
8   A   When they finish eat at night, and I clean
9   the dishes with a brush, then I put them into the
10  dishwasher.  I turn on the dishwasher.  And then
11  that's the last thing I do.
12      And then I take my pocket book and I go to
13  the door, say good night and go to the door.  I don't
14  know, you know, what is happening there.
15  Q   And that's what you would do any night?
16  A   Yes, sir.
17  Q   And when you have done that in the past, have
18  you ever noticed anything unusual happen with the
19  dishwasher?
20  A   Anything unusual?
21  Q   Yes.  Like noises or smells or anything.
22  A   But you see, what I'm trying to tell you, I'm

## BRADFORD ASSOCIATES
## WINNIFRED MILLER

Page 23

1   not there to get smell or to --
2   Q   I got you.
3   A   No, I'm not.
4   Q   I said I understand what you mean.  So you
5   push the button and you leave?
6   A   Yes.  It started to work and I go.
7   Q   So while it is running, you are not there?
8   A   No.
9   Q   And then the next morning you would come
10  back, on a typical day, it would be off and you would
11  take the dishes out?
12  A   Yes.
13  Q   Do you remember anything unusual happening in
14  the kitchen that day of the fire?  Was there anything
15  out of the ordinary at all?
16  A   No.  Not to my knowledge.
17  Q   Were you ever there when the dishwasher was
18  actually running?
19  A   Running?
20  Q   Yes.  Let me ask you this --
21  A   You mean during the day?
22  Q   Right.  Did you ever run it during the day

## BRADFORD ASSOCIATES
## WINNIFRED MILLER

Page 24

1   when you would still be there?
2   A   Yes, but you don't stand up to watch a
3   dishwasher.
4   Q   I understand.  But when it was running, did
5   you ever notice anything like lights flickering,
6   anything weird happening, anything that would be
7   unusual?
8   A   No, not to my memory.  No.
9   Q   After the day that the contractors left and
10  Mrs. Bernstein had her new kitchen with the new
11  dishwasher, do you ever remember seeing the dishwasher
12  having been pulled out so that somebody could work on
13  it?
14  A   No.
15  Q   There came a time that a repairman came out
16  and changed the motor in the dishwasher.  Are you
17  aware of that?
18  A   If I'm aware that the man changed the motor?
19  Q   Right.
20  A   I don't know.
21  Q   You don't remember that?
22  A   I don't remember.

## BRADFORD ASSOCIATES
## WINNIFRED MILLER

Page 25

1   Q   Does the name Wuerstlin Appliance mean
2   anything to you?
3   A   Wuerstlin?
4   Q   Wuerstlin.
5   A   As I told you before, you know, I go there
6   11, 11:30 in the day.  So what go on before that, I
7   cannot tell you.  Okay?
8   Q   So you don't believe you were there when a
9   man came out and changed the pump on the dishwasher?
10  You don't remember seeing that or being there for
11  that?
12  A   I don't remember.  I don't remember.  I don't
13  recall.  You know, so much things is going on.  And I
14  have my own to think about.  So you know.
15  Q   Sure.  In fairness, I'm just checking.  It
16  sounds like it would have been done early in the
17  morning when you wouldn't have been there.  I'm not
18  saying you were there.  I'm just asking you.  I'm not
19  trying to trick you.  I'm just checking with my --
20  A   I know.
21  Q   -- co-defendant's counsel.
22      And you are pretty much there 11 or 11:30 but

## BRADFORD ASSOCIATES
## WINNIFRED MILLER

Page 30

1  there who does electrical work?
2      A   As I told you, I go in 11, 11:30.  And so I
3  don't know who go there before.
4      Q   Right.  And I understand all sorts of stuff
5  can happen when you are there and a lot of stuff can
6  happen when you are not there.  But to the extent you
7  have seen anybody, that only person you have seen is
8  Murphy for electrical work?
9      A   I don't recall.
10     Q   And when Mrs. Bernstein was at the hotel
11 after the fire, what did you do?  You continued to
12 work?
13     A   Yes.
14     Q   Where did you do your work, then?
15     A   In the basement.  I take her clothes and I
16 wash and I fold and take them back to the hotel.
17     Q   So the basement of the house?
18     A   Uh-huh (Affirmative).
19     Q   Correct?
20     A   The basement.
21     Q   Of the house?
22     A   Yes.  Her clothes that she used over the

## BRADFORD ASSOCIATES
## WINNIFRED MILLER

Page 31

1  hotel like her nighties and whatever I take them
2  there.
3          MR. BROWN:  That's all the questions I have
4  of you.
5          EXAMINATION BY COUNSEL FOR DEFENDANT SCUDERI
6          BY MR. REGO:
7      Q   Ma'am, my name is John Rego.  I represent a
8  company in this case called Paul Scuderi,
9  Incorporated.  Have you ever heard of that company
10 before?
11     A   No, sir.
12     Q   Have you ever heard of anyone named Paul
13 Scuderi?
14     A   Who?
15     Q   Paul Scuderi.
16     A   No, sir.
17     Q   You don't know who the electrician was that
18 did any of the work on the renovation to the kitchen
19 before the fire.  Do you?
20     A   No, sir.  Because, as I told him before, that
21 I see people going and coming.  But it is not my, you
22 know, business to go and ask who are you.  If I'm at

## BRADFORD ASSOCIATES
## WINNIFRED MILLER

Page 32

1  the door and they are coming in, I say, what you are
2  here for.  But in those times, I am not --
3      Q   How about a company called Landis
4  Construction Company, have you ever heard of them?
5      A   Landis Construction Company?  I don't even
6  know the name of the people.
7      Q   And you have never heard of anyone or met
8  anyone by the name of Andrew Kerr?
9      A   I don't even know that name either.
10     Q   Christopher Landis?
11     A   No, sir.
12     Q   What about Bobby Achimovitch, do you know
13 him?
14     A   Bobby Achimovitch?
15     Q   Is there someone that works at the house
16 named Bobby that you know of?
17     A   But I don't know him last name.
18     Q   Do you know someone that goes by the name
19 Bobby?
20     A   Yes.
21     Q   How do you know him?
22     A   How do I know Bobby?

## BRADFORD ASSOCIATES
## WINNIFRED MILLER

Page 33

1      Q   Yes.  How do you know him?
2      A   She have an apartment.
3      Q   She being Mrs. Bernstein?
4      A   Yes.  And that's where --
5      Q   Does he live there?
6      A   No.  He don't live there.
7      Q   What does he do there at the apartment, do
8  you know?
9      A   Not in her house.
10     Q   No.
11     A   I see fix things.
12     Q   What sorts of things does he fix?
13     A   Must be -- I don't know if he is a carpenter
14 or what.
15     Q   Mostly working with wood?  Is that what you
16 mean when you say carpenter?
17     A   Yes, like the furniture.
18     Q   And what about Carl, what does Carl do?
19     A   Carl?  Carl drives her.  And if I'm not
20 there, he will do a little cooking, but not much.
21     Q   Does Carl ever do any work on any of the
22 appliances?