BRADFORD ASSOCIATES
TOMMY DOUGLAS SMITH

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

FEDERAL INSURANCE COMPANY,

HARTFORD CASUALTY INSURANCE

COMPANY,                               CASE NO:

    Plaintiffs        1:06CV00379 ESH

    Vs.

LANDIS CONSTRUCTION CORPORATION,

WUERSTLIN APPLIANCE SERVICE,

PAUL SCHEURE,

    Defendants

------------------------------



    Thursday, September 27th, 2007

    Rockville, Maryland

The Deposition of:

    TOMMY DOUGLAS SMITH

A Witness, called for examination by counsel

For Defendant, pursuant to notice, held at the Law

Offices of McCarthy Wilson, LLP, 100 S. Washington,

Rockville, Maryland, beginning at 12:00 p.m., before

Chris Fox, Notary Public, when were present on behalf

of the respective parties:

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
TOMMY DOUGLAS SMITH

Page 46

1  determine whether or not the circulating
2  pump needed to be replaced?
3      A. I think I've already explained
4  that to you, sir. By going through the
5  programming state.
6      Q. I want you to be more specific.
7      When you tell me the programming
8  state, do you know that or have that
9  memorized?
10     A. No, sir. It's in the manual to
11 step you through it and walk you through
12 it. I explained that earlier.
13     Q. Okay. Perhaps I was not
14 listening.
15     Why don't you show me the page
16 where it's annotated in Smith --
17     A. It might not be in here, sir,
18 because they did not give that
19 information available to the customers.
20     Because they didn't want
21 customers going into the programming and
22 changing the programming. They had had

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
TOMMY DOUGLAS SMITH

Page 47

1  problems with it in the past, to where
2  people had messed up programming units
3  and totally destroyed their dishwasher.
4      Q. Where would this programming
5  information --
6      A. Usually in a --
7      Q. You have to let me finish my
8  question.
9      A. I'm sorry. I thought you were
10 finished.
11     Q. Where would this program
12 information be contained?
13     A. Usually in a service technician's
14 manual.
15     Q. Is that something you'd carry
16 with you on service calls?
17     A. Yes, sir.
18     Q. As you sit here today, do you
19 have a recollection of the specific
20 buttons that would be pushed to test as
21 to whether the circulating motor was
22 operable?

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
TOMMY DOUGLAS SMITH

Page 48

1      A. It varied from unit to unit, sir.
2      Q. Well, for this unit, would you
3  have a recollection as to what the
4  procedure would be?
5      A. Right offhand, no.
6      Q. Can you tell me, in general,
7  after putting in a specific code to the
8  machine, how is it that you come to a
9  conclusion that something needs to be
10 replaced, whether it's the circulating
11 motor or another part?
12     A. Like I say, I thought I explained
13 that to you earlier.
14     When you go through the
15 programming mode, you can test each
16 individual part, as far as the drain
17 pump, the circulation motor, the water
18 inlet valve. You can make these certain
19 parts come on and off in the machine, as
20 you want them to come on and off when you
21 go through the programming mode.
22     And if you hear everything

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
TOMMY DOUGLAS SMITH

Page 49

1  working, except for the circulation
2  motor, usually that is the culprit.
3      Q. Can you walk me through
4  step-by-step, once you've made the
5  determination that it is a circulating
6  motor that needs to be replaced, how is
7  it you replace that motor?
8      A. For one thing, you would
9  immediately go to turn the power off to
10 the unit.
11     Q. Okay.
12     A. Regardless if it's at the breaker
13 box or if it's at the safety switch.
14 That usually, in D.C., was code that you
15 had to have.
16     Once you turn off the power, and
17 turn off the water supply, you make sure
18 that the drain hose is disconnected and
19 empty with water -- empty from water I
20 should say.
21     Then you would go ahead, pull the
22 toe kick panel down. Then you would

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
TOMMY DOUGLAS SMITH

Page 50

1  disconnect the electrical if you needed
2  to. Many units were supplied with long
3  enough cords that you could pull the unit
4  out without having to disconnect the
5  electric.
6        Usually you would have to
7  disconnect the water line. Because most
8  plumbers didn't add 20 -- ten, 20 feet
9  extra of, you know, piping in there.
10       So, once you had the electrical
11 disconnected, the water disconnected,
12 then you would pull -- you'd make sure
13 that everything in the unit, as far as
14 screws and things like that, that hold it
15 secure to the cabinet, would be
16 disconnected and taken out thoroughly.
17       You'd drop the feet so that unit
18 would actually drop down a little bit, so
19 when you're pulling, you don't have a
20 chance of lifting up into the countertop,
21 especially with marble and granite
22 countertops.

