BRADFORD ASSOCIATES
MARTIN WUERSTLIN

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

FEDERAL INSURANCE COMPANY,

HARTFORD CASUALTY INSURANCE

COMPANY,                          CASE NO:

    Plaintiffs     1:06CV00379

    Vs.

LANDIS CONSTRUCTION CORPORATION,

WUERSTLIN APPLIANCE SERVICE,

PAUL SCHEURE,

    Defendants

------------------------------

    Monday, October 1st, 2007

    Rockville, Maryland

The Deposition of:

    MARTIN WUERSTLIN

A Witness, called for examination by counsel

For Defendant, pursuant to notice, held at the Law

Offices of McCarthy Wilson, LLP, 100 S. Washington,

Rockville, Maryland, beginning at 12:30 p.m., before

Chris Fox, Notary Public, when were present on behalf

of the respective parties:

EXHIBIT 15

1  record.
2    A. You mean what the complaint was?
3    Q. What the complaint was and what
4  services were provided.
5    A. It says, "Dishwasher is not
6  coming on." And then in Tom's writing,
7  it says, "Installed new circulation
8  motor."
9    Q. And based on your experience, is
10 that the proper diagnosis if the
11 dishwasher is not coming on? To install
12 a new circulator motor?
13      MR. BROWN: Objection.
14      You can answer.
15 BY MR. TETRO:
16   Q. Is that an accurate diagnosis?
17   A. Well, dishwasher not coming on
18 could be many things, but when he would
19 have gone out, we had -- at the time,
20 Bosch was having a higher than normal
21 rate of failure in their motors, and so,
22 we would have sent one with him, based on

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

1  that description.
2    Q. Is it accurate to say that if the
3  dishwasher is not coming on, replacing or
4  installing a circulating pump is one way
5  of dealing with that problem?
6    A. Yes.
7    Q. Okay. In your opinion, is
8  40 minutes an appropriate amount of time
9  to take to install or replace a
10 circulator pump to a dishwasher?
11   A. Depends on the installation,
12 because the dishwasher needs to be pulled
13 out in order to do it.
14   Q. What kind of factors would you
15 need to look at in determining how much
16 time it would take to do this kind of
17 job?
18   A. The type of floor, the hookup,
19 electrical, water hookup, how the
20 installer secured it to the cabinetry.
21   Q. Um-hmm. The type of floor, just
22 go into more detail. What are you

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

1  concerned about there?
2    A. What I'm referring to there is
3  the fact that sometimes people remodel
4  afterwards, and put in a few floor, and,
5  put the floor in front of the dishwasher,
6  so no longer can the dishwasher be slid
7  out. Or easily, so we'd have to, you
8  know, do something else.
9    Q. Okay. For this particular
10 dishwasher at the Bernstein residence, do
11 you yourself have any personal knowledge
12 how the dishwasher was hardwired, meaning
13 how the connection was made between the
14 house power wiring and the dishwasher
15 power wiring?
16   A. No, I do not. I was not there.
17   Q. Okay. Do you yourself have any
18 personal knowledge about whether there
19 was either a junction box and/or a strain
20 release present, to make the connection,
21 of the dishwasher power wiring to the
22 house power wiring?

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

1    A. I do not.
2    Q. Okay. What, if anything, would
3  be required, by either yourself, or by
4  one of your technicians such as
5  Mr. Smith, to do in response to a service
6  call, where there's either -- well,
7  strike that.
8        Where there is not a junction box
9  and/or a strain release present to make
10 that connection?
11     MR. BROWN: Objection. You can
12 answer.
13   A. I'm not sure I quite understand
14 the question.
15 BY MR. TETRO:
16   Q. Let me rephrase.
17   A. Yeah, please.
18   Q. If Mr. Smith arrives at the site
19 in response to a service call and, for
20 instance, here the dishwasher, says it's
21 not working, so he's trying to get it to
22 work. And in working on the service of

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
MARTIN WUERSTLIN

Page 62

1   So I just, in reviewing, the
2   document is what it is, and it's titled
3   training manual.
4       EXAMINATION BY COUNSEL FOR DEFENDANT
5   BY MR. REGO:
6       Q.  Mr. Wuerstlin, my name is John
7   Rego.  I represent a company in this
8   called Paul Scheure, Inc.
9       Aside from the review of
10  Interrogatories that you mentioned
11  earlier, or any conversation you've had
12  with your counsel, do you have any
13  knowledge of Paul Scheure?
14      A.  No, I do not.
15      Q.  And you have no information
16  whatsoever as to any role that Paul
17  Scheure has in this case, in this
18  litigation?
19      A.  No.
20      Q.  Okay.  That's all I have.
21      EXAMINATION BY COUNSEL FOR DEFENDANT
22  BY MR. DAVEY:

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
MARTIN WUERSTLIN

Page 63

1       Q.  My name is Matt Davey.  I
2   represent Landis Construction.
3       Do you have any personal
4   knowledge of any work that Landis
5   Construction did at the Bernstein
6   residence?
7       A.  No.
8       Q.  Any that -- other than any
9   conversations that you've had with your
10  lawyer, has anyone contacted -- talked to
11  you, or have you had any conversations
12  with anyone, with regards to Landis
13  Construction, and any work that was done
14  at the Bernstein residence?
15      A.  No.
16      Q.  So, no one has talked to you
17  about the fire and any involvement that
18  anyone else may have, with regards to
19  work done at the Bernstein residence?
20      A.  No.
21      Q.  That's all.
22      MR. BROWN:  Again, other than

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
MARTIN WUERSTLIN

Page 64

1   counsel.
2       RE-EXAMINATION BY COUNSEL FOR PLAINTIFF
3   BY MR. TETRO:
4       Q.  One follow-up question.
5       In your experience, you yourself
6   personally, in servicing any dishwasher,
7   whether Bosch or not, have you ever
8   encountered a connection that was made
9   without the use of either a junction box
10  or strain relief?
11      A.  Have I encountered that?
12      MR. BROWN:  Objection.  Go ahead.
13  BY MR. TETRO:
14      Q.  Personally?
15      A.  Yes.
16      Q.  Okay.  Is this something that has
17  happened often or rare, or you couldn't
18  really characterize either way?
19      MR. BROWN:  You said one more
20  question.
21      MR. TETRO:  Well, that's true.
22  BY MR. TETRO:

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
MARTIN WUERSTLIN

Page 65

1       Q.  Go ahead.
2       A.  Rare.
3       MR. TETRO:  Okay.  That's all I
4   have.  Thanks.
5       MR. BROWN:  We'll read and sign.
6       (Reading and signature reserved.)
7       (Deposition concluded at 2:29
8   p.m.)
9               * * * * *

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM