FORM NRD-360WN (6P) (8-99)    PRINTED IN U.S.A.
TO ORDER FROM NARDA, INC. (NAP) - P.O. BOX 2531, DAYTON, OH 45401-2531 OR CALL TOLL FREE 1(800) 637-471-2497 FOUNDED IN NASD 1992

| ☐ WARRANTY | ☐ PART WARRANTY | ☐ SPECIAL AUTHORIZATION # _____ | ☐ OTHER |
|---|---|---|---|

| BRAND | PRODUCT TYPE | SERVICE INVOICE NO. |
|---|---|---|
| BOSCH | DISHWASHER | C030345-&    Pg |
| MODEL NO. SHY66C05UC | SERIAL NO. ~~10304000137108050~~ FD 83040050 | WARRANTY |

PromDte: 8/11/04
PromTme:

**CUSTOMER'S NAME AND ADDRESS**

| FIRST INITIAL | MIDDLE INITIAL B | LAST NAME BERNSTEIN |
|---|---|---|
| STREET ADDRESS | 3248 N STREET NW | |
| CITY WASHINGTON | STATE DC | ZIP CODE 20007 |
| HOME PHONE NUMBER | 202-333-7202 HOME | |

DATE PURCHASED 9/30/03
DATE CALL RECEIVED 8/09/04
DATE REPAIRED 8-11-04

CUSTOMER'S REQUEST: DW IS NOT COMING ON   Installed new circulation motor   DEFECT CODE 011

SERVICE PERFORMED: ☐ ILLUSTRATE DETAIL OF PROBLEM ON REVERSE SIDE   MFG CODE / REF

| | NOT HOME ☐ | LACK PART ☐ | CALL BACK ☐ |
|---|---|---|---|
| TIME STARTED | 840 | TIME STARTED | |
| TIME COMPLETED | 920 | TIME COMPLETED | |
| TOTAL TIME | 40 min | TOTAL TIME | |
| 1 | | | |

| SELLING DEALER/DISTRIBUTOR | CITY | STATE | MICRO LEAK READING: BEFORE | AFTER |
|---|---|---|---|---|
| FORMOST APPLIANCES | | | | |

| QUANTITY | FAULT / JOB CODE | PART NUMBER | DESCRIPTION | INVOICE NUMBER | PART COST | EXTENSION |
|---|---|---|---|---|---|---|
| | 71 | 437345 | pump-circulating | 04 | 104000 | |

EXHIBIT 16

| MAG. / MOTOR / SEALED UNIT NO. OLD | SERVICE AGREEMENT NUMBER | I Authorize A Charge To My Credit Card. CARD NAME | SUB TOTAL |
|---|---|---|---|
| MAG. / MOTOR / SEALED UNIT NO. NEW | SERVICE AGREEMENT EXP. DATE | CARD NUMBER | HANDLING |
| | | | TOTAL PARTS |
| SERVICER NUMBER 00617 | SERVICER STATE NUMBER 203035 | EXP. DATE   AUTH. NO. | |

| | | TRIP CHARGE | 8200 |
|---|---|---|---|
| | | COMPLETED CALL LABOR | 1700 |
| | | DIAGNOSTIC FEE | |

The Repairs Have Been Performed In A Manner Satisfactory To Me.
CUSTOMER'S SIGNATURE    DATE
SIGNATURE ON FILE

I Have Been Advised of The Anti Tip Device For My Range.
SIGNATURE    DATE

I Hereby Certify The Above Service Has Been Performed & Parts Used.
TECHNICIAN'S / OTHER SIGNATURE / NUMBER    DATE
SIGNATURE ON FILE

SERVICE CENTER STATE NO. _____
SERVICER NAME AND ADDRESS:

Wuerstlin's Appliance Service
12756 Scaggsville Road
Highland, MD 20777
301-854-3233   301-937-7750 VA

| | TOTAL LABOR | |
|---|---|---|
| | TRAVEL | 26 |
| ESTIMATE OF REPAIR | STATE TAX | |
| PARTS | LOCAL TAX | |
| LABOR | | |
| SALES TAX | | |
| EST. TOTAL | TOTAL | 9900 |
| REVISED EST. OF REPAIR | METHOD OF PAYMENT | |
| PARTS | CHARGE ☐ ___ ___ ___ | CASH |
| LABOR | CHECK # _____ | |
| SALES TAX | | |
| REV. EST. TOTAL | | |

| ACCOUNT NUMBER | TRANSMITTAL NUMBER | INTERNAL CONTROL NO. | AUDITED BY | OTHER |
|---|---|---|---|---|

*PLEASE SEE REVERSE SIDE FOR ADDITIONAL INFORMATION    ORIGINAL