BRADFORD ASSOCIATES
ROBERT A. NEARY, P.E.

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

(Civil Division)

FEDERAL INSURANCE COMPANY and

HARTFORD CASUALTY INSURANCE

COMPANY,

    Plaintiffs     C.A. 1:06CV0379

  Vs.

LANDIS CONSTRUCTION CORPORATION

And WUERSTLIN APPLIANCE SERVICES,

    Defendants

-----------------------------

    January 30th, 2008

    Millersville, Maryland

The DEPOSITION OF:

    ROBERT A. NEARY, P.E.

Taken at S.E.A. Limited, 1110 Benfield Boulevard, Millersville, beginning at 1:50 p.m., before Chris Fox, Notary Public in and for the State of Maryland, when were present on behalf of the respective parties

EXHIBIT 18

BRADFORD ASSOCIATES
ROBERT A. NEARY, P.E.

Page 210

1    A. Yes.
2    Q. You were not asked to try to
3    attribute that to the conduct of any one
4    or more persons, is that correct?
5    A. Yes.
6    Q. Okay. We agree?
7    A. Yeah. I -- yeah. I don't
8    believe that I was asked to do that.
9    Q. And you have not done that?
10   A. No.
11   Q. And you're not capable of doing
12   that in this case, based on the
13   parameters of your investigation, is that
14   correct?
15   A. As of now, no.
16   Q. Okay. Just so we're clear, as of
17   now is when we're taking your deposition?
18   A. Right.
19   Q. And you've had this file for over
20   a year it appears.
21   A. Yeah.
22   Q. So, we're not suggesting that you

BRADFORD ASSOCIATES
ROBERT A. NEARY, P.E.

Page 211

1    can or should do that. I just want to
2    make sure I understand the limits of your
3    investigation.
4    A. Okay.
5       MR. TETRO: It's an attorney's
6    job.
7    BY MR. BROWN:
8    Q. With respect to what you believe
9    was the fire cause, explain to me in a
10   way a lay person can understand, what you
11   think was the cause of this fire?
12   A. I believe there was some heating
13   of the electric wiring, which caused some
14   short or failure, that caused ignition of
15   some combustible material in the
16   dishwasher. And that's what started the
17   fire.
18   Q. Let me take that one by one.
19      What was the heat source for the
20   heating?
21   A. From the branch circuit -- the
22   branch circuit wiring, or the connection

BRADFORD ASSOCIATES
ROBERT A. NEARY, P.E.

Page 212

1    to the dishwasher.
2    Q. I'm sorry, say that again for me.
3    A. From the branch circuit wiring,
4    to where at the point of connection,
5    where it goes to connect the main
6    connection in the dishwasher.
7    Q. Okay. You think some area from
8    where the branch circuit came out of that
9    junction box, with a switch up to where
10   it connected to the dishwasher wires, was
11   where the heating occurred?
12   A. At some point, yeah. Internal of
13   the dishwasher.
14   Q. Okay.
15      MR. REGO: I'm sorry, did you say
16   internal of the dishwasher?
17      THE WITNESS: Internal of the
18   dishwasher.
19   BY MR. BROWN:
20   Q. Right. So when we go back to
21   your diagram, some point where it enters
22   the dishwasher, and where it terminates?

BRADFORD ASSOCIATES
ROBERT A. NEARY, P.E.

Page 213

1    A. Yes.
2    Q. Okay. What was the source of the
3    heat that you believe was imposed upon
4    that wire?
5    A. Source of heat?
6    Q. You said it was heating, right?
7    A. Yeah. Some sort of resistive
8    connection.
9    Q. Meaning what?
10   A. High resistance connection. In
11   other words, where you have a current
12   flow through a resistance that's causing
13   heat.
14   Q. Did you miss the part about a lay
15   person?
16   A. (Laughter.)
17   Q. I'm joking. I hope that shows up
18   as a joke, or we can strike it from the
19   record.
20   A. That's fine.
21   Q. When you say high resistance
22   heating, explain that in laymen's terms.

BRADFORD ASSOCIATES
ROBERT A. NEARY, P.E.

Page 218

1  those connections were proof, you have to
2  have evidence of that, correct?
3     A. Yes.
4     Q. Okay. Where's the evidence that
5  the negative line had any resistive
6  connection problems?
7     A. Well, I was looking mostly at the
8  photo that was given to me by Ken, or Ken
9  McLauchlan photo I should say.
10    Q. But you only saw it this morning?
11    A. Yes.
12    Q. Before this morning when you did
13 you report, where was there any evidence
14 that there was any resistive connection
15 problems on the negative line?
16    A. Well, I did find some -- well, it
17 was a possibility of a small amount of
18 arcing on the wire from the -- that ran
19 underneath the dishwasher.
20    Q. Okay. I'm not sure that answers
21 my question. My question is, where in
22 any of the stuff you had, when you did

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
ROBERT A. NEARY, P.E.

