IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| FEDERAL INSURANCE COMPANY : | |
| and : | |
| HARTFORD CASUALTY INSURANCE : COMPANY | |
| Plaintiffs : | |
| v. : | Case No. 1:06CV00379 |
| : | Magistrate Judge Alan Kay |
| LANDIS CONSTRUCTION : CORPORATION | |
| and : | |
| WUERSTLIN APPLIANCE SERVICE : | |
| and : | |
| PAUL A. SCUDERI, INC. : | |
| Defendants : | |

## ORDER

Upon consideration of the Motion for Summary Judgment filed by Wuerstlin Appliance Service, any opposition and reply and any argument thereto, it is this _____ day of _____, 2008

**ORDERED** that the Motion is **GRANTED**, and further;

**ORDERED** that Summary Judgment be entered in favor of Wuerstlin Appliance Service.

_____
United States Magistrate Judge Alan Kay

19

**Copies To:**

John A. Rego, Esquire
Alice Kelley Scanlon, Esquire
25 Wood Lane
Rockville, Maryland 20850
(301) 762-3303
*Counsel for Paul A. Scuderi*


Eric N. Stravitz, Esquire
2000   Massachusetts Avenue
Suite 200
Washington, DC 20036
*Counsel for Plaintiff, Federal Insurance Company*


Mark E. Utke, Esquire
Cozen & O'Connor
1900 Market Street
Philadelphia, PA
*Counsel for Plaintiff, Federal Insurance Company*


Brian E. Tetro, Esquire
White & Williams, LLP
1800 One Liberty Place
Philadelphia, PA 19103
*Counsel for Plaintiff, Hartford Insurance*


Edward J. Brown, Esquire
The Law Office of Edward J. Brown, LLC
3290 N. Ridge Road
Suite 210
Ellicott City, MD 21043-3363
*Counsel for Wuerstlin Appliance Service*

Allan A. Noble, Esquire
Michael J. Budow, Esquire
Budow & Noble, PC
Suite 500 West, Air Rights Building
7315 Wisconsin Avenue
Suite 600
Bethesda, MD 20814
*Counsel for Defendant, Landis Construction Company*