```
                                                              1

 1    U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
 2                       Civil Division
 3    ------------------------------------:
 4    FEDERAL INSURANCE COMPANY,          :
 5           and                          :
 6    HARTFORD CASUALTY INSURANCE         :
 7    COMPANY,                            :
                 Plaintiffs               :  Case No.
 8    v.                                  :  1:06CV00379
      LANDIS CONSTRUCTION CORPORATION     :
 9           and                          :
10    WUERSTLIN APPLIANCE SERVICE         :
11           and                          :
12    PAUL SCUDERI, INC.,                 :
13               Defendants               :
14    ------------------------------------:

15             Deposition of PAUL A. SCUDERI
16                   Rockville, Maryland
17              Tuesday, April 10, 2007
18                      10:21 a.m.
19
20    Job No.: 1-100149
21    Pages  1 - 114
22    Reported By: Susan B. Fillmore, R.P.R.
```

EXHIBIT 1



1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY

8

1   Q   And the last instruction is that I tend to
2 be a slow talker, so let me finish my question
3 before you provide a response --
4   A   Okay.
5   Q   -- so that she's able to take down the
6 whole question and your response makes sense and
7 matches the question.  Do you understand that?
8   A   Thank you for that.
9   Q   Okay.  Where are you currently employed?
10  A   Paul A. Scuderi, Incorporated.
11  Q   And how many employees are there at Paul
12 A. Scuderi?
13  A   Myself and my wife.
14  Q   How is that organized in terms of a
15 business?
16  A   That's a Subchapter S corporation.
17  Q   What is your wife's title in the
18 corporation?
19  A   She is secretary-treasurer.
20  Q   And what are her duties?  Does she keep
21 the books?
22  A   She keeps the books, yes.

13

```
 1   take over his business, so to speak?
 2       A    Correct, that was my intention.
 3       Q    And do you remember what time frame that
 4   was?
 5       A    1979.
 6       Q    And did you in fact take over your
 7   father's business?
 8       A    Yes, I did.
 9       Q    Is that what the current Scuderi name
10   is?
11       A    His business was Victor F. Scuderi,
12   Incorporated.
13       Q    When did you change over.
14       A    '93, I believe.
15       Q    And is the business entity of Paul Scuderi
16   ever done anything other than electrical work?
17       A    No, not to my knowledge.
18       Q    In terms of formal training, what type of
19   formal training have you had in the field of
20   electricity?
21       A    I am a master electrician in Virginia,
22   Washington, D.C. and Maryland.  That formal
```

DEPOSITION OF PAUL A. SCUDERI
CONDUCTED ON TUESDAY, APRIL 10, 2007

14

1  training, those licenses required class, formal
2  training. So they required class. Then they
3  retired me passing that class, and it required me
4  taking a test in each jurisdiction in order to
5  obtain my master electrician's license.
6      Q    Do you remember when it was that you
7  obtained your master electrician license in D.C.?
8      A    My dad passed away in '84. So I'm going
9  to say -- I'm going to guess 1985.
10     Q    Okay. And one other instruction, if
11 you're able to estimate, just tell me it's an
12 estimate like you're doing.
13     A    Okay.
14     Q    Such as, the year that you actually got
15 that isn't so important as just knowing that it's an
16 estimate, that it's somewhere around 1984.
17     A    Very good. Somewhere around 1984.
18     Q    Would the same be true for Virginia and
19 Maryland?
20     A    Maryland was earlier than that. I'm going
21 to say an estimate of 1980, 1981.
22     Q    And what about Virginia?

DEPOSITION OF PAUL A. SCUDERI
CONDUCTED ON TUESDAY, APRIL 10, 2007

16

1  Scuderi. If we could exclude the real estate
2  portion --
3       MR. REGO:  Just one second.  Excuse me,
4  Counsel, when you say has anyone ever asked you to
5  be an expert in the area of electricity, you're
6  talking about expert in a court or law.
7       MR. UTKE:  Yes.
8       MR. REGO:  Okay.
9  BY MR. UTKE:
10      Q    Retained as an expert for the purposes of
11 litigation.
12      A    They have not asked me to do that.
13      Q    Have you ever provided advice as a
14 consultant in litigation matters?
15      A    No.
16      Q    Now, exclusive of the real estate entity
17 or your side job that you do, I just want to talk
18 about the Paul Scuderi electrical contracting work.
19 Can you describe for me what it is you specifically
20 do on a daily basis.
21      A    My -- Paul A. Scuderi, Incorporated's
22 specialties, I have two.  One is high-end

