IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| FEDERAL INSURANCE COMPANY | C.A. NO. 1:06CV00379. |
| and | Magistrate Judge Alan Kay |
| HARTFORD CASUALTY INSURANCE COMPANY | |
| Plaintiffs | |
| v. | |
| LANDIS CONSTRUCTION CORPORATION | **EXHIBIT 1 FOR PLAINTIFFS' JOINT RESPONSE TO DEFENDANT LANDIS' MOTION FOR SUMMARY JUDGMENT** |
| and | |
| WUERSTLIN APPLIANCE SERVICE | |
| and | |
| MR. PAUL SCUDERI | |
| Defendants. | |

DEPOSITION OF PAUL A. SCUDERI
CONDUCTED ON TUESDAY, APRIL 10, 2007

1 (Pages 1 to 4)

---

**Page 1**

```
 1   U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
 2            Civil Division
 3   ---------------------------------:
 4   FEDERAL INSURANCE COMPANY,     :
 5        and                       :
 6   HARTFORD CASUALTY INSURANCE    :
 7   COMPANY,                       :
              Plaintiffs   : Case No.
 8        v.               : 1:06CV00379
     LANDIS CONSTRUCTION CORPORATION :
 9        and                       :
10   WUERSTLIN APPLIANCE SERVICE    :
11        and                       :
12   PAUL SCUDERI, INC.,            :
13            Defendants  :
14   ---------------------------------:

15            Deposition of PAUL A. SCUDERI
16                 Rockville, Maryland
17                Tuesday, April 10, 2007
18                     10:21 a.m.
19
20   Job No.: 1-100149
21   Pages 1 - 114
22   Reported By: Susan B. Fillmore, R.P.R.
```

---

**Page 2**

```
 1
 2        Deposition of PAUL A. SCUDERI, held at
 3   the offices of:
 4        ANDERSON & QUINN, LLC
 5        ADAMS LAW CENTER
 6        25 Wood Lane
 7        Rockville, Maryland 20850
 8        301.762.3303
 9
10
11
12
13        Pursuant to Agreement before Susan B.
14   Fillmore, Registered Professional Reporter and
15   Notary Public for the State of Maryland
```

---

**Page 3**

```
 1              APPEARANCES
 2   ON BEHALF OF PLAINTIFF FEDERAL INSURANCE COMPANY:
 3        MARK E. UTKE, ESQUIRE
 4        COZEN O'CONNOR
 5        1900 Market Street
 6        Philadelphia, Pennsylvania 19103-3508
 7        215.665.2164 and 800.523.2900
 8
 9   ON BEHALF OF PLAINTIFF HARTFORD CASUALTY
10   INSURANCE COMPANY:
11        BRIAN E. TETRO, ESQUIRE
12        WHITE AND WILLIAMS, LLP
13        1800 One Liberty Place
14        Philadelphia, Pennsylvania 19103-7395
15        215.864.7000
16
17   ON BEHALF OF DEFENDANT LANDIS CONSTRUCTION COMPANY:
18        ALLAN A. NOBLE, ESQUIRE
19        BUDOW AND NOBLE, P.C.
20        7315 Wisconsin Avenue, Suite 500 West
21        Bethesda, Maryland 20814
22        301.654.0896
```

---

**Page 4**

```
 1           APPEARANCES (Continued)
 2   ON BEHALF OF DEFENDANT WUERSTLIN APPLIANCE SERVICE:
 3        EDWARD J. BROWN, ESQUIRE
 4        McCARTHY WILSON, LLP
 5        100 South Washington Street
 6        Rockville, Maryland 20850
 7        301.762.7770
 8
 9   ON BEHALF OF DEFENDANT PAUL SCUDERI, INC.:
10        JOHN A. REGO, ESQUIRE
11        ANDERSON & QUINN, LLC
12        Adams Law Center
13        25 Wood Lane
14        Rockville, Maryland 20850
15        301.762.3303
16
17   ALSO PRESENT: Christopher K. Landis
18                William C. Sennett, Erie Insurance
```

---

**25**

1  Q  Okay. And who from Landis did you meet?
2  A  I -- I believe it was Chris. I believe it
3  was Chris.
4  Q  Okay, and just to give you an instruction,
5  you can't communicate with him. I know he's here in
6  the room --
7  A  Oh, okay.
8  Q  -- but you can't communicate during the
9  course of your deposition.
10  A  Okay.
11  Q  So at some point you meet with a
12  representative of Landis Construction. Did they
13  provide you with a list of items that they needed to
14  have done for this kitchen renovation?
15  A  They did not.
16  Q  Okay, what was the purpose of the meeting
17  with the representative from Landis?
18  A  Sal wanted to get all the players
19  together. When I mean, players I mean individuals
20  that would be working on the job, in order to
21  coordinate, for coordination purposes.
22  Q  Do you know why it is that Mr. Rubino

**26**

1  chose your company to perform this work as opposed
2  to just an electrician out of the Yellow Pages?
3  A  I don't understand the question.
4  Q  Okay. Do you know why it is that Mr.
5  Rubino contacted Paul Scuderi to perform this work
6  as opposed to any other electrician?
7  A  Mr. Rubino told me that he initially had
8  an estimate from an electrical contracting company
9  provided -- or that worked with Landis and was
10  unhappy with the price.
11  Q  It was -- the price was the only thing he
12  was unhappy with?
13  A  To my recollection, that's the only thing
14  he mentioned.
15  Q  Do you know what kind of work that firm
16  was or had been contracted to do?
17      MR. NOBLE: Objection to the form of the
18  question.
19  BY MR. UTKE:
20  Q  Let me rephrase that. Do you what type of
21  work that company was asked to do that they provided
22  an estimate for?

