IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| FEDERAL INSURANCE COMPANY<br><br>and<br><br>HARTFORD CASUALTY<br>INSURANCE COMPANY<br><br>    Plaintiffs<br><br>v.<br><br>LANDIS CONSTRUCTION CORPORATION<br><br>and<br><br>WUERSTLIN APPLIANCE SERVICE<br><br>and<br><br>MR. PAUL SCUDERI<br><br>    Defendants. | C.A. NO. 1:06CV00379.<br>Magistrate Judge Alan Kay<br><br><br><br><br><br><br><br><br><br>**EXHIBIT 3 FOR PLAINTIFFS'**<br>**JOINT RESPONSE TO DEFENDANT**<br>**LANDIS' MOTION FOR SUMMARY**<br>**JUDGMENT** |

BRADFORD ASSOCIATES
ANDREW KERR

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

- - - - - - - - - - - - - - x
FEDERAL INSURANCE COMPANY
and HARTFORD CASUALTY       :
INSURANCE COMPANY,          :
                            :
         Plaintiffs          : Case No. 1:06CV00379
                            :
    v.                      :
                            :
LANDIS CONSTRUCTION         :
CORPORATION and WUERSTLIN   :
APPLIANCE SERVICE and       :
PAUL A. SCUDERI, INC.,      :
                            :
         Defendants          :
                            :
- - - - - - - - - - - - - - x

                    Wednesday, November 7, 2007
                    Washington, D.C.
Deposition of
            ANDREW KERR
a witness, called for examination by counsel for the co-plaintiff, Hartford Casualty, pursuant to notice, held at the offices of Arent Fox, 1050 Connecticut Avenue, N.W, Washington, D.C., beginning at 12 p.m., before Frances M. Freeman, a Notary Public in and for the District of Columbia, when were present on behalf of the respective parties:

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
ANDREW KERR

Page 30

1  connected to a power source.
2       Usually, the way that happens is that a tail,
3  essentially, is put on the dishwasher or any other
4  appliance, electrical appliance, for that matter, and
5  run into a junction box.
6       Q  Do you have any personal knowledge about who
7  made the connection, the hardwire connection between
8  the dishwasher power wiring and the house circuit
9  wire?
10      A  Between the dishwasher and the house?  No.
11      Q  Am I correct in saying that's what hardwiring
12 means, making those connections?
13      A  Yeah.  That, generally, yes.
14      Q  But you have no personal knowledge of who
15 actually made that connection?
16      A  No.
17      Q  What would be your understanding of who of
18 all the parties involved, the subcontractors involved
19 with this project, who would be assigned the
20 responsibility for making that connection?
21         MR. REGO:  Objection to the form of the
22 question.

BRADFORD ASSOCIATES
ANDREW KERR

Page 31

1       MR. NOBLE:  The form of the question is
2  rather confusing.
3          BY MR. TETRO:
4       Q  Let me rephrase it, then.  What is your
5  understanding of who should have been responsible for
6  making that connection?
7          MR. REGO:  Objection to the form of the
8  question.  Calls for a legal conclusion.  Also calls
9  for speculation.
10         MR. BROWN:  Objection.
11         BY MR. TETRO:
12      Q  You can answer.
13         MR. NOBLE:  You can answer if you can.
14         THE WITNESS:  My opinion?  Is that what you
15 are asking for, my opinion of whom should have been
16 responsible for --
17         BY MR. TETRO:
18      Q  Based on the fact that you were project
19 manager for this job and your years of experience --
20      A  The electrician.
21         MR. REGO:  Move to strike the answer.
22         MR. UTKE:  Let me ask it differently.  Do

BRADFORD ASSOCIATES
ANDREW KERR

Page 32

1  you have an understanding of who was going to connect
2  the electric to the dishwasher?
3         THE WITNESS:  The electrician.
4         BY MR. TETRO:
5       Q  What makes you say that?  It may be obvious,
6  but just put it on the record anyway.
7       A  If it's electrical work, it is done by the
8  electrician.
9       Q  Would the hard wiring of the dishwasher in
10 your opinion have to be done by a licensed
11 electrician?
12      A  Should be, yes.
13      Q  Now, you mentioned before about you had
14 spoken with Mr. Scuderi in person.  Did you ever speak
15 to him by phone?
16      A  Yes.
17      Q  And when would you have called him or how
18 many times would you have called him?
19      A  I couldn't tell you.  I don't know.
20      Q  Do you remember the purpose of any of those
21 phone calls?
22      A  It would have been -- and based on

