# EXHIBIT 2

BRADFORD ASSOCIATES
MICHAEL E. SCHAAL, CFI

Page 38

1  evidence, or enough indications as to
2  whether or not that was the area of the
3  first burn?
4      I know that is a long question,
5  it -- go ahead and answer in your own
6  words.
7      A. I believe it was the area that
8  had burned the most.
9      When you look at the bottom of
10  the dishwasher, that corner, D, was
11  heavily consumed in that area. And
12  there's still plastic components in areas
13  A, B, and C.
14      So, from that, alone, would truly
15  indicate that it originated in the area
16  D. Simply because you're looking at
17  relatively the same components or fuel
18  package beneath the dishwasher.
19      So, it's not like area D has a
20  higher fuel package than areas A, B or C.
21      Q. And that's -- you've anticipated
22  my next question.

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
MICHAEL E. SCHAAL, CFI

Page 39

1      What determinations do you make
2  of the fuel packages in those four
3  quarters?
4      A. It's consistently uniform.
5      Which would then indicate that if
6  your fuel package is uniform, and you
7  have a greater area of damage in area D,
8  as I described, then, that would be
9  consistent with that area being the area
10  of origin.
11      Q. Okay. Are there other factors
12  that you need to consider when making
13  that determination? One would be
14  consistency of fuel package. What are
15  the other factors you've used in other
16  cases, or in your career to try to figure
17  out if other factors might have been in
18  play?
19      A. Another? Ventilation effects.
20      You typically will find heavier
21  burning around areas where there are
22  windows if the fire progressed to that

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
MICHAEL E. SCHAAL, CFI

Page 40

1  point, because of air entrainment.
2      In this particular case, there
3  really wasn't any other factor that would
4  influence that burn pattern based on the
5  limited amount of fire damage in the area
6  of origin.
7      Q. When you're talking about a fire
8  that, as I understand it, you believe
9  started underneath that stainless steel
10  deck, that we talked about before, the
11  bottom of the dish washing area?
12      A. Correct.
13      Q. Okay. When you're talking about
14  that type of space, how do you figure out
15  what air supply or oxygen supply or
16  ventilation is available in a fixed space
17  like that?
18      A. Well, actually it's not
19  necessarily a fixed space. It has
20  limited air flow beneath the appliance.
21  All the air entrainment would be from --
22  typically from the front side, because

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
MICHAEL E. SCHAAL, CFI

Page 41

1  this is mounted in a cabinet.
2      So, the fact that you have that
3  right-front corner, D area, heavily
4  involved with fire, it's consistent with
5  the fire originating there, because the
6  area who's just to the left of it, which
7  was area A, had more combustible
8  components that weren't consumed, with
9  the same amount of air entrainment that
10  would come from the front portion of that
11  dishwasher.
12      Q. Gotcha.
13      And on a dishwasher, assume,
14  anyway, for the sake of this question
15  that there were leveling devices. If
16  you're talking about -- do you know what
17  that space is between the floor and that
18  steel deck of the bottom of the dish
19  washing area?
20      MR. TETRO: Do you mean what it's
21  called?
22  BY MR. BROWN:

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
MICHAEL E. SCHAAL, CFI

Page 66

1 　　　The only way to mount this box to
2 the wall is with the faceplate open. You
3 put a screw through one of the openings
4 in the back of the box, which there's
5 usually a place to do that.
6 　　Q. Okay.
7 　　A. I think that's what you're
8 looking at.
9 　　Q. So, it's your opinion that the
10 box was mounted -- I'm sorry, the switch
11 box was mounted at the time of the fire?
12 　　A. Yes. I'm almost sure it was.
13 　　Q. Okay. And the area that you said
14 you thought might be the mounting area is
15 where?
16 　　A. If you're looking at photograph
17 1-7, I believe it would have been under
18 the sink. It would have been mounted
19 under the sink. There really is not a
20 whole lot of reason to put the switch
21 behind the dishwasher.
22 　　　You can get to the switch under

