# EXHIBIT 3

Page 25

1  Q  Okay. And who from Landis did you meet?
2  A  I -- I believe it was Chris. I believe it
3  was Chris.
4  Q  Okay, and just to give you an instruction,
5  you can't communicate with him. I know he's here in
6  the room --
7  A  Oh, okay.
8  Q  -- but you can't communicate during the
9  course of your deposition.
10  A  Okay.
11  Q  So at some point you meet with a
12  representative of Landis Construction. Did they
13  provide you with a list of items that they needed to
14  have done for this kitchen renovation?
15  A  They did not.
16  Q  Okay, what was the purpose of the meeting
17  with the representative from Landis?
18  A  Sal wanted to get all the players
19  together. When I mean, players I mean individuals
20  that would be working on the job, in order to
21  coordinate, for coordination purposes.
22  Q  Do you know why it is that Mr. Rubino

Page 26

1  chose your company to perform this work as opposed
2  to just an electrician out of the Yellow Pages?
3  A  I don't understand the question.
4  Q  Okay. Do you know why it is that Mr.
5  Rubino contacted Paul Scuderi to perform this work
6  as opposed to any other electrician?
7  A  Mr. Rubino told me that he initially had
8  an estimate from an electrical contracting company
9  provided -- or that worked with Landis and was
10  unhappy with the price.
11  Q  It was -- the price was the only thing he
12  was unhappy with?
13  A  To my recollection, that's the only thing
14  he mentioned.
15  Q  Do you know what kind of work that firm
16  was or had been contracted to do?
17     MR. NOBLE: Objection to the form of the
18  question.
19  BY MR. UTKE:
20  Q  Let me rephrase that. Do you what type of
21  work that company was asked to do that they provided
22  an estimate for?

Page 27

1  A  I still don't understand the question, I'm
2  sorry.
3  Q  Okay. Well, Mr. Rubino spoke with you and
4  asked you to do certain jobs at the Bernstein
5  residence, correct?
6  A  Correct.
7  Q  Were these the jobs, or was the list the
8  same list of items that another contractor had
9  provided an estimate on?
10  A  I don't know the answer to that. I don't
11  know what the other contractor's scope of work
12  was.
13  Q  Okay. With respect to the dishwasher
14  located in the kitchen of the Bernstein residence,
15  what, if anything, were you contracted to do with
16  regards to the dishwasher?
17  A  I was contracted to make a final
18  connection, electrical connection, on the
19  dishwasher.
20  Q  Okay, and just so the record is clear,
21  what does that mean to you when you say, to make the
22  final connection to the dishwasher?

Page 28

1  A  That would be make the final electrical
2  connection to the dishwasher.
3  Q  Okay, would that be supplying power to the
4  unit so it actually operates?
5  A  In this case, it meant connecting the
6  power that was already there to the dishwasher.
7  Q  Okay. At any time did you actually
8  connect the electrical power to the dishwasher?
9  A  No.
10  Q  Do you know who connected the power to the
11  electrical dishwasher?
12  A  I do not.
13  Q  In terms of time frames, we have the
14  estimate that you provided that's dated April 21st.
15  Is there any item on that estimate that entails the
16  connection for the dishwasher?
17  A  (Witness peruses exhibit.)
18     Yes, there is.
19  Q  Can you read that item into the record.
20  A  It says, Rewire dishwasher in existing
21  location.
22  Q  And what did that entail in terms of your

Case 1:06-cv-00379-AK   Document 57-4   Filed 05/30/2008   Page 3 of 4
DEPOSITION OF PAUL RESCIGNI
CONDUCTED ON TUESDAY, APRIL 10, 2007

12 (Pages 45 to 48)

**45**

1  and he approved of it?
2  A  That is correct.
3  Q  Were you paid for the work that is listed
4  on that estimate?
5  A  Yes, I was paid.
6  Q  Were you paid the entire amount of
7  $4,855?
8  A  Yes.
9  Q  After you were in the Bernstein residence
10  and saw that the dishwasher had been connected, and
11  I'm referring to the electrical connection supplying
12  power to the unit, is there a reason why you didn't
13  tell somebody that you had been paid to do that and
14  it had been done by someone else?
15  A  Well, first I didn't personally see the
16  connection of the dishwasher. I saw that the
17  dishwasher was operational. Okay. Secondly there
18  are -- there were things -- what's the best way to
19  say it.
20      The way I personally work on jobs like
21  this is that there are give and takes on items done,
22  items not done. For instance, I installed an

**46**

1  additional recessed fixture at Mr. Rubino's request.
2  At the end of the job, at the end of the day, I
3  don't go back and itemize what I've done
4  additionally and what I've not done, and re-tailor
5  the estimate to reflect the exact things that were
6  done and not done. If I felt the give-and-take was
7  fair, then I felt the give and -- and in this case I
8  felt the give-and-take was fair, so I did not go
9  back and re-configure the estimate to reflect
10  exactly to the T what was done and not done.
11  Q  Okay. So there was some adjustments on
12  each side, some that -- some give and some take.
13  A  I wish I could have put it that
14  succinctly. Yes.
15  Q  Okay. At any point did you feel that
16  there was a responsibility to check the electrical
17  connection for the dishwasher?
18      MR. REGO: Object to the form of the
19  question. You can answer.
20  A  In my 25 years in business, it is
21  customary that appliances like this can be installed
22  and wired by someone else working on the job. And

**47**

1  because of that past, I did not feel it necessary to
2  pull the cover off the dishwasher and check the
3  connection.
4  BY MR. UTKE:
5  Q  Okay. At any point did you ask who it was
6  that installed the dishwasher? And I'm referring to
7  just the electrical connections on it.
8  A  No. I did not.
9  Q  Did you have conversations with anybody
10  regarding who it may have been that made the
11  electrical connection between the dishwasher and the
12  power source?
13  A  You mean while on the job or --
14  Q  At any time. Other than conversations
15  you've had with your attorney?
16  A  No. Oh, well, I had a conversation with
17  an insurance person from Erie, and I don't remember
18  the details of that conversation.
19  Q  Okay.
20  A  And that subject might have come up.
21  Q  Now, Erie is not your insurance carrier,
22  correct?

