# EXHIBIT 4

**Page 101**

1  A   No.
2  Q   I know you didn't draft that Answer to
3  Interrogatory, that's just how you're identified.
4  Okay?
5      You mentioned that the electrician -- that there
6  was an electrician who had worked just in the
7  apartment area.
8  A   Right.
9  Q   But you didn't know his name or her name?
10 A   His name is Murphy. I don't know what his
11 last name is.
12 Q   Do you know what his company name is?
13 A   No. He comes through Chris Wallis.
14 Q   Okay. To your knowledge, he's a licensed
15 electrician?
16 A   Yes.
17 Q   Why is he specified or delegated to the
18 apartment work as opposed to the housework?
19 A   Different layer of complexity. The
20 apartments are just basically rental units, so he
21 takes care of the rental unit stuff as opposed to the
22 things in the main house.

**Page 102**

1  Q   Do you know if he's ever been asked just to
2  do a spot repair or just check something, or otherwise
3  address any potential issue in the house as opposed to
4  the apartments?
5  A   Some spot repair.
6  Q   What kind of stuff has he done?
7  A   If a dimmer switch breaks and needs to be
8  replaced, that kind of thing.
9  Q   Have you ever spoken to him about this fire,
10 Murphy, whatever?
11 A   Casually after the fact. He came and helped
12 Chris Wallis do something. I think it was that the
13 firemen -- they couldn't find the fuse box to cut the
14 power to the building, so they actually went and cut
15 the cable that came from the street into the building.
16     And so Murphy came and waited while the guys from
17 the City came to hook it back up and verify that it
18 was hooked up or something like that, but --
19 Q   This would be the wire that supplied the
20 main house?
21 A   Yeah, and the apartment building.
22 Q   Well, do you know if anybody ever asked him,

**Page 103**

1  or do you ever ask him if he had any involvement with
2  the dishwasher, point blank?
3      First, did you ever ask him?
4  A   No, I didn't ask him, but I never -- I don't
5  have any knowledge of him ever having any dealings
6  with that dishwasher.
7  Q   But in your opinion, he would be qualified
8  to do an electrical hookup from what you've seen him
9  do at the other place, the apartment, that is?
10 A   He hooks up stoves, and I don't know if the
11 apartments have dishwashers or not. I know that they
12 have stoves but --
13     MR. BROWN: That's all the questions I
14 have subject to looking at these documents. I don't
15 know, have you guys had a chance to look at them?
16     MR. TETRO: I'll ask three questions.
17     EXAMINATION BY COUNSEL FOR THE PLAINTIFF
18         HARTFORD INSURANCE
19 BY MR. TETRO:
20 Q   Just so it's clear, again I represent
21 Hartford who insures Mrs. Bernstein's home.
22     Just so it's clear, who actually retained Paul

**Page 104**

1  Scuderi, Inc. with regard to this renovation project
2  or refurbishing project?
3  A   Who what do you mean by retained?
4  Q   Who hired Mr. Scuderi?
5  A   Mrs. Bernstein did.
6  Q   Okay. But who actually contacted
7  Mr. Scuderi then to get him involved with the project?
8  A   I did.
9  Q   Okay. Anyone from Landis play any role in
10 selecting or hiring Mr. Scuderi?
11 A   No.
12 Q   Okay. And I think you testified before that
13 you did not know who hardwired the dishwasher.
14 A   No.
15 Q   Other than Mr. Scuderi, can you think of
16 anyone else who could possibly have done that hardwire
17 connection?
18     MR. REGO: Objection; calls for
19 speculation.
20 Q   You can still answer.
21 A   Well, it was either Scuderi or Landis.
22 Q   Okay.