# EXHIBIT 5

BRADFORD ASSOCIATES
CHRISTOPHER WALLIS

Page 26

1  this happened or didn't happen. But if Murphy is out
2  there working on a problem at the apartment and then,
3  for whatever reason, they have a switch that's not
4  working or a problem with the electrical wiring in the
5  house and they just say, hey, Murphy, can you look at
6  this?
7     A  Oh, that would be no problem at all.
8  Actually, there is a gentleman who works for Mrs.
9  Bernstein named Carl. And often times he can call.
10 He has all my vendor list. They have all the people.
11 They have the specific list for that for Mrs.
12 Bernstein.
13     In other words, they just don't go and choose
14 any plumber. There is a specific plumber and they
15 have an electrician. Murphy has been my electrician
16 for 15 years.
17     Q  But if Murphy does work, it's supposed to be
18 billed through you. Right?
19     A  Most -- 90 percent of the time, yes.
20     Q  What is the other 10 percent?
21     A  I guess if there were -- well, if there was
22 something personal like a lamp, an interior lamp that

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
CHRISTOPHER WALLIS

Page 27

1  wouldn't really be part -- I mean, I'm not saying I
2  wouldn't pay it if she asked me to pay it. But it
3  would have to go down in a different category.
4     Q  But if he changed an outlet --
5     A  That's building.
6     Q  -- or changed a switch --
7     A  That's building.
8     Q  -- or reconnected a dishwasher or an
9  appliance --
10    A  He wouldn't reconnect a dishwasher, because I
11 wouldn't think -- who would ask him to do that?
12    Q  But if he did that, should that have been
13 billed through you?
14    A  Yes.
15    Q  To your knowledge, has that occurred, that he
16 has done that when it wasn't billed through you?
17    A  No.
18    Q  And then back to the kitchen project. Were
19 you in the kitchen at any point when the appliances
20 were actually being hooked up?
21    A  No.
22    Q  Do you know who Mr. Scuderi or his company

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
CHRISTOPHER WALLIS

Page 28

1  is?
2     A  No.
3     Q  Do you know who Mr. Landis or Mr. Kerr or
4  their company is?
5     A  No.
6     Q  Mr. Kerr was the young man you may have seen
7  at the first Deposition when we were all here.
8     A  I did not. I thought he -- you mean the
9  gentleman sitting there? I thought he was an
10 attorney.
11    Q  No. The young guy who had a gold tie on who
12 was in your seat.
13    A  I thought he was an attorney.
14       MR. NOBLE:  He looked like more of an
15 attorney than some of --
16       THE WITNESS:  When I came here, I thought you
17 had not started. I thought I was the first one.
18       BY MR. BROWN:
19    Q  And I believe Mr. Kerr was here. But the
20 bottom line is you didn't recognize him as one of the
21 guys who was out there at the kitchen renovation
22 project with some frequency?

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
CHRISTOPHER WALLIS

Page 29

1     A  No, I don't.
2     Q  Do you know who hooked up the dishwasher?
3     A  No.
4     Q  Do you know who hooked up any of the
5  appliances?
6     A  No.
7     Q  Were you involved in any way when the kitchen
8  project was finalized in checking to make sure that
9  things were working or installed properly or any of
10 those issues?
11    A  No.
12    Q  When there were changes to the property such
13 as this kitchen renovation, does part of your
14 obligation or does part of your practice involve
15 checking what was done?
16    A  No. Because I thought it was all done by
17 contractors. No. That was her choice. She chose --
18 she wanted to change. That was her choice.
19    Q  And my client, I may have told you earlier,
20 is Wuerstlin Appliance or Martin Wuerstlin. Do you
21 have any knowledge of their involvement?
22    A  No.

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM