# EXHIBIT 6

BRADFORD ASSOCIATES
ROBERT A. NEARY, P.E.

Page 106

1    A. For me it was, because I didn't
2  see anything that was -- that was -- that
3  was detrimental to the wiring, that was
4  encased in the plastic.
5    Q. Okay. The capacitor, was the
6  x-ray sufficient, in your mind, to rule
7  out the capacitor?
8    A. Well, the capacitor, I didn't
9  need to use the x-ray. I was able to
10 look at it.
11   Q. All right. Was that ever
12 x-rayed?
13   A. It was part of the -- it was in
14 the x-rays, yeah.
15   Q. Okay. Can you see anything of a
16 capacitor through an x-ray?
17   A. Can you see anything -- I don't
18 remember specifically of the capacitor,
19 because I looked at it visually, so the
20 capacitor itself was melted.
21   Q. So the x-ray of the capacitor
22 doesn't play a role in your opinions?

BRADFORD ASSOCIATES
ROBERT A. NEARY, P.E.

Page 107

1    A. Well, it was visual. I was -- I
2  was looking at the items I couldn't see.
3    Q. Right. But my question was did
4  you --
5    A. I don't specifically remember the
6  capacitor in the x-ray.
7    Q. You've got to let me finish.
8    A. Okay.
9    Q. All right. As you sit here
10 today, can you tell me that the x-ray of
11 the capacitor played any role in your
12 opinions, or did you not look at the
13 x-rays because you had looked at the
14 capacitor with your own eyes, and thus
15 didn't think you needed the x-ray?
16   A. I looked at the capacitor with my
17 own eyes, and didn't need the x-ray.
18   Q. Okay. The motor we talked about?
19   A. Right.
20   Q. The connectors, were the x-rays
21 sufficient to rule out the connectors,
22 all the connectors as a potential cause

BRADFORD ASSOCIATES
ROBERT A. NEARY, P.E.

Page 108

1  of the fire?
2    A. Yeah. I didn't see any
3  connectors that had a problem.
4    Q. Okay. The TCO, was the x-ray
5  sufficient to rule out the TCO, thermal
6  cut off, as cause of the fire?
7    A. That was the one I don't remember
8  off the top of my head on the TCO. But
9  obviously I didn't bring it up, so I have
10 to go back and look at that again.
11   Q. Okay. And I may have --
12   A. I didn't see anything.
13   Q. I'm sorry?
14   A. The heater I remember
15 specifically. It was ruled out.
16   Q. Okay. And we covered that.
17      And then the door switch. Was
18 the door switch, in your opinion, ruled
19 out simply by the x-rays?
20   A. Well, the door switch would have
21 been up in the door. And so that was not
22 in the -- that wouldn't have been in the

BRADFORD ASSOCIATES
ROBERT A. NEARY, P.E.

Page 109

1  x-rays.
2    Q. Okay. What, if any,
3  investigation did you do as to whether
4  the door switch played any role in this
5  fire?
6    A. The door switch was above the
7  area, in the area of the door -- of
8  the -- above, so it didn't appear to be
9  in the fire area.
10   Q. Is that why it was ruled out?
11   A. Yes.
12   Q. Okay. And where is it? If I'm
13 looking at that dishwasher when it was in
14 its normal mounting, where would the door
15 switch be?
16   A. It's usually up in the top in the
17 control panel.
18   Q. Okay. What is a door switch?
19   A. When you open up the door, it
20 turns the dishwasher off.
21   Q. If -- well, did you look at all
22 at the door switch components?

BRADFORD ASSOCIATES
ROBERT A. NEARY, P.E.

Page 210

1   A. Yes.
2   Q. You were not asked to try to
3   attribute that to the conduct of any one
4   or more persons, is that correct?
5   A. Yes.
6   Q. Okay. We agree?
7   A. Yeah. I -- yeah. I don't
8   believe that I was asked to do that.
9   Q. And you have not done that?
10  A. No.
11  Q. And you're not capable of doing
12  that in this case, based on the
13  parameters of your investigation, is that
14  correct?
15  A. As of now, no.
16  Q. Okay. Just so we're clear, as of
17  now is when we're taking your deposition?
18  A. Right.
19  Q. And you've had this file for over
20  a year it appears.
21  A. Yeah.
22  Q. So, we're not suggesting that you

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
ROBERT A. NEARY, P.E.

