# EXHIBIT 8

**SEA, Ltd.   PROJECT NO.  605271**            **ISSUE DATE: February 27, 2007**

# WHITE & WILLIAMS LLP
## File No. YKBF07233
## Attention:  Brian E. Tetro, Esq.
## 1800 One Liberty Place
## Philadelphia, PA 19103

## Bernstein Dishwasher Examination

## Beverly Bernstein
## 3246 N. Street, NW
## Washington, DC  20007



1110 Benfield Boulevard
Suites A-D
Millersville, Maryland 21108
410.987.1077 • 800.635.9507
Fax 410.987.1129

# S·E·A

## TABLE OF CONTENTS

SECTION                                                                    PAGE

I.    PROJECT SUMMARY ................................................................1
         PROJECT ASSIGNMENT ......................................................1
         SCOPE OF PROJECT ............................................................1
         CONCLUSIONS...................................................................1
II.   PROCEDURES....................................................................................2
III.  DISCUSSION ......................................................................................2
         BACKGROUND ....................................................................2
         LABORATORY EXAMINATION ........................................3
         INFORMATION OBTAINED ...............................................11
         ANALYSIS............................................................................11
IV.   SIGNATURES......................................................................................12

         ADDENDUM

## S·E·A

---

# I.    PROJECT SUMMARY

---

## PROJECT ASSIGNMENT

On March 31, 2006, SEA, Ltd. was retained by Brian Tetro of White & Williams to investigate a reported dishwasher failure that resulted in a fire on May 9, 2005 at 3248 N Street NW, in Washington, DC. The investigation was assigned to Project Engineer Robert A. Neary, P.E. as SEA Project No. 605271. Michael Schaal of Fire and Arson Investigation Consultants was the origin and cause investigator.

## SCOPE OF PROJECT

Specifically, SEA was requested to render, if possible, professional opinions regarding a possible electrical failure or improper installation involving a dishwasher at the subject location. A site investigation could not be conducted as SEA was brought into the investigation after suit was filed. SEA initiated this investigation at the direction of White & Williams. On February 22, 2007, SEA was asked to provide a preliminary report.

## CONCLUSIONS

- **The electrical branch circuit wiring for the dishwasher was installed improperly.**

- **The dishwasher junction box provided for splicing of the incoming branch circuit wiring to the conductors for the dishwasher was not used.**

- **The connections between the branch circuit NMC cable and the dishwasher connection were not properly installed.**

- **The vibration of the dishwasher loosened the connection between the phase conductor and the dishwasher's phase wire resulting in a high resistance connection, which was the heat source for the fire.**

- **The connections for the single pole switch disconnect in the steel junction box installed for the dishwasher did not provide for a continuous ground path.**

# S·E·A

## II.    PROCEDURES

1. **On February 16, 2007, SEA reviewed file material, which included the following:**

   - Photographs taken by Michael Schaal of FAIC.
   - Photographs taken by the public adjuster.
   - Copies of the contract between Beverly Bernstein and Landis Construction.
   - Copies of invoices for the purchase of the kitchen appliances.
   - DC Fire Department fire report.
   - Photographs of the cutting and removal of some of the branch circuit wiring, which was sent to Penn State University for testing.

2. **On February 22, 2007, SEA conducted a non-destructive examination of the subject Bosch dishwasher, and other evidence recovered from the scene, at the office of Fire & Arson Investigation Consultants, Inc. (FAIC) in Pasadena, Maryland. During the examination, SEA received copies of X-rays made of the dishwasher base by FAIC. An exemplar Bosch dishwasher was also examined.**

3. **SEA obtained copies of the Dishwasher Installation Instructions for the subject dishwasher from Bosch's website.**

4. **Information was also obtained from Michael Schaal.**

## III.    DISCUSSION

### BACKGROUND

On May 12, 2003, Beverly Bernstein hired Landis Construction to completely renovate the kitchen at the referenced address. Paul Scuderi was hired to perform the electrical work. Mr. Scuderi is a licensed master electrician in the District of Columbia, with license number DM200112. The appliances, including the subject dishwasher, were purchased from Foremost Appliances in Chantilly, Virginia in June 2003.

In August 2004, it was reported that the dishwasher was not functioning properly. Ms. Bernstein hired A-Nova Appliance Company (A-Nova) to examine and repair the subject dishwasher. A-Nova determined that the circulating pump needed to be replaced. A-Nova subsequently replaced the circulating pump motor.



On May 9, 2005, at approximately 10:45 p.m. the DC Fire Department received an alarm to respond to a fire at the subject address. The fire department responded and extinguished the fire. DC Fire Investigator Rodney Taylor ruled the fire as accidental, and determined the cause to be a mechanical malfunction of the dishwasher.

## LABORATORY EXAMINATION

On February 22, 2007, SEA conducted a non-destructive examination of the subject dishwasher. The dishwasher was subject to a previous, destructive examination performed on it prior to SEA being retained. An exemplar dishwasher, which had been obtained for the investigation, was inspected by SEA as part of the laboratory examination.

The subject dishwasher was manufactured by Bosch, with Model No. SHY66C05UC/14 and Serial No. FD8304 00505 (see **Figure 1**). The subject dishwasher had a stainless steel front and interior tub area. The bottom area below the tub, as shown in **Figure 2**, was a molded plastic base that had the circulation pump, plastic water piping, water jets, and electrical controls mounted to it. The most damage was observed between the topside of the plastic dishwasher base and the bottom of the stainless steel interior tub.

# S·E·A



**FIGURE 1:**     View of the front door and stainless steel tub bottom of the subject dishwasher.

**S·E·A**



**FIGURE 2:**    Top view of bottom section containing the motor, plastic tubing, and electric controls mounted on a plastic base.

# S·E·A

Melted into the bottom side of the plastic base was the branch circuit wiring, a non-metallic sheathed cable (NMC) that was routed from a single-pole switch, as well as part of the electrician's "fish tape" that had been cut off, as shown in **Figure 3**. Part of the wiring that the fish tape had last pulled through were still attached.



**FIGURE 3:**     Bottom of molded plastic base. Left red arrow is the location of the fish tape. Right red arrow is the branch circuit wiring.

# S·E·A

SEA compared the subject plastic base to the base of the exemplar dishwasher (see **Figures 4** and **5**). Observed on the molded plastic base were two channels for the piping and the electrical wiring to be routed to their respective connection points. The connection point for the electrical wiring was a steel junction box, into which the branch circuit wiring was to be installed with a strain-relief connector. On the exemplar dishwasher, the junction box was attached where the electrical connection was to be made. The subject dishwasher's junction box was missing, and there was no strain-relief connector nor its remains on the NMC that fed the dishwasher. In addition, the NMC was not long enough to reach the location where the junction box should have been located on the subject dishwasher.



**FIGURE 4:**    Side-by-side view of the molded plastic bottoms of the exemplar and subject dishwashers. Top red arrow shows where the location of the subject dishwasher's junction box should have been located. Bottom red arrow shows where the end of the NMC was located.

*S·E·A*



**FIGURE 5:**    Close-up view of the end of the NMC.

**S·E·A**

Closer examination of the bare end of the NMC where the connections were made showed a small amount of arcing on the phase (hot) conductor as shown in **Figure 6**.



**FIGURE 6:**     Close-up of arcing on the phase conductor.

**S·E·A**

A single-pole switch that was used as a 'disconnect' for the dishwasher was also preserved, as shown in **Figure 7**. Examination of the installation of the disconnect revealed the grounding was not installed properly. No grounding screw was used in the metal junction to provide a continuous ground path, as required by the National Electric Code.



**FIGURE 7:** Overall view of the single-pole switch wiring in the junction box showing no ground screw was present.

**S·E·A**

## INFORMATION OBTAINED

During the laboratory examination, SEA reviewed the fire scene photographs with Mr. Schaal. Mr. Schaal stated the fire was localized in the kitchen area, with a small amount of fire debris. Mr. Schaal went through the debris and stated he did not find remains of the steel junction box, strain-relief connector, or of any wire connectors for creating splices between wires.

SEA located a copy of the Bosch installation instructions for this model dishwasher on their website. According to Page 26 of the installation instructions, the branch circuit wiring was to be connected to the steel junction box provided with a strain-relief connector. The connection to the dishwasher's supply conductors to the branch circuit wiring was to be made in the steel junction box provided. A copy of these instructions are attached to this report.

## ANALYSIS

**Based on the examination of the subject and exemplar dishwashers and information obtained, the electrical branch circuit wiring for the dishwasher was installed improperly. The junction box provided for splicing the incoming branch-circuit wiring to the conductors for the dishwasher was not used.** There was no cable connector provided for strain relief for the branch circuit wiring. Based on the location of the branch circuit conductors imbedded in the plastic remains of the base of the dishwasher, the wiring was spliced above the molded plastic base and mechanical parts. This made the wiring subject to the vibrations of the dishwasher's operation, which over time will loosen electrical connections resulting in the heating of the connection.

**The small amount of arcing on the phase conductor is a result of a loose connection between that conductor and the wire provided for the dishwasher's power supply.** The connections between the branch circuit NMC and the dishwasher connection were not properly installed. **The vibration of the dishwasher loosened the connection between the phase conductor and the dishwasher's phase wire resulting in a high resistance connection, which was the heat source for the fire.**

**The connections for the single-pole switch disconnect in the steel junction box installed for the dishwasher did not provide for a continuous ground path.** There was no grounding screw in the junction box to ground the junction box itself. In addition, the incoming grounding conductor for the dishwasher was not effectively grounded to the armored cable for the branch circuit from the circuit breaker.

- 11 -

# S·E·A

| IV.    SIGNATURES |
| --- |

SEA, Ltd. hereby certifies the expressed opinions and conclusions have been formulated within a reasonable degree of professional certainty. They are based upon all of the information known by SEA, Ltd. as of the time this report was issued, as well as knowledge, skill, experience, training, and/or education.

