# EXHIBIT 9

BRADFORD ASSOCIATES
TOMMY DOUGLAS SMITH

Page 82

1    Q. Okay. Have you installed a
2    dishwasher? You personally?
3       A. Have I installed a dishwasher?
4    Q. Have you ever installed a
5    dishwasher? And I'll rephrase that.
6       As part of your duties with
7    Wuerstlin, have you ever installed a
8    dishwasher?
9       A. I've never done an installation
10   but I've done some reinstallations.
11   Q. What does a reinstallation
12   consist of?
13      A. Reinstallation would be almost
14   the exact same procedure as you use for
15   installation.
16   Q. Is that taking out an old one and
17   putting in a new one?
18      A. No, I never took out an old one
19   and put in a new one.
20   Q. Was a reinstallation performed in
21   this case?
22      MR. BROWN: Objection. Go ahead.

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
TOMMY DOUGLAS SMITH

Page 83

1       A. It had to be, because the unit
2    had to come out to perform the service.
3    BY MR. UTKE:
4    Q. Okay. And just for
5    clarification, when you say the unit has
6    to come out, does it have to come
7    completely outside the scope of the
8    countertop for the lid to be removable?
9       A. There's no lid that gets removed,
10   sir.
11   Q. Okay. Well, let me just simplify
12   it then.
13      A. To perform the work you mean?
14   Q. To perform your work, does the
15   dishwasher have to be clear of the
16   countertop edge?
17      A. Yes.
18   Q. So, it has to be pulled out
19   29 inches or so, the width of the
20   countertop?
21      A. Sometimes even further.
22   Q. Why would it have to be further?

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
TOMMY DOUGLAS SMITH

Page 84

1       A. So it would allow you room to get
2    to the screws behind the unit, plus,
3    allow you room to work.
4    Q. Okay. In those instances when
5    you did not disconnect the power supply
6    cord from the junction box, would it be
7    necessary for there to be at least 29 and
8    9/16ths slack on the supply line, to
9    allow for the dishwasher to come clear of
10   the counter?
11      A. At minimum.
12      MR. BROWN: Objection. Go ahead.
13   BY MR. UTKE:
14   Q. When you say minimum, meaning if
15   you were going to pull it out further, it
16   would need more slack, would that make
17   sense?
18      A. Yes, sir.
19   Q. Have you ever encountered a
20   situation where you're doing service on a
21   dishwasher, and it did not have a
22   junction box installed on it?

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
TOMMY DOUGLAS SMITH

Page 85

1       MR. BROWN: Objection.
2       A. We've already covered that, sir.
3       If there was a situation like
4    that, the work wouldn't be performed by
5    myself. It would be told to Mr.
6    Wuerstlin. And after that, it would be
7    taken care of by proper procedures,
8    through Mr. Wuerstlin and probably
9    technical services at Bosch.
10   BY MR. UTKE:
11   Q. Okay. My question was different.
12      Have you actually made the
13   encounter of performing service on a
14   dishwasher that did not have a junction
15   box installed on it?
16      MR. BROWN: Objection. Go ahead.
17      A. I've gone and seen it, but I've
18   never performed any work on one like
19   that, sir.
20   BY MR. UTKE:
21   Q. Okay. Do you have a specific
22   recollection of that happening?

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

## BRADFORD ASSOCIATES
## TOMMY DOUGLAS SMITH

Page 106

1   don't let anything come out.
2         But it's mainly there for support
3   for the cable. And, because that's the
4   way it's supposed to be installed
5   properly. With a strain relief connector
6   on it, or a connector on it, so that, you
7   know, the wire doesn't get pulled out
8   perhaps, or something of that nature.
9         If a child somehow gets his hand
10  back -- for things of that -- for safety
11  purposes, too.
12      **Q. Okay. Do you know if it's**
13  **considered a fire hazard not to have a**
14  **strain relief?**
15        MR. BROWN: Objection.
16        MR. REGO: Objection.
17      A. I don't know, sir.
18  BY MR. UTKE:
19      **Q. In your training in the field of**
20  **electricity, has it been your practice**
21  **that it's proper for a strain relief to**
22  **be used when a electrical supply line**

