# EXHIBIT 10

41
1  Mr. Scuderi, the electrician, did that wiring, since
2  we were not aware of any -- we were not aware of any
3  outside contracts such as the one that we use where a
4  company -- the company authorizes someone to do it and
5  extends a warranty or that they're given imprimatur to
6  a company.
7         MR. REGO: Move to strike based on
8  speculation and conjecture.
9     Q  Okay. Other than the --
10    A  Thank you.
11    Q  -- the estimate -- he's doing his job.
12    A  No, that's all right. That's what you asked
13 me for, to speculate.
14    Q  I understand. Other than the estimate from
15 Mr. Scuderi which indicates that part of the estimate
16 was to hardwire the dishwasher, do you have any facts
17 or information that would lead you to the conclusion
18 that Mr. Scuderi hardwired the dishwasher other than
19 that one document?
20    A  That he did hardwire it? I have no -- no, I
21 have absolutely no information that -- about anything
22 to do with the installation of any of the appliances

42
1  on that or any other project.
2     Q  Okay.
3     A  Amen.
4     Q  After the dishwasher was installed and
5  operational, hooked up, did you do anything to check
6  or review the installation of that dishwasher?
7     A  No, I did not.
8     Q  Same question as to any of the other
9  electrical appliances. Did you check on them at all?
10    A  No, I did not. I don't -- I concluded that,
11 since I heard no complaint about any of the
12 appliances, ipso facto.
13    Q  Right. Okay.
14    A  I only had four days of Latin and one year
15 of Greek. Not any more than that. Just automatically
16 you can assume that if your car is running fine, okay.
17 (Discussion held off the record.)
18        EXAMINATION BY COUNSEL FOR DEFENDANT
19              WUERSTLIN APPLIANCE
20 BY MR. BROWN:
21    Q  Sir, I represent Wuerstlin. My name is Ed
22 Brown. And you asked before actually what the roles

43
1  are. It's probably better if we don't try to put
2  ideas in your head and explain to you. That's why
3  we're not telling you who did what in terms of your
4  question as to who the various characters are.
5     A  Yeah, sure.
6     Q  It's not secretive, it's just we want to
7  know what you know, not what our various contentions
8  are.
9     A  Sure.
10    Q  Okay. When was the last time you were there
11 before the fire?
12    A  Oh. The fire -- did the fire happen --
13    Q  I can tell you May 9th, 2005 is the date
14 that comes to mind.
15    A  Oh. That's not when the fire -- I thought
16 the fire was in the wintertime. I don't know the date
17 of the fire. I thought it was in the wintertime.
18    Q  Assume it's May 9th, 2005. That's just
19 about two years ago.
20    A  That's the fire.
21    Q  The fire.
22    A  In May? I thought it was cold weather when

44
1  we got the phone call.
2         Sir, I am so sorry. Because of the nature of my
3  wife's relationship with Mrs. Bernstein, we are
4  sometimes -- she is sometimes there three, four, five
5  times a week, and I am sometimes there two or three
6  days coming with her or taking a trip or helping carry
7  something and then I'm not there for months. I don't
8  see Mrs. Bernstein, or she's indisposed with something
9  and is in the house.
10        So I'm sorry that I cannot tell you how long
11 before that. It's all a -- I mean, it's part of the
12 same continuum that's going on now.
13        You asked me the last time I was there. I guess
14 in the last month, but I don't remember.
15    Q  Before the fire, had you heard any
16 information or received any communications about any
17 problems that the Bernsteins or the cook or anybody
18 was having with the dishwasher?
19    A  No. As I said, Margaret -- I do remember
20 now that there was a replacement part of some kind,
21 I'm not even sure what the malfunction is. I'm not
22 even aware.