### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA
#### (Civil Division)

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY | : | |
| and | : | |
| HARTFORD CASUALTY INSURANCE COMPANY | : | |
| Plaintiffs | : | |
| v. | : | Case No. 1:06CV00379 |
| | : | Magistrate Judge Alan Kay |
| LANDIS CONSTRUCTION CORPORATION | : | |
| and | : | |
| WUERSTLIN APPLIANCE SERVICE | : | |
| and | : | |
| PAUL A. SCUDERI, INC. | : | |
| Defendants | : | |

## CONSENT MOTION TO ENLARGE TIME FOR FILING REPLIES TO OPPOSITIONS TO DISPOSITIVE MOTIONS

The Parties, through counsel and by consent, and pursuant to Federal Rule of Civil Procedure 7(b), move this Court for an Order amending the Scheduling Order issued in the above referenced matter and as reasons and grounds thereof state as follows:

1.    This lawsuit involves a fire loss which occurred at a private residence located at 3248 North Street, NW, Washington, D.C. on or about May 9, 2005. It is alleged that on that date, a fire occurred at the residence of Beverly Bernstein for which it is contended that the defendants are responsible. Ms. Bernstein alleges that the fire resulted in damages to her premises in excess of One Million Two Hundred Thousand Dollars ($1,200,000.00), the damage for which she was reimbursed by Federal Insurance Company and Hartford Casualty Insurance Company, the Plaintiffs in this action.

2.    Due to causation issues, the parties have taken extensive depositions of fact and expert witnesses. This discovery is somewhat complicated as to the precise mechanism and cause of the fire and alleged damages sustained by Ms. Bernstein in her residence.

3.      The parties are now in the process of briefing Dispositive Motions, Oppositions and Replies.

4.      Counsel for all parties have conferred and agree that an enlargement of time to Reply to Oppositions to Summary Judgement Motions filed in this case is necessary to allow the parties to proceed in a reasonable and orderly fashion in the preparation of Dispositive Motions.

5.      In this regard, and by consent, the parties request that the Scheduling Order issued in this case be amended as follows to allow them to file Dispositive Motions in an orderly, reasonable and comprehensive fashion:

a.      Replies to Oppositions to Dispositive Motions extended from June 20, 2008 to July 2, 2008.

6.      The parties, after conferring, believe that an amendment of the Scheduling Order, as requested by their consent, will serve the interests of justice by facilitating reasonable and orderly filing of such Motions.

7.      This request will not affect the Pre-trial or Trial of this case should the case not be resolved prior to that time as a trial date has yet to be set by the Court and the parties.

**WHEREFORE**, after conferring and by consent, the parties, through counsel, respectfully request that the Court grant their Consent Motion to Enlarge Time for Filing Replies to Oppositions To Dispositive Motions.

Respectfully submitted,

ANDERSON & QUINN

/s/ John A. Rego
John A. Rego #422378
Alice Kelley Scanlon #467103
25 Wood Lane
Rockville, Maryland 20850
(301) 762-3303
*Counsel for Paul A. Scuderi*


COZEN & O'CONNOR

/s/ Mark E. Utke
Mark E. Utke
1900 Market Street
Philadelphia, PA
(215) 655-2164
*Counsel for Plaintiff, Federal
Insurance Company*


WHITE & WILLIAMS, LLP

/s/ Brian E. Tetro
Brian E. Tetro
White & Williams, LLP
1800 One Liberty Place
Philadelphia, PA 19103
(215) 864-7070
*Counsel for Plaintiff, Hartford Insurance*


LAW OFFICE OF EDWARD J. BROWN

/s/ Edward J. Brown
Edward J. Brown #414365
The Law Office of Edward J. Brown, LLC
3290 N. Ridge Road, Suite 210
Ellicott City, MD 21043
(410) 465-5291
*Counsel for Defendant, Weurstlin Appliance
Service*


BUDOW & NOBLE, PC

/s/ Allan A. Noble
Allan A. Noble #166926
Suite 500 West, Air Rights Center
7315 Wisconsin Avenue
Suite 600
Bethesda, MD 20814
(301) 654-0896
*Counsel for Defendant, Landis
Construction Company*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)**

FEDERAL INSURANCE COMPANY　　　　　:

　　　and　　　　　　　　　　　　　　　　:

HARTFORD CASUALTY INSURANCE　　　　:
COMPANY

　　　　　　　Plaintiffs　　　　　　　　:

　　　v.　　　　　　　　　　　　　　　　:　　　Case No. 1:06CV00379
　　　　　　　　　　　　　　　　　　　　:　　　Magistrate Judge Alan Kay
LANDIS CONSTRUCTION　　　　　　　　:
CORPORATION

　　　and　　　　　　　　　　　　　　　　:

WUERSTLIN APPLIANCE SERVICE　　　　:

　　　and　　　　　　　　　　　　　　　　:

PAUL A. SCUDERI, INC.　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　Defendants　　　　　　　　:

## MEMORANDUM OF POINTS AND AUTHORITIES

1.　　　The record herein.

2.　　　The Court's prior Amended Scheduling Orders.

　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　ANDERSON & QUINN

　　　　　　　　　　　　　　/s/ John A. Rego
　　　　　　　　　　　　　John A. Rego #422878
　　　　　　　　　　　　　Alice Kelley Scanlon #467103
　　　　　　　　　　　　　25 Wood Lane
　　　　　　　　　　　　　Rockville, Maryland 20850
　　　　　　　　　　　　　(301) 762-3303
　　　　　　　　　　　　　*Counsel for Paul A. Scuderi*

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA
#### (Civil Division)

| | |
|---|---|
| FEDERAL INSURANCE COMPANY | : |
|     and | : |
| HARTFORD CASUALTY INSURANCE COMPANY | : |
|         Plaintiffs | : |
|      v. | :     Case No. 1:06CV00379 |
| | :     Magistrate Judge Alan Kay |
| LANDIS CONSTRUCTION CORPORATION | : |
|     and | : |
| WUERSTLIN APPLIANCE SERVICE | : |
|     and | : |
| PAUL A. SCUDERI, INC. | : |
|         Defendants | : |

## ORDER

Upon consideration of the Consent Motion to Enlarge Time for Filing Oppositions to Dispositive Motions and Replies Thereto filed by the Parties in this case, it is this _____ day of _____, 2008.

**ORDERED** that the Motion is **GRANTED**; and further

**ORDERED** that the Scheduling Order be amended as follows:

1.      Replies to Oppositions to Dispositive Motions be filed by July 2, 2008.

_____
United States Magistrate Judge Alan Kay

**Copies To:**

John A. Rego, Esquire
Alice Kelley Scanlon, Esquire
25 Wood Lane
Rockville, Maryland 20850
(301) 762-3303
*Counsel for Paul A. Scuderi*

Mark E. Utke, Esquire
Cozen & O'Connor
1900 Market Street
Philadelphia, PA
*Counsel for Plaintiff, Federal Insurance Company*

Brian E. Tetro, Esquire
White & Williams, LLP
1800 One Liberty Place
Philadelphia, PA 19103
*Counsel for Plaintiff, Hartford Insurance*

Edward J. Brown, Esquire
The Law Office of Edward J. Brown, LLC
3290 N. Ridge Road, Suite 210
Ellicott City, Maryland 21043
*Counsel for Defendant, Wuerstlin Appliance Service*

Allan A. Noble, Esquire
Budow & Noble, PC
Suite 500 West, Air Rights Building
7315 Wisconsin Avenue
Suite 600
Bethesda, MD 20814
*Counsel for Defendant, Landis Construction Company*