IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| FEDERAL INSURANCE COMPANY : | |
| and : | |
| HARTFORD CASUALTY INSURANCE : COMPANY : | |
| Plaintiffs : | |
| v. : | Case No. 1:06CV00379 |
| : | Magistrate Judge Alan Kay |
| LANDIS CONSTRUCTION : CORPORATION : | |
| and : | |
| WUERSTLIN APPLIANCE SERVICE : | |
| and : | |
| PAUL A. SCUDERI, INC. : | |
| Defendants : | |

**CONSENT MOTION TO EXTEND TIME
TO FILE REPLY MOTION**

Defendant, Paul A. Scuderi, Inc., pursuant to Federal Rule of Civil Procedure 6(b), and **with consent** of counsel for the Plaintiffs, hereby moves this Court for an Order extending its time to file a Reply Brief to Plaintiffs' Opposition to Defendant's Motion for Summary Judgment and as reasons and support states as follows:

1. Defendant Scuderi's Reply Motion was due to be filed on July 11, 2008, pursuant to the Court's Scheduling Order.

2. Beginning around 12 p.m. on July 11, 2008 and continuing though the time that this Motion and the Reply Motion are filed, both internet and e-mail service to the firm of the undersigned counsel has been unavailable due to certain actions taken by the service provider, Verizon, at the main server location.

3. These actions by Verizon have caused area wide service disruptions to vast numbers of accounts, including that registered to this firm.

4. As of the time of drafting this Motion, 12 p.m. on July 14, 2008, these accounts have yet to be restored by the service provider.

5.  As a result, Defendant Scuderi's Reply Motion could not be filed with the Court on July 11, 2008 pursuant to the Court's electronic filing system.

6.  The Reply Motion has been served on all counsel via facsimile and will be filed electronically as soon as service is restored.

7.  Counsel for Plaintiffs have been contacted by the undersigned and consent to the late filing of the Reply Motion.

**WHEREFORE**, the foregoing considered, Defendant Paul A. Scuderi, Inc. respectfully requests that its Motion to Enlarge Time be Granted.

Respectfully submitted,

ANDERSON & QUINN

/s/ John A. Rego
John A. Rego #422398
Alice Kelley Scanlon #467103
25 Wood Lane
Rockville, Maryland 20850
(301) 762-3303
*Counsel for Paul A. Scuderi*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of July, 2008 a copy of the foregoing was served via electronic filing and first-class mail, postage prepaid upon:

Eric N. Stravitz, Esquire
2000 Massachusetts Avenue
Suite 200
Washington, DC 20036
*Counsel for Plaintiffs*

Edward J. Brown, Esquire
The Law Office of Edward J. Brown, LLC
3290 N. Ridge Road
Suite 210
Ellicott City, MD 21043-3363
*Counsel for Wuerstlin Appliance Service*

Allan A. Noble, Esquire
Michael J. Budow, Esquire
Budow & Noble, PC
Suite 500 West, Air Rights Building
7315 Wisconsin Avenue
Suite 600
Bethesda, MD 20814
*Counsel for Landis Construction Company*

Mark E. Utke, Esquire
Cozen & O'Connor
1900 Market Street
Philadelphia, PA 19103
*Counsel for Plaintiff Federal Insurance Company*

Brian E. Tetro, Esquire
White & Williams, LLP
1800 One Liberty Place
Philadelphia, PC 19103
*Counsel for Plaintiff Hartford Insurance Company*

/s/
John A. Rego

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

FEDERAL INSURANCE COMPANY :

and :

HARTFORD CASUALTY INSURANCE :
COMPANY :

        Plaintiffs :

v. :  Case No. 1:06CV00379
     Magistrate Judge Alan Kay
LANDIS CONSTRUCTION :
CORPORATION :

and :

WUERSTLIN APPLIANCE SERVICE :

and :

PAUL A. SCUDERI, INC. :

        Defendants :

### ORDER

Upon consideration of Defendant Paul A. Scuderi, Inc.'s Consent Motion to Extend Time to File Reply Motion and good cause having been shown, it is this _____ day of _____, 2008,

**ORDERED** that the Motion is **GRANTED**; and further;

**ORDERED** that Defendant Scuderi's Reply Motion be accepted by the Court as if timely filed on July 11, 2008.

                                      _____
                                      United States Magistrate Judge Alan Kay

**Copies To:**

John A. Rego, Esquire
25 Wood Lane
Rockville, Maryland 20850
(301) 762-3303
*Counsel for Paul A. Scuderi*

Mark E. Utke, Esquire
Cozen & O'Connor
1900 Market Street
Philadelphia, PA
*Counsel for Plaintiff, Federal Insurance Company*

Brian E. Tetro, Esquire
White & Williams, LLP
1800 One Liberty Place
Philadelphia, PA 19103
*Counsel for Plaintiff, Hartford Insurance*

Edward J. Brown, Esquire
The Law Office of Edward J. Brown, LLC
3290 N. Ridge Road, Suite 210
Ellicott City, Maryland 21043
*Counsel for Defendant, Wuerstlin Appliance Service*

Allan A. Noble, Esquire
Budow & Noble, PC
Suite 500 West, Air Rights Building
7315 Wisconsin Avenue
Suite 600
Bethesda, MD 20814
*Counsel for Defendant, Landis Construction Company*