UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FEDERAL INSURANCE
COMPANY, *et al.*,
       Plaintiffs,
  v.

LANDIS CONSTRUCTION
CORPORATION, *et al.*,
       Defendants.

Civil Action No. 06-379 (AK)

## SCHEDULING ORDER

The Court having convened a telephonic status conference to discuss scheduling matters and counsel having agreed upon the following dates, it is this 11th day of August, 2008, hereby

ORDERED that the following schedule is set:

1. Any motions *in limine* shall be filed by January 23, 2009.  If the Court determines that oral argument is necessary, a hearing will be set after the motions are ripe.

2. Pre-Trial Statements, proposed voir dire, verdict forms and non-standard jury instructions are due by February 12, 2009;[1]

3. Pre-Trial Conference is set for February 17, 2009, at 10:00 a.m., in courtroom 7;

4. Trial will commence on March 2, 2009 and continue through March 13, 2009, beginning at 9:30 a.m. each day.  Jury selection MAY be held on February 27, 2009 at 1:30 p.m.

_____/s/_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE

---

[1] Non standard jury instructions should be submitted on disk, if possible.