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
TOMMY DOUGLAS SMITH

Page 51

1        Then, once you had the unit out,
2  you take the screws out of the front of
3  it. Take the side panel off. Take the
4  screws out of the bottom. Pop the bottom
5  piece off with a screwdriver, go in there
6  and disconnect the circulating motor.
7  You know, check it out, while you had it
8  out to make sure exactly what was going
9  on, to test it, you know. Spin it and
10 make sure that you're correct in your
11 assumption of what is going on.
12       Then, if it needed to be
13 replaced, you go ahead and replace the
14 motor, go ahead and do everything in
15 reverse, that I just explained to you.
16       And then put the unit back in.
17 And, of course, you know, hook everything
18 back up and test the unit and test the
19 circulating motor to make sure it's
20 working.
21    Q. Okay. Let me ask you, just on a
22 couple of those items, some more detail

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
TOMMY DOUGLAS SMITH

Page 52

1  on how you do certain procedures.
2        Now, the drain hose
3  disconnection, where would that be
4  disconnected?
5     A. It varied from time to time, sir.
6        If somebody had a breather cap at
7  the top of the sink, it would either go
8  to there. Or with these certain European
9  models, you could actually put a high
10 loop in the hose, which was over the top
11 of the drain; in other words, where the
12 drain for the sink was. As long as the
13 hose came up and over top, it would avoid
14 a backflush. And then you could go
15 straight to the disposal unit itself.
16    Q. How is it that you're able to
17 determine whether the electrical supply
18 line is long enough to allow for the
19 dishwasher to be pulled out without
20 disconnecting the electrical connections?
21       MR. BROWN: Objection.
22       MR. UTKE: What's the basis for

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
TOMMY DOUGLAS SMITH

Page 53

1  the objection?
2        MR. BROWN: Question is kind of
3  non-sensical.
4  BY MR. UTKE:
5     Q. Did you understand the question?
6     A. I have an idea of what you're
7  talking about.
8     Q. Let me make sure that you have an
9  understanding --
10    A. Maybe you could rephrase it for
11 me then, please.
12    Q. How is it you're able to
13 determine whether or not the electrical
14 supply line needs to be disconnected when
15 you're performing repair work on a
16 dishwasher?
17       MR. BROWN: Same objection.
18 Asked and answered, but go ahead.
19    A. When you slide it out, you have a
20 connector down there that holds the wire
21 into place, and, when you pull it out.
22 But so far you can pretty much determine

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
TOMMY DOUGLAS SMITH

Page 58

1  actually washed, does that come off the
2  base of the unit?
3       MR. BROWN: Objection. Go ahead.
4     A. Temporarily.
5  BY MR. UTKE:
6     Q. When you say temporarily --
7     A. Temporarily while you have the
8  base -- you have to separate the base
9  from the actual unit, temporarily, so
10 that you can get into the side to get to
11 the motor.
12    Q. Okay. Can that be done without
13 taking off the toe plate?
14    A. No.
15    Q. Can the unit be moved without
16 taking off the toe plate?
17    A. No.
18    Q. Describe for me exactly how the
19 toe plate is taken off.
20    A. There's two screws. There's one
21 on the right and one on the left and
22 there are a TORX 22.

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
TOMMY DOUGLAS SMITH

Page 59

1     Q. Okay. So that's a type of screw
2  head?
3     A. Yes.
4     Q. Okay. Is it a two-part piece?
5  In other words, is the toe plate a
6  two-part panel?
7     A. It varies from unit to unit.
8     Q. Do you know on this unit?
9     A. This unit is a two-part piece.
10    Q. Do both pieces of the toe plate
11 have to come off for the procedure to be
12 taken?
13    A. Yes, sir.
14    Q. Once the toe plate is taken off,
15 can you tell me whether the junction box
16 for the dishwasher would be visible?
17    A. Yes.
18    Q. If a junction box was not
19 present, is that something that you would
20 note on your repair invoice?
21    A. If a junction box was not
22 present, sir, the unit wouldn't be