Page 219

1  your February 2007 report, was there any
2  evidence that you either cite in your
3  report or you could point to me, that
4  would show that there was any resistive
5  connection problems on that negative
6  line?
7     A. On the negative line?
8     Q. Right.
9     A. I didn't do anything on the
10 negative line.
11    Q. So, there's no evidence when you
12 did your report that you were able --
13    A. Right, at that time. Right.
14    Q. There was no evidence, when you
15 did your report, that you were able to
16 see or cite with respect to the negative
17 line?
18    A. Yes.
19    Q. Okay. Where is the evidence with
20 respect to the phased or powered line
21 that would support a theory that there
22 was resistive connection problems on the

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
ROBERT A. NEARY, P.E.

Page 220

1  phased or powered line?
2     A. Okay. Repeat that again.
3     Q. Sure. We just talked about the
4  negative --
5     A. Right, okay.
6     Q. -- line. The ground is not
7  involved in this, correct?
8     A. Right.
9     Q. Okay. So that leaves the powered
10 or phased line, correct?
11    A. Correct.
12    Q. Okay. Where, at the time of
13 February 2007, when you gave your final
14 report, was there any evidence that you
15 saw or cited of proof of resistive
16 connection or connectivity problem on
17 that powered or phased line?
18    A. Well, I found some arcing on the
19 -- where is that? The one photo that I
20 show in the report, there was a small arc
21 on the -- where is it? There was a
22 small -- little bit of bead on that

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
ROBERT A. NEARY, P.E.

Page 221

1  wiring.
2     Q. We're looking at figure 6, Page 9
3  of your report, figure 6 has a red arrow
4  pointing to what you call a small area of
5  beading on the phase connector?
6     A. Um-hmm.
7     Q. Yes?
8     A. Yes.
9     Q. And what is that? About a
10 quarter inch, half inch down from the
11 end?
12    A. Probably about that, yeah.
13    Q. Okay. With respect to this line,
14 how do you know this is the phase
15 connector?
16    A. How do I know it's the phase
17 conductor?
18    Q. Yeah, conductor.
19    A. I think I went back and checked
20 it. And it was the black wire, from what
21 I saw.
22    Q. Where is the proof of that?

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
ROBERT A. NEARY, P.E.

Page 234

1  dishwasher.
2     Q. And where?
3     A. And where? I can't tell you
4  exactly, because I didn't see where it
5  was, how everything was installed.
6     Q. Okay. And that's not going to
7  read well on the record.
8       The area that you have a red
9  arrow on figure 6 on Page 9 of your
10 report, is the area you think is beading
11 significant electrical arcing, where do
12 you think that area of that red arrow
13 would have been under the four corners of
14 the dishwasher?
15    A. Yes.
16    Q. Where?
17    A. It would have been somewhere -- I
18 can't tell you exactly, because we don't
19 know where the wire actually ended in the
20 dishwasher.
21    Q. Can you give me any
22 approximation?

BRADFORD ASSOCIATES
ROBERT A. NEARY, P.E.

Page 235

1     A. No, I don't want to speculate.
2     Q. So, it could have been anywhere
3  along this line?
4     A. Yes.
5     Q. And by this line, I mean the line
6  in figure 1, that goes from the left side
7  wall to the end point?
8     A. Right.
9     Q. Okay. What makes you think that
10 this area, which you believe is an area
11 of beading, had anything to do with the
12 fire?
13    A. Well, it shows there was some
14 sort of electrical activity on that wire.
15    Q. Okay. What does that tell us?
16    A. It may have been -- that one
17 could have been made possibly a result or
18 a cause.
19    Q. So that could be either, right?
20    A. Yeah.
21    Q. Okay. Can you sit here today and
22 tell me which one is less or more

BRADFORD ASSOCIATES
ROBERT A. NEARY, P.E.

Page 236

1  possible, or are they both equal
2  possibilities, based on your limited
3  amount of knowledge as to the physical
4  setup, et cetera, of the wires of the
5  dishwasher, et cetera, before it was
6  pulled out?
7     A. Okay. Repeat that again.
8     Q. Sure.
9       You've indicated you have limited
10 information, because you didn't go to the
11 site, you don't have all the measurements
12 of the where's, the what's and the how
13 for's?
14    A. Right.
15    Q. To the extent that this could be
16 arcing that is significant, of a cause of
17 the fire, or arcing that's significant as
18 a victim of the fire, you believe it's
19 one or the other?
20    A. Um-hmm.
21    Q. Yes?
22    A. Yes.

BRADFORD ASSOCIATES
ROBERT A. NEARY, P.E.

Page 237

1     Q. Okay. Are those both
2  possibilities that you can't say one's 51
3  and one is 49, based on the limited
4  amount of information you have as you sit
5  here today? Is that correct?
6     A. Right.
7     Q. Okay. All right. Is there any
8  other line you had seen at the time of
9  your report that you believe had arcing
10 or beading on it?
11    A. At the time of the report? No,
12 not at this time.
13    Q. Okay. All right. And is there
14 literature with respect to the
15 significance of arcing and beading,
16 regarding whether it's a cause or a
17 victim of the fire?
18    A. Repeat that.
19    Q. Sure. Are there articles or
20 reliable authorities, as I defined them
21 before, literature in the electrical or
22 fire trade, as to what the significance