DEPOSITION OF PAUL A. SCUDERI
CONDUCTED ON TUESDAY, APRIL 10, 2007

17

1  renovation, residential renovation.  And the other
2  is the installation and retrofitting of energy
3  management systems in commercial buildings.
4      Q    What is that?
5      A    That is interfacing power, electrical
6  power -- let me back up a minute.
7           That is controlling electrical power of
8  things like lighting, mechanical systems,
9  air-conditioning, heating, mainly for Siemens.  I
10 work to install Siemens systems.
11     Q    Is that work more commercial work than
12 residential, that aspect of the job?
13     A    That aspect is more commercial than
14 residential, yes, it is.
15     Q    Now, how much of the other portion of your
16 work -- do you have --
17     A    No, I'd like to just turn it off, if I
18 may.
19     Q    Sure.
20          Now, that aspect of your work that is the
21 high-end residential renovations, what percentage of
22 your work does that consist of?

21

1  work from other jobs?

2  A    Yes.

3  Q    Do you know how it was that you became
4  contacted to perform work at the Beverly Bernstein
5  residence?  I'm referring to -- the street location
6  is 3248 through -50 at N Street in Washington.

7  A    Okay.  May I back up a moment.

8  Q    Sure.

9  A    I have a recollection of Landis asking me
10 to go on an estimate for them after the work was
11 completed at the Bernstein residence.

12 Q    So completely separate from the Bernstein
13 work, he asked you to come to another job-site and
14 give an estimate?

15 A    Correct.

16 Q    Okay.  Do you know how it was that you
17 were contacted to perform work at the Bernstein
18 residence?

19 A    I fellow named Sal Rubino called.  I was
20 referred to him through another company that I work
21 with.  Does that make sense, I was referred to him?

22 Q    So he called you, but you were referred to

DEPOSITION OF PAUL A. SCUDERI
CONDUCTED ON TUESDAY, APRIL 10, 2007

22

1   him.  Maybe I'm missing something.
2       A    Sal asked another individual, Artwork, who
3   I do work for, if Artwork knew an electrician, and
4   Artwork gave Sal my name, and so Sal called me.
5       Q    Okay.  Do you remember what time frame
6   that was?
7       A    Spring of '03.
8       Q    Prior to that time, had you done any work
9   with Sal Rubino?
10      A    No, I had not.
11      Q    Did you end up meeting with Mr. Rubino?
12      A    Yes.
13           MR. REGO:  Just for the record, Counsel, I
14  don't mean to interrupt, but Sal Rubino has been
15  referred to as Sal Rubino, Sal Fiorito, Sal Fiorito
16  Rubino.  There's alternate names floating around.
17  For purposes of this deposition, we're going to call
18  him Sal Rubino, if that's okay with you.
19           MR. UTKE:  That's fine.
20           MR. REGO:  And we'll figure out --
21           MR. UTKE:  -- whatever his name is.
22           MR. REGO:  I didn't mean to interrupt.  I

23

1  just wanted to make sure that was clear.
2  BY MR. UTKE:
3      Q    Do you know why it is that Mr. Rubino has
4  another last name, named Fiorito -- it's
5  F-i-o-r-i-t-o - R-u-b-i-n-o.  Have you ever heard of
6  that name?
7      A    I believe there's a hyphenation in there
8  somewhere, and he shares last names with his wife.
9  That's what I understand.
10     Q    Okay.  Okay, what is it Mr. Rubino asked
11 you to do?
12     A    Mr. Rubino asked me to meet him at the
13 Bernstein residence to give him an estimate on some
14 work that needed to be done at the house.
15     Q    And did you actually go to the residence?
16     A    Yes.
17     Q    Do you remember what time frame it was
18 that you went there?
19     A    I want to say early April, but that's an
20 estimate.
21     Q    Okay.  May I have this marked, and maybe
22 this will help you put things in perspective.