**27**

1  A  I still don't understand the question, I'm
2  sorry.
3  Q  Okay. Well, Mr. Rubino spoke with you and
4  asked you to do certain jobs at the Bernstein
5  residence, correct?
6  A  Correct.
7  Q  Were these the jobs, or was the list the
8  same list of items that another contractor had
9  provided an estimate on?
10  A  I don't know the answer to that. I don't
11  know what the other contractor's scope of work
12  was.
13  Q  Okay. With respect to the dishwasher
14  located in the kitchen of the Bernstein residence,
15  what, if anything, were you contracted to do with
16  regards to the dishwasher?
17  A  I was contracted to make a final
18  connection, electrical connection, on the
19  dishwasher.
20  Q  Okay, and just so the record is clear,
21  what does that mean to you when you say, to make the
22  final connection to the dishwasher?

**28**

1  A  That would be make the final electrical
2  connection to the dishwasher.
3  Q  Okay, would that be supplying power to the
4  unit so it actually operates?
5  A  In this case, it meant connecting the
6  power that was already there to the dishwasher.
7  Q  Okay. At any time did you actually
8  connect the electrical power to the dishwasher?
9  A  No.
10  Q  Do you know who connected the power to the
11  electrical dishwasher?
12  A  I do not.
13  Q  In terms of time frames, we have the
14  estimate that you provided that's dated April 21st.
15  Is there any item on that estimate that entails the
16  connection for the dishwasher?
17  A  (Witness peruses exhibit.)
18      Yes, there is.
19  Q  Can you read that item into the record.
20  A  It says, Rewire dishwasher in existing
21  location.
22  Q  And what did that entail in terms of your

**Page 45**

1  and he approved of it?
2  A   That is correct.
3  Q   Were you paid for the work that is listed
4  on that estimate?
5  A   Yes, I was paid.
6  Q   Were you paid the entire amount of
7  $4,855?
8  A   Yes.
9  Q   After you were in the Bernstein residence
10 and saw that the dishwasher had been connected, and
11 I'm referring to the electrical connection supplying
12 power to the unit, is there a reason why you didn't
13 tell somebody that you had been paid to do that and
14 it had been done by someone else?
15 A   Well, first I didn't personally see the
16 connection of the dishwasher. I saw that the
17 dishwasher was operational. Okay. Secondly there
18 are -- there were things -- what's the best way to
19 say it.
20    The way I personally work on jobs like
21 this is that there are give and takes on items done,
22 items not done. For instance, I installed an

**Page 46**

1  additional recessed fixture at Mr. Rubino's request.
2  At the end of the job, at the end of the day, I
3  don't go back and itemize what I've done
4  additionally and what I've not done, and re-tailor
5  the estimate to reflect the exact things that were
6  done and not done. If I felt the give-and-take was
7  fair, then I felt the give and -- and in this case I
8  felt the give-and-take was fair, so I did not go
9  back and re-configure the estimate to reflect
10 exactly to the T what was done and not done.
11 Q   Okay. So there was some adjustments on
12 each side, some that -- some give and some take.
13 A   I wish I could have put it that
14 succinctly. Yes.
15 Q   Okay. At any point did you feel that
16 there was a responsibility to check the electrical
17 connection for the dishwasher?
18    MR. REGO: Object to the form of the
19 question. You can answer.
20 A   In my 25 years in business, it is
21 customary that appliances like this can be installed
22 and wired by someone else working on the job. And

**Page 47**

1  because of that past, I did not feel it necessary to
2  pull the cover off the dishwasher and check the
3  connection.
4  BY MR. UTKE:
5  Q   Okay. At any point did you ask who it was
6  that installed the dishwasher? And I'm referring to
7  just the electrical connections on it.
8  A   No. I did not.
9  Q   Did you have conversations with anybody
10 regarding who it may have been that made the
11 electrical connection between the dishwasher and the
12 power source?
13 A   You mean while on the job or --
14 Q   At any time. Other than conversations
15 you've had with your attorney?
16 A   No. Oh, well, I had a conversation with
17 an insurance person from Erie, and I don't remember
18 the details of that conversation.
19 Q   Okay.
20 A   And that subject might have come up.
21 Q   Now, Erie is not your insurance carrier,
22 correct?

**Page 48**

1  A   That is correct.
2  Q   Do you know why it is that they spoke to
3  you?
4  A   It's my recollection -- and I jotted a
5  note down; I don't have the note in front of me.
6  It's my recollection Erie represents and/or
7  represented Landis.
8  Q   And I'll represent do to you, yes, that's
9  the insurance carrier that's been identified for
10 Mr. Landis, as well as for Wuerstlin.
11 A   Okay.
12 Q   Do you know which one it was that
13 contacted you, whether they were representing
14 Mr. Wuerstlin or Mr. Landis?
15 A   It's my recollection it was Mr. Landis.
16 Q   Okay. And do you have a general
17 recollection as to what they asked you?
18 A   I know right where I was. I was driving.
19 I know exactly where I was when they called. But as
20 far as the details of the conversation, I answered a
21 few questions. I don't recall what the questions
22 were, and I don't remember what my answers were.