BRADFORD ASSOCIATES
ANDREW KERR

Page 33

1  experience, not on a specific recollection, but it
2  would have been based on scheduling.
3       Q  Again, just saying, I have gotten this amount
4  of work done, it is ready for you to do your work?
5       A  Correct.
6       Q  Did you ever have a conversation with him in
7  which you indicated that appliances are ready to be
8  hooked up?
9       A  I don't recall a specific conversation, no.
10      Q  Is that a conversation you could have had,
11 though?
12      A  Sure.
13         MR. REGO:  Objection.
14         BY MR. TETRO:
15      Q  The testimony of Chris Landis deposed back in
16 April of '07, and I can just read this into the
17 record, if that's fine with everyone here, it is a
18 transcript --
19         MR. NOBLE:  Help yourself.
20         MR. TETRO:  Page 29.
21         MR. REGO:  Is there a question pending?
22         MR. TETRO:  I'm going to read into the

BRADFORD ASSOCIATES
ANDREW KERR

Page 58

1  the dishwasher?
2      A   After. I mean, I'm not sure I understand
3  your question.
4      Q   Let me rephrase it. Do you have an
5  understanding as to when power is supplied to the
6  appliances in relation to the plumbing?
7      A   After the plumbing is completed.
8      Q   Looking back at Kerr 2, which is the sequence
9  of events, the next group of items, which is the 30th
10 to the 3rd, one of the items listed is electrical top
11 out. Do you know what that consists of?
12     A   That would be hooking up appliances,
13 potentially outlets, plugs, switches, recessed light
14 trims if there were recessed light trims there. That
15 sort of thing.
16     Q   When the plumber is installing the water
17 line, the water supply line to the dishwasher, do you
18 have an understanding as to how he checks to see if
19 there are leaks?
20     A   Yes. Actually, there is two potential
21 sources for a leak. And one is the incoming water
22 line. It does not need power for that. You are

BRADFORD ASSOCIATES
ANDREW KERR

Page 59

1  right. I was thinking of the drain line, which does
2  require power, because the unit has to run in order
3  for the pump to work to do the drain line.
4          So they would test the incoming water line.
5  They could not test the outgoing drain line.
6      Q   How is it that they test the incoming?
7      A   If there is water pressure in it. They just
8  turn the water back on.
9      Q   Is it your understanding that the solenoid
10 that the water supply leads to in the dishwasher
11 doesn't need electrical power to be tested?
12     A   You actually don't -- the connection would be
13 before it comes to a solenoid. It is at the outside
14 of the dishwasher, connect the water line, turn the
15 handle under the main sink, because usually -- in
16 generally speaking, in most cases, the water line for
17 the dishwasher is run off of the water line for the
18 main sink.
19         So by turning a valve, you are now supplying
20 water to the dishwasher.
21     Q   And I assume that if it doesn't drip, then
22 the dishwasher does not leak?

BRADFORD ASSOCIATES
ANDREW KERR

Page 60

1      A   Right. Yeah.
2      Q   When is it that the drain function of the
3  dishwasher is tested?
4      A   Generally, close to when the job is finished.
5  We go in and turn things on. While we're doing other
6  things, we might run the dishwasher, the oven, the
7  range.
8          If there were a washer/dryer there, we would
9  probably run those things at the same time too.
10     Q   At any time that you were performing work
11 there, were any of your employees that you became or
12 received knowledge from were there ever -- strike
13 that.
14         At any time that you were working at the
15 site, or any of your employees that you are aware of,
16 were there ever subcontractors there that were not
17 retained for purposes of working on this site that you
18 are aware of?
19     A   Are you asking me if there were other
20 subcontractors not retained by Landis or just in
21 general --
22     Q   Let me narrow it down. Is it a fair