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
MICHAEL E. SCHAAL, CFI

Page 67

1 the sink.
2 　　Q. Where would it have been mounted?
3 　　A. I'd say somewhere between, if
4 you're looking at photograph number 1-7.
5 　　Q. Um-hmm.
6 　　A. I'll show you on my photograph.
7 　　Q. Um-hmm.
8 　　A. Probably in here, somewhere
9 (indicating).
10 　　Q. Okay. There's a area of exposed
11 wood --
12 　　　MR. BROWN: Can I one of borrow
13 yours?
14 　　　MR. CARROLL: Yeah.
15 BY MR. BROWN:
16 　　Q. These are the black and whites,
17 so there's an area of exposed wood on the
18 colored photograph, between the area
19 directly behind the garbage disposal and
20 then there is, what looks to be almost
21 like another white -- maybe a five or
22 six-inch piece of wood that's going -- a

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
MICHAEL E. SCHAAL, CFI

Page 68

1 white area -- you think it was mounted on
2 that?
3 　　Q. Why don't you just sketch it on
4 that?
5 　　A. I can't tell you specifically
6 where it was mounted.
7 　　Q. Okay.
8 　　A. It wasn't mounted when I got
9 there. And it's been three years. And I
10 really can't recall.
11 　　Q. Okay. And I guess that's what I
12 want to find out, too.
13 　　　On your photograph, there's an
14 area here that almost looks rectangular
15 or square but that -- are you trying --
16 do you think that is an area of mounting
17 or not?
18 　　A. I -- I don't know.
19 　　Q. That's not the area you're
20 saying?
21 　　A. I don't think so. I would think
22 that where it was mounted would have been

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
MICHAEL E. SCHAAL, CFI

Page 69

1 more protected behind it.
2 　　Q. Okay. All right. On 1-9, you
3 have coming out of, at least this, the
4 photograph mounted, to the left, a Romex
5 cable, or at least an MC cable. Do you
6 see that?
7 　　A. Coming out of the left of
8 photograph 1-9?
9 　　Q. Yeah.
10 　　A. Yeah. It's typed NM wiring, yes.
11 　　Q. Non-metallic?
12 　　A. Correct.
13 　　Q. And on that photograph there
14 seems to be fair amount of -- well, is
15 that soot? You tell me. Is it?
16 　　A. Yeah, I think it's soot.
17 　　Q. Do you have an explanation or --
18 did you consider why the last area -- and
19 I can't give an exact measurement, but
20 you can see it pretty clear. Maybe it's
21 a quarter inch or half inch. Doesn't
22 appear to have any soot or other such

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
MICHAEL E. SCHAAL, CFI

Page 74

1    Q. Okay. Anything that you had to
2  look at, consider, and then say: Okay,
3  I've considered this, it doesn't affect
4  my opinions?
5    A. No.
6    Q. Okay. And same for the second
7  inspection?
8    A. Correct.
9    Q. Okay. And then anything else
10 you've done, same two questions, that
11 would have either supported your
12 opinions, or that you considered and said
13 this does not need to be incorporated to
14 my opinions or this is not
15 inconsistent -- however you want to
16 phrase it?
17   A. Nothing's changed since the first
18 inspection.
19   Q. Okay. All right. And then, I
20 think I asked this before the break, when
21 you were at the investigations or
22 inspections being done by other experts

BRADFORD ASSOCIATES
MICHAEL E. SCHAAL, CFI

Page 75

1  for the plaintiff, and then the
2  defendants' experts, you may or may not
3  have been at all those, was there
4  anything that you were looking for or
5  anything that you were seeing, that had
6  any impact on your opinions?
7    A. Well, I noticed a fish tape was
8  in the melted components of the
9  dishwasher, which I found very unusual.
10       So, it looked like whoever was
11 using a fish tape must have got it caught
12 and couldn't get it out, and they cut it
13 off and left it.
14   Q. How would you get that caught?
15       How would one get that caught?
16       Not you.
17   A. By trying to pull it through
18 something you can't get it through.
19   Q. Okay. Were you able to figure
20 out when or how long that fish tape had
21 been in there?
22   A. I don't know exactly how long

BRADFORD ASSOCIATES
MICHAEL E. SCHAAL, CFI

Page 76

1  it's been in there, but, either when it
2  was installed, or after it was installed,
3  subsequent work to it. I -- I just can't
4  imagine it being there.
5    Q. Okay. And were you able to
6  determine whether that fish tape was
7  actually touching, or attached to
8  anything?
9    A. No.
10   Q. You couldn't determine one way or
11 the other?
12   A. Well, we took digital x-rays, and
13 I haven't reviewed the digital x-rays in
14 any detail, to see exactly how that fish
15 tape got caught in there.
16       But no, I don't know what it got
17 caught on.
18   Q. Okay. All right. And then
19 anything else you've done in your
20 investigation that we haven't discussed?
21   A. I don't think so.
22   Q. Okay. What did you do to prepare