**48**

1  A  That is correct.
2  Q  Do you know why it is that they spoke to
3  you?
4  A  It's my recollection -- and I jotted a
5  note down; I don't have the note in front of me.
6  It's my recollection Erie represents and/or
7  represented Landis.
8  Q  And I'll represent do to you, yes, that's
9  the insurance carrier that's been identified for
10  Mr. Landis, as well as for Wuerstlin.
11  A  Okay.
12  Q  Do you know which one it was that
13  contacted you, whether they were representing
14  Mr. Wuerstlin or Mr. Landis?
15  A  It's my recollection it was Mr. Landis.
16  Q  Okay. And do you have a general
17  recollection as to what they asked you?
18  A  I know right where I was. I was driving.
19  I know exactly where I was when they called. But as
20  far as the details of the conversation, I answered a
21  few questions. I don't recall what the questions
22  were, and I don't remember what my answers were.

DEPOSITION OF PAUL A. SCUDERI
Case 1:06-cv-00379-AK   Document 57-4   CONDUCTED ON TUESDAY, APRIL 30, 2008   Filed 05/30/2008   Page 4 of 4

15 (Pages 57 to 60)

**Page 57**

1 deposition -- or excuse me -- Mike Schall's
2 production. And there are four photos that we're
3 going to attach to the record. I'll have Madam
4 Court Reporter mark them as Scuderi 3.
5    (Scuderi Exhibit No. 3 marked for
6 identification and retained by counsel.)
7 BY MR. UTKE:
8    Q   Is there something about the photos you
9 noticed that --
10    A   We, the three of us are very anal people.
11 When I say the three, I mean --
12    MR. REGO: I was going to say, define the
13 three.
14    Bill, Derick and I. And the first --
15 well, not the first thing I noticed, but what jumped
16 out at me on photos 1-9 and 1-10 is the positions --
17 and I know this sounds silly, but this is like a
18 picture hanging crooked to me --
19    Q   The switchplate screws?
20    A   The switchplate screws. Oh, my gosh, that
21 drives me crazy looking at the picture.
22    MR. REGO: Why does it drive you crazy?

**Page 58**

1    THE WITNESS: It drives me crazy because
2 it doesn't need to be. To me, the right way is for
3 those screws to be vertical, the grooves in those
4 screws to be vertical. And so I looked at that and
5 I thought, someone else has been in that box.
6 BY MR. UTKE:
7    Q   Okay. So that's a indicator to you that
8 someone has taken the switchplate off and performed
9 some kind of electrical work or they have been
10 inside the box.
11    A   Someone has taken the switchplate off.
12 That's as deep as I go, looking at that picture but,
13 yes.
14    Q   Okay.
15    A   Okay, that's -- I felt I needed to say
16 that.
17    Q   Why is it that you used that size junction
18 box for this connection? And I'm referring to the
19 size of it as opposed to is a two-gang box.
20    A   The 1900 box -- that's called a 1900 box;
21 it's a 4-by-4 square box.
22    Q   Okay.

**Page 59**

1    A   And that is a standard junction box used
2 in the trade, okay. I used it as opposed to what
3 they call a single-gang box, which is only half as
4 wide as that 1900 box, and it's cheaper, but it
5 doesn't allow for as much space inside the junction
6 box, work room I'll call it.
7    MR. UTKE: Okay. Let's have this marked
8 as 4.
9    (Scuderi Exhibit No. 4 marked for
10 identification and retained by counsel.)
11 BY MR. UTKE:
12    Q   Sir, we have marked as Scuderi 4 what
13 appears to be four electrical permits. Can you tell
14 me, take a look at this document and tell me what
15 this is.
16    A   Okay, I think I have recollection that
17 there are five, that there's a separate page with
18 one.
19    Q   Well, I'll add this as the page 2 for
20 No. 4, okay. So there's five permits total.
21    A   Yeah, these were the permits that I sent
22 in for the work done on the Bernstein residence.

**Page 60**

1    Q   And which one, if any, of those permits
2 related to the electrical line that you ran for the
3 dishwasher?
4    A   I did not specify specifically what
5 appliances each permit was designated for. However,
6 I did write "appliance." On the Brief Description
7 of Work, I wrote "appliance."
8    So it could -- to finish that sentence;
9 that was a dangling participle there. 1380 could be
10 it. 1377 could be it. 1378 could be it. 1379
11 could be it.
12    Q   Okay, fair enough.
13    A   Okay.
14    Q   When was it that you first heard that
15 there was a fire at the Bernstein residence?
16    A   I believe it was Sal Rubino who called me
17 to tell me that.
18    Q   Do you remember how soon after the fire
19 that occurred?
20    A   No, not specifically.
21    Q   Did you go to the Bernstein residence
22 after the fire?