Page 211

1   can or should do that. I just want to
2   make sure I understand the limits of your
3   investigation.
4   A. Okay.
5      MR. TETRO: It's an attorney's
6   job.
7   BY MR. BROWN:
8   Q. With respect to what you believe
9   was the fire cause, explain to me in a
10  way a lay person can understand, what you
11  think was the cause of this fire?
12  A. I believe there was some heating
13  of the electric wiring, which caused some
14  short or failure, that caused ignition of
15  some combustible material in the
16  dishwasher. And that's what started the
17  fire.
18  Q. Let me take that one by one.
19      What was the heat source for the
20  heating?
21  A. From the branch circuit -- the
22  branch circuit wiring, or the connection

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
ROBERT A. NEARY, P.E.

Page 212

1   to the dishwasher.
2   Q. I'm sorry, say that again for me.
3   A. From the branch circuit wiring,
4   to where at the point of connection,
5   where it goes to connect the main
6   connection in the dishwasher.
7   Q. Okay. You think some area from
8   where the branch circuit came out of that
9   junction box, with a switch up to where
10  it connected to the dishwasher wires, was
11  where the heating occurred?
12  A. At some point, yeah. Internal of
13  the dishwasher.
14  Q. Okay.
15     MR. REGO: I'm sorry, did you say
16  internal of the dishwasher?
17     THE WITNESS: Internal of the
18  dishwasher.
19  BY MR. BROWN:
20  Q. Right. So when we go back to
21  your diagram, some point where it enters
22  the dishwasher, and where it terminates?

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
ROBERT A. NEARY, P.E.

Page 213

1   A. Yes.
2   Q. Okay. What was the source of the
3   heat that you believe was imposed upon
4   that wire?
5   A. Source of heat?
6   Q. You said it was heating, right?
7   A. Yeah. Some sort of resistive
8   connection.
9   Q. Meaning what?
10  A. High resistance connection. In
11  other words, where you have a current
12  flow through a resistance that's causing
13  heat.
14  Q. Did you miss the part about a lay
15  person?
16  A. (Laughter.)
17  Q. I'm joking. I hope that shows up
18  as a joke, or we can strike it from the
19  record.
20  A. That's fine.
21  Q. When you say high resistance
22  heating, explain that in laymen's terms.

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
ROBERT A. NEARY, P.E.

Page 234

1   dishwasher.
2       Q. And where?
3       A. And where? I can't tell you
4   exactly, because I didn't see where it
5   was, how everything was installed.
6       Q. Okay. And that's not going to
7   read well on the record.
8           The area that you have a red
9   arrow on figure 6 on Page 9 of your
10  report, is the area you think is beading
11  significant electrical arcing, where do
12  you think that area of that red arrow
13  would have been under the four corners of
14  the dishwasher?
15      A. Yes.
16      Q. Where?
17      A. It would have been somewhere -- I
18  can't tell you exactly, because we don't
19  know where the wire actually ended in the
20  dishwasher.
21      Q. Can you give me any
22  approximation?

BRADFORD ASSOCIATES
ROBERT A. NEARY, P.E.

Page 235

1       A. No, I don't want to speculate.
2       Q. So, it could have been anywhere
3   along this line?
4       A. Yes.
5       Q. And by this line, I mean the line
6   in figure 1, that goes from the left side
7   wall to the end point?
8       A. Right.
9       Q. Okay. What makes you think that
10  this area, which you believe is an area
11  of beading, had anything to do with the
12  fire?
13      A. Well, it shows there was some
14  sort of electrical activity on that wire.
15      Q. Okay. What does that tell us?
16      A. It may have been -- that one
17  could have been made possibly a result or
18  a cause.
19      Q. So that could be either, right?
20      A. Yeah.
21      Q. Okay. Can you sit here today and
22  tell me which one is less or more

BRADFORD ASSOCIATES
ROBERT A. NEARY, P.E.

Page 236

1   possible, or are they both equal
2   possibilities, based on your limited
3   amount of knowledge as to the physical
4   setup, et cetera, of the wires of the
5   dishwasher, et cetera, before it was
6   pulled out?
7       A. Okay. Repeat that again.
8       Q. Sure.
9           You've indicated you have limited
10  information, because you didn't go to the
11  site, you don't have all the measurements
12  of the where's, the what's and the how
13  for's?
14      A. Right.
15      Q. To the extent that this could be
16  arcing that is significant, of a cause of
17  the fire, or arcing that's significant as
18  a victim of the fire, you believe it's
19  one or the other?
20      A. Um-hmm.
21      Q. Yes?
22      A. Yes.