Report Prepared By:

Robert A. Neary, P.E.
Project Engineer
District of Columbia
License No. 9474

Report Reviewed By:

Randall E. Bills
Senior Technical Consultant

| SEA, Ltd.   PROJECT NO. 605271 | ISSUE DATE: February 27, 2007 |
| --- | --- |

**S·E·A**

# ADDENDUM

Dishwasher Installation Instructions

# DISHWASHER
## Installation
## Instructions

# BOSCH

# LAVE-VAISSELLE
## Instructions
## d'installation

# LAVADORA DE PLATOS
## Instrucciones
## de instalación



SHI66A,
SHU33A, SHU43C, SHU53A, SHU66C,
SHU43E, SHU53E, SHU66E,
SHV46C, SHV66A, SHV99A
SHX33A, SHX46A, SHX46B,
SHX56B, SHX99B
SHY56A, SHY66C, SHY99A

# BOSCH    Table of Contents

**IMPORTANT INSTRUCTIONS ...... 2**

Tools Needed ................................. 4

Materials Needed ........................... 5

Materials Supplied ......................... 6

Enclosure Preparation ................... 8

Electrical Preparation ................. 10

Plumbing Preparation .................. 12

Dishwasher Preparation .............. 14

Door Panel Installation ................ 18

Placing the Dishwasher ................... 20

Securing the Dishwasher ................ 20

Drain Hose Connection ................... 22

Hot Water Connection ..................... 24

Electrical Connection ....................... 26

Door Tension Adjustment ................. 28

Base and Toe Panel ........................ 28

Final Instructions ............................. 30

Customer Service ............................ 30

English

# BOSCH    Table des Matières

**INSTRUCTIONS IMPORTANTES .. 2**

Outils nécessaires ......................... 4

Matériaux nécessaires ................. 5

Matériaux fournis ........................... 7

Mise en oeuvre .............................. 9

Préparation électrique ................. 11

Préparation de la plomberie ........ 13

Préparation du lave-vaisselle ....... 15

Installation panneau de porte ...... 19

Emplacement ..................................... 21

Fixation du lave-vaisselle ................. 21

Connexion du tuyau de vidange ....... 23

Connexion eau chaude .................... 25

Connexion électrique ....................... 27

Réglage tension de la porte ............. 29

Base et Panneau inférieur .............. 29

Instructions finales ............................ 31

Service à la clientèle ........................ 31

Français

# BOSCH    Tabla de Materias

**INSTRUCCIONES IMPORTANTES ............. 2**

Herramienta Necesaria ....................... 4

Materiales Necesarios ........................ 5

Materiales Provistos ........................... 7

Preparación del Gabinete ................... 9

Preparación - Sistema Eléctrico ........ 11

Preparación - Plomería .................... 13

Preparación de la Lavadora ............... 15

Instalación -Panel de la Puerta .......... 19

Como Situar la Lavadora .................. 21

Como Afirmar la Lavadora ................ 21

Conexión - Manguera de Desagüe ... 23

Conexión de Agua Caliente .............. 25

Conexión Eléctrica ........................... 27

Ajustar la Tensión de la Puerta ........ 29

Base y Panel de Pie ......................... 29

Instrucciones Finales ....................... 31

Servicio al Cliente ............................ 31

Español



## VERY IMPORTANT INSTRUCTIONS - TO BE READ

⚠ **WARNING - OBSERVE ALL WARNINGS AND CAUTIONS**

**These instructions are intended for use by qualified installers only.**
In addition to these instructions, the dishwasher shall be installed:
• In accordance with all local codes or, in the absence of a local code,
• In the United States, with the National Electric Code.
• In Canada, with the Canadian Electric Code C22.1 -latest edition/Provincial and Municipal codes and/or local codes.
**Read these installation instructions completely and follow them carefully.** They will save you time and effort and help to ensure safety and optimum dishwasher performance.
**CAUTION:** If the dishwasher is installed in a location that experiences freezing temperatures (e.g., in a holiday home), you must drain all the water from the dishwasher's interior. Turn off the water supply, disconnect the drain hose, and allow your dishwasher to completely drain into an appropriate receptacle. Water system ruptures that occur as a result of freezing are not covered by warranty.



## INSTRUCTIONS IMPORTANTES À LIRE

⚠ **AVERTISSEMENT- OBSERVER ET LIRE TOUS LES AVERTISSEMENT**

**Ces instructions sont destinées à un installateur qualifié seulement.**
En plus de ces instructions, le lave-vaisselle doit être installé :
• Conformément à tous les codes locaux, ou en l'absence de ceux-ci,
• aux États-Unis, avec le code national de l'électricité.
• au Canada, ave le code C22.1, dernière édition du code canadien d'électricité/codes provinciaux et municipaux et/ou les codes locaux.
**Lire entièrement ces instructions d'installation et les observer.** Elles permettront d'économiser temps et argent et assureront un rendement sécuritaire et optimal du lave-vaisselle.
**ATTENTION :** Si le lave-vaisselle est installé dans un endroit où il peut y avoir du gel (ex. : dans un chalet), il faut vidanger l'eau de l'intérieur de l'appareil. Fermer l'alimentation en eau, débrancher le tuyau de vidange et laisser l'appareil se vider complètement dans un récipient. Les ruptures de système d'eau résultant du gel ne sont pas couvertes par la garantie.



## INSTRUCCIONES MUY IMPORTANTES - POR FAVOR LÉALAS

⚠ **CUIDADO - CUMPLA CON TODOS LOS AVISOS Y ADVERTENCIAS**

**El fin de estas instrucciones es el de guiar únicamente al instalador capacitado.**
Además de cumplir con estas instrucciones, instale la lavadora:
• Conforme a todos los códigos municipales o en caso de que éstos no existan...
• En Estados Unidos, conforme al Código Eléctrico Nacional [*National Electric Code*].
• En Canadá, conforme al Código Eléctrico Canadiense C-22.1-última versión, y los códigos Provinciales y Municipales o locales.
**Lea completamente estas instrucciones de instalación y cumpla con ellas cuidadosamente.** Guiándose por ellas, usted ahorrará tiempo y empeño, reducirá los riesgos y asegurará un desempeño óptimo de su lavadora de platos.
CUIDADO: Si instala la lavadora en un sitio donde corre riesgo de congelación (tal como en una casa campestre vacacional), usted debe evacuar toda el agua del interior de la lavadora. Cierre la alimentación de agua, desconecte la manguera de desagüe y permita que la lavadora se vacíe completamente en un recipiente adecuado. La garantía no protege contra las rupturas del sistema de agua causadas por la congelación.

**IMPORTANT**
• The dishwasher drain hose must be installed with a portion of it at least 20" (508mm) off the cabinet floor; otherwise the dishwasher may not drain properly.
• Bosch dishwashers are intended for residential use only, and should not be used in commercial food service establishments.
• NEW INSTALLATION - If the dishwasher is a new installation, most of the work must be done before the dishwasher is moved into place.
• REPLACEMENT - If the dishwasher is replacing another dishwasher, check the existing dishwasher connections for compatibility with the new dishwasher, and replace parts as necessary.

**Inspect the Dishwasher**
After unpacking the dishwasher and prior to installation, thoroughly inspect the dishwasher for possible freight or cosmetic damage. Report any damage immediately. Cosmetic defects must be reported within 5 days of installation.
NOTE:  Do not discard any bags or items that come with the original package until after the entire installation has been completed.

*English*

**IMPORTANT**
• Le tuyau de vidange du lave-vaisselle doit être installé avec une portion à au moins 20 po (508 mm) au-dessus du plancher de l'armoire, autrement l'appareil peut ne pas se vidanger adéquatement.
• Les lave-vaisselle Bosch sont destinés à un usage résidentiel seulement, et ne doivent pas être utilisés de façon commerciale.
• NOUVELLE INSTALLATION - Si le lave-vaisselle est une nouvelle installation, la plupart du travail doit être effectué avant l'installation de l'appareil.
• REMPLACEMENT - Si le lave-vaisselle en remplace un autre, vérifier les connexions existantes relativement à la compatibilité et remplacer toutes pièces nécessaires.

**Vérification du lave-vaisselle**
Après avoir déballé le lave-vaisselle et avant l'installation, vérifier entièrement l'appareil afin de voir s'il présente des dommages esthétiques ou autres. Rapporter tout dommage immédiatement. Les défauts esthétiques doivent être rapportés dans un délai de 5 jours suivant l'installation.
REMARQUE :  Ne pas jeter les sacs ou les pièces fournis avec l'emballage d'origine tant que l'installation n'est pas complétée.

*Français*

**IMPORTANTE**
• La manguera de desagüe debe instalarse con una sección por lo menos a una distancia de 20" (51 cm) del piso del gabinete, de lo contrario la lavadora podría fallar en evacuar el agua adecuadamente.
• El uso intencionado para las lavadoras de platos Bosch es en el ambiente residencial y no para usarse en los establecimientos comerciales de servicios alimenticios.
• INSTALACIÓN NUEVA - si se instala una lavadora en el sitio por primera vez, la mayoría del trabajo se realiza antes de acomodar la lavadora en su sitio.
• REEMPLAZO - Si esta lavadora reemplaza otra instalada anteriormente, inspeccione las conexiones presentes para averiguar si se prestan para la nueva y cambie piezas como lo sea necesario.

**Inspeccionar la Lavadora de Platos**
Después de desempacar la lavadora y antes de instalarla, inspeccione minuciosamente la lavadora para averiguar de daños cosméticos y los que suceden durante el envío.  Infórmenos inmediatamente de cualquier daño.  Los daños cosméticos deben reportarse dentro de 5 días de la instalación.
NOTA:  No bote ninguna bolsa o artículos de embalaje hasta que termine con la instalación.

*Español*



## TOOLS NEEDED

Hammer | Hole Saw | Pipe Wrench | Adjustable Wrench

Tape Measure | Slot Screwdriver | Phillips Screwdriver | Torx Screwdriver

Wire Cutter | Wire Stripper | Drill | Level



## OUTILS NÉCESSAIRES

Marteau | Scie-cloche | Clé à tuyau | Clé réglable

Ruban à mesurer | Tournevis à fente | Tournevis Phillips | Tournevis à pointe

Coupe-fil | Dégaine-fil | Perceuse | Niceau



## HERRAMIENTAS NECESARIAS

Martillo | Sierra de Punta | Llave para Tubería | Llave Ajustable

Cinta de Medir | Destornillador de Ranura | Destornillador de Estrella | Destornillador tipo Torx

Alicates Pelacables | Cortaalambres | Taladro Eléctrico | Nivel

4    **Tools Needed | Outils Nécessaires | Herramientas Necesarias**

## MATERIALS NEEDED

(Additional materials may be required to comply with local codes.)

 Electrical Supply Cable - Minimum #14 AWG, 2 conductor, 1 ground, insulated copper conductors.

 Hot Water Supply Line - Minimum 3/8" O.D. copper tubing or metal braided dishwasher supply line.

 Shut-off valve and fittings appropriate for hot water supply line (copper tubing/compression fitting, or braided hose).

 90° elbow with 3/8" N.P.T. male threads on one leg, and sized to fit your water supply line (copper tubing/compression fitting, or braided hose) on the other leg.

Teflon tape or other pipe thread compound to seal plumbing connections.