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

## BRADFORD ASSOCIATES
## TOMMY DOUGLAS SMITH

Page 107

1   enters a conduit box?
2         MR. REGO: Objection.
3         MR. BROWN: Objection.
4       A. With my knowledge, yes.
5   BY MR. UTKE:
6       **Q. Have you the understood all the**
7   **questions I've asked you today?**
8         MR. BROWN: Objection. Obviously
9   he asked for some clarification, so it's
10  not all, but yeah.
11        You can answer with my objection.
12  BY MR. UTKE:
13      **Q. Have you understood my questions**
14  **today?**
15      A. Yes, sir.
16        MR. UTKE: Okay. That's all the
17  questions I have. The other attorneys
18  may have some questions.
19        EXAMINATION BY COUNSEL FOR PLAINTIFF
20  BY MR. TETRO:
21      **Q. Good afternoon, Mr. Smith. My**
22  **name is Brian Tetro. I represent**

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

## BRADFORD ASSOCIATES
## TOMMY DOUGLAS SMITH

Page 108

1   **Hartford. They insured Ms. Bernstein's**
2   **home.**
3       A. Yes, sir.
4         MR. BROWN: How long are you
5   going to be.
6         MR. TETRO: Not more than 20
7   minutes I don't think.
8         MR. BROWN: Do you want to take a
9   quick break?
10        THE WITNESS: I'm fine. I just
11  don't want to be here until 5:00.
12        MR. BROWN: That's fine. I just
13  wanted to make sure.
14  BY MR. TETRO:
15      **Q. Look at E-1, first.**
16        **I notice there's some notations**
17  **on the document. I imagine -- are all**
18  **the notations your handwriting?**
19      A. No, sir.
20      **Q. Which notation would not be your**
21  **handwriting?**
22      A. That would be the area under

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

## BRADFORD ASSOCIATES
## TOMMY DOUGLAS SMITH

Page 109

1   parts number and description.
2       **Q. Okay.**
3       A. And also the -- as far as the
4   money written down. And actually the
5   40 minutes is not my handwriting also,
6   sir.
7       **Q. Okay. Well, what about where it**
8   **says time started and time completed?**
9       A. Yes, sir, that would be me.
10      **Q. The total time of 40 minutes,**
11  **would you say that that is accurate? For**
12  **8:40 to 9:20?**
13      A. Yes, sir.
14      **Q. Okay. The job that you were**
15  **called out there for, service call, was**
16  **it basically just installation of a**
17  **circulating pump? Main purpose for your**
18  **service visit?**
19      A. Yes, sir.
20      **Q. And your opinion is 40 minutes to**
21  **perform that task -- strike that.**
22        **In your opinion, is the 40**

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
TOMMY DOUGLAS SMITH

Page 114

1  Q. Who was your job foreman at
2  Wuerstlin?
3      MR. BROWN: Objection. Go ahead.
4  BY MR. TETRO:
5  Q. If you had one.
6  A. I guess that would be Marty
7  Wuerstlin.
8  Q. Okay. But when you're performing
9  these service calls, you're going by
10 yourself, correct?
11 A. Yes, sir.
12 Q. Okay. Does anyone supervise or
13 review the work that you performed in
14 connection with service calls after it's
15 done?
16 A. Usually not unless there was a
17 problem.
18 Q. Okay. I believe you testified
19 earlier you have no personal knowledge,
20 no personal recollection, of doing the
21 service call at the Bernstein's home; is
22 that accurate?

BRADFORD ASSOCIATES
TOMMY DOUGLAS SMITH

Page 115

1  A. I'm sorry, sir, I don't recall
2  being there.
3      I must have been, because it's my
4  handwriting, but for -- in detail I can't
5  right off -- right off the bat.
6  Q. And nothing about E-1, document
7  Exhibit E-1, refreshes your recollection
8  in that regard?
9  A. I'm sorry, sir, no.
10 Q. Okay. You testified earlier that
11 you do eight or nine service calls per
12 day?
13 A. Um-hmm.
14 Q. Is that accurate?
15 A. That was accurate, yes, sir.
16 Q. Okay. Is that roughly from 9:00
17 to 5:00, with lunch?
18 A. I'm sorry, that -- it would vary
19 from time to time, though. All depending
20 on how busy the season was or how slow we
21 were, too.
22     I'm sorry, no, it wasn't 9:00 to