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
TOMMY DOUGLAS SMITH

Page 60

1  touched, and Mr. Wuerstlin would be
2  notified.
3     Q. Why is that?
4     A. Because that is improper
5  procedure for us. The unit is not
6  complete and we won't touch a unit that
7  is not complete.
8     Q. Is that part of your service
9  protocol, to ensure that a junction box
10 is complete on a unit?
11       MR. BROWN: Objection.
12       You can answer.
13    A. I don't think it's our
14 responsibility, but, common sense tells
15 you that if there's no junction box
16 there, it's not safe.
17       And that's what we learned in
18 class, you know. If something is not
19 right when you take it apart, you
20 immediately notify the person in charge,
21 so that the unit can either be fixed
22 properly, or is it a secondhand unit that

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
TOMMY DOUGLAS SMITH

Page 61

1  was sold secondhand? Is it -- you know,
2  there was so many variables, sir.
3     Q. Okay.
4     A. So, I mean, in other words, there
5  was several different things we had to --
6  you know, when you go out to service a
7  unit, that you had to look at.
8     Q. Earlier in your testimony, you
9  talked about loosening the strain relief
10 on the Romex wire.
11       MR. BROWN: Objection. Go ahead.
12 But that's not what he said.
13    A. Auh-auh.
14 BY MR. UTKE:
15    Q. At any point did you talk about
16 a -- something placing tension on the
17 electrical supply line?
18    A. I said that there was a connector
19 there, that you would loosen the lock nut
20 off of the connector.
21    Q. What connector are you referring
22 to?

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
TOMMY DOUGLAS SMITH

Page 82

1   Q. Okay. Have you installed a
2 dishwasher? You personally?
3   A. Have I installed a dishwasher?
4   Q. Have you ever installed a
5 dishwasher? And I'll rephrase that.
6       As part of your duties with
7 Wuerstlin, have you ever installed a
8 dishwasher?
9   A. I've never done an installation
10 but I've done some reinstallations.
11   Q. What does a reinstallation
12 consist of?
13   A. Reinstallation would be almost
14 the exact same procedure as you use for
15 installation.
16   Q. Is that taking out an old one and
17 putting in a new one?
18   A. No, I never took out an old one
19 and put in a new one.
20   Q. Was a reinstallation performed in
21 this case?
22       MR. BROWN: Objection. Go ahead.

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
TOMMY DOUGLAS SMITH

Page 83

1   A. It had to be, because the unit
2 had to come out to perform the service.
3 BY MR. UTKE:
4   Q. Okay. And just for
5 clarification, when you say the unit has
6 to come out, does it have to come
7 completely outside the scope of the
8 countertop for the lid to be removable?
9   A. There's no lid that gets removed,
10 sir.
11   Q. Okay. Well, let me just simplify
12 it then.
13   A. To perform the work you mean?
14   Q. To perform your work, does the
15 dishwasher have to be clear of the
16 countertop edge?
17   A. Yes.
18   Q. So, it has to be pulled out
19 29 inches or so, the width of the
20 countertop?
21   A. Sometimes even further.
22   Q. Why would it have to be further?

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
TOMMY DOUGLAS SMITH

Page 84

1   A. So it would allow you room to get
2 to the screws behind the unit, plus,
3 allow you room to work.
4   Q. Okay. In those instances when
5 you did not disconnect the power supply
6 cord from the junction box, would it be
7 necessary for there to be at least 29 and
8 9/16ths slack on the supply line, to
9 allow for the dishwasher to come clear of
10 the counter?
11   A. At minimum.
12       MR. BROWN: Objection. Go ahead.
13 BY MR. UTKE:
14   Q. When you say minimum, meaning if
15 you were going to pull it out further, it
16 would need more slack, would that make
17 sense?
18   A. Yes, sir.
19   Q. Have you ever encountered a
20 situation where you're doing service on a
21 dishwasher, and it did not have a
22 junction box installed on it?