DEPOSITION OF PAUL A. SCUDERI
CONDUCTED ON TUESDAY, APRIL 10, 2007

24

1           (Scuderi Exhibit No. 1 marked for
2  identification and retained by counsel.)
3  BY MR. UTKE:
4       Q    Let me show you a document that we've
5  marked as Scuderi 1.  It's an estimate dated April
6  21st of 2003, and it has an estimate number of 348.
7  Now, looking at that, can you tell me first of all
8  what this document is?
9       A    That document is an estimate for work at
10 the Bernstein residence.
11      Q    Would it be a fair statement that this
12 estimate was drawn up as a result of the work that
13 Mr. Rubino asked you to do at that location?
14      A    Yes.
15      Q    Okay.  Were you coordinating directly with
16 Mr. Rubino, or were you working with any other kind
17 of contractor on the site?
18      A    Initially, it was I was coordinating with
19 Mr. Rubino.
20      Q    Did that change?
21      A    Mr. Rubino introduced me, in a subsequent
22 visit, introduced me to Landis Construction.

25

1      Q    Okay. And who from Landis did you meet?

2      A    I -- I believe it was Chris. I believe it

3 was Chris.

4      Q    Okay, and just to give you an instruction,

5 you can't communicate with him. I know he's here in

6 the room --

7      A    Oh, okay.

8      Q    -- but you can't communicate during the

9 course of your deposition.

10     A    Okay.

11     Q    So at some point you meet with a

12 representative of Landis Construction. Did they

13 provide you with a list of items that they needed to

14 have done for this kitchen renovation?

15     A    They did not.

16     Q    Okay, what was the purpose of the meeting

17 with the representative from Landis?

18     A    Sal wanted to get all the players

19 together. When I mean, players I mean individuals

20 that would be working on the job, in order to

21 coordinate, for coordination purposes.

22     Q    Do you know why it is that Mr. Rubino

DEPOSITION OF PAUL A. SCUDERI
CONDUCTED ON TUESDAY, APRIL 10, 2007

28

1   A   That would be make the final electrical
2   connection to the dishwasher.
3   Q   Okay, would that be supplying power to the
4   unit so it actually operates?
5   A   In this case, it meant connecting the
6   power that was already there to the dishwasher.
7   Q   Okay.  At any time did you actually
8   connect the electrical power to the dishwasher?
9   A   No.
10  Q   Do you know who connected the power to the
11  electrical dishwasher?
12  A   I do not.
13  Q   In terms of time frames, we have the
14  estimate that you provided that's dated April 21st.
15  Is there any item on that estimate that entails the
16  connection for the dishwasher?
17  A   (Witness peruses exhibit.)
18      Yes, there is.
19  Q   Can you read that item into the record.
20  A   It says, Rewire dishwasher in existing
21  location.
22  Q   And what did that entail in terms of your

29

1   estimate?

2       A    That was ensuring that the -- that was

3   connecting the house power to the dishwasher.

4       Q    And how much was it that you estimated you

5   were going to charge for that?

6       A    My estimate says $60.

7       Q    At any time did you do work on the

8   electrical wiring that would supply power to the

9   dishwasher, as opposed to the connection between the

10  house power and the dishwasher?

11      A    Yes.

12      Q    Describe for me the work that you did.

13      A    I relocated the existing dishwasher

14  circuit wiring to beneath the sink, which was

15  adjacent to the new dishwasher location.  I

16  installed a junction box, a switch box, on the wall

17  beneath the sink.  I installed a switch on that

18  junction box, and I installed a coil of cable, BX

19  cable, out of the bottom of that junction box, for

20  future connection to the dishwasher.

21      Q    Okay.  Were there any other appliances

22  that were utilizing the same junction box for power?

50

1  Q  Okay. How many visits did you make to the
2  Bernstein home after you provided this estimate that
3  was accepted?
4  A  I honestly don't -- I didn't keep a record
5  of exactly how many visits I made.
6  Q  Did you hire any kind of subcontractors or
7  laborers to assist you with work?
8  A  I had two employees at the time.
9  Q  And what were their names?
10 A  Bill Seagle and Derick Guertler.
11 Q  Derick Gartler?
12 A  Guertler.
13 Q  Can you spell that name?
14 A  I think it's G-u-e-r-t-l-e-r. And Seagle
15 is S-e-a-g-l-e.
16     MR. REGO: They're identified, Counsel, in
17 our 26(a)s.
18     MR. UTKE: Okay.
19     MR. REGO: And I think they're in the
20 answers to interrogatories, too, though I'm not
21 sure.
22 BY MR. UTKE:

51

1  Q  Can you tell me what the background of Mr.
2  Seagle is. In other words, does he have -- is he a
3  master electrician, does he have training in the
4  field of electricity?
5  A  Mr. Seagle is now a master electrician,
6  yes.
7  Q  Was he a master electrician back in April
8  of 2003?
9  A  I believe he was.
10  Q  What about Mr. Guertler?
11  A  Mr. Guertler held a journeyman's
12  license.
13  Q  Would both of them perform electrical work
14  for you at a job-site?
15  A  Yes.
16  Q  Do you know that both those individuals
17  performed work at the Bernstein house?
18  A  Yes, they each performed work at the
19  Bernstein house.
20  Q  Have you spoken with them subsequent to
21  May 9th of 2005?
22  A  Yes.

90

1  there, that are very code-compliant, as well.
2      Q    Okay, you're talking about the straps?
3      A    The straps that strap the BX coming out of
4  the top of the junction box and the strap that
5  straps the BX going down to the bottom of the
6  junction box.
7           MR. REGO:  Photo 1, dash 8.
8  BY MR. NOBLE:
9      Q    1, dash, 8.  You're taking about the box
10 for the disposal?
11     A    Yes.
12     Q    Okay.  Do you recall Mr. Rubino calling
13 you about coming to wire any of the appliances?
14     A    Well, I think I answered that question.
15          But, yes, I recall him calling me about
16 the oven and the warmer.
17     Q    Okay.  And I think you've indicated that
18 you don't have -- you didn't get any call about the
19 dishwasher.
20     A    Not to my recollection, no.
21     Q    Did you ever see the dishwasher at all
22 before it was fully installed?

91

1   A   I have gone round and round with that in
2 my mind, and I can't remember seeing it.
3   Q   Okay.
4   A   I don't know if it was stored off-site or
5 on-site, but I don't remember seeing it.
6   Q   Okay.
7   A   Until I saw it operational.
8       MR. NOBLE: That's all the questions I
9 have. Thanks.
10      MR. BROWN: Mark, can I borrow your
11 original report there, let him review the original
12 photos again.
13      (Mr. Utke tenders document to counsel.)
14      EXAMINATION BY COUNSEL FOR DEFENDANT
15 WUERSTLIN APPLIANCE SERVICE
16 BY MR. BROWN:
17   Q   Mr. Scuderi, I'm Ed Brown. I represent
18 Wuerstlin Appliance Service, as you know. Am I
19 correct that you've never had any discussions with
20 anybody at Wuerstlin?
21   A   You are correct.
22   Q   And that would include a Mr. Tom or Thomas

109

1    A    That is correct.

2    Q    Okay. And just so I understand it, you
3 did not bill separately for each item on the
4 estimate for Exhibit No. 1 and get paid for each
5 item separately; is that correct?

6    A    That's correct.

7    Q    All right. The checks that you received
8 in Exhibit No. 2 are the only payment checks that
9 you received for this job?

10   A    Yes.

11   Q    Okay. And those checks, for lack of a
12 better term, if I understand the way the payments
13 were made were paid in block for various items that
14 are on the estimate, correct?

15   A    That is correct.

16   Q    Adding those three checks up gives you the
17 total that was on here, correct?

18   A    That is correct.

19   Q    Am I also correct that you testified
20 earlier that there was other work that you did on
21 this job that is not reflected on the estimate nor
22 for which you were paid?

110

1    A    That is correct.

2    Q    Okay. You testified about the item, the itemization to rewire the dishwasher in its existing location. I think you said that's a $60 charge on Exhibit No. 1?

6    A    Yes.

7    Q    And I believe you testified that that didn't include simply the installation, but it also included the relocation of the existing dishwasher circuit, the installation of the junction box under the sink?

12   A    Uh-huh.

13   Q    The installation of the switch in that junction box?

15   A    Correct.

16   Q    And the leaving of the BX tail on the junction box; is that correct?

18   A    That is correct.

19        MR. REGO: Okay. That's all I have.

20        MR. UTKE: Thank you for your time.

21        MR. REGO: We're going to read.

22        (Signature having not been waived, the