BRADFORD ASSOCIATES
ANDREW KERR

Page 61

1  statement that Landis hired a number of subcontractors
2  to work on this project?
3      A   Yes.
4      Q   Is it also a fair statement that there was
5  one contractor and that was the electrical contractor
6  that was retained by a different entity?
7      A   Correct.
8      Q   Are you aware of any other subcontractors
9  that were hired for this job?
10     A   No.
11     Q   At any time did you see anybody working on
12 the kitchen other than the subcontractors retained by
13 Landis or the Scuderi outfit?
14     A   I didn't. No.
15     Q   Do you know if that's something that your
16 workers would inform you about, if they saw a
17 subcontractor on the site that they were unaware what
18 they were doing?
19         Just came in to do some work?
20         MR. TETRO: Happens all the time.
21         THE WITNESS: They would be wondering if they
22 were staking the place out or something. I don't

BRADFORD ASSOCIATES
ANDREW KERR

Page 66

1  any knowledge if you had not looked at the pictures?
2     A   No.
3     Q   You said that the appliances were at the job
4  site and I think you said had been sitting in the
5  garage for about a month?
6     A   Yeah.  That time frame is general.  But,
7  yeah, it could have been six weeks, it could have been
8  a month, but it was a significant amount of time.
9     Q   Before installation?
10    A   Correct.
11    Q   Were the appliances all purchased from the
12 same manufacturer, do you know?
13    A   I don't remember.
14    Q   Do you know how --
15    A   To be honest with you, I don't remember who
16 actually purchased them, whether it was the Bernsteins
17 directly or Margaret and Sal or us.
18    Q   Do you know how they were delivered?
19    A   By a truck.
20    Q   I mean, do you know were they all delivered
21 at the same time, I guess?
22    A   I have a recollection of something, and I

BRADFORD ASSOCIATES
ANDREW KERR

Page 67

1  don't remember which part being delayed, but the
2  majority of them were delivered at the same time.
3     Q   You talked a little bit about preparation
4  work, I guess, that was necessary to install the
5  appliances.  Does that include carpentry work and
6  things like that?
7     A   Not particularly.  I mean, usually, the
8  cabinets are set in place prior to the appliances
9  being installed.
10    Q   Counter tops?
11    A   Yes, generally.
12    Q   What about trim around the appliances, who
13 would do that?
14    A   You mean like a wood trim?
15    Q   Yes.  After an appliance is installed, you do
16 the final trim to make sure that it is tightened into
17 the cabinets or to the --
18    A   Often there is no trim.  Usually, the
19 cabinets are designed to fit that specific appliance.
20    Q   Do you know if any of the appliances on this
21 job came with any trim that had to be installed?
22    A   I don't recall.

BRADFORD ASSOCIATES
ANDREW KERR

Page 68

1     Q   You talked a little bit about what you
2  thought it would take, I guess, to hook up a
3  dishwasher.  Let me ask you this over the objection of
4  everybody sitting in the room.
5         Is it fair to say, and, if it isn't, tell me
6  so, based on your experience in the construction
7  industry, that hitching up a dishwasher isn't a
8  particularly difficult electrical job?
9     A   No.
10    Q   And you don't need to be, do you, and if you
11 don't know this, say no, but you really don't need to
12 be a master electrician or a licensed electrician to
13 do the final hitch-up to a hardwired dishwasher.  Is
14 that correct?
15        MR. NOBLE:   Objection to the form.  You may
16 answer.
17        THE WITNESS:  Answer it anyway?
18        MR. NOBLE:  Yes.
19        THE WITNESS:  Is it brain surgery?  No.
20        BY MR. REGO:
21    Q   I mean, you could do it based on your
22 experience; you have seen it done and you could do it

BRADFORD ASSOCIATES
ANDREW KERR

Page 69

1  if you had to?
2     A   Sure.
3     Q   How did the contractors get into the
4  residence?
5     A   There was a lock box.
6     Q   That had a key to the door?
7     A   Uh-huh (Affirmative).
8         MR. BROWN:  Yes?
9         THE WITNESS:  Yes, I'm sorry.  It did have a
10 key to the door.
11        BY MR. REGO:
12    Q   And the contractors were provided with a key
13 to the lock box?
14    A   A combination to the lock box?
15    Q   Yes.
16    A   That would be our general practice, but I
17 don't recall specifically in that case.
18    Q   Now, is the purpose of having a lock box
19 there so that you don't have to be there every day?
20    A   Correct.  So that I don't have to be there or
21 anyone, for that matter, in order to let people in and
22 out.