BRADFORD ASSOCIATES
MICHAEL E. SCHAAL, CFI

Page 77

1  for today's deposition?
2    A. Reviewed everything that was in
3  my file. Try to refresh my memory on the
4  photographs. My report, reviewed my
5  report.
6    Q. Okay. Did you meet with the
7  attorneys for the plaintiff?
8    A. This morning.
9    Q. Okay. Did they provide you any
10 factual information?
11   A. Not specifically, other than I
12 was provided with some directions on
13 repairing a circulator pump in the
14 impeller.
15   Q. Does that play any role in your
16 opinion?
17   A. Well, what it does is, you
18 physically have to remove the dishwasher
19 out from underneath the sink to make, you
20 know, this kind of repair.
21       And you would have to take, of
22 course, a circulator pump apart and

## BRADFORD ASSOCIATES
## MICHAEL E. SCHAAL, CFI

Page 90

1   Q. And so we're clear, what do you
2   mean prior to the fire? Do you mean for
3   days, months, years, what?
4   A. Shortly before the fire. I want
5   to say it was within a half hour or an
6   hour.
7   Q. And that came from Ms. Rubino?
8   A. Yeah, from what I recall.
9   Q. Okay. And then with respect to
10  prior issues or problems, what were
11  you -- what was the purpose of asking
12  those questions?
13  A. Whether or not there's been any
14  -- I was advised that the dishwasher was
15  just recently installed, with a
16  remodeling of the kitchen. And that
17  whether or not there's been any repair
18  service to it since it's been installed.
19  Q. And what did you find out with
20  respect to any problems or issues that
21  had happened post installation?
22  A. That they did have an issue with

## BRADFORD ASSOCIATES
## MICHAEL E. SCHAAL, CFI

Page 91

1   the circulator pump, and that it was
2   repaired. And an initial repair man
3   came, he did not have the parts for that
4   repair.
5       And BOSCH subsequently sent one
6   of their service reps out, to repair the
7   dishwasher.
8   Q. Okay. All right. Where is that
9   in your notes from Ms. Rubino?
10  A. Where is what in my notes?
11  Q. The history, so-to-speak, of the
12  dishwasher?
13      Is what is summarized on Page 4
14  of your report, top of Page 4 -- it
15  really starts on the bottom of Page 3,
16  but goes to top of Page 4, is this what
17  we're talking about?
18  A. Yes.
19  Q. Okay.
20  A. I've got a note in my notes right
21  here. Says service.
22  Q. Okay.

## BRADFORD ASSOCIATES
## MICHAEL E. SCHAAL, CFI

Page 92

1   A. It was four months old, it's a
2   BOSCH. I got the serial number off the
3   unit, of course.
4   Q. What does four months old refer
5   to? The service date?
6   A. I believe it's for the
7   dishwasher. It was approximately four
8   months old.
9   Q. Well, your report indicates it
10  was purchased in June of 2003. And I'm
11  not trying -- take a look at your report.
12  A. Okay.
13  Q. Be sure I'm reading this right.
14  A. I would have got that off the
15  sales receipt. I have the sales receipt.
16  Q. Okay. Well, you've got June 6,
17  2003. I'm not sure that's a dispute in
18  this case, as the date of purchase.
19  A. Okay.
20  Q. All right. So, is it your
21  understanding that the dishwasher was
22  four months old, or that the recent

## BRADFORD ASSOCIATES
## MICHAEL E. SCHAAL, CFI

Page 93

1   service was about four months before?
2   A. Could have been either/or. I'd
3   have to look at service dates of tickets.
4   She eventually faxed me some information.
5   Q. Okay. But this is what she had
6   told you that day?
7   A. Yeah. I mean that's what I got
8   written down. But I can't remember
9   whether or not I put serviced four months
10  old, whether it was the dishwasher four
11  months old, which doesn't appear to be
12  accurate, that it was serviced maybe
13  four months prior to.
14  Q. And are you taking these notes
15  contemporaneously, basically, as she's
16  speaking?
17  A. Yes.
18  Q. Okay. It looks like these come
19  off a flip pad?
20  A. Yes.
21  Q. All right. And do you recall
22  what the problem that lead to the service