BRADFORD ASSOCIATES
ROBERT A. NEARY, P.E.

Page 237

1       Q. Okay. Are those both
2   possibilities that you can't say one's 51
3   and one is 49, based on the limited
4   amount of information you have as you sit
5   here today? Is that correct?
6       A. Right.
7       Q. Okay. All right. Is there any
8   other line you had seen at the time of
9   your report that you believe had arcing
10  or beading on it?
11      A. At the time of the report? No,
12  not at this time.
13      Q. Okay. All right. And is there
14  literature with respect to the
15  significance of arcing and beading,
16  regarding whether it's a cause or a
17  victim of the fire?
18      A. Repeat that.
19      Q. Sure. Are there articles or
20  reliable authorities, as I defined them
21  before, literature in the electrical or
22  fire trade, as to what the significance

BRADFORD ASSOCIATES
ROBERT A. NEARY, P.E.

Page 258

1  junction box with the switch, do you
2  believe that any of those connections had
3  anything to do with the fire?
4      A. Which connections?
5      Q. The connections within the actual
6  junction box with the switch?
7      A. No.
8      Q. Okay. And if you look at -- let
9  me see your full set of photographs, Mr.
10 Neary.
11     A. Sure.
12     Q. Your photograph 46, it shows the
13 Romex coming out of that junction box
14 with the switch?
15     A. Yes.
16     Q. The connection point where the
17 Romex goes into that box, there appears
18 to be some kind of metal bracket there.
19 Do you see that?
20     A. Are you talking about this
21 piece -- this right here? Point to what
22 you're showing me. Right there?

BRADFORD ASSOCIATES
ROBERT A. NEARY, P.E.

Page 259

1      Q. Yes.
2      A. That's the Romex connector.
3      Q. Okay. Is that an appropriate
4  device to be used on a Romex connector?
5      A. Yes. On a Romex wire you mean.
6      Q. On a Romex wire?
7      A. Yes.
8      Q. It's metal, right?
9      A. Yes.
10     Q. Are you supposed to have that
11 Romex cable running through metal?
12     A. Yes.
13     Q. Why?
14     A. That's a approved conductor.
15     Q. Is it a rounded edge? It's an
16 approved connector you said?
17     A. It's an approved connector, yes,
18 it's a Romex connector.
19     Q. Okay. And it's metal, but what?
20 Is it rounded on the inside so it's not a
21 sharp edge?
22     A. Yes.

BRADFORD ASSOCIATES
ROBERT A. NEARY, P.E.

Page 260

1      Q. Okay. That is your photograph
2  46, I don't think we need to mark that
3  unless somebody wants me to.
4      A. Right.
5      Q. Okay. You've said a couple times
6  you don't believe there was a junction
7  box in the dishwasher?
8      A. Yes.
9      Q. Okay. What's that based on?
10     A. From my conversations with Mr.
11 Schaal, that they didn't find a junction
12 box in the debris pile and that there was
13 a junction box on the exemplar,
14 dishwasher.
15     And I tried to locate where it
16 would have been on the subject dishwasher
17 and there was no evidence of the junction
18 box having been there, or remains of a
19 junction box.
20     Q. Okay. And let's make sure we're
21 clear. Were you able to make a
22 determination as to whether there was

BRADFORD ASSOCIATES
ROBERT A. NEARY, P.E.

Page 261

1  ever a junction box there?
2      A. It doesn't seem to be that there
3  was a junction box there, prior to the
4  fire.
5      Q. Okay. Well, that's what I'm
6  trying to find out. If that box wasn't
7  there the day that BOSCH dishwasher was
8  sold, or delivered, how would you go
9  about proving that?
10     A. How would I go about proving
11 that?
12     Q. Right.
13     A. I -- I would --
14        MR. TETRO: Objection to form.
15     A. Yeah. I mean, I don't know. I
16 would have to have been there to see if
17 it was or wasn't, or somebody that noted
18 it.
19     Q. Okay. Well, here's what I'm
20 trying to find out.
21        You said you don't believe the
22 junction box was there at the time of the

BRADFORD ASSOCIATES
ROBERT A. NEARY, P.E.