 UL listed conduit connector or strain relief.

## MATÉRIAUX NÉCESSAIRES

(D'autres matériaux peuvent être requis pour être conformes aux codes locaux.)

 Câble d'alimentation électrique - Minimum n° 14 AWG, 2 conducteurs, 1 mise à la terre, conducteur en cuivre isolé.

 Tuyau de canalisation en eau chaude - Tuyau en cuivre, minimum 3/8 po O.D. ou canalisation en métal bridé.

 Soupape d'arrêt et raccords appropriés pour canalisation en eau chaude (tuyau en cuivre/raccord à compression ou tuyau bridé).

 Coude 90° avec filets mâles 3/8 po N.P.T. sur un pied, dont la dimension s'ajuste à la canalisation en eau (tuyau en cuivre/raccord à compression ou tuyau bridé) sur l'autre pied.

 Ruban Teflon ou produit pour filet de tuyau afin de sceller les connexions de plomberie.

Connecteur de conduit listé UL ou soupape de sécurité.

## MATERIALES NECESARIOS

(Podría necesitar otros materiales para cumplir con los códigos municipales)

 Cable de Alimentación Eléctrica -- Mínimo no. 14 AWG, 2 conductores, 1 de puesta a tierra, conductores de cobre aislados.

Tubo de Alimentación de Agua - Mínimo 3/8" diámetro exterior, tubo de cobre o manguera con alambre trenzado para alimentar lavadoras de platos.

 Válvula de cierre y los accesorios adecuados para acoplarla a la alimentación de agua caliente (tubo de cobre con accesorios sujetadores de compresión o manguera con alambre trenzado).

 Acoplador acodado de 90º con rosca exterior macho de 3/8" N.P.T. en una extremidad, y en la otra extremidad del tamaño adecuado para poder conectarlo a la alimentación de agua (tubo de cobre/accesorios sujetadores de compresión o manguera con alambre trenzado).

Cinta de teflón u otro sello de acoplamiento roscado para las conexiones de

 Conector de Conducto o Alivio de Presión aprobados por UL [*Underwriters Laboratory*]



**Figure 1/Ilus. 1**

## MATERIALS SUPPLIED

**Accessory Parts Supplied**

Accessory Parts for your dishwasher will come in one or more plastic bags. Check to make sure that the parts shown in Figure 1 are included with your model (NOTE: Illustrations are not to scale). If any parts are missing, contact your dealer immediately.

**Manual Set Bag**

All Bosch dishwashers come with a Manual Set Bag containing:

• Use & Care Manual
• Installation Instructions
• Quick Reference Guide
• Extra Tall Item Sprinkler (Figure 1, letter A)

**SHI and SHV models** also have SHI/SHV Panel Installation Template Sheet (Figure 1, letter B).

**SHY66 and SHX56 models** also have a Cotton Insulation Strip (Figure 1, letter C).

**Dishwasher Installation Kit (Clear Bag)**

All Bosch dishwashers come with a Dishwasher Installation Kit containing:

D. Toe Panel Screws (2)
E. Mounting Brackets (2)
F. Mounting Bracket Screws (2)
G. Rubber Connection Hose (1) and Drain Hose Clamps (2)
H. Wire Nuts (3)
I. Junction Box Screws (2)

**SHI and SHV Models**

In addition to a Manual Set Bag and an Installation Kit Bag, SHI and SHV models also come with a Door Panel Installation Kit (Blue bag) containing:

J. Caps (2)
K. Spring Tension Screw (2)
L. Door Mounting Brackets (2 plastic) w/Screws (4); Mounting Door Brackets (2 metal) w/Screws (4)
M. Wood Screws (2)

**SHY66 & SHX56 Models**

In addition to a Manual Set Bag and an Installation Kit Bag, SHY66 and SHX56 models also come with a Toe Panel Installation Kit (Green Bag) containing:

N. Toe Panel Screws (2)
O. Base Part Screws (2)

**Français**

# MATÉRIAUX FOURNIS
## Pièces accessoires fournies
Les pièces pour le lave-vaisselle sont dans un ou plusieurs sacs en plastique. S'assurer que toutes les pièces illustrées à la figure 1 sont comprises avec le modèle. (REMARQUE : Les illustrations ne sont pas à l'échelle.) S'il manque des pièces, communiquer avec le marchand immédiatement.

## Sac avec guide
Tous les lave-vaisselle Bosch sont dotés d'un sac avec guide comprenant:
• Guide d'utilisation et d'entretien
• Instructions d'installation
• Guide de référence rapide
• Bras gicleur pour grands articles (Figure 1, lettre A)
**Modèles SHI et SHV** ont aussi un gabarit pour installation de panneau SHI/SHV (Figure 1, lettre B).
**Modèles SHY66 et SHX56** ont aussi une bande d'isolation en coton (Figure 1, lettre C).

## Nécessaire d'installation du lave-vaisselle (sac transparent)
Tous les lave-vaisselle Bosch sont dotés de ce nécessaire comprenant :
D. Vis pour panneau inférieur (2)
E. Fixations (2)
F. Vis de fixation (2)
G. Tuyau de connexion en caoutchouc (1) et pince de tuyau (2)
H. Serre-fils (3)
I. Vis de boîte de jonction (2)

## Modèles SHI et SHV
En plus du sac de guide et d'installation, ces modèles sont dotés d'un nécessaire d'installation de panneau de porte (sac bleu) contenant
J. Capuchons(2)
K. Vis de ressort à tension (2)
L. Fixations de porte (2 en plastique) avec vis (2);
  Fixations de porte (2 en métal) avec vis (4)
M. Vis à bois (2)

## Modèles SHY66 et SHX56
En plus du sac de guide et d'installation, ces modèles sont dotés d'un nécessaire d'installation de panneau inférieur (sac vert) contenant :
N. Vis de panneau inférieur (2)
O. Vis de base (2)

**Español**

# MATERIALES PROVISTOS
## Accesorios que Proporcionamos
Los Accesorios para su lavadora se empacaron en una o más bolsas de plástico. Revise que se incluyeron con su modelo todas las piezas que se muestran en la Ilustración 1 (NOTA: Los gráficos se muestran fuera de proporción). Si faltan piezas, comuníquese al respecto inmediatamente con el vendedor.
## Bolsa con el Conjunto de Manuales
Todas las lavadoras de platos Bosch incluyen una Bolsa con el Conjunto de Manuales que contiene:
• El Manual de Uso y Cuidado
• Instrucciones de Instalación
• La Guía de Consulta Rápida
• Una Boquilla Regadera para Piezas Extra Altas (Ilustración 1, artículo A)
**Los modelos SHI y SHV** también incluyen una Hoja Patrón para la Instalación del Panel (Ilustración 1, artículo B).
**Los modelos SHY66 y SHX56** también incluyen una Tira Aislante de Algodón (Ilustración 1, artículo C).
## Juego de Instalación de la Lavadora (Bolsa Transparente)
Todas las lavadoras de platos Bosch incluyen un Juego de Instalación de la Lavadora que contiene:
D. Tornillos para el Panel de Pie (2)
E. Soportes de Montaje (2)
F. Tornillos para los Soportes de Montaje (2)
G. Manguera de Conexión (de hule/caucho) (1) y Abrazaderas para la Manguera de Desagüe (2)
H. Capuchones de Rosca (3)
I. Tornillos para la Caja de Conexiones (2)
## Los Modelos SHI y SHV
Además de la Bolsa con el Conjunto de Manuales y la Bolsa con el Juego de Instalación, los modelos SHI y SHV también incluyen un Juego de Instalación para el Panel de la Puerta (en una Bolsa Azul) que contiene:
J. Tapones para cubrir la cara de los tornillos (2)
K. Tornillos para Ajustar la Tensión de la Puerta (2)
L. Soportes de Montaje para la Puerta (2 de plástico) con Tornillos (4);
  Soportes de Montaje para la Puerta (2 metálicos) con Tornillos (4)
M. Tornillos para Madera (2)
## Los Modelos SHY66 y SHX56
Además de la Bolsa con el Conjunto de Manuales y la Bolsa con el Juego de Instalación, los modelos SHY66 y SHX56 también incluyen un Juego de Instalación del Panel de Pie (en una Bolsa Verde) que contiene:
N. Tornillos para el Panel de Pie (2)
O. Tornillos para la Pieza Base (2)



**Figure 2/Ilus. 2**



**Figure 3/Ilus. 3**



**Figure 4/Ilus. 4**

English

## ENCLOSURE PREPARATION

⚠ **WARNING: INJURY HAZARD - Serious injury could result if cabinet work is performed by unqualified persons. Only qualified carpenters or cabinetmakers should perform cabinet work.**

NOTE: Bosch dishwashers are designed to be enclosed on the top and both sides by standard residential kitchen cabinetry.

Select a location as close to the sink as possible for easy access to water supply and drain lines.

For proper dishwasher operation and appearance, ensure that the enclosure is square and has the dimensions shown in Figure 2.

If the dishwasher is to be installed in a corner, make sure that there is adequate clearance to open the door, as shown in Figure 3, letter A.

⚠ **WARNING: ELECTICAL SHOCK/ FIRE HAZARD - Heat from the hot water supply line can cause electrical cable's insulation to break down, presenting risk of electrical shock or fire. Do not run the electrical supply cable and the hot water supply line through the same enclosure opening.**

If the enclosure requires openings for the electrical supply cable, hot water supply line, and dishwasher drain hose, place them within the dimensions shown by the shaded area of Figure 4 to avoid interference with the dishwasher frame or other components. Make the openings for the electrical supply cable and hot water supply line 1" (25.4mm) diameter. Make the opening for the dishwasher drain hose 1-1/4" (32mm) diameter. If the openings are made through wood, sand them smooth. If the openings are made through metal, make them large enough to accomodate grommets or other protective sheaths with inside diameters of 1" (25.4mm) for the electrical supply cable and the hot water supply line, and 1-1/4" (32mm) for the dishwasher drain hose.

Français

## MISE EN OEUVRE

⚠ **AVERTISSEMENT : RISQUE DE BLESSURES - Il peut en résulter de sérieuses blessures si le travail est effectué par une personne non qualifiée. Seul du personnel qualifié peut effectuer le travail.**

REMARQUE : Les lave-vaisselle Bosch sont conçus pour être encastrés sur le dessus et les côtés par un comptoir de cuisine résidentiel standard.
Choisir un emplacement le plus près de l'évier possible pour un accès aisé à l'alimentation en eau et aux canalisations de vidange.
Pour une allure et un rendement approprié, s'assurer que l'ouverture est d'équerre et a les dimensions données à la figure 2.
Si l'appareil est installé dans un coin, s'assurer qu'un dégagement adéquat est prévu pour l'ouverture de la porte, comme à la figure 3, lettre A.