BRADFORD ASSOCIATES
TOMMY DOUGLAS SMITH

Page 116

1  5:00. I normally went in at 7:00. I was
2  at my first call at 7:00, and usually I
3  was done by maybe around 2:00, 2:30.
4  Q. Okay. Is there any sort of
5  required quota in terms of getting enough
6  service visits in a particular day, or
7  did you just get as many as you could
8  that particular day?
9  A. I was paid salary, sir, so there
10 was no reason for me to --
11 Q. Okay. In your experience with
12 dealing with dishwashers, while you're
13 installing a circulating pump, is it
14 typically a situation -- and just answer
15 this if you can -- is it typically a
16 situation where you have to disconnect
17 the electrical power to the dishwasher or
18 typically not the situation to do that,
19 in order to install a circulating pump?
20 A. Typically you would.
21 Q. Typically you would disconnect
22 it?

BRADFORD ASSOCIATES
TOMMY DOUGLAS SMITH

Page 117

1  A. Yes.
2  Q. And that's because the wiring --
3  the electrical wiring, the connection is
4  not long enough to not disconnect the
5  electrical power line in order to get the
6  work done?
7  A. Usually, sir.
8  Q. Okay. You testified if you
9  didn't see a junction box in a
10 dishwasher, you'd immediately call
11 Mr. Wuerstlin and advise him of that
12 situation, is that accurate?
13 A. Yes, sir.
14 Q. And you wouldn't do any work
15 until he advised you about what to do in
16 response to that?
17 A. Yes, sir.
18 Q. If you didn't see a strain
19 relief, would that also be the same
20 situation?
21 A. Not necessarily.
22 Q. Okay.

BRADFORD ASSOCIATES
TOMMY DOUGLAS SMITH

Page 134

1  they purchased the machine.
2     Q. So, that would have been the date
3  of the purchase of the dishwasher?
4     A. Yes, sir.
5     Q. Okay. And where does that
6  information come from, if you know?
7     A. They have to supply a purchasing
8  date when they call Bosch for warranty
9  issues. If they don't supply a service
10 or a purchasing date, then we can't
11 supply -- they couldn't supply warranty
12 work.
13    Q. So "they" being the purchaser or
14 owner of the machine?
15    A. I'm sorry, the purchaser, sir.
16    Q. And my understanding from this
17 ticket is the date you went out and
18 performed service was August 11th, 2004,
19 correct?
20    A. Yes, sir, it would appear so.
21    Q. Have you -- do you have any
22 knowledge or information regarding Paul

BRADFORD ASSOCIATES
TOMMY DOUGLAS SMITH

Page 135

1  Scheure, Incorporated or Inc.? Do you
2  have any idea who that company is or what
3  that company does?
4        MR. BROWN: Other than what we
5  discussed?
6  BY MR. REGO:
7     Q. Other than anything you discussed
8  with your attorney?
9     A. No, sir.
10    Q. You have no specific recollection
11 of the wiring that was out at the
12 Bernstein residence when you went out and
13 did your work, correct?
14    A. I'm sorry, sir, I don't.
15    Q. Okay. You don't know the type of
16 cable that was out there, whether it was
17 Romex, BX, anything like that?
18    A. I can't recall, sir.
19    Q. Has anyone, aside from your
20 attorney, ever talked to you about any
21 issues like that, type of cable that were
22 out there, the type of wiring that was

BRADFORD ASSOCIATES
TOMMY DOUGLAS SMITH

Page 136

1  done, or work that was performed by any
2  electrician at the Bernstein residence
3  before you went out in August of 2004,
4  aside from your attorney?
5     A. No, sir.
6     Q. Okay. When you got, or when you
7  were told by Mr. Wuerstlin about the
8  fire, okay, aside from being told about
9  the fire. And I know you were asked this
10 question: Do you have any recollection
11 of any specifics that he may have relayed
12 to you about the fire itself? What had
13 happened? Why it had happened?
14    A. To be perfectly honest, Marty
15 wouldn't tell me much about it at all.
16    Q. But do you have, as you sit here,
17 do you have any recollection of anything
18 besides him telling you there was a fire?
19    A. No, sir.
20       MR. REGO: Okay. That's all I
21 have.
22       MR. DAVEY: No.