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
TOMMY DOUGLAS SMITH

Page 85

1       MR. BROWN: Objection.
2   A. We've already covered that, sir.
3       If there was a situation like
4 that, the work wouldn't be performed by
5 myself. It would be told to Mr.
6 Wuerstlin. And after that, it would be
7 taken care of by proper procedures,
8 through Mr. Wuerstlin and probably
9 technical services at Bosch.
10 BY MR. UTKE:
11   Q. Okay. My question was different.
12       Have you actually made the
13 encounter of performing service on a
14 dishwasher that did not have a junction
15 box installed on it?
16       MR. BROWN: Objection. Go ahead.
17   A. I've gone and seen it, but I've
18 never performed any work on one like
19 that, sir.
20 BY MR. UTKE:
21   Q. Okay. Do you have a specific
22 recollection of that happening?

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
TOMMY DOUGLAS SMITH

Page 110

1  minutes to complete that task, the
2  typical amount of time it took you to
3  finish that kind of job?
4      A. Roughly, sir.
5      Q. Roughly?
6      A. Yes.
7      Q. Okay. The time started, you're
8  going from when you actually started
9  working on the dishwasher or the time you
10 arrived at the site?
11     A. Usually, it was when we arrived
12 at the site, but, I have to clarify.
13        When we had jobs in Georgetown,
14 in other words, if I was right around the
15 corner, you know, and it took me
16 five minutes to go to the other job, we'd
17 normally start it when you actually
18 started working on the unit itself.
19     Q. Okay. Now, did you happen to
20 have a new circulating pump with you when
21 you arrived at the site to perform the
22 service?

BRADFORD ASSOCIATES
TOMMY DOUGLAS SMITH

Page 111

1      A. From -- it appears from the
2  ticket that I did, sir.
3      Q. Okay. Was that something you'd
4  normally carry with you, or did you have
5  an idea that that was probably the
6  correct diagnosis to fix the problem?
7      A. We normally carry several of them
8  on the truck, sir.
9      Q. Okay. Up on the "under customers
10 request," it says, "Dishwasher is not
11 coming on."
12        Based on looking at this
13 document, that means that the dishwasher
14 was not working, or not powering, not
15 coming on? Is that how you interpret
16 that?
17        MR. BROWN: Objection. Asked and
18 answered. Go ahead.
19     A. Like I said, sir, from the
20 beginning, that you would talk with the
21 customer first for a few minutes, or
22 whoever might be in charge of the unit,

BRADFORD ASSOCIATES
TOMMY DOUGLAS SMITH

Page 112

1  so that you could kind of get an idea of
2  -- because that is such a vague
3  statement. That can mean anything.
4  BY MR. TETRO:
5      Q. There's been some references, in
6  Discovery, both pre suit and during suit,
7  that the dishwasher may not have been
8  drying properly.
9         Would that be similar to
10 dishwasher not coming on?
11        MR. BROWN: Objection. Go ahead.
12     A. Most likely, sir, the problem
13 they had with not drying properly was
14 because the dishwasher -- a Bosch
15 dishwasher uses radiant heat for the
16 drying cycle, and most plastics will not
17 dry, because they don't get hot enough,
18 temperature wise inside, so the moisture
19 attracts to them as opposed to being
20 repelled away from them like the ceramic,
21 and all the other things like that would
22 be.

BRADFORD ASSOCIATES
TOMMY DOUGLAS SMITH

Page 113

1         So usually what we found in that
2  instance, it was a customer usage error,
3  as opposed to not drying properly.
4  BY MR. TETRO:
5      Q. Okay. Just so I understand your
6  background for your job history. You
7  mentioned that you were job foreman at
8  different companies.
9         What exactly are the duties of a
10 job foreman?
11     A. I --
12     Q. In real general terms.
13     A. Generally -- I'm basically the
14 overseer of the job, control -- making
15 sure that things run properly. That the
16 work IS getting done properly.
17 Maintaining other guys.
18     Q. Does it involve any hands-on
19 electrical work?
20     A. Every bit of it.
21     Q. It does?
22     A. Yes, sir.