Page 266

1  That is where the connection -- where you
2  bring the branch circuit wiring
3  connection from the panel into, and make
4  the connection for wiring for the
5  dishwasher, so that's your point of
6  connection for your power.
7     Q. And what does it do?
8     A. What does what do?
9     Q. Why is BOSCH, if you believe they
10 provide this with a box, why do they have
11 that box in there?
12    A. It's required.
13    Q. Because?
14    A. Because it's an -- an electrical
15 connection has to be protected.
16    Q. What's it being protected from?
17    A. It's being protected from,
18 usually when it's in a box, it has a
19 strain relief so that the cord can't be
20 pulled. And it's also being protected
21 from physical damage.
22    Q. Okay. With respect to strain

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
ROBERT A. NEARY, P.E.

Page 267

1  relief, is it the box itself that
2  provides strain relief or is there
3  another device that provides strain
4  relief?
5     A. There would be a type of
6  connector to provide strain relief.
7     Q. Okay. And on this BOSCH, is that
8  a plastic strain relief insert?
9     A. In this case, I don't -- I don't
10 know.
11       Normally, it's a Romex type -- if
12 you're using Romex, it would be a Romex
13 connector similar to the one we just
14 pointed out.
15       It can be a plastic. Normally
16 it's something that the wire secured,
17 that it doesn't move.
18    Q. And the goal of that, so if
19 people are pulling out the dishwasher,
20 they're not essentially putting undue
21 force on the connections within the wire
22 nuts?

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
ROBERT A. NEARY, P.E.

Page 268

1     A. Yes.
2     Q. Okay. Do you think that absence
3  of strain relief had any involvement in
4  this case, in this fire?
5     A. Do I have any belief that there's
6  absence -- the absence in the case of
7  this fire? I have -- the fact that the
8  junction box wasn't there was possibly
9  the reason why this fire could have been
10 caused.
11    Q. Right. But let me just get you
12 focused on my question. The junction box
13 in and of itself doesn't provide strain
14 relief, correct?
15    A. Correct.
16    Q. It has a strain relief insert or
17 component that could have been used?
18    A. Yes.
19    Q. Okay. That helps prevent fires,
20 because if people were pulling on it, it
21 stops tension from hitting the
22 connection?

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
ROBERT A. NEARY, P.E.

Page 269

1     A. Can I go back -- go back for one
2  second.
3     Q. Sure.
4     A. Repeat what you said about the
5  strain relief in the box. The box --
6  sometimes the box is provided with one,
7  sometimes they're not.
8        I don't know in this case. The
9  box I saw in the exemplar did not have a
10 strain relief, so normally that would be
11 provided by the installing -- person
12 installing the dishwasher electrical
13 connection.
14    Q. Okay. So that J box, the one
15 inside --
16    A. Yeah.
17    Q. -- the dishwasher that you
18 believe BOSCH supplies, really has no
19 strain relief capacity in and of itself,
20 is that correct?
21    A. Yes.
22    Q. Okay. There may be a device that

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
ROBERT A. NEARY, P.E.

Page 274

1   the act of the motor and the movement of
2   the dishwasher, causes vibration. And if
3   you stand near one, you can feel the
4   floor vibrating or whatever, and, at
5   times; so, therefore, if the wires -- the
6   wire could be up there. If it's hanging
7   loose from the vibration, it could be
8   moving.
9       Q. All right. And let me take you
10  back to the NFPA 921, the scientific
11  methods.
12      A. Um-hmm.
13      Q. Is it your opinion, or were you
14  investigating that that vibration might
15  be a possible contributing factor in this
16  fire?
17      A. Yes.
18      Q. Okay. Once that becomes part of
19  the hypothesis, you then have to test it,
20  correct?
21      A. Yes.
22      Q. Okay. What, if any, tests did do

BRADFORD ASSOCIATES
ROBERT A. NEARY, P.E.

Page 275

1   you to determine what extent, if any,
2   that vibration was playing on any of the
3   wires in this dishwasher?
4       A. I didn't test it. Just go back
5   from experience.
6       Q. All right. Well, with respect to
7   a BOSCH dishwasher, where does that rank
8   in terms of vibration on the scale of
9   dishwashers?
10      A. I don't know.
11      Q. Okay. Do you have some belief
12  that BOSCH charges a little bit more than
13  the average dishwasher manufacturer
14  because their dishwasher runs more quiet
15  and with less vibration than other
16  dishwashers?
17      A. I have no idea.
18      Q. With respect to this dishwasher,
19  if you had the line running into a
20  junction box with some form of strain
21  relief, and you had wire nuts secured to
22  the positive powered, that is, and the

BRADFORD ASSOCIATES
ROBERT A. NEARY, P.E.