⚠ **AVERTISSEMENT : RISQUE DE CHOC ÉLECTRIQUE/INCENDIE - La** chaleur depuis la canalisation en eau chaude pour endommager l'isolation du câble électrique, présentant des risque de choc électrique ou d'incendie. Ne pas acheminer le câble d'alimentation électrique et la canalisation en eau chaude par la même ouverture.

Si l'espace requiert des ouvertures pour le câble d'alimentation, la canalisation d'eau chaude et le tuyau de vidange du lave-vaisselle, les placer selon les dimensions indiquées à la figure 4 pour éviter toute inférférence avec le cadre du lave-vaisselle et autres composants. Faire les ouvertures pour le câble d'alimentation et la canalisation d'eau chaude 1 po (25,4 mm) de diamètre. Celle pour le tuyau de vidange de 1 1/4 po (32 mm) de diamètre. Si les ouvertures sont dans le bois, poncer pour adoucir; si dans le métal, faire l'ouverture suffisamment large pour accomoder les passe-fils dans le diamètre intérieur de 1 po (25,4 mm) pour le câble d'alimentation et la canalisation en eau chaude et 1 1/4 po (32 mm) pour le tuyau de vidange du lave-vaisselle.

Español

## PREPARACIÓN DEL GABINETE

⚠ **AVISO: CORRE RIESGO DE HERIDA - Heridas graves podrían resultar si el gabinete se construye por personas no calificadas. Solamente carpinteros o ebanistas calificados deben construir el gabinete .**

NOTA: Se diseñaron las lavadoras Bosch con la intención de encajarlas y así cubrir la cara superior y ambos lados con armarios convencionales para cocinas residenciales.
Escoja un sitio tan cerca del fregador como sea posible para obtener un acceso fácil a la fuente de agua y a las cañerías de evacuación.
Para realizar una operación adecuada y presentar una buena apariencia, cuide de que el gabinete esté en cuadro y que tenga las dimensiones que muestra la Ilustración 2.
Si instala la lavadora en un rincón, cuide de que la puerta tenga bastante espacio libre para abrirla, tal como indica la flecha A en la Ilustración 3.

⚠ **AVISO: CORRE RIESGO DE CHOQUE ELÉCTRICO E INCENDIO - El** calor del tubo de alimentación de agua caliente puede causar la degradación del material que aisla los cables eléctricos y así presentar riesgo de un choque eléctrico o un incendio.  No corra el cable de alimentación eléctrica por el mismo hoyo que usa para introducir el tubo de agua caliente en el gabinete.

Si el gabinete requiere perforaciones para el cable eléctrico, el tubo de agua caliente y para la manguera de desagüe, sitúe éstos dentro de las dimensiones sombreadas en la Ilustración 4 para evitar que interfieren con la armadura de la lavadora u otro componente.  Las perforaciones para el cable eléctrico y el tubo de agua caliente se hacen con un diámetro de 1" (2.5 cm). La perforación para la manguera de desagüe se hace con un diámetro de 1-1/4" (3+ cm).  Después de cortar la madera lije las orillas hasta que queden lisas.  Aumente las

## ELECTRICAL PREPARATION

⚠ **WARNING: ELECTRICAL SHOCK HAZARD - Working on an energized circuit could result in serious injury or death. Only qualified electricians should perform electrical work. Do not attempt any work on the dishwasher electric supply circuit until you are certain the circuit is de-energized.**

⚠ **WARNING: FIRE HAZARD - Improper electrical work can cause fire. Only qualified electricians should perform electrical work.**

**Electrical Supply**
The customer has the responsibility of ensuring that the dishwasher electrical installation is in compliance with all national and local electrical codes and ordinances. The dishwasher is designed for an electrical supply of 120V, 60 Hz, AC, connected to a dishwasher-dedicated, properly grounded electrical circuit with a fuse or breaker rated for 15 amps. If the dishwasher is connected with a food disposer, a 20 amp (and no higher) fuse or circuit breaker may be used. Electrical supply conductors shall be a minimum #14 AWG copper wire.

Regardless of where the electrical supply cable enters the enclosure (following the guidelines on page 8), position the cable 21" (533mm) from the enclosure's left side, as shown in Figure 5, letter A. Extend the cable 30" (762mm) from the enclosure's back, as shown in Figure 5, letter B.

Remove 3" - 4" (75mm - 100mm) of the cable's outer casing, as shown in Figure 6, letter C, then remove 3/8" - 1/2" (9 - 13mm) of insulation from each conductor, as shown in Figure 6, letter D.



**Figure 5/Ilus. 5**



**Figure 6/Ilus. 6**

### Dishwasher Electrical Rating

| Volts | Hertz | Amperes | Watts |
|-------|-------|---------|-------|
| 120 | 60 | 15 | 1,450 (max) |

Français

# ÉLECTRICITÉ

⚠ **AVERTISSEMENT : RISQUE DE CHOC ÉLECTRIQUE - Le travail avec un circuit sous tension peut causer des blessures sérieuses ou la mort. Seuls les électriciens qualifiés peuvent effectuer ce travail. Ne pas tenter d'effectuer tout travail sur le circuit électrique du lave-vaisselle tant que le circuit n'est pas mis hors tension.**

⚠ **AVERTISSEMENT : RISQUE D'INCENDIE - Un travail électrique inadéquat peut causer un risque d'incendie. Seul un électricien qualifié peut effectuer le travail.**

## Alimentation électrique

Il incombe au client de s'assurer que l'installation électrique est conforme aux codes et règlements électriques. Le lave-vaisselle est conçu pour une alimentation électrique de 120V, 60 Hz, c.a., branché sur un circuit électrique séparé adéquatement mis à la terre avec un fusible ou un coupe-circuit coté pour 15 ampères. Si le lave-vaisselle est branché avec un broyeur à déchets, un fusible ou coupe-circuit de 20 ampères (pas plus) peut être utilisé. Les conducteurs d'alimentation électrique doivent être un fil minimum de n° 14 AWG en cuivre.

Quelque soit l'endoit où entre le câble d'alimentation électrique dans l'ouverture (suivre les directives à la page 8), positionner le câble à 21 po (533 mm) depuis le côté gauche de l'ouverture, comme à la figure 5, lettre A. Tirer le câble à 30 po (762 mm) depuis l'arrière, comme à la figure 5, lettre B.

Retirer de 3 à 4 po (75 à 100 mm) de la gaine extérieure du câble, comme à la figure 6, lettre C, pis enlever de 3/8 à 1/2 po (9 à 13 mm) d'isolant de chaque conducteur, comme à la figure 6, lettre D.

### Cote électrique du lave-vaisselle

| Volts | Hertz | Ampères | Watts |
|-------|-------|---------|-------|
| 120 | 60 | 15 | 1,450 (max) |

Español

# PREPARACIÓN - SISTEMA ELÉCTRICO

⚠ **AVISO: CORRE RIESGO DE CHOQUE ELÉCTRICO - Cuando labora en un circuito activo, usted corre el riesgo de sostener heridas graves o la muerte. Solamente electricistas capacitadas deben trabajar en el sistema eléctrico. No intente realizar ningún trabajo en el circuito de alimentación eléctrica de su lavadora hasta que esté seguro de que el circuito esté desactivo.**

⚠ **AVISO: PELIGRO DE INCENDIO - El trabajo eléctrico inadecuado puede causar incendios. Únicamente un electricista capacitado debe realizar el trabajo en el sistema eléctrico.**

## Alimentación Eléctrica

Le toca al cliente la responsabilidad de asegurarse de que la instalación del sistema eléctrico para la lavadora cumpla con todos los códigos y ordenanzas nacionales y municipales. La lavadora se diseño para una fuente eléctrica de 120V, 60 Hz, AC, conectada a un circuito dedicado exclusivamente a la lavadora y con puesta a tierra apropiada que cuenta con un fusible o cortacircuitos de corriente nominal a 15 amperios. Si la lavadora se conecta a un eliminador de basura, se puede instalar un fusible o cortacircuitos de 20 amperios (pero no más). Los conductores de electricidad deberán tener cables de cobre con un mínimo de #14 AWG.

No obstante el sitio donde el cable de alimentación eléctrica entra al gabinete (después de cumplir con las instrucciones en la página 8), sitúe el cable a 21" (53 cm) del lado izquierdo del gabinete, tal como indica la dimensión A en la Ilustración 5. Corra 30" (76 cm) del cable por la parte trasera del gabinete, tal como indica la dimensión B en la Ilustración 5.

Elimine de 3" a 4" (de 7.5 cm a 10 cm) del recubrimiento protector exterior del cable, tal como indica la dimensión C en la Ilustración 6. Después desforre de 3/8" a 1/2" (de 1 cm a 1.5 cm) de aislamiento de cada conductor, tal como indica la dimensión D en la Ilustración 6.

### Corriente Eléctrica Nominal de la Lavadora

| Volts | Hertz | Amperes | Watts |
|-------|-------|---------|-------|
| 120 | 60 | 15 | 1,450 (max) |



**Figure 7/Ilus. 7**

English

## PLUMBING PREPARATION

⚠ **WARNING: SCALD HAZARD - Serious injury could result if work is performed on a charged hot water line. Only qualified plumbers should perform plumbing work. Do not attempt any work on the dishwasher hot water supply plumbing until you are certain the hot water supply is shut off.**

**CAUTION:** Temperatures required for soldering and sweating will damage the dishwasher's base and water inlet valve. If plumbing lines are to be soldered or sweated, keep the heat source at least 6 inches (152.4 mm) away from the dishwasher's base and water inlet valve.

**Hot Water Supply**
Bosh recommends that the hot water heater be set to deliver approximately 120° F (49° C) water to the dishwasher. Water that is too hot can cause some detergents to loose effectiveness. Lower water temperatures will increase run times.
The hot water supply pressure must be between 5 - 120 psi (0.3 - 8.27 bars).

**Hot Water Supply Plumbing**
NOTE: Regardless of where the hot water supply line enters the enclosure (following the guidelines on page 8), position the line 14" (355mm) from the enclosure's left side, as shown in Figure 7, letter A.
NOTE: Decide whether braided hose or copper tubing will be used for the hot water supply plumbing, and purchase the correct type of hot water supply shut-off valve, 90° elbow, and necessary fittings for the hot water supply plumbing.
Install an easily accessible shut-off valve (not supplied) in the hot water supply line, as shown in Figure 7, letter B.
 All solder connections must be made before the water line is connected to the dishwasher's water inlet valve. Water may also be supplied to the dishwasher by using a braided hose line. Check with your local plumbing supply sources for the proper hose and 90° elbow fitting.