BRADFORD ASSOCIATES
TOMMY DOUGLAS SMITH

Page 137

1        MR. UTKE: One brief question for
2  you.
3        RE-EXAMINATION BY COUNSEL FOR
4  PLAINTIFF
5  BY MR. UTKE:
6     Q. When Mr. Tetro was asking you
7  questions about the strain relief, was it
8  your testimony that you would remove the
9  strain relief so that flooring would not
10 be damaged when the dishwasher was pulled
11 out of the cabinetry?
12    A. Yes, sir.
13       MR. BROWN: Objection. Asked and
14 answered.
15    A. Yes, sir.
16 BY MR. UTKE:
17    Q. I just want -- it's foundational.
18 Is that a yes?
19    A. Yes, sir.
20       MR. BROWN: Objection. Go ahead.
21 BY MR. UTKE:
22    Q. Is that done on every service

BRADFORD ASSOCIATES
TOMMY DOUGLAS SMITH

Page 138

1  call to ensure there's no damage to the
2  floor?
3       MR. BROWN: Objection. Go ahead.
4     A. I can't say every service call,
5  sir.
6       Some dishwashers might have been
7  high enough up off the floor, they might
8  have allowed enough clearance for them to
9  shove the dishwasher up all the way to
10 make it go up as high as it could go, as
11 opposed to, you know -- as far as counter
12 height.
13      Because what would happen was,
14 the feet, you can make the feet go down,
15 to make the machine raise up. Well, if
16 there was adequate space underneath, that
17 you could pull it out without having to
18 take the strain relief off without
19 damaging the floor, you'd be okay.
20      But if -- normally, the cabinets
21 are at normal standard height and a Bosch
22 dishwasher sits a little bit higher when

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
TOMMY DOUGLAS SMITH

Page 139

1  the feet are raised up, so -- I mean a
2  little bit lower when the feet are
3  lowered down to, you know, get it in the
4  cabinet.
5       So usually if you couldn't raise
6  the feet up enough to get the machine up
7  high enough, you'd have to take the
8  connector off so that you wouldn't damage
9  the floor.
10 BY MR. UTKE:
11    Q. When you say raise the feet up,
12 you're talking about actually the unit
13 lowering so it has a lower profile?
14    A. Yeah -- actually, I'm talking
15 about raising the unit up some to make
16 room and adequate clearance for the
17 connector when you pulled it out.
18      If you weren't capable of doing
19 that, then you'd go ahead and take the
20 connector off.
21    Q. Okay. Is there a way to take the
22 connector off without disconnecting the

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
TOMMY DOUGLAS SMITH

Page 140

1  electrical connections?
2     A. No.
3       MR. BROWN: Objection. Go ahead.
4  BY MR. UTKE:
5     Q. Okay. So the electrical
6  connections have to be disconnected for
7  the strain relief to be taken off of the
8  power supply line?
9       MR. BROWN: Objection. Go ahead.
10    A. Usually, yes.
11 BY MR. UTKE:
12    Q. Are you aware of any other ways
13 that can happen, that a strain relief can
14 come off without the wires being
15 disconnected?
16    A. Not that I know of, sir.
17      MR. UTKE: That's all the
18 questions that I have.
19      EXAMINATION BY COUNSEL FOR DEFENDANT
20 BY MR. BROWN:
21    Q. Let me just clarify two things
22 first.

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM

BRADFORD ASSOCIATES
TOMMY DOUGLAS SMITH

Page 141

1       I forget the question, but it was
2  essentially you had apprenticed at every
3  job you ever had or worked on the job
4  electrical. That didn't apply to Duron
5  paint or your non-electrical jobs, right?
6     A. No.
7     Q. Okay. I thought that was self
8  explanatory but I just wanted to make
9  sure it was clear.
10      Also I've explained, and I'll go
11 on the record to relating to the
12 relationship between -- you have the
13 Answer to Interrogatories. Just in
14 fairness to you, I know you only got them
15 today.
16      MR. BROWN: Mr. Smith did give a
17 recorded statement at one point which
18 we're claiming work product on, and
19 didn't have to go any further into that,
20 but I didn't want you to be misled if you
21 hadn't had a chance to see that.
22    A. I'm sorry, I thought you meant --

TOLL FREE: 877-718-1850 - LOCAL: 301-762-1606 / 202-833-3399 / 703-525-8251
Email: BDRASSOC@AOL.COM -- Web: BRADFORDASSOCIATES.COM