## BRADFORD ASSOCIATES
## TOMMY DOUGLAS SMITH

Page 114

```
1    Q. Who was your job foreman at
2  Wuerstlin?
3       MR. BROWN: Objection. Go ahead.
4  BY MR. TETRO:
5    Q. If you had one.
6    A. I guess that would be Marty
7  Wuerstlin.
8    Q. Okay. But when you're performing
9  these service calls, you're going by
10 yourself, correct?
11   A. Yes, sir.
12   Q. Okay. Does anyone supervise or
13 review the work that you performed in
14 connection with service calls after it's
15 done?
16   A. Usually not unless there was a
17 problem.
18   Q. Okay. I believe you testified
19 earlier you have no personal knowledge,
20 no personal recollection, of doing the
21 service call at the Bernstein's home; is
22 that accurate?
```

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

## BRADFORD ASSOCIATES
## TOMMY DOUGLAS SMITH

Page 115

```
1    A. I'm sorry, sir, I don't recall
2  being there.
3       I must have been, because it's my
4  handwriting, but for -- in detail I can't
5  right off -- right off the bat.
6    Q. And nothing about E-1, document
7  Exhibit E-1, refreshes your recollection
8  in that regard?
9    A. I'm sorry, sir, no.
10   Q. Okay. You testified earlier that
11 you do eight or nine service calls per
12 day?
13   A. Um-hmm.
14   Q. Is that accurate?
15   A. That was accurate, yes, sir.
16   Q. Okay. Is that roughly from 9:00
17 to 5:00, with lunch?
18   A. I'm sorry, that -- it would vary
19 from time to time, though. All depending
20 on how busy the season was or how slow we
21 were, too.
22      I'm sorry, no, it wasn't 9:00 to
```

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

## BRADFORD ASSOCIATES
## TOMMY DOUGLAS SMITH

Page 116

```
1  5:00. I normally went in at 7:00. I was
2  at my first call at 7:00, and usually I
3  was done by maybe around 2:00, 2:30.
4    Q. Okay. Is there any sort of
5  required quota in terms of getting enough
6  service visits in a particular day, or
7  did you just get as many as you could
8  that particular day?
9    A. I was paid salary, sir, so there
10 was no reason for me to --
11   Q. Okay. In your experience with
12 dealing with dishwashers, while you're
13 installing a circulating pump, is it
14 typically a situation -- and just answer
15 this if you can -- is it typically a
16 situation where you have to disconnect
17 the electrical power to the dishwasher or
18 typically not the situation to do that,
19 in order to install a circulating pump?
20   A. Typically you would.
21   Q. Typically you would disconnect
22 it?
```

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

## BRADFORD ASSOCIATES
## TOMMY DOUGLAS SMITH

Page 117

```
1    A. Yes.
2    Q. And that's because the wiring --
3  the electrical wiring, the connection is
4  not long enough to not disconnect the
5  electrical power line in order to get the
6  work done?
7    A. Usually, sir.
8    Q. Okay. You testified if you
9  didn't see a junction box in a
10 dishwasher, you'd immediately call
11 Mr. Wuerstlin and advise him of that
12 situation, is that accurate?
13   A. Yes, sir.
14   Q. And you wouldn't do any work
15 until he advised you about what to do in
16 response to that?
17   A. Yes, sir.
18   Q. If you didn't see a strain
19 relief, would that also be the same
20 situation?
21   A. Not necessarily.
22   Q. Okay.
```

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
TOMMY DOUGLAS SMITH

Page 118

1  A. Because, I actually would carry
2  strain relief connectors from units that
3  had been -- they come with a packet,
4  okay, with everything in it. And when
5  the guys would leave the packet -- they'd
6  leave the packet in the top of the unit,
7  and then if we or, you know, wherever,
8  underneath the unit. So a lot of times
9  there were extra packets there. So I
10 would save those parts in case there was
11 a time that I got to one, that say
12 someone didn't -- the strain relief
13 wasn't in right, or -- all depending on
14 that.
15     But it wasn't anything as far as
16 actually, you know, doing electrical
17 work, as far as wiring goes or anything
18 like that.
19     It wouldn't be any different than
20 if I had to take the strain relief off to
21 go ahead and put the unit back in, or to
22 take it back out. Because I actually

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
TOMMY DOUGLAS SMITH

Page 119

1  would have to take the strain relief
2  connector off to take the unit out.
3  Especially if the unit sits very low to
4  the floor. Because the strain relief,
5  with all these wonderful hardwood floors,
6  would scratch all over the place when you
7  went to pull it out.
8      So, you had to pull the connector
9  off, so there wouldn't be any difference
10 in that.
11     So, it would be just putting the
12 connector back on.
13  Q. In this particular situation,
14 just to clarify for me, do you know
15 whether you actually disconnected the
16 electrical wiring to the dishwasher power
17 wiring?
18  A. At the Bernsteins residence?
19  Q. Correct.
20  A. I already told you, sir, I don't
21 recall being there, so I don't recall.
22  Q. Okay. The dishwasher in width