Page 276

1   negative lines, those, in your opinion,
2   if this had been done according to the
3   manufacturer's recommendations, would
4   have been within that junction box in the
5   front left -- I'm sorry, the front right
6   of that dishwasher, correct?
7       A. Correct.
8       Q. Okay. If you had lines connected
9   to wire nuts within a metal box, even
10  with strain relief, those are still going
11  to be subject to the vibration of the
12  dishwasher, correct?
13      A. Yes.
14      Q. Okay. And if they're attached
15  via a junction box -- strike that.
16      If they're enclosed inside a
17  junction box that is attached to the
18  frame of the dishwasher, is every
19  vibration that that frame is subjected to
20  going to be transferred then to that
21  junction box?
22      A. Sure.

BRADFORD ASSOCIATES
ROBERT A. NEARY, P.E.

Page 277

1       Q. Okay. If the line is not within
2   that junction box, that is, if the wire
3   nuts are used to connect it outside that
4   junction box, such that they're in the
5   air, as I think your theory is, correct?
6       A. Um-hmm.
7       Q. Aren't they going to be subjected
8   to less vibration than if they're trapped
9   within a metal junction box that's
10  affixed to the frame?
11      A. Or possibly more.
12      Q. Well, why would it be possibly
13  more, and why would it be possibly less?
14      A. Because the box would contain the
15  movement of the wires inside the junction
16  box so they wouldn't be moving back and
17  forth; wherein, if they're in free air,
18  they could be bouncing up and down.
19      Q. Okay. Well, let's take the
20  inside the box scenario.
21      A. Okay.
22      Q. How tight was that box in terms

BRADFORD ASSOCIATES
ROBERT A. NEARY, P.E.

Page 290

1  this photograph, I guess if you kind of
2  follow the line of the water -- water
3  supply line, to be sort of a right angle
4  and then another right angle, almost an L
5  as we described in the last deposition.
6      A. Okay.
7      Q. And, again, I know this is a two
8  dimensional photograph, but I think
9  there's other photographs from different
10 angles that also kind of depicts that?
11     A. Sure.
12     Q. Did you ever look at that L?
13     A. No.
14     Q. Okay. Do you have any idea why
15 that would be -- there would be an L like
16 that?
17     A. Only maybe the way it was going
18 through the wall is the only thing I
19 could determine.
20         I think -- I didn't see it in
21 that position.
22         When I saw it, it was based on my

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
ROBERT A. NEARY, P.E.

Page 291

1  photographs, and, that it had already
2  been removed from that location.
3      Q. So, if there is or isn't, sort of
4  a two right angle bend there, that
5  doesn't have any impact on your opinions?
6      A. No.
7      Q. Okay. Is that a problem if there
8  is a right angle and then another right
9  angle within inches of each other?
10     A. Depends on how it's kinked. I
11 mean if it was kinked -- you can kink a
12 wire to cause a problem.
13     Q. But you don't know if that was or
14 wasn't?
15     A. Well, if that was the case and
16 the wire was kinked, normally the problem
17 would show up at the kink.
18     Q. Okay. And on Page 7 of your
19 report, do you have the report back in
20 front of you?
21     A. Yes, sir.
22     Q. Okay. You make an indication,

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
ROBERT A. NEARY, P.E.

Page 292

1  and you also cite a photograph which
2  says, in your opinion, the NMC line
3  wasn't long enough to reach a junction
4  box?
5      A. Yes.
6      Q. What was that based on?
7      A. What was that based on?
8      Q. Yeah.
9      A. Because mine doesn't.
10         MR. TETRO: You want to look at
11 mine.
12         THE WITNESS: Yeah, okay.
13         MR. BROWN: You've got the
14 colors, taking mine out before.
15 BY MR. BROWN:
16     Q. Yeah, Page 7 I'm talking about.
17     A. Okay, Page 7. This one here.
18         You're on which -- okay, the last
19 sentence, right?
20     Q. Right.
21     A. That was based on the fact that,
22 at the time, I thought that was the

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
ROBERT A. NEARY, P.E.

Page 293

1  connection to the dishwasher.
2      Q. Meaning what?
3      A. Well, at the time, when I took
4  the -- when I looked at that -- when I
5  took that photograph, I thought that's
6  where the bare wire was. I was told that
7  is where the dishwasher was connected to.
8      Q. Oh, okay. And now it's your
9  understanding it's the reverse end?
10     A. It's the reverse end.
11     Q. Okay. All right. And then also
12 on Page 6 of your report, you say part of
13 the wiring that the fish tape had last
14 pulled through were still attached.
15     A. Yeah.
16     Q. What did you mean by that?
17     A. There were still some copper wire
18 where the fish tape hook, there was still
19 some wire in there, taped in there.
20     Q. Into what? What was attached to
21 what, when you say was still attached?
22 Your last line, it doesn't make clear to

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
ROBERT A. NEARY, P.E.