(Continued on next page)

**Français**

## PLOMBERIE

⚠ **AVERTISSEMENT : RISQUE DE BRÛLURES -** Il peut en résulter de sérieuses blessures si le travail est effectué sur une canalisation en eau chaude pleine. Seul un plombier qualifié peut effectuer le travail. Ne pas effectuer la plomberie du lave-vaisselle tant que l'alimentation est eau chaude n'est pas coupée.

**ATTENTION :** Les températures pour les soudures et l'exsudation peuvent endommager la base et la soupape d'entrée d'eau du lave-vaisselle. Si les tuyaux doivent être soudés ou exsudés, éloigner la source de chaleur d'au moins 6 po (152,4 mm) de la base et de la soupape d'entrée.

### Alimentation en eau chaude
Bosch recommande que le chauffe-eau soit réglé pour donner une eau à environ 120° F (49° C) pour le lave-vaisselle. Une eau trop chaude peut faire réduire l'efficacité du détergent. En baissant la température de l'eau, cela peut augmenter la durée de fonctionnement.
La pression d'alimentation en eau chaude doit être entre 5 à 120 ln/po² (0,3 à 8,27 barres).

### Tuyau d'alimentation en eau chaude
REMARQUE : Quel que soit l'endroit où entre la canalisation en eau chaude (voir directives page 8), positionner la canalisation à 14 po (355 mm) depuis le côté gauche de l'endroit, comme à la figure 7, lettre A.
REMARQUE : Décider si des tuyaux bridés ou en cuivre seront utilisés pour la canalisation en eau chaude et acheter la soupape d'arrêt d'alimentation en eau chaude, coude 90°, et raccords nécessaires pour la plomberie d'alimentation en eau chaude. Installer une soupape d'arrêt accessible (non fournie) sur la canalisation en eau chaude, comme à la figure 7, lettre B.
Une soudure doit être faite avant que la canalisation en eau soit branchée sur la soupape d'entrée d'eau du lave-vaisselle. L'eau peut être fournie à l'appareil à l'aide d'une canalisation bridée. Vérifier auprès des quincaillerie concernant les tuyaux appropriés et les coudes 90°.

(Suite à la page suivante)

**Español**

## PREPARACIÓN DEL SISTEMA DE PLOMERÍA

⚠ **AVISO: CORRE PELIGRO DE ESCALDARSE -** Heridas graves podrían resultar de un trabajo elaborado en un conducto cargado con agua caliente. El trabajo de plomería se debe realizar únicamente por plomeros capacitados. No intente ningún trabajo en el sistema de agua caliente de la lavadora hasta que esté seguro de que la fuente de agua caliente está cerrada.

**CUIDADO:** Las temperaturas necesarias para poder soldar dañan la base de la lavadora y la válvula de entrada de agua. Si necesita soldar las cañerías, mantenga una separación mínima de 6" (15 cm) entre el aparato soldador y la base de la lavadora o la válvula de entrada.

### Alimentación de Agua Caliente
Bosch recomienda que el calentador de agua este a una temperatura de 120° F (49° C). Por la razon es que agua demasiado caliente puede causar que algunos detergente pierdan efectividad y que con temperaturas bajas el cyclo de lavado es mas largo.
La presión de la alimentación de agua caliente debe registrar entre 5 y 120 psi (de 0.3 a 8.27 bar).

### Sistema de Alimentación de Agua Caliente
NOTA: No obstante el sitio donde el tubo de agua caliente entre en el gabinete (según las instrucciones en la página 8), sitúe el tubo a 14" (35 cm) del lado izquierdo del gabinete, tal como indica la flecha A en la Ilustración 7.
NOTA: Decida entre utilizar una manguera con alambre trenzado o tubería de cobre para el sistema de agua caliente y compre las piezas del tipo adecuado para la válvula de cierre de la alimentación de agua caliente, un acoplador acodado de 90° y todos los accesorios necesarios para instalar el sistema de alimentación de agua caliente. En el tubo de alimentación de agua caliente instale una válvula de cierre (algo que no proporcionamos) de modo que su acceso sea fácil, tal como indica la flecha B en la Ilustración 7.
Se deben terminar todas las conexiones soldadas antes de conectar el tubo de agua a la válvula de entrada de agua a la lavadora. También, se puede instalar una manguera con alambre trenzado para alimentar la lavadora con agua. Consulte con sus proveedores de piezas de plomería para obtener los accesorios para las cañerías y los acopladores acodados de 90°.
**(Continúa en la próxima página)**

English



**Figure 8**
**Ilus. 8**

**Figure 9**
**Ilus. 9**



**Figure 10/Ilus. 10**



**Figure 11/Ilus. 11**

## PLUMBING PREPARATION (continued)

**Drain Plumbing**

**Dishwasher Connection Piece**
If the dishwasher is to drain either directly into the household drain plumbing or through an air gap, install a dishwasher connection piece under the sink, as shown in Figure 8, letter A.

**Installing an Air Gap**
If local ordinances require an air gap, as shown in Figure 9, letter B, install it according to the manufacturer's instructions.

**Disposer**
If a disposer is to be installed, as shown in Figure 10, letter C, install it according to the manufacturer's instructions. Whether the disposer is newly installed or existing, remove the disposer's dishwasher drain connection plug.

## DISHWASHER PREPARATION
Dishwasher preparation involves four tasks:
• Installing the Mounting Brackets
• Removing the Toe Panel
• Installing the 90° elbow fitting
• Junction Box Preparation

**Installing the Mounting Brackets**
**CAUTION:** Before installing the supplied mounting brackets (letter E in the Materials Supplied section of this manual), decide which method of securing the dishwasher into its enclosure will be used. Once the mounting brackets are installed on the dishwasher, removing them is difficult and will damage the mounting brackets and the dishwasher.
The dishwasher can be secured into its enclosure in two ways:
1) **Top Mount** is used for countertops made of wood or other materials that can easily drilled. Orient the mounting brackets as shown in Figure 11, letter A, and position the two small tabs on the mounting brackets over the two slots on the dishwasher's front corners. Push the mounting brackets down firmly to insert the tabs into the slots.
2) **Side Mount** is used for countertops made of marble, granite, or other very hard materials that cannot be easily drilled. Bend the mounting brackets along the small holes and in the same direction as the two small tabs. Orient the mounting brackets as shown in Figure 11, letter B, and position the two small tabs on the mounting brackets over the two slots on the dishwasher's front corners. Push the mounting brackets down firmly to insert the tabs into the slots.

**(Continued on next page)**

Français

## PLOMBERIE (suite)

**Tuyau de vidange**
**Pièce de connexion du lave-vaisselle**
Si l'appareil doit se vider directement sur le drain de la maison ou par un espace d'air, installer la pièce de connexion du lave-vaisselle sous l'évier comme à la figure 8, lettre A.
**Installation de l'espace d'air**
Si les codes locaux requièrent un espace d'air comme à la figure 9, lettre B, l'installer selon les directives du fabricant.
**Broyeur à déchets**
Si un broyeur doit être installé comme à la figure 10, lettre C, l'installer selon les directives du fabricant. Qu'il soit neuf ou existant, retirer la fiche de connexion de vidange de lave-vaisselle du broyeur.

## PRÉPARATION DU LAVE-VAISSELLE

La préparation implique ce qui suit :
• Installation des fixations
• Retrait du panneau inférieur
• Installation du raccord de coude 90°
• Préparation de la boîte de jonction

**Installation des fixations**
**ATTENTION :** Avant d'installer les fixations fournies (lettre E à la section Matériaux fournis dans ce guide), décider quelle méthode sécuritaire sera utilisée pour installer l'appareil. Une fois les fixations installées sur le lave-vaisselle, il est difficile de les retirer et cela endommagera les fixations et l'appareil.
L'appareil peut être mis en place de façon sécuritaire de 2 manières :
1) **Sur le dessus** est utilisé pour les comptoirs fabriqués en bois ou autres matériaux pouvant être facilement percés. Orienter la fixation comme à la figure 11, lettre A, et positionner les 2 petites languettes sur la fixation sur les deux fentes des coins avant du lave-vaisselle. Pousser fermement sur la fixation pour insérer les languettes dans les fentes.
2) **Sur le côté** est utilisé pour les comptoirs en marbre, granite ou autre matériaux très durs ne pouvant être percés. Plier la fixation le long des petits points et dans la même direction que les deux petites languettes. Orienter les fixations comme à la figure 11, lettre B, et 2 petites languettes sur la fixation sur les deux fentes des coins avant du lave-vaisselle. Pousser fermement sur la fixation pour insérer les languettes dans les fentes.

**(Suite à la page suivante)**

Español

## PREPARACIÓN DEL SISTEMA DE PLOMERÍA (continúa)

**Sistema de Evacuación**
**Pieza de Conexión de la Lavadora**
Si tiene la intención de que la lavadora evacúe directamente en el sistema de desagüe de la vivienda o a través de un dispositivo de ventilación [air gap], instale una pieza de conexión para la lavadora debajo del fregador, tal como indica la flecha A en la Ilustración 8.
**Instalación del Dispositivo de Ventilación**
Si las ordenanzas municipales requieren ventilación, tal como indica la flecha B en la Ilustración 9, instale el dispositivo conforme a las instrucciones del fabricante.
**Eliminador de Basura**
Si tiene la intención de añadir un eliminador de basura, tal como indica la flecha C en la Ilustración 10, instálelo conforme a las instrucciones del fabricante.  Si el eliminador es nuevo o ya existente, quítele el tapón de conexión dedicado al desagüe de la lavadora.