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
TOMMY DOUGLAS SMITH

Page 120

1  **was about 29 inches, I think? You said**
2  **that before?**
3   A. I think that's what they are,
4  sir.
5   **Q. So just to clarify for me, unless**
6  **there's 29 inches of wiring to the**
7  **electrical house wiring, you would have**
8  **to disconnect the wiring to the**
9  **dishwasher power line in order to do the**
10 **job; is that accurate?**
11  A. Yes.
12  **Q. Okay. And just to clarify what**
13 **you talked about before, about**
14 **reinstallation: Does that mean just --**
15 **you to put the dishwasher back in as you**
16 **had it after you did the service work, is**
17 **that what you're referring to?**
18  A. Usually the -- when I would
19 reinstall a unit, it would be put in
20 better than it was before. Because I
21 knew what I was doing better and would
22 adjust it better. And usually somebody,

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
TOMMY DOUGLAS SMITH

Page 121

1  "Oh, it leans a little bit this way, can
2  you straighten it out?" You know, that
3  kind of deal.
4   **Q. What's the basis for you offering**
5  **that generalization about the work you**
6  **were doing for a reinstallation?**
7      **It sounds like you're saying**
8  **you'd be doing a better job putting it**
9  **back in than it was installed the first**
10 **time?**
11  A. Well, because a lot of the
12 installers, when they would install
13 units -- well, for instance even in the
14 manual here, it will tell you, if you
15 have a granite countertop, there's a
16 certain type of installation and bracket
17 you have to use.
18     If there's another type of top,
19 you use this, and that.
20     And main reason I say that is,
21 because a lot of times, when you have a
22 granite countertop, if the installers

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
TOMMY DOUGLAS SMITH

Page 134

1  they purchased the machine.
2     Q. So, that would have been the date
3  of the purchase of the dishwasher?
4     A. Yes, sir.
5     Q. Okay. And where does that
6  information come from, if you know?
7     A. They have to supply a purchasing
8  date when they call Bosch for warranty
9  issues. If they don't supply a service
10 or a purchasing date, then we can't
11 supply -- they couldn't supply warranty
12 work.
13    Q. So "they" being the purchaser or
14 owner of the machine?
15    A. I'm sorry, the purchaser, sir.
16    Q. And my understanding from this
17 ticket is the date you went out and
18 performed service was August 11th, 2004,
19 correct?
20    A. Yes, sir, it would appear so.
21    Q. Have you -- do you have any
22 knowledge or information regarding Paul

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
TOMMY DOUGLAS SMITH

Page 135

1  Scheure, Incorporated or Inc.? Do you
2  have any idea who that company is or what
3  that company does?
4        MR. BROWN: Other than what we
5  discussed?
6  BY MR. REGO:
7     Q. Other than anything you discussed
8  with your attorney?
9     A. No, sir.
10    Q. You have no specific recollection
11 of the wiring that was out at the
12 Bernstein residence when you went out and
13 did your work, correct?
14    A. I'm sorry, sir, I don't.
15    Q. Okay. You don't know the type of
16 cable that was out there, whether it was
17 Romex, BX, anything like that?
18    A. I can't recall, sir.
19    Q. Has anyone, aside from your
20 attorney, ever talked to you about any
21 issues like that, type of cable that were
22 out there, the type of wiring that was

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
TOMMY DOUGLAS SMITH

Page 136

1  done, or work that was performed by any
2  electrician at the Bernstein residence
3  before you went out in August of 2004,
4  aside from your attorney?
5     A. No, sir.
6     Q. Okay. When you got, or when you
7  were told by Mr. Wuerstlin about the
8  fire, okay, aside from being told about
9  the fire. And I know you were asked this
10 question: Do you have any recollection
11 of any specifics that he may have relayed
12 to you about the fire itself? What had
13 happened? Why it had happened?
14    A. To be perfectly honest, Marty
15 wouldn't tell me much about it at all.
16    Q. But do you have, as you sit here,
17 do you have any recollection of anything
18 besides him telling you there was a fire?
19    A. No, sir.
20       MR. REGO: Okay. That's all I
21 have.
22       MR. DAVEY: No.