Page 306

1  quick glance through it, so I wasn't able
2  to make too many determinations quickly,
3  but, I haven't had a chance to really do
4  a long analysis of it and do any
5  comparisons.
6      Q. Okay. Do you have any specific
7  opinions, based on what you know, or
8  believe happened, with respect to the
9  replacement of the circulating pump,
10 motor, as to what, if anything, that
11 individual did, that may or may not have
12 been any contributing role in the fire?
13     Do you understand my question?
14     A. Yes. In some respects I do.
15     Q. Okay. Let me break it down into
16 two if you have.
17     What's your understanding of what
18 the person, who did the circulating pump
19 replacement, did?
20     MR. TETRO: If you have an
21 understanding.
22     A. Yeah.

BRADFORD ASSOCIATES
ROBERT A. NEARY, P.E.

Page 307

1      Basically, they just pulled out
2  the dishwasher, they had to disconnect it
3  based upon -- or take the dishwasher
4  apart and disconnect it, based upon the
5  instructions.
6  BY MR. BROWN:
7      Q. Disconnect what?
8      A. It looks like they had to
9  disconnect the dishwasher.
10     Q. Disconnect what portion of the
11 dishwasher?
12     A. The electrical -- take the
13 electric -- disconnect the electric to
14 the dishwasher.
15     Q. Why?
16     A. I think there's a statement in
17 there that tells them to do that, if I
18 remember correctly.
19     Q. Show me what you're talking
20 about.
21     A. Number 3, removed -- I'm just
22 reading to myself, I'm sorry.

BRADFORD ASSOCIATES
ROBERT A. NEARY, P.E.

Page 308

1      It shows the junction box there,
2  but the wires are disconnected, so I
3  think that's why I -- I didn't have a
4  chance to do a close-up read on the whole
5  thing, but -- but it basically shows --
6  somewhere along the line, you have to do
7  a disconnection to remove the power from
8  the motor.
9      Q. Okay. You're looking at a
10 document, Page 3. At the bottom it says
11 second edition/revision 5, 1/26/05?
12     A. Right.
13     Q. Which I'll mark with an exhibit.
14     A. Just to protect myself, I have
15 not formed a complete opinion yet, so.
16     Q. Okay. Well, as we sit here
17 today, which is my shot to depose you,
18 you don't have a complete opinion then as
19 to this issue?
20     A. Right. Right.
21     (Neary Deposition Exhibit No. 7
22 marked.)

BRADFORD ASSOCIATES
ROBERT A. NEARY, P.E.

Page 309

1  BY MR. BROWN:
2      Q. The picture 3, that I believe you
3  showed me --
4      A. Yes.
5      Q. Okay. Try to put this on here so
6  it doesn't block out words.
7      A. Right.
8      Q. Does that indicate the wires that
9  come with the dishwasher from the
10 manufacturer?
11     A. Yes.
12     Q. Okay. Are those where you
13 believe a wire nut connection would be
14 used?
15     A. Yes.
16     Q. Okay. And on this picture -- I'm
17 sorry, in this document, it doesn't say
18 you have to disconnect those wire nuts,
19 does it?
20     A. Not as far as I can tell.
21     Q. Okay. Does it indicate in here
22 that you should turn the power off?

BRADFORD ASSOCIATES
ROBERT A. NEARY, P.E.

Page 310

1   A. I would assume you would, but I
2   haven't read the whole thing completely.
3   I didn't have time to do that.
4      Q. Okay. You can turn the power off
5   on this unit by hitting that switch,
6   correct?
7      A. Turn the circuit breaker off,
8   too.
9      Q. Okay. And you were an electrical
10  contractor?
11     A. Yes.
12     Q. Okay. If you turn the power off
13  with the switch or the breaker, would you
14  be comfortable enough to work on this
15  dishwasher without undoing the wire nuts?
16     A. Yes.
17     Q. Is that what you would have done?
18     A. Yes.
19     Q. Which one?
20     A. Whichever one was available, the
21  easiest to be available.
22     Q. Okay. Other than what this

BRADFORD ASSOCIATES
ROBERT A. NEARY, P.E.