## PREPARACIÓN DE LA LAVADORA

Se elaboran cuatro tareas en la preparación de la lavadora:
• Instalar los Soportes de Montaje
• Desmontar el Panel de Pie
• Instalar el Acoplador Acodado de 90°
• Preparar la Caja de Conexiones
**Instalar los Soportes de Montaje**
**CUIDADO:** Antes de instalar los soportes de montaje proporcionados (el artículo E de la sección Materiales Provistos en este manual), decida cual método usará para afirmar la lavadora en su gabinete.  Una vez que los soportes de montaje estén instalados en la lavadora, es muy difícil desmontarlos y el intento dañará los soportes y la lavadora.
Se puede afirmar la lavadora en su gabinete por medio de dos métodos:
1) **El Montaje Superior** se utiliza cuando el contador tiene una superficie de madera u otro material fácil de perforar.  Acomode los soportes de montaje tal como indica la letra A en la Ilustración 8 y sitúe las dos lengüetas pequeñas de modo que cubran las dos ranuras en los rincones delanteros de la lavadora.  Oprima firmemente hacia abajo los soportes de montaje hasta introducir las lengüetas en sus ranuras.
2) **El Montaje Lateral** se utiliza para las superficies de contador hechas de mármol, granito u otro material muy duro que no se perfora fácilmente.  Doble los soportes de montaje en línea con los hoyos pequeños y en la misma dirección como las dos lengüetas pequeñas. Acomode los soportes de montaje tal como indica la letra B en la Ilustración 11 y sitúe las dos lengüetas pequeñas encima de los soportes de montaje sobre las dos ranuras en los rincones delanteros de la lavadora.  Oprima firmemente hacia abajo los soportes de montaje para poder introducir las lengüetas en las ranuras.
**(Continúa en la próxima página)**



**Figure 12/Ilus. 12**



**Figure 13/Ilus. 13**



**Figure 14/Ilus. 14**

## DISHWASHER PREPARATION (continued)

**Removing the Toe Panel**
**Regular Toe Panel**
The toe panel is loosely attached with tape. Remove the tape and pull the toe panel away from the dishwasher. Set the toe panel aside. It will be reinstalled later.
**SHY66 and SHX56 Base and Toe Panel**
The base and toe panel are in place on the dishwasher, but are not attached. Remove the toe panel first, as shown in Figure 12, letter A, then remove the base, as shown in Figure 12, letter B

**Installing the 90° Elbow Fitting**
NOTE: The 90° elbow fitting is not supplied with the dishwasher, and must be purchased separately. If the dishwasher's hot water supply line is to be copper tubing, make certain the elbow has a compression fitting. Apply Teflon tape or other pipe sealant to all threaded connectors.
Orient the hot water supply connection leg of the elbow toward the channel opening in the dishwasher base.

**Junction Box Preparation**
1) Remove the junction box cover by removing the screw on the left side of the junction box, as shown in Figure 13, letter C, and lifting the junction box cover up and off.
2) Remove the strain relief plate by removing the screw at the back of the junction box, as shown in Figure 14, letter D and sliding the strain relief plate out.
3) Set the junction box cover, strain relief plate, and screws aside. They will be re-installed later.

## PRÉPARATION DU LAVE-VAISSELLE (suite)

### Retrait du panneau inférieur
**Panneau inférieur ordinaire**
Le panneau inférieur est fixé de façon lâche avec du ruban. Retirer le ruban et retirer le panneau du lave-vaisselle. Mettre de côté. Il doit être réinstaller.
**Base et panneau inférieur SHY66 et SHX56**
La base et le panneau sont en place sur l'appareil, mais non fixés. Retirer d'abord le panneau comme à la figure 12, lettre A, puis enlever la base, figure 12, lettre B.

### Installation du raccord de coude 90°
REMARQUE : Le raccord de coude 90° n'est pas fourni avec l'appareil et doit être acheté séparément. Si la canalisation en eau chaude du lave-vaisselle est en cuivre, s'assurer que le coude est doté d'un raccord à compression. Appliquer du ruban Teflon ou du scellant pour tuyaux sur toutes les connexions filetées.
Orienter le pied de connexion d'alimentation en eau chaude du coude vers l'ouverture du canal à la base du lave-vaisselle.

### Préparation de la boîte de jonction
1) Retirer le couvercle en enlevant la vis sur le côté gauche de la boîte comme à la figure 13, lettre C et enlever le couvercle en le soulevant.
2) Retirer la plaque de réducteur de tension en enlevant la vis à l'arrière de la boîte de jonction, comme à la figure 14, lettre D et en faisant glisser la plaque vers l'extérieur.
3) Mettre le couvercle, la plaque et les vis de côté. Ils seront utilisés ultérieurement.

## Preparación de la Lavadora (continúa)

### Como desarmar el Panel de Pie
**Panel de Pie Regular**
El panel de pie está ligeramente sujetado con cinta adhesiva. Quite la cinta y separe el panel de pie de la lavadora. Ponga el panel al lado. Usted lo reinstalará más tarde.
**La Base y el Panel de Pie para los Modelos SHY66 y SHX56**
La base y el panel de pie están puestos correctamente en la lavadora pero no están sujetados. Primero quite el panel de pie, tal como indica la letra A en la Ilustración 12. Después quite la base, tal como indica la letra B en la Ilustración 12.

### Como Instalar el Acoplador Acodado de 90°
NOTA: No se proporciona el acoplador acodado de 90° con la lavadora y por consiguiente se debe comprar separadamente. Si usted decide usar tubería de cobre para alimentar el agua caliente, cuide de que el acoplador cuente con un accesorio sujetador de compresión.
Selle todas las conexiones roscadas con cinta de teflón o compuesto sellador de rosca. Oriente la otra extremidad que se conectará a la alimentación de agua caliente hacia la apertura del canal en la base de la lavadora.

### Preparación de la Caja de Conexiones
1) Quite la tapadera de la caja de conexiones por medio de desarmar el tornillo en el lado izquierdo de la caja, como muestra la flecha C en la Ilustración 13, y elevar la cubierta hasta que se suelte.
2) Quite la placa de alivio de presión por medio de extraer el tornillo de la parte trasera de la caja de conexiones, como muestra la flecha D en la Ilustración 14, y deslizar la placa de alivio de presión hacia afuera.
3) Ponga a un lado la tapadera de la caja de conexiones, la placa de alivio de presión y los tornillos. Usted los reinstalará más tarde.



**Figure 15/Ilus. 15**



**Figure 16/Ilus. 16**



**Figure 17/Ilus. 17**

English

## DOOR PANEL INSTALLATION

### SHU Models - Accessory Panel Installation

If you have an SHU model and have ordered an accessory panel kit, install the panel prior to sliding the dishwasher into place. The panel dimensions are shown in Figure 15.

### SHI Models - Panel Installation

SHI models come with additional mounting hardware and a template sheet with installation instructions. The stainless steel models of the SHI series also come with two extension pieces. The extension pieces are used to match the control panel height (Figure 16, "B" dimension) to the horizontal drawer line of the cabinets, and must be installed as shown in on the template sheet. The standard piece is used for drawer heights up to 6" (152mm); the long piece is used for drawer heights greater than 6" (152mm) but 6-7/16" (164mm) or less. If your drawers are taller than 6-7/16", you can either slide the extension piece in as far as it will go, or remove it and fit the door panel directly below the control panel.

### SHI/SHV Models - Panel Installation

SHV models come with additional mounting hardware and a template sheet that will show you how to mount the panel. One side of the template shows how to mount a one piece panel; the other side shows how to mount a two piece panel. Decide which type of installation you want before proceeding with the installation.

| Fig. 17 Dimension | Panel Dimension |
|---|---|
| D (SHI) | 20 11/16" - 25" (526mm - 635mm) |
| E (SHI & SHV) | 27 3/16" - 30 5/16" (690mm - 770mm) |
| F (SHI & SHV) | 23 3/16" - 23 3/8" (589mm - 594mm) |

## INSTALLATION PANNEAU DE PORTE - Modèles SHU - Installation du panneau accessoire

Si l'on possède un modèle SHU et a commandé un nécessaire de panneau, installer le panneau avant d'insérer le lave-vaisselle en place. Les dimensions de panneau sont données à la figure 15.

**Modèles SHI - Installation de panneau**
Ces modèles sont dotés de fixations additionnelles et d'un gabarit avec les instructions d'installation. Les modèles en acier inoxydable sont munis de 2 rallonges qui sont utilisées pour correspondre à la hauteur du panneau de contrôle (figure 16, dimension "B" ) à la ligne horizontale du tiroir, et doit être installé comme illustré sur le gabarit. La pièce standard est utilisée pour un tiroir jusqu'à 6 po (152 mm) de haut ; la pièce longue est pour les tiroir de 6 po (152 mm) de haut mais de 6 7/16 po (164 mm) ou moins. Si le tiroir est plus haut que 6 7/16po, l'on peut faire glisser la rallonge le plus loin possible ou l'enlever et ajuster le panneau de porte directement en dessous du panneau de contrôle.

**Modèles SHI/SHV - Installation du panneau**
Les modèles SHV sont dotés de fixations additionnelles et d'un gabarit indiquant comment monter le panneau. Un côté du gabarit montre l'installation du panneau une pièce ; et l'autre celle du panneau deux pièces. Décider quelle méthode sera utilisée avant l'installation.

| Fig. 17 Dimension | Dimension panneau |
|---|---|
| D (SHI) | 20 11/16 - 25 po (526 mm - 635 mm) |
| E (SHI & SHV) | 27 3/16 - 30 5/16 po (690 mm - 770 mm) |
| F (SHI & SHV) | 23 3/16 - 23 3/8 po (589 mm - 594 mm) |

## INSTALACIÓN - PANEL DE LA PUERTA

**Modelos SHU - Instalación del Panel Accesorio**
Si su modelo es un SHU y usted ordenó un juego de instalación del panel accesorio, instale éste antes de acomodar la lavadora en su sitio. La Ilustración 15 muestra las dimensiones del panel.

**Los Modelos SHI - Instalación del Panel**
Se incluyen accesorios de montaje extras y una hoja patrón con instrucciones de instalación con los modelos SHI. Junto con los modelos de acero inoxidable de la serie SHI también se incluyen piezas de extensión. Las piezas de extensión se utilizan para corresponder la altura del tablero de control (la dimensión "B" en la Ilustración 16) al nivel horizontal de los cajones en los armarios de la cocina. Se deben instalar estas piezas como indica la hoja patrón. La pieza estándar se usa para las alturas de los cajones de hasta 6" (15 cm). La pieza larga se usa para los cajones con altura de más de 6" (15 cm) pero sin pasarse de 6-7/16" (16.5 cm). Si la altura de los cajones sobrepasa 6-7/16", usted podría decidir en deslizar la pieza de extensión tanto como lo permita la estructura o quitarla e instalar el panel de la puerta directamente debajo del tablero de control.