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
TOMMY DOUGLAS SMITH

Page 137

1        MR. UTKE: One brief question for
2  you.
3        RE-EXAMINATION BY COUNSEL FOR
4  PLAINTIFF
5  BY MR. UTKE:
6     Q. When Mr. Tetro was asking you
7  questions about the strain relief, was it
8  your testimony that you would remove the
9  strain relief so that flooring would not
10 be damaged when the dishwasher was pulled
11 out of the cabinetry?
12    A. Yes, sir.
13       MR. BROWN: Objection. Asked and
14 answered.
15    A. Yes, sir.
16 BY MR. UTKE:
17    Q. I just want -- it's foundational.
18 Is that a yes?
19    A. Yes, sir.
20       MR. BROWN: Objection. Go ahead.
21 BY MR. UTKE:
22    Q. Is that done on every service

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
TOMMY DOUGLAS SMITH

Page 138

1  call to ensure there's no damage to the
2  floor?
3      MR. BROWN: Objection. Go ahead.
4      A. I can't say every service call,
5  sir.
6      Some dishwashers might have been
7  high enough up off the floor, they might
8  have allowed enough clearance for them to
9  shove the dishwasher up all the way to
10 make it go up as high as it could go, as
11 opposed to, you know -- as far as counter
12 height.
13     Because what would happen was,
14 the feet, you can make the feet go down,
15 to make the machine raise up. Well, if
16 there was adequate space underneath, that
17 you could pull it out without having to
18 take the strain relief off without
19 damaging the floor, you'd be okay.
20     But if -- normally, the cabinets
21 are at normal standard height and a Bosch
22 dishwasher sits a little bit higher when

BRADFORD ASSOCIATES
TOMMY DOUGLAS SMITH

Page 139

1  the feet are raised up, so -- I mean a
2  little bit lower when the feet are
3  lowered down to, you know, get it in the
4  cabinet.
5      So usually if you couldn't raise
6  the feet up enough to get the machine up
7  high enough, you'd have to take the
8  connector off so that you wouldn't damage
9  the floor.
10 BY MR. UTKE:
11     Q. When you say raise the feet up,
12 you're talking about actually the unit
13 lowering so it has a lower profile?
14     A. Yeah -- actually, I'm talking
15 about raising the unit up some to make
16 room and adequate clearance for the
17 connector when you pulled it out.
18     If you weren't capable of doing
19 that, then you'd go ahead and take the
20 connector off.
21     Q. Okay. Is there a way to take the
22 connector off without disconnecting the

BRADFORD ASSOCIATES
TOMMY DOUGLAS SMITH

Page 140

1  electrical connections?
2      A. No.
3      MR. BROWN: Objection. Go ahead.
4  BY MR. UTKE:
5      Q. Okay. So the electrical
6  connections have to be disconnected for
7  the strain relief to be taken off of the
8  power supply line?
9      MR. BROWN: Objection. Go ahead.
10     A. Usually, yes.
11 BY MR. UTKE:
12     Q. Are you aware of any other ways
13 that can happen, that a strain relief can
14 come off without the wires being
15 disconnected?
16     A. Not that I know of, sir.
17     MR. UTKE: That's all the
18 questions that I have.
19     EXAMINATION BY COUNSEL FOR DEFENDANT
20 BY MR. BROWN:
21     Q. Let me just clarify two things
22 first.

BRADFORD ASSOCIATES
TOMMY DOUGLAS SMITH

Page 141

1      I forget the question, but it was
2  essentially you had apprenticed at every
3  job you ever had or worked on the job
4  electrical. That didn't apply to Duron
5  paint or your non-electrical jobs, right?
6      A. No.
7      Q. Okay. I thought that was self
8  explanatory but I just wanted to make
9  sure it was clear.
10     Also I've explained, and I'll go
11 on the record to relating to the
12 relationship between -- you have the
13 Answer to Interrogatories. Just in
14 fairness to you, I know you only got them
15 today.
16     MR. BROWN: Mr. Smith did give a
17 recorded statement at one point which
18 we're claiming work product on, and
19 didn't have to go any further into that,
20 but I didn't want you to be misled if you
21 hadn't had a chance to see that.
22     A. I'm sorry, I thought you meant --