Page 311

1   Exhibit 7 indicates, I'll put this on the
2   front page of that.
3      A. That's fine.
4      Q. Do you have any other
5   understanding as to what the person who
6   replaced the circulating pump would have
7   done?
8      A. Yeah, my -- the other thing I
9   would question is, if he did not see a
10  junction box or saw the connection
11  hanging in the dishwasher, why he would
12  not have made a comment to that -- to
13  that point on his service ticket.
14     Q. Okay.
15     A. Or said something to the owner
16  saying, hey, you have an unsafe
17  condition.
18     Q. Okay. And from that, you draw
19  one or two conclusions, either he saw it,
20  ignored it made, no note and no warning;
21  or that did not, in fact, exist at the
22  time he was out there? Are those

BRADFORD ASSOCIATES
ROBERT A. NEARY, P.E.

Page 312

1   basically the two options?
2      A. Or he removed it because the wire
3   may have been too short and just put it
4   back together.
5      Q. Okay. But the wire -- if the
6   wire was too short, it would have already
7   been in that position, correct?
8      A. Possibly, yes. Or when he took
9   it out, maybe they had -- the way they
10  had installed it, it wasn't short enough.
11  And then when they went and put it back
12  in, it could have been too short when he
13  was working it.
14     Q. All right.
15     A. I don't know. Like I said, I was
16  not at the scene, so I cannot make all
17  those determinations.
18     Q. All right. Do you believe that a
19  reasonably competent electrician or
20  service person, had they seen the
21  junction box either not there or not
22  being used, would have made a note of

BRADFORD ASSOCIATES
ROBERT A. NEARY, P.E.

Page 313

1   that?
2      A. Yes.
3      Q. Okay. Do you believe a
4   reasonably competent electrician or
5   service person would have continued to
6   work on that item without any warning
7   given to either his boss or the
8   homeowner, if it was in that condition?
9      A. A reasonably competent would have
10  continued to work on it? No.
11     Q. Okay. Does the set-up that you
12  believe existed, in terms of a non
13  junction box and non-grounding, does that
14  strike you as the work of a reasonably
15  competent electrician or service man, or
16  does it strike you as the work as
17  somebody who does not know what they're
18  doing?
19     A. Okay. That was a long question.
20  Repeat it, please.
21     Q. Sure.
22     Your belief is that the junction

BRADFORD ASSOCIATES
ROBERT A. NEARY, P.E.

Page 318

1  neat.
2      Q. Okay.
3      A. There's two -- we've separated it
4  enough.
5      Q. Yeah. This is my -- okay, let's
6  stop right here.
7          You have in your file, a letter,
8  that appears to be from Anderson and
9  Quinn to Brian Tetro, with Discovery
10 responses attached. It appears to be
11 Mr. Scuderi's Answers to Interrogatories
12 and some documents.
13     A. Um-hmm.
14     Q. And then there's handwritten, in
15 pencil, some notes at the bottom. Is
16 that your handwriting?
17     A. Yes, sir.
18     Q. Okay. And you essentially say --
19 read along: Mr. Scuderi estimate 4855,
20 paid 4855?
21     A. Right.
22     Q. Dishwasher rewire -- what's it

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
ROBERT A. NEARY, P.E.

Page 319

1  say?
2      A. Item.
3      Q. Item.
4      A. $60.
5      Q. Okay. DW was wired with Romex,
6  not BX. Copy of permit question mark.
7  Scuderi listed permit at 350, if needed.
8  Did not charge or get paid for permit,
9  Scuderi -- what's that say? If Scuderi
10 --
11     A. Was electrician -- if Scuderi
12 electric -- electrician of record, it's
13 my -- I'm just jotting notes.
14     Q. Okay.
15     A. Of record. He is responsible for
16 all electrical work performed, unless he
17 notifies parties that he didn't do the
18 work and will not be responsible.
19     Q. Okay. What, if any, significance
20 did those notes -- strike that.
21         Where did the information for
22 this note come from?

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
ROBERT A. NEARY, P.E.