**Modelos SHI/SHV - Instalación del Panel**
Se incluyen accesorios de montaje extras con una hoja patrón que le muestra como instalar el panel. Un lado del patrón indica como instalar un panel de una sola pieza; el otro muestra como instalar un panel de dos piezas. Decida cual tipo de instalación adoptará antes de proceder.

| -- Ilus. 17 -- Dimensiones | Dimensiones del Panel |
|---|---|
| D (SHI) | 20 11/16" – 25" (de 52.5 cm a 63.5 cm) |
| E (SHI & SHV) | 27 3/16" – 30 5/16" (de 69 cm a 77 cm) |
| F (SHI & SHV) | 23 3/16" – 23 3/8" (de 59 cm a 59.5 cm) |



**Figure 18/Ilus. 18**



**Figure 19/Ilus. 19**



**Figure 20/Ilus. 20**

English

## PLACING THE DISHWASHER

1) Straighten and position the hot water supply line and the electrical supply cable as shown in Figure 18 so that they will align with their channels under the dishwasher base.
2) Position the dishwasher close enough to the enclosure so that you can run the dishwasher drain hose to the under sink drain connection. Make certain that the hot water supply line and the electrical supply cable are in their channels under the dishwasher base, as shown in Figure 19, letter A.
3) Place the dishwasher directly in front of the enclosure.
4) Perform a level check as shown in Figure 19. Adjust the rear leveler by turning the center screw at the front of the dishwasher, as shown in Figure 20, letter B. Turning the screw clockwise raises the rear of the dishwasher. Adjust the front levelers by turning them with a screwdriver, as shown in Figure 20, letter C. Turning the levelers to the right raises the dishwasher. If additional height is needed, shims may be added under the leveler feet.
5) Push the dishwasher into the enclosure.

## SECURING THE DISHWASHER

Drive the mounting screws through the holes in the mounting brackets, as shown in Figure 20, letter A for Top Mount, or as shown in Figure 21, letter B for Side mount.



**Figure 21/Ilus. 21**

Français

## EMPLACEMENT DU LAVE-VAISSELLE

1) Placer et positionner les canalisations en eau chaude et électrique comme à la figure 18 pour qu'elles s'alignent avec les rainures sous la base du lave-vaisselle.

2) Positionner le lave-vaisselle assez près de l'ouverture pour acheminer le tuyau de vidange à la connexion du drain d'évier. S'assurer que la canalisation en eau haude et le câble électrique sont dans leurs rainures sous la base de l'appareil comme à la figure 19, lettre A.

3) Placer l'appareil directement devant l'ouverture.

4) Vérifier le niveau comme à la figure 19.  Régler le pied niveleur arrière en tournant la vis centrale devant le lave-vaisselle comme à la figure 20, lettre B. Tourner dans le sens horaire pour élever l'arrière de l'appareil. Régler les pieds niveleurs avant avec un tournevis comme à la figure 20, lettre C. Tourner vers la droite pour soulever. Si une hauteur additionnelle est nécessaire, il faudra peut-être des cales sous le pied niveleur.

5) Pousser l'appareil en place.

## MISE EN PLACE SÉCURITAIRE

Insérer les vis de fixation par les trous dans la finxation comme à la figure 20, lettre A  pour la fixation supérieure ou à la figure 21, lettre B pour la fixation latérale.

Español

## COMO SITUAR LA LAVADORA

1) Enderece y acomode el tubo de alimentación de agua caliente y el cable de alimentación eléctrica como muestra la Ilustración 18 de modo que queden en línea con sus propios canales en la base de la lavadora.

2) Acomode la lavadora tan cerca del gabinete como para poder conectar la manguera de desagüe de la lavadora a la conexión de evacuación debajo del fregador.  Asegúrese de que el tubo de agua caliente y el cable eléctrico estén puestos en sus canales respectivos bajo la base de la lavadora, tal como indican las flechas A en la Ilustración 19.

3) Sitúe la lavadora directamente enfrente del gabinete.

4) Revise el nivel como muestra la Ilustración 19.  Ajuste el nivelador trasero por medio de darle vuelta al tornillo del centro en la cara frontal de la lavadora, tal como indica la flecha B en la Ilustración 20. La parte trasera de la lavadora se eleva a medida que se gire el tornillo en el sentido del reloj. Ajuste los niveladores de frente por medio de darles vuelta con un destornillador, tal como indica la flecha C en la Ilustración 20. La lavadora se eleva a medida que los niveladors giran hacia la derecha. Si la lavadora debe elevarse aún más, introduzca calces debajo de los pies de los niveladores.

5) Deslice la lavadora hacia adentro del gabinete.

## COMO AFIRMAR LA LAVADORA

Introduzca los tornillos de montaje a través de los hoyos en los soportes de montaje, tal como indica la letra A en la Ilustración 21, para realizar el montaje superior; o según lo que indica la letra B en la misma ilustración para realizar el montaje lateral.

Français

## CONNEXION DU TUYAU VINDANGE

Le tuyau de vidange du lave-vaisselle peut être branché sur le tuyau de vidange de 4 façons :
1) Directement sous la connexion de vidange de l'évier, figure 22.
2) Directement sur la connexion de vidange d'un broyeur, figure 23.
3) Sur la connexion de vidange de l'évier par un espace d'air, figure 24.
4) Sur la connexion de vidange d'un broyeur par un espace d'air, figure 25.

L'information sur l'installation d'espace d'air et de broyeurs est donnée dans la section plomberie de ce guide.

REMARQUE : Si le tuyau de vidange du lave-vaisselle doit être branché sur la connexion de vidange d'un broyeur, retirer la fiche de la connexion de vidange de lave-vaisselle du broyeur. Utiliser le tuyau de connexion en caoutchouc fourni et les pinces (lettre G dans la section matériaux de ce guide) pour bancher le tuyau de vidange du lave-vaisselle sur la connexion de tuyau de vidange. Utiliser les pinces à ressort pour maintenir le tuyau de vidange du lave-vaisselle. Utiliser la pince à vis pour maintenir le tuyau de connexion en caoutchouc sur la connexion de tuyau de vidange.

Si le tuyau de vidange du lave-vaisselle est branché directement une connexion de vidange sous l'évier, figure 22, ou sur la connexion de vidange d'un broyeur, figure 23, former une courbe dans le tuyau de vidange du lave-vaisselle et maintenir une portion de la courbe à au moins 20 po (508 mm) au-dessus du plancher de l'armoire.

Español

## CONEXIÓN - MANGUERA DE DESAGÜE

La manguera de desagüe puede conectarse según uno de cuatro métodos:
1) Directamente a la conexión de evacuación debajo del fraegador, como muestra la Ilustración 22.
2) Directamente a la conexión de evacuación para lavadoras de platos en un eliminador de basura, como muestra la Ilustración 23.
3) A la conexión de evacuación debajo del fregador y a través de un dispositivo de ventilación, como muestra la Ilustración 24.
4) A la conexión de evacuación para lavadoras de platos en un eliminador de basura y a través de un dispositivo de ventilación, como muestra la Ilustración 25.

Se puede averiguar información referente a la instalación de dispositivos de ventilación y de eliminadores de basura en la sección Preparación - Plomería de este manual.

NOTA: Si elige conectar la manguera de desagüe a un eliminador de basura, cuide de quitar el tapón de conexión a lavadoras de platos en el eliminador.
Utilice la Manguera de Conexión (hecha de hule/caucho) y las Abrazaderas para la Manguera de Desagüe que proporcionamos (artículo G en la sección Materiales Provistos de este manual) para conectar la manguera de desagüe de la lavadora a la conexión de evacuación del sistema de plomería. Utilice la abrazadera de resorte para sujetar la Manguera de Conexión (hecha de hule/caucho) a la manguera de desagüe de la lavadora. Utilice la abrazadera roscada para sujetar la Manguera de Conexión (hule/caucho) a la conexión de evacuación del sistema de plomería.
Si la manguera de desagüe de la lavadora se conecta directamente ya sea a una conexión de evacuación para lavadoras de platos debajo del fregador, como muestra la Ilustración 22, o de otro modo a la conexión para lavadoras de platos de un eliminador de basura, como muestra la Ilustración 23, dele forma curva a la manguera de desagüe de la lavadora y sujete una sección de la curva separada del piso del gabinete por un mínimo de 20" (51 cm).

Français

## CONNEXION ÉLECTRIQUE (suite)

⚠ **AVERTISSEMENT : RISQUE D'INCENDIE - DES CONNEXIONS ÉLECTRIQUES LÂCHES OU INADÉQUATES PEUVENT CAUSER UN INCENDIE. S'ASSURER QUE LES CONNEXIONS ÉLECTRIQUES SONT BIEN FAITES.**

• Étirer les fils du lave-vaisselle de 1/8 po (3mm) loin des fils solides du câble d'alimentation, comme à la figure 28.
• Ne pas tordre les fils d'alimentation électrique avant de les brancher avec les écrous à fils.
5) Utiliser les écrous à fils fournis, brancher les fils d'alimentation électrique sur les fils du lave-vaisselle, noir sur noir, blanc sur blanc, et le vert ou dénudé sur le vert ou dénudé. S'assurer que les fils isolés ne montrent pas de fils dénudés depuis le bas des écrous à fils. S'assurer que les fils sont branchés de façon sécuritaire.
6) Presser les fils dans la boîte de jonction. S'assurer que les écrous à fils ne sont pas lâches.
7) Placer le couvercle sur la boîte de jonction et le maintenir en place avec la vis fournies.

## DERNIERS RÉGLAGES
**Réglage de la tension de la porte (modèles SHI et SHV seulement)**
Une fois le lave-vaisselle installé, ouvrir et fermer la porte quelques fois pour s'assurer du bon fonctionnement. Si elle referme trop rapidement ou ne s'ouvre pas, le ressort de tension doit être réglé.
Pour régler la tension du ressort :
1) Prendre les vis de tension de porte fournies (figure 1, lettre K) du sac de pièce pour SHI/SHV.
2) Insérer les vis comme à la figure 29. Tourner dans le sens horaire pour augmenter la tension ou dans le sens contre horaire pour diminuer la tension.

## BASE ET PANNEAU INFÉRIEUR
**Installation du panneau inférieur ordinaire**
Utiliser les vis de panneau (figure 1, lettre D) du nécessaire d'installation du lave-vaisselle et un tournevis Torx pour installer le panneau comme à la figure 30.

(Suite à la page suivante)

Español

## CONEXIÓN ELÉCTRICA (continúa)

⚠ **AVISO: PELIGRO DE INCENDIO - LAS CONEXIONES ELÉCTRICAS SUELTAS O INADECUADAS PUEDEN CAUSAR UN INCENDIO. CUIDE DE TODAS LAS CONEXIONES ELÉCTRICAS ESTÉN ELABORADAS DEBIDAMENTE.**

• No tuerzo los cables de alimentación eléctrica cuando con los conecta con los capuchones de rosca.
• Extendia los cables de conductores trenzados en la lavadora que miden 1/8" (3 mm) fuera del cable de alimentación eléctrica con conductores sólidos (o enterizos), como muestra la Ilustración 28.
5) Utilice los capuchones de rosca que proporcionamos para conectar los cables de alimentación eléctrica a los cables de la lavadora, negro con negro, blanco con blanco y verde o desforrado al verde o al desforrado. Cuide de que no se pueda ver cable desforrado en las conexiones con capuchones. Ligeramente jale los cables para asegurarse de que estén fuertemente conectados.
6) Introduzca los cables en la caja de conexiones. Revise que ningún capuchón se haya aflojado.
7) Acomode la tapadera en la caja de conexiones y sujétela con el tornillo que proporcionamos.