Page 320

1      A. When I was reading through the
2  discovery material.
3      Q. Is this just you jotting down
4  your thought process?
5      A. Well, based on what I was reading
6  and what was answered in the discovery,
7  that Mr. Scuderi, I think, was denying
8  that he had made the dishwasher
9  connection, but yet he had charged for it
10 in his invoicing. And was paid for it.
11     Q. Okay. Do you believe there's any
12 factual dispute as to an issue of whether
13 Mr. Scuderi did or did not hook up that
14 dishwasher?
15     A. Do I believe that?
16     Q. Right. Do you have any
17 information one way -- what is your
18 understanding of who hooked up that
19 dishwasher?
20     A. I would assume that Mr. Scuderi
21 did because -- because he's the
22 electrician of record.

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
ROBERT A. NEARY, P.E.

Page 321

1          I didn't see anything to dispute
2  that Mr. Scuderi didn't hook up the
3  dishwasher but, you know. On a
4  construction site, who knows what could
5  have happened.
6          But it's very possible that he --
7  there was -- I'm sure there's maybe a
8  possibility he didn't. But if he didn't,
9  he's still responsible because they're
10 working under his permit.
11     MR. REGO: Objection.
12 BY MR. BROWN:
13     Q. And you don't have any
14 information beyond your assumption of
15 this, is that correct? As to the "who"
16 did it? Not the other stuff you said.
17     A. Right. As to who did it, yeah.
18     Q. All right.
19     A. The other is based upon my
20 experience.
21     Q. Gotcha.
22         (Neary Deposition Exhibit No. 8

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
ROBERT A. NEARY, P.E.

Page 338

1  connection? There's other things that go
2  into making that connection? It's not
3  just connecting the electric supply to
4  the dishwasher?
5     A. If I remember correctly, I think
6  there were some other -- it depends on
7  how he was -- it's kind of a vague
8  statement that he made in That case,
9  because of the fact -- I'm sorry, I've
10 got to look at her and talk to you at the
11 same time.
12     And in some respects, if he was
13 causing that as a -- a flat price for
14 doing everything, from the breaker to
15 that point in the connection of the
16 dishwasher, the connection of the
17 dishwasher leads me to believe that -- in
18 my experience as an electrical
19 contractor, when we said we would make
20 the connection, was we hooked the power
21 to the dishwasher.
22     Not just brought the circuit and

BRADFORD ASSOCIATES
ROBERT A. NEARY, P.E.

Page 339

1  put a box there.
2     If that was the case, then you
3  would say -- you would make -- run a
4  circuit and leave a box for the
5  dishwasher, but not make the connection.
6  So he used the term connection.
7     He also pulled a permit in,
8  saying he was replacing like appliances
9  for like appliances.
10    Q. When you say he used the term
11 connection, what are you talking about?
12 When did he ever use that term?
13    A. On the -- it says connect
14 dishwasher.
15    Q. Oh, on the proposal?
16    A. On the proposal and on his
17 invoice. It was on the invoice that I
18 saw that he billed for it.
19    Q. When you say he made the
20 statement, though, you're talking about
21 the invoice itself?
22    A. Yes.

BRADFORD ASSOCIATES
ROBERT A. NEARY, P.E.

Page 340

1     Q. He never made a statement in his
2  deposition that he made the connection to
3  the dishwasher, that you're aware of, did
4  he?
5     A. I think he was trying to say he
6  did not, from what I saw in -- I didn't
7  read his deposition. I only read his --
8  the Interrogatories.
9     Q. Let me ask you this: Have you
10 read anything, anywhere in this file that
11 you've been provided with, that indicates
12 that anyone from Scuderi, including Paul
13 Scuderi, made a statement that indicated
14 they connected this dishwasher?
15    A. Well, they did not provide their
16 job records, so, no, I don't have
17 anything that said they said they did it.
18 I just have that he charged to do it.
19    Q. You don't have any fact that
20 would indicate that they said they did
21 it?
22    A. Other than he billed for it, yes.

BRADFORD ASSOCIATES
ROBERT A. NEARY, P.E.

Page 341

1     Q. You don't have any facts that
2  would indicate that they said they did
3  it? Yes or no?
4     A. That's all I have, yes.
5     Q. Okay. You also said that you are
6  not attributing the cause of this fire to
7  any one person or entity, is that
8  correct? Did I understand that? That
9  wasn't your scope in this?
10    A. Repeat your question.
11    Q. You also said earlier in your
12 testimony, and I wrote these words down,
13 that you were not attributing this fire
14 in its cause to any one person or entity;
15 that's correct?
16    A. Yes. You had -- people who had
17 multiple -- there was multiple parties
18 who had access to this, yes.
19    Q. But you still have no idea, as
20 you look at your records, and the
21 information you've been provided with,
22 who actually made the connection to the