## AJUSTE DE TENSIÓN LA PUERTA (solamente en los modelos SHI y SHV)
Después de instalar la lavadora, abra y cierre la puerta repetidamente para revisar si funciona fácilmente. Si la puerta se cierra muy repentinamente o no se abre por sí sóla, se debe ajustar la tensión del resorte.
Como Ajustar la Tensión del Resorte:
1) Obtenga los Tornillos del Resorte de Tensión (Ilustración 1, artículo K en la lista de Materiales Provistos de este manual) de la bolsa de piezas para los modelos SHI/SHV.
2) Introduzca los tornillos como muestra la Ilustración 29. Dele vuelta al tornillo en el sentido del reloj para aumentar la tensión del resorte. Al girar el tornillo contrario al reloj, la tensión del resorte se reduce.

## BASE Y PANEL DE PIE
**Instalación Regular del Panel de Pie**
Use los tornillos del panel de pie (Ilustración 1, artículo D) incluidos en el Juego de Instalación de la Lavadora y un destornillador típo Torx para instalar el panel de pie, como muestra la Ilustración 30.
**(Continúa en la próxima página)**

**Base and Toe Panel | Base et Panneau inférieur | Base y Panel de Pie**    29

English

## BASE AND TOE PANEL (Continued)

### SHY66 & SHX56 Models Base and Toe Panel Installation

1) Place the Base Part under and up the front bottom panel of the dishwasher, as shown in Figure 31.

2) Insert the Base Part screws (Figure 1, letter O) into the Base Part, as shown in Figure 31, letter B. Tighten the Base Part Screws.

3) Place the Cotton Insulation Strip (Figure 1, letter C) under the unit, between the bottom of the Base Part and the floor, as shown in Figure 31, letter C.

4) Place the toe panel over the Cotton Insulation Strip, and use the toe panel screws (Figure 1, letter N) to secure the toe panel in place, as shown in Figure 31, letter D.

## FINAL INSTRUCTIONS

1) Energize the dishwasher power supply circuit.

2) Consult the Bosch Dishwasher Use and Care Manual, and run the dishwasher through one complete cycle.

If the dishwasher does not operate properly, refer to the Self-Help section of the Use and Care Manual. If the dishwasher still does not operate properly, refer to the Customer Service Section of the Use and Care Manual.

## CUSTOMER SERVICE

Your Bosch dishwasher requires no special care other than that described in the Care and Cleaning section of the Use and Care Manual. If you are having a problem with your dishwasher, before calling for service please refer to the Self-Help section of the Use and Care Manual. If service is necessary, contact your dealer or installer or an authorized service center. Do not attempt to repair the appliance yourself. Any work performed by unauthorized personnel may void the warranty.

If you are having a problem with your Bosch dishwasher and are not pleased with the service
you have received, please take the following steps (in the order listed below) until the problem
is corrected to your satisfaction.

1. Contact your installer or the Bosch Authorized Service Contractor in your area.
2. E-mail us from the customer service section of our website, www.boschappliance.com.
3. Write us at the address below:
   BSH Home Appliances, Corp.
   5551 McFadden Avenue
   Huntington Beach, CA 92649
4. Call us at 1-800-944-2904.



**Figure 31/Ilus. 31**

Français

Español

## BASE ET PANNEAU INFÉIEUR (Suite)

### Modèles SHY66 et SHX56 - installation du panneau inférieur et de la base

1) Placer la pièce base sous et vers le haut du panneau inférieur avant du lave-vaisselle comme à la figure 31.
2) Insérer les vis de pièce de base (figure 1, lettre O) dans la pièce debase, figure 31, lettre B. Serrer les vis de pièce de base.
3) Placer la bande isolante en coton (figure 1, lettre C) sous l'appareil entre le bas de la pièce de base et le plancher comme à la figure 31, lettre C.
4) Placer le panneau inférieur sur la bande isolante en coton et utiliser les vis du panneau (figure 1, lettre N) pour maintenir le panneau en place comme à la figure 31, lettre D.

## INSTRUCTIONS FINALES

1) Activer le circuit d'alimentation au lave-vaisselle.
2) Consulter le guide d'utilisation et d'entretien du lave-vaisselle Bosch et effectuer un cycle complet.
Si le lave-vaisselle ne fonctionne pas adéquatement, consulter la section guide de dépannage du guide d'utilisation et d'entretien. S'il ne fonctionne toujours pas, consulter la section sur le service à la clientèle du même guide.

## SERVICE À LA CLIENTÈLE

Le lave-vaisselle Bosch ne requiert aucun entretien spécial autre que celui décrit dans la section Nettoyage et entretien du guide d'utilisation et d'entretien. Si l'on a des problèmes avec l'appareil, avant d'effectuer un appel de service, consulter le guide de dépannage du guide d'utilisation et d'entretien.  Si un service est nécessaire, communiquer avec le marchand, l'installateur ou le centre de service. Ne pas tenter de réparer l'appareil. Tout travail effectué par une personne non autorisée peut annuler la garantie.

Si l'on a des problèmes avec le lave-vaisselle Bosch et que l'on n'est pas satisfait du service reçu, prendre les mesures ci-dessous (dans l'ordre indiqué ci-dessous) jusqu'à ce que le problème soit corrigé.

1. Communiquer avec l'installateur ou le centre de service autorisé Bosch dans la région.
2. Envoyer un courriel depuis la section service à la clientèle sur notre site web www.boschappliance.com.
3. Nous écrire :
   BSH Home Appliances, Corp.
   5551 McFadden Avenue
   Huntington Beach, CA 92649
4. Téléphoner au 1-800-944-2904.

## BASE Y PANEL DE PIE (Continúa)

### Instalación de la Base y del Panel de Pie para los Modelos SHY66 & SHX56

1) Acomode la Pieza Base introduciéndola por debajo y hacia arriba del panel inferior delantero de la lavadora, como muestra la Ilustración 1, letra A.
2) Introduzca los tornillos (Ilustración 1, artículo O) en la Pieza Base, tal como indica la letra B en la Ilustración 31.  Apriete los tornillos de la Pieza Base.
3) Extienda la Tira Aislante de Algodón (Ilustración 1, artículo C) debajo del aparato, entre la cara inferior de la Pieza Base y el piso, tal como indica la letra C en la Ilustración 31.
4) Acomode el panel de pie sobre la Tira Aislante de Algodón y utilice los tornillos (Ilustración 1, artículo N) para sujetarlo en su sitio, tal como indica la letra D en la Ilustración 31.

## INSTRUCCIONES FINALES

1) Energice el circuito de alimentación eléctrica a la lavadora.
2) Consulte el Manual de Uso y Cuidado de la Lavadora de Platos Bosch y corra la lavadora por todo un ciclo completo.  Si la lavadora no funciona adecuadamente, consulte la sección Autoayuda del Manual de Uso y Cuidado.  Si todavía no funciona debidamente, consulte la sección Servicio al Cliente del Manual de Uso y Cuidado.

## SERVICIO AL CLIENTE

Su lavadora de platos Bosch no necesita más cuidado especial de lo que se describe en la sección Cuidado y Limpieza del Manual de Uso y Cuidado.  Si Ud. experimenta algún problema con su lavadora y antes de que solicite servicio técnico, por favor consulte la sección Autoayuda del Manual de Uso y Cuidado.  Si aún necesita servicios técnicos, comuníquese con su distribuidor, el instalador o un centro autorizado en rendir servicios.  No intente reparar el aparato usted mismo/a.  Cualquier trabajo elaborado por personal no autorizado podría anular la garantía.
En caso de que Ud. tenga algún problema con su lavadora de platos Bosch y que quede insatisfecho/a con el servicio que se elaboró, por favor tome los siguientes pasos (en orden de la lista a continuación) hasta que se corrija el problema de modo que el sea satisfactorio.
1. Comuníquese con su instalador o el Concesionario de Servicios Autorizados por Bosch en su región.
2. Envíenos una carta electrónica por medio de la sección de servicio al cliente [customer service] en nuestro sitio web, www.boschappliance.com.
3.Escribanos a la dirección siguiente:
   BSH Home Appliances, Corp.
   5551 McFadden Avenue
   Huntington Beach, CA 92649
4. Llámenos al número telefónico gratuito: 1-800-944-2904.

**Base and Toe Panel  |  Base et Panneau Inférieur  |  Base y Panel de Pie      31**

## CUSTOMER SERVICE

Please be sure to include (if you are writing), or have available (if you are calling), the following information:
- Model number
- Serial number
- Date of original purchase
- Date the problem originated
- Explanation of the problem

Also, if you are writing, please include a daytime phone number where you can be reached. You will find the model and serial number information on the label located on the right-hand side of the inner door of your dishwasher, see Figure 1. It will look similiar to this:



Please make a copy of your invoice and keep it with this manual.

## SERVICE À LA CLIENTÈLE

S'assurer d'inclure (si l'on écrit), ou d'avoir à la portée (si l'on téléphone), l'information suivante :
- Numéro de modèle
- Numéro de série
- Date d'achat d'origine
- Date du début du problème
- Explication du problème

De plus, si l'on écrit, inclure un numéro de téléphone pendant le jour où l'on peut être rejoint. Les numéros de modèle et de série sont situés sur la plaque signalétique placée du côté droit de l'intérieur de la porte du lave-vaisselle. Voir figure 1. Cela ressemble à ceci :



Faire une photocopie de la facture et la conserver avec ce guide.

## SERVICIO AL CLIENTE

Por favor incluya (en caso de que nos escriba) o tenga a la mano (en caso de que nos llame) los datos siguientes:
- Número del Modelo [*Model number*]
- Número de Serie [*Serial number*]
- Fecha de la compra del aparato
- Fecha cuando empezó el problema
- Descripción del problema

Además, si nos escribe, por favor presente su número telefónico de día donde le podemos llamar. Usted averiguará la información de los números del modelo y de serie en la placa etiqueta que se encuentra en la orilla derecha en el interior de la puerta de su lavadora. Véase la Ilustración 1. Se ve algo como esto:



Por favor saque una copia de su factura y guárdela con este manual.